**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Timeshare Termination Team, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Vindaloo Travel Network LLC**<br>**DBA  Brolly Travel**<br>**DBA  Timeshare Termination Team** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-5109726** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8300 East Maplewood Avenue**<br>**Suite 300**<br>**Greenwood Village, CO 80111**<br>Number, Street, City, State & ZIP Code | **PMB #149**<br>**13009 South Parker Road**<br>**Parker, CO 80134**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Arapahoe**<br>County | **Location of principal assets, if different from principal place of business**<br>**6511 Village Road Parker, CO 80134**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **timeshareterminationteam.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Timeshare Termination Team, LLC**                              Case number (*if known*) _____
      Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **Timeshare Termination Team, LLC**
Name

Case number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   **Timeshare Termination Team, LLC**                                    Case number (*if known*) _____
       Name

☐ $50,001 - $100,000             ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 30, 2021**
MM / DD / YYYY

**X** **/s/ Holly Wilbur**                                      **Holly Wilbur**
Signature of authorized representative of debtor       Printed name

Title    **Co-owner**

---

**18. Signature of attorney**

**X** **/s/ Jonathan M. Dickey**                          Date  **September 30, 2021**
Signature of attorney for debtor                                        MM / DD / YYYY

**Jonathan M. Dickey**
Printed name

**Kutner Brinen Dickey Riley, P.C.**
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**        Email address   **jmd@kutnerlaw.com**

**46981 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Timeshare Termination Team, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 30, 2021**        X **/s/ Holly Wilbur**
                                              Signature of individual signing on behalf of debtor

                                              **Holly Wilbur**
                                              Printed name

                                              **Co-owner**
                                              Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Timeshare Termination Team, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 8,720.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 8,720.00

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 25,388,526.81

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____ 25,388,526.81

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Timeshare Termination Team, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property <span>12/15</span>

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | | $0.00 |
| 3.2. | **U.S. Bank** | **Checking** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number *(If known)* _____
_____
Name

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desks and Office Chairs** | $0.00 | | $600.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and Screens, printers cords and other miscellaneous electronics.  Large industrial copier** | $0.00 | | $2,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $2,600.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor   **Timeshare Termination Team, LLC**                    Case number *(If known)* _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
         Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **Debtor ran website which was taken down for non-payment** | $0.00 | | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.   **Total of Part 10.**                                                    | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | |
|---|---|
| Debtor **Timeshare Termination Team, LLC** | Case number *(If known)* _____ |
| <sub>Name</sub> | |

|  |
|---|
| **Current value of debtor's interest** |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Refund from media vendor - WCCO-TV Minneapolis - overpayment of $6,120.00**                                        **$6,120.00**

---

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$6,120.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Timeshare Termination Team, LLC**                     Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,120.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,720.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,720.00 |

| Fill in this information to identify the case: |
|---|

Debtor name **Timeshare Termination Team, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name       **Timeshare Termination Team, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **1513 Media** | ☐ Contingent | |
| | **13009 S Parker Rd #129** | ☐ Unliquidated | |
| | **Parker, CO 80134** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **1st Base Productions** | ☐ Contingent | |
| | **J. Shields 3331 E. Euclid Ave.** | ☐ Unliquidated | |
| | **Centennial, CO 80121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.00 |
|---|---|---|---|
| | **Aaron And Lynn Fredericks** | ☐ Contingent | |
| | **P.O. Box 915** | ☐ Unliquidated | |
| | **Kykotsmovi, AZ 86039** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |
|---|---|---|---|
| | **Aaron Nieman** | ☐ Contingent | |
| | **18154 E Powers Place** | ☐ Unliquidated | |
| | **Centennial, CO 80015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,725.00** |
|---|---|---|---|
| | **ABCDisney**<br>**500 S. Buena Vista St. FGW #3052**<br>**Burbank, CA 91521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number  0203** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,540.00** |
|---|---|---|---|
| | **Achkei Wilson**<br>**611 Cochise Cir**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|
| | **Ada Holt**<br>**6006 saint moritz**<br>**Temple Hills, MD 20748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|
| | **Ada Lollar**<br>**3410 Mayfair Rd**<br>**Baltimore, MD 21207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,450.00** |
|---|---|---|---|
| | **Adam and Leslie Stone**<br>**4325 Diaz Ave**<br>**Fort Worth, TX 76107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,940.00** |
|---|---|---|---|
| | **Adam And Sarah Lawson**<br>**2623 Juliet Court**<br>**Franklin, OH 45005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,375.57** |
|---|---|---|---|
| | **Adan & Luzdary Belgodere**<br>**17411 Prospect Meadows Drive**<br>**Houston, TX 77095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**Adele & Barbara Kenniston**
**1812 S Buena Vista**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,520.00** |
|---|---|---|---|

**Adeleta (Adell) and Sidney Dull**
**6011 Cheryl Lane**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adobe Acropro**
**601 Townsend Stree**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Adolf and Mildred Mueller**
**12155 Boothill Drive**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**Adrian & Marisela Torres**
**30003 Penrose Lane**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,270.00** |
|---|---|---|---|

**Adrian & Ruth Geffre**
**9633 FoxVally Dr**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,358.00** |
|---|---|---|---|

**Adrian and Wynona Godwin**
**1131 Buttonwood Dr**
**Cherryhill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,161.00 |
|---|---|---|---|
| | **Adriana & Irene Perez**<br>**19319 Brook Village Rd**<br>**Houston, TX 77084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,200.00 |
|---|---|---|---|
| | **Adriana Estimbo**<br>**18935 Oakland Manor Lane**<br>**Richmond, TX 77407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | **Adrianna & David Marin**<br>**1426 De Reamer Cir**<br>**Colorado Springs, CO 80915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Aflac**<br>**Attn: Accounts Receivable  1932**<br>**Columbus, GA 31999** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,097.00 |
|---|---|---|---|
| | **Afreen Assad**<br>**5701 Windmere Lane**<br>**Haltom City, TX 76137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Agility Digital**<br>**10421 S Jordan Gateway #550**<br>**South Jordan, UT 84095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,790.00 |
|---|---|---|---|
| | **Aimal Hayes and Josilyn Bridgeman**<br>**8123 Bella Vista Court**<br>**Charlotte, NC 28216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,079.00**

**Alan & Barbara Seeling**
29275 C. R. 358-A
Buena Vista, CO 81211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00**

**Alan & Maria Pellegrino**
534 Logan St
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,264.00**

**Alan And Joyce McGarrigle**
2352 Autumn Mist Lane
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00**

**Alan Fallows**
14422 Colonial Park Drive
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alaska Department of Law**
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,030.00**

**Albert & Mary Ellen Ulloa**
2014 Mustang Springs Dr
Missouri City, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00**

**Albert & Sonja Dickerson**
8008 S. Mozart St
Chicago, IL 60652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,228.14 |
|---|---|---|---|

**Alberto & Jenny Torres (SPO)**
**PO BOX 372**
**Aguadilla, Puerto Rico 00605-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,828.10 |
|---|---|---|---|

**Albreta Alston**
**6318 Anderson St**
**Philadelphia, PA 19138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alden Systems, Inc**
**10 Inverness Center Parkway Suite 500**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,800.00 |
|---|---|---|---|

**Alecia And Gregory Luchin**
**20423 Weald Way**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.00 |
|---|---|---|---|

**Alessandra (Sandy) Messina**
**1547 Curtain Street**
**Philadelphia, PA 19145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,535.55 |
|---|---|---|---|

**Aletha & Bernice Peters**
**3601 South Dakota Ave NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,398.00 |
|---|---|---|---|

**Alex & Diane Marin**
**40 Birchtree Lane**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,609.44** |
| | **Alex & Mary Kurikeshu** | ☐ Contingent | |
| | **3270 Eleanors Garden Way** | ☐ Unliquidated | |
| | **Woodbine, MD 20707** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,224.70** |
| | **Alex & Tricia Brig/Grimaldi** | ☐ Contingent | |
| | **105 Lazarus Dr** | ☐ Unliquidated | |
| | **Ledgewood, NJ 07852** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Alexa Rush** | ☐ Contingent | |
| | **2154 S Oakland St** | ☐ Unliquidated | |
| | **Aurora, CO 80014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,372.00** |
| | **Alexander & Ruth Vermilyea/Daly** | ☐ Contingent | |
| | **2 Peach Orchard Drive** | ☐ Unliquidated | |
| | **Riverside, RI 02915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,545.00** |
| | **Alfred & Eileen Sablan** | ☐ Contingent | |
| | **1405 Mark Court** | ☐ Unliquidated | |
| | **White Settlment, TX 76108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
| | **Alfred & Marianne Terriquez/Nesbit** | ☐ Contingent | |
| | **6537 S Richfield St** | ☐ Unliquidated | |
| | **Aurora, CO 80016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
| | **Alice & Jeff Keane** | ☐ Contingent | |
| | **12722 W Figueroa Ct** | ☐ Unliquidated | |
| | **Sun City West, AZ 85375** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.00** |
|---|---|---|---|

**Alice And John Brands**
**11360 East Jeats Ave**
**Unit 65**
**Mesa, AZ 85209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,376.00** |
|---|---|---|---|

**Alice Coleman**
**22637 Pleasant Drive #4**
**Richton Parl, IL 60471**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,431.00** |
|---|---|---|---|

**Alicia And Theodore Mora**
**11514 Marshall Ct**
**Westminster, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.00** |
|---|---|---|---|

**Alicia Ward**
**733 Sand Piper Ct, Unit #6**
**University Park, IL 60484**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,745.00** |
|---|---|---|---|

**Alina Bass-Harvey and Thomas Harvey**
**3230 Tamara Creek Lane**
**Pearland, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,511.08** |
|---|---|---|---|

**Alina Bracciale**
**7452 Brought Street**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,319.66** |
|---|---|---|---|

**Allan and Trudie Fink**
**39 Portshire Dr**
**Lincolnshire, IL 60069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|
| | **Allegiance**<br>**PO Box 2097**<br>**Missoula, MT 59806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  6227 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Allegro**<br>**Carretera Sur San Francisco Palancar Km.**<br>**Cozumel Q.R., Mexico 77600-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,495.00** |
|---|---|---|---|
| | **Allen & Cyndee Harmon**<br>**176 Charles Place**<br>**Pocatello, ID 83201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,800.00** |
|---|---|---|---|
| | **Allen & Deb Siebels**<br>**4556 Joydance Ct.**<br>**Fort Collins, CO 80524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,891.00** |
|---|---|---|---|
| | **Allen & Mary Hultgren**<br>**1620 Centaur Circle**<br>**Lafayette, CO 80026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,910.00** |
|---|---|---|---|
| | **Allen & Rita Walters**<br>**3841 Arrowwood Dr**<br>**Zephyrhills, FL 33541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,117.00** |
|---|---|---|---|
| | **Allison & Christopher Palombo**<br>**115 Highlandwood Dr**<br>**Beaver, PA 15009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AllphaPage**
**6300 E Yale Ave #128**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allyson Gehring**
**7029 W Chestnut Dr**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aloha Bay**
**78-261 Manukai Street**
**Kailua, HI 96740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.00 |
|---|---|---|---|

**Alozrea (Lonnie) Austin**
**12406 Evening Bay Dr**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alpenland Resort**
**7-9 St. Johann im Pongau 5600**
**Salzbuger, Austria 64127-0210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alpenrose & Rock Ridge I**
**4074 Pine Blvd**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alpine Crest Resorts**
**273 Carrie Cox Drive P.O. Box 780**
**Helen, GA 30545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,617.75** |
|---|---|---|---|
| | **Althea Starks & Dorothea Williams** | ☐ Contingent | |
| | **15411 Addicks Stone Dr. Unit A** | ☐ Unliquidated | |
| | **Houston, TX 77082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,153.26** |
|---|---|---|---|
| | **Altus Receivable Management** | ☐ Contingent | |
| | **2400 Veterans Memorial Blvd. Suite 300** | ☐ Unliquidated | |
| | **Kenner, LA 70062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **9126** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,450.00** |
|---|---|---|---|
| | **Alvin & Katrina Sadaya** | ☐ Contingent | |
| | **3827 Portside Dr** | ☐ Unliquidated | |
| | **Bremerton, WA 98312** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,570.00** |
|---|---|---|---|
| | **Aman & Parveen Sekhon** | ☐ Contingent | |
| | **2551 Coloma Lane** | ☐ Unliquidated | |
| | **Tracey, CA 95376** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|
| | **Amanda Comparetto and Travis McNally** | ☐ Contingent | |
| | **1032 Marlin Lakes Circle** | ☐ Unliquidated | |
| | **Apartment #1233** | ☐ Disputed | |
| | **Sarasota, FL 34232** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|
| | **Amanda Lantz** | ☐ Contingent | |
| | **13842 Elm St** | ☐ Unliquidated | |
| | **Thorton, CO 80602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,336.00** |
|---|---|---|---|
| | **Amanda Maughmer** | ☐ Contingent | |
| | **20615 E Kenyon AVe** | ☐ Unliquidated | |
| | **Aurora, co 80013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,545.00** |
|---|---|---|---|
| | **Amanda Puhal and Rosalie Kroeker**<br>**3691 Harvard Pl**<br>**Broomfield, co 80023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|
| | **Amanda Reyes and Pricilla Gomez**<br>**3541 East Girard Drive**<br>**Denver, CO 80236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,763.00** |
|---|---|---|---|
| | **Amber and Christopher Chris Daniels**<br>**799 Normandy Street apt 8303**<br>**Houston, TX 77015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|
| | **Amber And Jerad Hurt**<br>**1522 Camellia Street**<br>**Sweeny, TX 77480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,900.00** |
|---|---|---|---|
| | **Amber Barnes**<br>**2920 Geneva Ct. #101**<br>**Denver, CO 80238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,460.00** |
|---|---|---|---|
| | **Amber Cunz and Vince Anderson**<br>**80 Riverside Road**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,476.00** |
|---|---|---|---|
| | **Amelia Adkins and Evans Omani- Chima Jr.**<br>**12401 NE 105th Way**<br>**Vancouver, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Resort International**
**Two TransAM Plaza Dr. Ste. 300**
**Oakbrook Terrace, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Americana Vacation Club**
**3845 Pioneer Trail**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Americano Beach Resort**
**1260 N Atlanticv Ave**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,850.00 |
|---|---|---|---|

**Amia Bellard**
**7729 Topaz Way**
**Texas City, TX 77591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Amy & Madhusudan Dharawat**
**3523 Bluelake Cir**
**Stockton, CA 95219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,232.00 |
|---|---|---|---|

**Amy and Dominic Leaitu**
**10333 Main St Apt 221**
**Belview, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,572.00 |
|---|---|---|---|

**Amy Funderburk**
**4353 S Blackhawk Way**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Amy Maupin**
P.O. Box1458
Barrow, AK 99723

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,450.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address
**Amy Ou**
221 Cordero Drive
Civolo, TX 78108

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,691.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address
**Amy Payne**
475 Garfield St #320
Denver, CO 80206

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address
**Ana And David Garcia**
2918 Piper Road
Pearland, TX 77584

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,669.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
**Ana and Giuseppe Gambacurta**
6902 W. Clifton St
Tampa, FL 33634

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,310.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
**Andra Brangmen-Thornton and Juliet Brang**
2460 Crestdale Cir SE
Atlanta, GA 30316

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,320.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
**Andre and Rhonda Harris**
2085 Aqueduct Dr
Florissant, MI 63303

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,626.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.00 |
|---|---|---|---|
| | **Andrea and David Isidorio / Madouros**<br>**2821 Summer Day Ave**<br>**Castlerock, CO 80109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,095.00 |
|---|---|---|---|
| | **Andrea And Gary Kelly**<br>**3517 Clover Blossom Circle**<br>**Land O' Lakes, FL 34638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|
| | **Andrea and Jeffrey Crooks**<br>**19950 California Ave**<br>**Farmington, MN 55024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|
| | **Andrea and Jesus Longoria**<br>**8628 Orchard View**<br>**Pearland, tx 77584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,642.62 |
|---|---|---|---|
| | **Andrea Jacobs**<br>**125 Overland Trail**<br>**Savannah, GA 31419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Andrea Smith**<br>**236 Berriman Street**<br>**Brooklyn, NY 11208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|
| | **Andrea Zelenka**<br>**14130 Rosemary Ln**<br>**Largo, FL 33774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,770.00 |
|---|---|---|---|
| | **Andrew & Courtney Graham** | ☐ Contingent | |
| | **3546 Woods Estates Dr.** | ☐ Unliquidated | |
| | **Conroe, TX 77304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00 |
|---|---|---|---|
| | **Andrew & Kaye Dixon** | ☐ Contingent | |
| | **5384 Jauley River drive** | ☐ Unliquidated | |
| | **Stone Mountai, GA 30312** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|
| | **Andrew & Noah Boettinger** | ☐ Contingent | |
| | **2918 Wilson Parkway** | ☐ Unliquidated | |
| | **Harrisburg, PA 17104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,958.00 |
|---|---|---|---|
| | **Andrew Davidson/Cynthia Spears** | ☐ Contingent | |
| | **121 Koban Dori Road** | ☐ Unliquidated | |
| | **Summerville, SC 39486** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,775.00 |
|---|---|---|---|
| | **Andrew Hadden** | ☐ Contingent | |
| | **17 Taft St, PO Box #791** | ☐ Unliquidated | |
| | **Marblehead, MA 01945** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Nelson** | ☐ Contingent | |
| | **3586 S Waco St** | ☐ Unliquidated | |
| | **Aurora, CO 80013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,320.00 |
|---|---|---|---|
| | **Andy & Cynthia Sauder** | ☐ Contingent | |
| | **6060 Miller St** | ☐ Unliquidated | |
| | **Arvada, CO 80004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Andy & Karyn Byrne**
**7411 S Curtice Ct**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,432.00** |
|---|---|---|---|

**Angel & Alexis Medina**
**2647 N Champlain**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,188.58** |
|---|---|---|---|

**Angel & Dena Aranzamedi**
**7970 Fox Glen Drive**
**Franktown, CO 80116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00** |
|---|---|---|---|

**Angel Rodriguez/Kellie Figoten**
**648 S. Azusa Ave. #23**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,598.00** |
|---|---|---|---|

**Angela & Brian Petermeyer**
**PO Box 763**
**Sedalia, CO 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Angela & Brian Petermeyer**
**PO Box 763**
**Sedalia, CO 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,833.97** |
|---|---|---|---|

**Angela & Carl Benbow**
**2025 Medary Ave**
**Phildelphia, PA 19138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,033.00** |
|---|---|---|---|

**Angela & Rick Sego**
**185 Haywood Knolls Dr.**
**185 Haywood Knolls Dr., NC 28792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,751.45** |
|---|---|---|---|

**Angela And  Walter (Wally) Trice**
**6846 S Quantock Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Angela and Calvin Reed**
**13643 Repa Lane**
**Houston, TX 77014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,322.00** |
|---|---|---|---|

**Angela and Chad Koch**
**PO Box 2074**
**Gilroy, CA 95021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,986.06** |
|---|---|---|---|

**Angela And Geoffery Jarrett**
**116 Charolais Drive**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Angela and Marife Ortiz/Mendez**
**3530 Mystic Pointe Apt 215**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,319.70** |
|---|---|---|---|

**Angela Rodriguez Santiago**
**160 North Lorel Avenue**
**Chicago, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,947.88**

**Angelica Quinones**
**325 C Street**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00**

**Angie & Marty Bauer**
**2201 E. Prescott Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00**

**Angie And Kevin Burttschell**
**24706 Norton Road**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00**

**Angie Hunter and Cynthia Ameln**
**6875 Omaha Blvd**
**Clorado springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,670.00**

**Angie Morehead**
**3009 N Salida Del Sol**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,795.00**

**Anibal Alonso**
**Bosque del Lago BC22 Plaza 7**
**Trujillo Alto, PR 00976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Anisha Heredia**
**17135 Carlson Dr, Apt 738**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,609.00 |
|---|---|---|---|

**Anita & Donald Komorski**
**1973 E Devon Ave**
**Hanover Park, IL 60133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Anita & Eliodoro Lopez/ Anzaldua**
**2312 Majestic Fairway Lane**
**League, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,795.00 |
|---|---|---|---|

**Anita And Tasha Hagman**
**2708 Rimcon Dr.**
**Junction, CO 81503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Anita Heffernan**
**260 S Degaulle St**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.00 |
|---|---|---|---|

**Anita Rodriguez and Angie Klash**
**3812 Chapman St**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,420.00 |
|---|---|---|---|

**Ann & Allen Tucker**
**98 Grapevine Rd**
**Dunbarton, NH 03046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Ann and Jackie Claycomb**
**3935 Oxbow Village Lan NW**
**Albuequerque, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,520.00** |
|---|---|---|---|

**Ann Schuck**
**27300 Leona Dr**
**Brookville, IN 47012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Anna & Tony Lagos**
**1229 south ash court**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,052.60** |
|---|---|---|---|

**Anne Gaddis**
**9306 South Calumet Avenue**
**Chicago, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,445.00** |
|---|---|---|---|

**Anne Henrich**
**211 Standish Dr.**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Answer First**
**1602 North 21st Street**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Answerforce**
**033 SE Main St Ste 5**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthem**
**PO Box 172405**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0643

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |
|---|---|---|---|
| | **Anthony & Emily Nunley/Harshaw**<br>**2345 34th St SE**<br>**Washington DC, VA 22204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Anthony & Judith Sylvester**<br>**3643 Idle Creek Drive**<br>**Decatur, GA 30034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,719.16 |
|---|---|---|---|
| | **Anthony and Barbara March**<br>**P.O. Box 189 730 Colfax**<br>**Bennet, CO 80102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,446.00 |
|---|---|---|---|
| | **Anthony And Donielle Gilliam**<br>**7409 Colfax Dr**<br>**Rowlett, TX 75089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,425.00 |
|---|---|---|---|
| | **Anthony and Eloise Singleton**<br>**441 Foxpointe Dr**<br>**Dover, DE 19904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|
| | **Anthony and Maria Rico**<br>**6914 Foxside Lane**<br>**Humble, TX 77338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|
| | **Anthony Suzadail, Hemwatie Sposato, Mier**<br>**409 Allen Road**<br>**Syracuse, NY 13212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,720.00**

Antoine Clark and Ebonee Frazier
1512 Freedom Boulevard
Joliet, IL 60432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00**

Antoinette & Clark Troupe
3378 W 20th Pl
Gary, IN 46404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00**

Antonio And Nancy Olivera (SPO)
13170 Staffordshire Drive South
Jacksonville, FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,185.00**

Antonio Polanco
9100 E Florida Ave
Unit 8-201
Denver, CO 80247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Apenland Resort
2 Transam Plaza Dr Ste 3000
Oakbrook Terrace, IL 60181-4817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APIntego
201 Columbine St.
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

April Perez
864 Diamond Rim Dr
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Aquarius Vacation Club**<br>**201 Dorado Del Mar Blvd**<br>**Dorado, PR 00646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|
| | **Aquila Shelby**<br>**7841 S. Homan Ave**<br>**Chicago, IL 60652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Aranka Herringer**<br>**P.O. Box 42**<br>**Hartsel, CO 80449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | **Arcelia Garcia and Guillermo Ceja**<br>**10030 Floyd**<br>**Carbondale, CO 80126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,413.49 |
|---|---|---|---|
| | **Archie & Jennifer Tinjum**<br>**3524 Dove Valley Place**<br>**Castle Rock, CO 80108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|
| | **Ardella StubbleField**<br>**(281) 935-7932 or cfran1215@gmail.com**<br>**TX 77053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ARI Holiday Network**<br>**Two TransAm Plaza Dr. Ste. 300**<br>**Oakbrook Terrace, IL 60181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,574.89**
| **Ariadne Young** |
| **9100 Little Stone Dr** |
| **Ft. Washington, MD 20744** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,295.00**
| **Ariane Moyes** |
| **525 west sycamore circle** |
| **Louisville, CO 80027** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Ariel Mares** |
| **18060 E Bellewood Dr** |
| **Aurora, CO 80015** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Arkansas Department of the Attorney Gene** |
| **323 Center St #200** |
| **Little Rock, AR 72201** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,170.00**
| **Arlee Anderson** |
| **840 Nettle Rd** |
| **Greenbank, WA 98253** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,556.00**
| **Arlena Harbourne** |
| **2120 Stephens PL Apt 113** |
| **New Braunfels, TX 78130** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,140.00**
| **Arlene Conkling** |
| **200 S. Ironton** |
| **Apt 202** |
| **Aurora, CO 80012** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Armen and Jameela Khadiwala**<br>**1237 S St Paul St**<br>**Denver, CO 80210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|
| | **Arnim Jacob**<br>**2610 Philadelphia Pike**<br>**Apt B9**<br>**Claymont, DE 19703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,521.00 |
|---|---|---|---|
| | **Arthur & Amy Navarro**<br>**1705 W Commerce Ave**<br>**Gilbert, AZ 85233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,335.00 |
|---|---|---|---|
| | **Arthur & Gwendolyn Lemmon/Banks**<br>**810 Kentucky Ave SE**<br>**Washington DC, VA 20003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Arthur & Peggy Taylor**<br>**137 Thankeray**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|
| | **Arthur & Yongnan Piche**<br>**2076 N Prominent Pt**<br>**Hernando Beach, FL 34442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,095.00 |
|---|---|---|---|
| | **Arthur and Dyanne Sonka**<br>**551 South Otis Street**<br>**Lakewood, CO 80226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,124.00**

**Arthur and Evelyn Lewison**
**9302 East Menlo Street**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,712.68**

**Arthur And Heidi Formoso**
**2878 E Portola Valley Court**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Arvin & Betty Crose**
**104 Briar Ridge**
**Collonsville, IL 62234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,220.00**

**Ashae And Doug Amerine**
**6014 S. Zante Way**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,146.00**

**Ashley & Deckion Lewis**
**171 Cactus Rd.**
**Latta, SC 29565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,811.00**

**Ashley & Lindsey Tucker/Spires**
**8209 Hobhouse Circle**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,420.00**

**Ashley Shade and Shannon Hamilton**
**9545 W. Coal Mine Ave, Unit K**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ashley Simone Powell**
**3366 S Biscay Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ashley, M Lowery**
**823 E 8th St**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
| --- | --- | --- | --- |

**Asim & Sara Siddiqui**
**18223 Dalyell Dr.**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ASNY - Las Vegas**
**801 S Rampart Blvd**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ASNY/ Sommerset/RCI**
**801 S Rampart Blvd**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Aspen at Streamside**
**2244 A. Frontage Road W.**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Aspen Streamside at Vail**
**2244 So. Frontage Road West**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atlantic Palace** | ☐ Contingent | |
| | **1507 Boardwalk** | ☐ Unliquidated | |
| | **Atlantic City, NJ 08401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atlas Vacation Homes** | ☐ Contingent | |
| | **3211 Vineland Rd #324** | ☐ Unliquidated | |
| | **Kissimmee, FL 34746** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atrium at Virginia Beach** | ☐ Contingent | |
| | **315 21st Street** | ☐ Unliquidated | |
| | **Virginia Beach, VA 23451** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Attitash Mountain Village River Run** | ☐ Contingent | |
| | **P.O. Box  358** | ☐ Unliquidated | |
| | **Bartlett, NH 03812** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Attorney General's Office California Dep** | ☐ Contingent | |
| | **P.O. Box 944255** | ☐ Unliquidated | |
| | **Sacramento, CA 94244** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Attorney General's Office State of Alaba** | ☐ Contingent | |
| | **501 Washington Avenue** | ☐ Unliquidated | |
| | **Montgomery, AL 36104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Attorney General's Office State of Arizo** | ☐ Contingent | |
| | **005 N Central Avenue** | ☐ Unliquidated | |
| | **Phoenix, AZ 85004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,539.61** |
|---|---|---|---|
| | **Audrey And Gary Davis**<br>**1309 Emerson Street**<br>**Evanston, IL 60201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,045.00** |
|---|---|---|---|
| | **Aurillya & Carol Rolfe/Greene**<br>**1021 Southpark Avenue**<br>**Apt 115**<br>**Titusville, FL 32780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Aurora Sevilla**<br>**308 Fellowship Circle**<br>**Gaithersburg, MD 20877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,646.75** |
|---|---|---|---|
| | **Austin & Karen Adams**<br>**695 Timber Bend**<br>**Highland Village, TX 75077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00** |
|---|---|---|---|
| | **Autum Aranda**<br>**9018 Dover Street**<br>**Westminster, CO 80021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Avalon Vacation Club**<br>**Av. Coba #82 Lote 10**<br>**Cancun QROO, Mexico 77500-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00** |
|---|---|---|---|
| | **Avia Stewart/Keith Grant**<br>**357 B Union St**<br>**Trenton, NJ 08611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Aviawest Resort Club** | ☐ Contingent | |
| | **8545 Commodity Circle** | ☐ Unliquidated | |
| | **Orlando, FL 32819** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,514.95 |
|---|---|---|---|
| | **Avon And Emma Jones** | ☐ Contingent | |
| | **299 Belvoir School Rd** | ☐ Unliquidated | |
| | **Clinton, NC 28328** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,518.00 |
|---|---|---|---|
| | **B Public Relations, LLC** | ☐ Contingent | |
| | **3630 Navajo St** | ☐ Unliquidated | |
| | **Denver, CO 80211** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3146** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,518.00 |
|---|---|---|---|
| | **B Public Relations, LLC** | ☐ Contingent | |
| | **2930 Umatilla St Suite 200** | ☐ Unliquidated | |
| | **Denver, CO 80211** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|
| | **Background Information Services Inc.** | ☐ Contingent | |
| | **1716 N Main St** | ☐ Unliquidated | |
| | **Longmont, CO 80501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bahia Principe** | ☐ Contingent | |
| | **Placa Mediterrania, 5 Palma** | ☐ Unliquidated | |
| | **Illes Balears, Spain 07014-0000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bahia Turquesa Residences** | ☐ Contingent | |
| | **Crta. Arena Gorda, Macao 999** | ☐ Unliquidated | |
| | **Punta Cana La Altagracia, Dominican Repu** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,273.12** |
|---|---|---|---|

**Bala & Babita Rajasekaran**
**9705 High Falls Court**
**Las Vegas, NV 89178**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Balarie Johnson**
**15 Ellsworth Ave**
**Trenton, NJ 08618**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bali Hai Villas**
**4970 Pepelani Loop**
**Princeville, HI 96722**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Balvino & Julissa K. Ramirez/Villatoro-G**
**147 Chelsea St.**
**Boston, MA 02150**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,173.00** |
|---|---|---|---|

**Barb & Dave Ramsey**
**2815 Broadway Ave**
**Pittsburgh, PA 15216**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,599.00** |
|---|---|---|---|

**Barbara & Kathleen Huner/Crier**
**4839 Barn Owl Dr**
**Frederick, CO 80504**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,358.25** |
|---|---|---|---|

**Barbara & Millard & Scott Dykes**
**9355 Meadowbrook Drive**
**Gainsville, GA 30506**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Barbara and Arthur Tabor**
**PO BOX 1372**
**DeSoto, TX 75123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,545.00** |
|---|---|---|---|

**Barbara and Earl Smith**
**1511 Republic St.**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,220.00** |
|---|---|---|---|

**Barbara Bundick**
**28493 FM 1301 Road**
**West Columbia, TX 77486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,845.00** |
|---|---|---|---|

**Barbara Davidson**
**1097 Juniper Court**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Barbara Kelly**
**15714 Barbarossa Drive**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Barbara Krause**
**214 Fremont St E**
**Northfield, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,631.60** |
|---|---|---|---|

**Barbara Kvam**
**2809 Pontiac Circle**
**Atlanta, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,980.00**

**Barbara Manning**
**10572 East Autumn Sage Drive**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00**

**Barbara McDonald**
**3602 Hunting Creek Loop**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,562.50**

**Barbara Miles (Mesa)**
**1266 Lawson Ave**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.00**

**Barbara Reno**
**1119 S Camino Santiago Dr**
**Pueblo West, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,670.00**

**Barbara Stogsdill**
**3512 69th ave west**
**University Place, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,111.00**

**Barbra and Fred Tapia**
**1722 Truda Dr**
**Northglenn, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barefoot in the Keys**
**2754 Florida Plaza**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** <br> **Barefoot Resorts** <br> **4980 Barefoot Resort Bridge Rd.** <br> **Norht Myrtle Beach, SC 29582** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** <br> **Barony Beach Club** <br> **5 Grasslawn Ave,** <br> **Hilton Head Island, SC 29928** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** <br> **Barrie Graves** <br> **4717 Dolphin Cay Lane South** <br> **Unit 402** <br> **St Petersburg, FL 33711-4662** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $6,430.40 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** <br> **Barrier Island** <br> **1245 Duck Road P.O. Box 8279** <br> **Duck, NC 27949** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** <br> **Barry & Brenda Shilling** <br> **PO Box 187** <br> **Saint Albans, WV 25177** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $7,500.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** <br> **Barry & Grace Beauprez** <br> **150 katsura circle** <br> **Milliken, CO 80543** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $4,170.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** <br> **Bart & Julie Moore** <br> **6310 W. Tonopah Dr.** <br> **Glendale, AZ 85308** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $4,450.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                           Case number (if known) _____
_____
Name

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,273.65 |
|---|---|---|---|

**Bart & Nancy Woodworth**
**9515 E Glencove St**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,661.00 |
|---|---|---|---|

**Bart & Nora Lund**
**7830 W Portland Ave**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,471.50 |
|---|---|---|---|

**Barton & Gwendolyn Fields**
**16740 Claggett Landing Road**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay Club Hawaii**
**69-450 Waikoloa Beach Dr.**
**Waikoloa, HI 96738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beachside Village**
**Beachside Billage Resort Condominiums 45**
**Falmouth, MA 02540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,100.00 |
|---|---|---|---|

**Beatrice and Willy Short**
**1661 Monroe White Store Rd**
**Peachland, NC 28133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,528.60 |
|---|---|---|---|

**Beatrice Jefferson**
**10611 Beckfield Drive**
**Houston, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00**

**Beatrice, Jeff, Jeff Jr., Trezlyn and Tr**
**404 Poplar Street**
**Lamar, TX 77568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,620.00**

**Beatriz Derisse**
**182 Aberdeen Ct**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bel Air Vacations**
**Vallarta PO Box 96058**
**Las Vegas, NV 89193-6058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,044.00**

**Belinda & Manuel Infante**
**1312 Plymouth Street**
**Pasadena, TX 77502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,920.00**

**Belinda Morales**
**4155 Meyerwood Dr**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,055.66**

**Bella and Maurice Darmon**
**1932 Westchester Dr.**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bella Florida Condo Association**
**1201 Hays Street**
**Tallahassee, FL 32301-2525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bella Vista Village**
**POA PO Box 6210**
**Bella Vista, AR 72714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Benita Russell**
**4342 Whippoorwill Circle**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Fetzer**
**3327 S Elkhart St**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,244.75 |
|---|---|---|---|

**Bennie Hill**
**2301 Foxtree Road**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berkley Vacation Resorts**
**3015 N Ocean Blvd**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berkshire By The Sea**
**126 N. Ocean Boulevard**
**Deiray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berkshire Mountain Lodge Resort**
**8 Dan Fox Dr.**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                                          Case number (if known) _____
         Name

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berkshire of Boston**
**One Beacon Street 24th floor**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,577.00 |
|---|---|---|---|

**Bernadette Fersch**
**333 E. Ontario St Apt 4208**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,365.00 |
|---|---|---|---|

**Bernard And Sheri Pacheco**
**3491 Bear Canyon Cir**
**Salida, CO 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,445.00 |
|---|---|---|---|

**Bernard Doherty**
**166 Franklin St**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,026.00 |
|---|---|---|---|

**Bernice & Anita Fleming**
**224 17th Street NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,745.00 |
|---|---|---|---|

**Bert Somogyi**
**7930 East Cammelback Road**
**Unit 706**
**    AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,982.50 |
|---|---|---|---|

**Bertha Richardson**
**1445 Forest Green Court**
**St. Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,436.17** |
|---|---|---|---|
| | **Bespoke Technology** | ☐ Contingent | |
| | **1700 Lincoln Street Suite 2700** | ☐ Unliquidated | |
| | **Denver, CO 80203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  _2744_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00** |
|---|---|---|---|
| | **Beth & Lloyd Powell** | ☐ Contingent | |
| | **2220 W. St Joseph Ml** | ☐ Unliquidated | |
| | **Wilmington, DE 19808** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,342.00** |
|---|---|---|---|
| | **Betsy & Kathleen Dalton/Gibboney** | ☐ Contingent | |
| | **6010 Blueridge Drive** | ☐ Unliquidated | |
| | **Apt A** | ☐ Disputed | |
| | **Highlands Ranch, CO 80130** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,727.00** |
|---|---|---|---|
| | **Betsy Bird** | ☐ Contingent | |
| | **867 Canal Dr** | ☐ Unliquidated | |
| | **Mclean, VA 22102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Better Business Bureau** | ☐ Contingent | |
| | **12639 W Explorer Dr Ste 200** | ☐ Unliquidated | |
| | **Boise, ID 83713** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,405.00** |
|---|---|---|---|
| | **Betty & Jesse & Jesse Jr Hall** | ☐ Contingent | |
| | **P.O. Box 19237** | ☐ Unliquidated | |
| | **Philidelphia, PA 19143** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,595.00** |
|---|---|---|---|
| | **Betty & Summer Blue/Teel** | ☐ Contingent | |
| | **250 Chelsea Ave** | ☐ Unliquidated | |
| | **Glenside, PA 19038** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,539.00 |
|---|---|---|---|

**Betty & Vernon Tubman**
**37323 East Lakeland Dr**
**Mechanicsville, MD 20659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,117.00 |
|---|---|---|---|

**Betty And Robert Howland**
**6 Birchwood Drive**
**Rye, NH 03870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,413.00 |
|---|---|---|---|

**Betty Bozeman, Norbert Schwartz and Ben**
**PO Box 1313**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Betty Davis**
**12658 West 1st Place**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**Betty Dorsey**
**1113 Seminole Sky Drive**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Betty Newton**
**3418 Cape Forest Drive**
**Kingwood, TX 77345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,996.00 |
|---|---|---|---|

**Betty Rogers And Crystal Baker**
**4006 Gunston Drive**
**Suffolk, VA 23434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | Nonpriority creditor's name and mailing address

**Beverly And Anthony Keats**
**2 Portmore Lane**
**Franingham, MA 01720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,245.00**

---

**3.286** | Nonpriority creditor's name and mailing address

**Beverly and Jock Fontaine**
**9 Sturbridge Court**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,200.00**

---

**3.287** | Nonpriority creditor's name and mailing address

**Beverly and Roger Gealow**
**17431 FM 1314**
**Conroe, TX 77302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,860.00**

---

**3.288** | Nonpriority creditor's name and mailing address

**Beverly Holmes**
**3424 Saint Paul Ave**
**Bellwood, IL 60104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,295.00**

---

**3.289** | Nonpriority creditor's name and mailing address

**Beverly Hull**
**2300 Monte Verde Drive**
**Pinole, CA 09456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,350.00**

---

**3.290** | Nonpriority creditor's name and mailing address

**Beverly McCombs and Crystal Kidd**
**1117 Leavitt Ave #310**
**Flossmoor, IL 60422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,222.00**

---

**3.291** | Nonpriority creditor's name and mailing address

**Beverly O'Rourke**
**18900 E Main St**
**#205**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,608.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Big Bear**
3590 Georgia Road
Franklin, NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.00 |
|---|---|---|---|

**Big Fish Talent Agency**
8400 E Crescent Parkway, 6th Floor
Greenwood Village, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6027

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,920.00 |
|---|---|---|---|

**Big Footprint Digital**
303 S Broadway Suite 200-385
Denver CO

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9519

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,133.30 |
|---|---|---|---|

**Biljana & Michael Rasmuson**
91 Hollymead Dr
The Woodlands, TX 77381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.00 |
|---|---|---|---|

**Bill & Dorothy Zimmerman**
10585 W. Palmeras
Unit N
Sun City, AZ 85273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,388.00 |
|---|---|---|---|

**Bill & Kellie Dees**
PO Box 21
Aztec, NM 87410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Bill & Lucinda Webb/Rather**
12823 Burning Log Lane
Dallas, TX 75243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,145.00**

**Bill And Mary Tweed**
**2220 Salem St**
**Carollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bill VanWieren**
**(704) 791-6751 or baby59blue@yahoo.com**
 **NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,936.00**

**Billie & Gary Glowe**
**2172 S. Stonebridge Rd.**
**Warsaw, IN 46580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Birkshires**
**66 Allen Street**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bjorkman Talent**
**PO BOX 678**
**Grand Lake, CO 80447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,996.00**

**Blake & Susan Gubeli**
**PO Box 220237**
**205 S Main Street**
**Centerfield, UT 84622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Blue Beards Castle**
**PO Box 7158**
**St. Thomas, VI 00801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Timeshare Termination Team, LLC**
_____      Case number (if known) _____
            Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.306**

Nonpriority creditor's name and mailing address

**Blue Green Vacations**
**4960 Conference Way North Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307**

Nonpriority creditor's name and mailing address

**Blue Mesa Recreational Ranch**
**27601 West Highway 50**
**Gunnison, CO 81230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308**

Nonpriority creditor's name and mailing address

**Bluebeard in St. Thomas**
**100 Frenshmans Bay**
**Saint Thomas Island, US Virgin Islands**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309**

Nonpriority creditor's name and mailing address

**Bluegreen Vacation Club. Bluegreen/Big C**
**4960 Conference Way North, Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310**

Nonpriority creditor's name and mailing address

**BLUEGREEN VACATIONS CORPORATION**
**4960 Conference Way North, Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**

Nonpriority creditor's name and mailing address

**Bluegreen Vacations Unlimited Inc.**
**4960 Conference Way N, Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.312**

Nonpriority creditor's name and mailing address

**Bluegreen Vacations Unlimited, Inc.**
**4960 Conference Way North, Suite 100**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bluegreen Wilderness Club**
**4960 Conference Way North, Suite 100**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bluetree**
**12007 Cypress Run Rd**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|

**Bob & Molly Tekel**
**1275 E Waterview Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,779.50 |
|---|---|---|---|

**Bob & Verna Pankan**
**27594 Youngston Dr**
**PO Box 40**
** MN 55040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.00 |
|---|---|---|---|

**Bob and Pat Ford**
**811 S Youngfield Ct**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,208.00 |
|---|---|---|---|

**Bobbe & William Wasson**
**4088 Grayson DR**
**Obetz, OH 43207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,306.00 |
|---|---|---|---|

**Bobbie Lee Arnold and Sylvester Arnold J**
**2416 East 91st St**
**Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| **Debtor** | **Timeshare Termination Team, LLC** | Case number (if known) _____ |
| | Name | |

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,509.59** |
|---|---|---|---|
| | **Bobby Brown**<br>**4403 11th Street**<br>**Bacliff, TX 77518-2208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Bonaventure Resort**<br>**250 Racquet Club Rd.**<br>**Weston, FL 33326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,595.00** |
|---|---|---|---|
| | **Bonita (Bonnie) Maday**<br>**39 E Exposition Ave**<br>**Denver, CO 80209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,900.00** |
|---|---|---|---|
| | **Bonita Smith**<br>**1036 Springfield Dr**<br>**Chelea, AL 35043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Bonnett Creek**<br>**6560 Via Encinas**<br>**Orlando, FL 32830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,887.04** |
|---|---|---|---|
| | **Bonneville Intl**<br>**PO Box 26245**<br>**Salt Lake City, UT 84126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **63A2** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,495.00** |
|---|---|---|---|
| | **Bonnie & Michael (deceased) Pruett/Scarc**<br>**4990 Jekyll RD**<br>**Cumming, GA 30040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Bonnie & Mike Knuckey**
**424 S. Blakeley St.**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,146.00** |
|---|---|---|---|

**Boyce & Marietta Sefcik**
**633 Linsberry Court**
**Avon Lake, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,876.00** |
|---|---|---|---|

**Brad and Diana Shaffer**
**PO BOX 87**
**Overbrooke, KS 66524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,457.00** |
|---|---|---|---|

**Bradley & Mary Johnson**
**8299 Essex Road**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Bradley & Subainah Forney**
**4130 East 96th Place**
**Thornton, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,883.00** |
|---|---|---|---|

**Brandon & Jenna Howard/Bachman**
**23881 East Garden Drive**
**Aurora, CO 80116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Brandon and Tempestt Adams**
**915 Rollingwood Dr**
**Mt Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,230.00

**Brandy Bruzgo**
**3067 Dovecote Dr**
**Quakertown, PA 18951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Branson Nantucket**
**2837 State Highway 265**
**Branson, MO 65616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Branson Woods**
**1440 Missouri Highway**
**MO-248 Q504, MO 65616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,453.20

**Branton & Lori Alderman**
**605 Highland Drive**
**Bay Saint Louis, MS 39520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Breakers of Ft. Lauderdale**
**909 Breakers Avenue**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,541.00

**Breana Bell and Jari Maddox**
**2605 Craycrast Ave**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Breanne Rinkema**
**4204 Sandberg Drive**
**Colorado Springs, CO 80911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breckenridge Grand Vacations**
**100 S. Main St., P.O. Box 6879**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breckenridge Grand Vacations - Peak 7 an**
**1627 Ski Hill Road**
**Breckenridge CO, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|

**Bree and Travis Boldt**
**8820 Judson St**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breeze Private Residences Club**
**Pacifico Retail Billage 18 Sardinal**
**Playa del Coco, Costa Rica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breezy Point at Highpoint**
**9252 Breezy Point Drive**
**Breezy Pint, MN 56472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breezy Point in Minnesota**
**9252 Breezy Point Drive**
**Breezy Pint, MN 56472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breezy Shores Resort**
**1275 W. Lake Drive**
**Detroit LAKES, MN 56501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Brenda & Aaron Holmes**
**1617 N Mobile Ave**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,608.25**

**Brenda & Ammie Jenkins/Nurse**
**1257 Granton Terrace**
**Chesapeake, VA 23332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,495.00**

**Brenda & Cortney Etheredge/Goodson/Griff**
**2 Wallace Road**
**Mount Holly, NJ 08060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,358.00**

**Brenda & Glenn Isaacson**
**5959 Idlewood Road**
**Mound, MN 55364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,554.00**

**Brenda & Paul Bob**
**8506 Bandridge Road**
**Laporte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,670.00**

**Brenda & Toby Wibeto**
**7515 E Florian Ave**
**Mesa, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Brenda Crow**
**4578 TWIN PEAKS DRIVE**
**LOVELAND, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,495.00** |
|---|---|---|---|

**Brenda Hardwick**
**8478 Jason Street**
**Federal Heights, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,949.00** |
|---|---|---|---|

**Brenda Sisneros**
**845 Salem Street**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Brenda Smith**
**17715 Dusty Patty Ct.**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,895.00** |
|---|---|---|---|

**Brenda Soper**
**6427 Newcombe St**
**Apt #A**
**Arvada, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Brett & Rebecca Sterrett**
**97 E Wildflower Court**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,958.00** |
|---|---|---|---|

**Brian & Barbara Cossey (Stewart)**
**5450 Wickerdale Lane**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,778.00** |
|---|---|---|---|

**Brian & Charlene Odaffer**
**6177 N Cedar Ave**
**Medford, MN 55049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Brian & Cheryl Kellison**
**1002 N 1138 Rd**
**Lawrence, KS 66047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,990.00 |
|---|---|---|---|

**Brian & Ebony Gauthier**
**4009 8th Street NW**
**Lehigh Acres, FL 33976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Brian & Nanette Barbiche**
**PO Box 2523**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Brian and Angela Petersen**
**4419 E. Indigo Bay Dr.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,524.94 |
|---|---|---|---|

**Brian And Elinor Sullivan**
**9732 S Seeley Ave**
**Chicago, IL 60643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,470.00 |
|---|---|---|---|

**Brian and Elisabeth Corcoran**
**16029 Pikes Peak Dr**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Brian and Eric Studdert**
**26112 Queens Glen Drive**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,745.00** |
|---|---|---|---|

**Brian and Rosemarie Lockie**
**10861 Golfview Dr North**
**Penbroke Pines, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Brian Berg**
**14 San Anselmo**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,470.00** |
|---|---|---|---|

**Brian Geer and Jacqueline Rivera**
**PO Box 315**
**Walden, CO 80480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Rathbun**
**4997 S Espana Way**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Brian W Jackson**
**2509 Testway Ave**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brice Bohrer Creative LLC**
**3082 Willowrun Dr**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Bridget & Alexandria Codrington/Mckenzie**
**534 Vandalia Ave**
**Brooklyn, NY 11239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,870.00 |
|---|---|---|---|

**Bridgette & Melody Craddock/Johnson**
**936 Wynfield Ter**
**Richmond, Va 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brookshire resort - Vacation Village Res**
**2626 Oakland Park Boulevard**
**Fort Lauderdale, FL 33306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Bruce & Beverly Nelsen**
**108 Park Rd.**
**Staples, MN 56479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Bruce & Donna Davis**
**P.O Box 771**
**West Liberty, KY 41772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

**Bruce and Kathleen Anderson**
**5707 Wolf Village Drive**
**Colorado Springs, CO 80924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,010.00 |
|---|---|---|---|

**Bruce and Kathleen Anderson**
**14949 Sandpiper Drive**
**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Bruce Buell**
**PO Box 27351**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
                   Name

| | | |
|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,900.00** |
| | **Bruce Girgenrath & Margaret Jane Hough** | ☐ Contingent |
| | **8 Round Table Drive** | ☐ Unliquidated |
| | **Bell Vernon, PA 15012** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,670.00** |
| | **Bruce Goodman** | ☐ Contingent |
| | **176 Dayleview Ro** | ☐ Unliquidated |
| | **Berwyn, PA 19312** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$12,482.51** |
| | **Bryan & Tawnia West** | ☐ Contingent |
| | **3736 Marathon Drive** | ☐ Unliquidated |
| | **Billings, MT 59102** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,995.00** |
| | **Bryan and Marie Good** | ☐ Contingent |
| | **10136 E Southern Ave #1102** | ☐ Unliquidated |
| | **Mesa, AZ 85209** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,995.00** |
| | **Buffy & David L. Sacre** | ☐ Contingent |
| | **4504 Exton Lane** | ☐ Unliquidated |
| | **Chester, VA 23831** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Buganvilias Resort Vacation Club** | ☐ Contingent |
| | **#D747 BlvdFrancisco Medina Ascenclo No.** | ☐ Unliquidated |
| | **Jalisco, Mexico** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Burn, Figa & Will, P.C.** | ☐ Contingent |
| | **6400 S. Fiddlers Green Circle Suite 1000** | ☐ Unliquidated |
| | **Greenwood Village, CO 80111** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bushkill Group** | ☐ Contingent | |
| | **PO Box 447** | ☐ Unliquidated | |
| | **Bushkill, PA 18324** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,652.25 |
|---|---|---|---|
| | **Business Capital One Spark Visa Holly** | ☐ Contingent | |
| | **P.O. Box 30285** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84130** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|
| | **Byron And Sandra Wake** | ☐ Contingent | |
| | **1507 Haven Lock Drive** | ☐ Unliquidated | |
| | **Houston, TX 77077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,007.00 |
|---|---|---|---|
| | **Byron And Theresa Fain** | ☐ Contingent | |
| | **702 S Moore St** | ☐ Unliquidated | |
| | **Dallas, TX 75203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,535.35 |
|---|---|---|---|
| | **C Thomas (Tom) & Sandra Young** | ☐ Contingent | |
| | **4404 Steeplechase trail** | ☐ Unliquidated | |
| | **Arlington, TX 76016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **C2C Resources, LLC** | ☐ Contingent | |
| | **56 Perimeter Center East Suite 100** | ☐ Unliquidated | |
| | **Atlanta, GA 30346** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **C4 Sign & Design** | ☐ Contingent | |
| | **8072 S Grant Way** | ☐ Unliquidated | |
| | **Littleton, CO 80122** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cabo Villas** | ☐ Contingent | |
| | **Callejon del Pescador S/N Medano Beach** | ☐ Unliquidated | |
| | **Cabo San Lucas 23453, Mexico** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **California Vacation Club in Napa Valley** | ☐ Contingent | |
| | **500 lincoln Avenue** | ☐ Unliquidated | |
| | **Napa, CA 94558** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CALL RAIL INC** | ☐ Contingent | |
| | **100 Peachtree St NW #2700** | ☐ Unliquidated | |
| | **Atlanta, GA 30303** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Callena Sturdivant** | ☐ Contingent | |
| | **PO Box 33182** | ☐ Unliquidated | |
| | **Charlotte, NC 28233** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | **Calvin And Debra Snyder** | ☐ Contingent | |
| | **3538 Clater Powell** | ☐ Unliquidated | |
| | **Waco, TX 76705** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,453.00 |
|---|---|---|---|
| | **Calvin Bowles and Clarizelle Reyes** | ☐ Contingent | |
| | **201 Pennsylvania Ave** | ☐ Unliquidated | |
| | **Apt 316** | ☐ Disputed | |
| | **Fairfield, CA 94533** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Calypso Cay Resort** | ☐ Contingent | |
| | **4951 Calpso Cay Way** | ☐ Unliquidated | |
| | **Kissimmee, FL 34746** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Canadian Lakes**<br>**100th Ave.**<br>**Canadian Lakes, MI 49346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Canvas Bank**<br>**PO Box 5238**<br>**Englewood, CO 80155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|
| | **Capathia Jenkins**<br>**262 Jefferson Avenue**<br>**Canton, GA 30114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Capistrano Surfside Inn**<br>**34680 Coast Highway**<br>**Capistrano Beach, CA 92624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Capital Resorts**<br>**150 2nd Ave N STE 450**<br>**Saint Petersburg, FL 33701-3340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Capital Vacations**<br>**9654 N Kings Hwy. Suite 101**<br>**Myrtrle Beach, SC 29572-4040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Capital Vacations**<br>**9654 N Kings Hwy #101**<br>**Myrtle Beach, SC 29572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Captain Morgan's Retreat**
**3.5 Miles North**
**San Pedro 9999, Belize**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Captain's Cove Resort**
**Big Lake Road PO Box 49**
**Gresham, WI 54128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caribbean Palm Village**
**Noord 43-E Palm Beach Road**
**Noord, Aruba**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carl & Barbara Kindermann**
**52York  Hill Ct**
**Wentzville, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl, Alfred Swanson**
**3448 S Iris Ct**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carla and Brian Scheppler**
**18725 E 100th PL**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,574.00 |
|---|---|---|---|

**Carla and Greg Potts**
**1260 County Road 6236 North**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,192.00** |
|---|---|---|---|

**Carla Hastings**
**1550 N Stapley Unite 33**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,346.00** |
|---|---|---|---|

**Carlos & Paulette Davila**
**8603 West Cove Circle**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**Carlos & Valerie Hernandez**
**13785 W 64th Pl.**
**Arvada, TX 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,931.00** |
|---|---|---|---|

**Carlos and Corazon Laygo**
**8786 Don Hordon Ave.**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,126.00** |
|---|---|---|---|

**Carlos And Mary DeJesus (SPO)**
**95 Weare Street 3rd Floor**
**Lawrence, MA 01843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,771.92** |
|---|---|---|---|

**Carlos And Mioara Mercado Torres**
**16 Golden Knight Terrace**
**Cameron, NC 28326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Carlos And Tamira Santiago**
**108 Pecanwood CT**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Carlos Gonzalez**
**2118 W Glen Rosa Ave**
**Phoenix, AZ 85015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,933.00 |
|---|---|---|---|

**Carlton and Leslie Allderdice**
**24042 E. Moraine Place**
**Aurora, CO 80016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Carlton Barber**
**1020 Mockingbird Lane**
**Richwood, TX 77531**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carmen Elam and Phyllis Reed**
**256 Diamond Drive**
**Evergreen, CO 80439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carol  Freeman-Richardson and James Rich**
**4268 Magnolia Ln N**
**Plymouth, MN 55441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|

**Carol & Dennis Lanspery**
**1681 Albany Court**
**Hollister, CA 95023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**Carol & Humberto Udel-Rodriguez**
**501 Carleton Dr**
**Richardson, TX 75081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,080.00 |
|---|---|---|---|

**Carol & Lane Morris/Knox**
**1934 Stonegate Dr**
**Calument City, IL 60473**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Carol & Marlin Amsberry**
**516 East Hinsdale Avenue**
**Littleton, CO 80122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Carol & Michael Snapp**
**145 Leason Cove Drive**
**Lusby, MD 20657**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,307.61 |
|---|---|---|---|

**Carol & Norman Hinrichs**
**690 Monn Ave**
**ST. Paul, MN 55127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,295.00 |
|---|---|---|---|

**Carol & Ralph Krieser**
**13955 E Oxford Place**
**Aurora, CO 80014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,950.00 |
|---|---|---|---|

**Carol & Susan Wiegrefe**
**42443 120th Street**
**Mabel, MN 55954**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,117.11 |
|---|---|---|---|

**Carol A. Jones**
**17751 Devon Drive**
**Country Club Hills, IL 60478**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,867.00 |
|---|---|---|---|

**Carol and Charles Walters**
**16600 25th Ave NE Unit 140**
**Marysville, DC 98271**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Carol and Gary Thompson**
**8716 W Indore Dr**
**Littleton, CO 80128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Carol and Lewis Barnes**
**2904 Veva Dr.**
**Pearland, TX 77584**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Carol and Mark Tomlinson**
**5629 Van Buren Street**
**Groves, TX 77619**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carol and Martin Frenkel**
**1025 Autumn Dr.**
**Antioch, IL 60002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.00 |
|---|---|---|---|

**Carol and Marvin Morganti**
**1950 Virgo Circle**
**Loveland, CO 80537**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carol and Perry Brady**
**PO Box 717**
**Lehi, UT 84043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Carol Carmouche**
**1706 Highland Glen Lane**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,639.00** |
|---|---|---|---|

**Carol Council**
**20 Mill Stone Rd Ext**
**Moncure, NC 27559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,319.70** |
|---|---|---|---|

**Carol Johnson**
**1367 River Drive**
**Apt 11**
**Chicago, IL 60409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Carol Magee**
**8600 E Alameda Ave Unit 12-103**
**Denver, CO 80247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,721.00** |
|---|---|---|---|

**Carol Murray**
**6476 S High St**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,108.25** |
|---|---|---|---|

**Carol Pelikan**
**2142 West Grace Street**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,395.00** |
|---|---|---|---|

**Carol Thomas**
**5744 North Lawrence Street**
**Philadelphia, PA 19120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,683.00 |
|---|---|---|---|

**Carol Zeller**
**7478 Pebble Lake Dr**
**Mechanicsville, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,996.00 |
|---|---|---|---|

**Carole Simpson**
**16665 North Boxcar Dr**
**Fountain Hills, AZ 86695-2512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.00 |
|---|---|---|---|

**Caroline & George Morris**
**65 Standiford Ct**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,034.00 |
|---|---|---|---|

**Caroline & Lewis Efird**
**2931 Grampain Drive**
**Gastonia, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caroline Czirr**
**607 Clayton**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Carolyn & James (Rick) Vansant**
**1420 Reed Street**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Carolyn & Raymond Smith**
**245 Ridge Drive**
**Bowie, TX 76230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.460**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.00 |
|---|---|---|
| **Carolyn Moore**<br>409 Eastern Road<br>Apt M3<br>Willow Grove, PA 19090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.461**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,648.32 |
|---|---|---|
| **Carolyn Pruitt**<br>7145 Oglesby Ave.<br>Chicago, IL 60649 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.462**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Carolyn Sutherland**<br>3445 Trenary Ln<br>CO Springs, CO 80918 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.463**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,250.00 |
|---|---|---|
| **Caron And Ken Pierre**<br>40 North Lake Drive<br>Newnan, GA 30263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.464**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Carriage House Resorts**<br>250 S,E, 20th Ave A1A<br>Deerfield Beach, FL 33441 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.465**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Carribean Palm Village**<br>Noord 43-E Palm Beach Road<br>Oranjestad, Aruba | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.466**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,910.00 |
|---|---|---|
| **Carrie & Kim & Todd & Kurt Peck/Phillips**<br>818 East Dartmoor<br>Sevenhills, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,734.00** |
|---|---|---|---|

**Carrie And David Holmes**
**107 N Craig Rd (PO Box 118)**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,108.00** |
|---|---|---|---|

**Carrie Lopes/Steve Ricciardi**
**2 Daniel Lane**
**North Truro, MA 02652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carrie Mullinix**
**16149 E Geddes Ln**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,450.00** |
|---|---|---|---|

**Carrol & Lee Holmes**
**4425 Melanie Lane**
**College Park, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|---|---|---|---|

**Caryn Gover**
**4319 Pebble Creek Dr. Apt. D**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Casa Dorado**
**Avv. Pescador S/N Col. Medano**
**Cabo San Lucas 23453, BCS 23479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Casillas Law**
**4704 Harlan ST Suite 685**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Casimir & Otibhor Agbi** | ☐ Contingent | |
| | **115-36 Mexico St** | ☐ Unliquidated | |
| | **Saint Albans, NY 11412** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,451.77 |
|---|---|---|---|
| | **Cassandra And David Munoz Cornejo** | ☐ Contingent | |
| | **1902 East Alta Vista Road** | ☐ Unliquidated | |
| | **Phoenix, AZ 85042** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,891.00 |
|---|---|---|---|
| | **Cassandra And Gregory Reynolds** | ☐ Contingent | |
| | **5403 Pine Ridge Lane** | ☐ Unliquidated | |
| | **Rosharon, TX 77583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Catch Fire Marketing** | ☐ Contingent | |
| | **6888 S Clinton St suite 10** | ☐ Unliquidated | |
| | **Greenwood Village, CO 80112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,252.00 |
|---|---|---|---|
| | **Catherine & Dana Harris** | ☐ Contingent | |
| | **913 School** | ☐ Unliquidated | |
| | **Matteson, IL 60443** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|
| | **Catherine & Leonard M Gula** | ☐ Contingent | |
| | **34 Greenlawn Street** | ☐ Unliquidated | |
| | **Fall River, MA 02720** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|
| | **Catherine Foster** | ☐ Contingent | |
| | **4401 Tuskeegee Place** | ☐ Unliquidated | |
| | **Clinton, MD 20735** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**3.481** Nonpriority creditor's name and mailing address
**Cathy & Marion Eaton**
**8025 Ohio Dr Apt 4106**
**Plano, TX 75024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,457.00**

---

**3.482** Nonpriority creditor's name and mailing address
**Cathy and Ronald Dock**
**6250 17th St S**
**St Petersburg, FL 33712**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,900.00**

---

**3.483** Nonpriority creditor's name and mailing address
**Causeway on Gull**
**8087 Lost Lake Road**
**Nisswa, MN 56468**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.484** Nonpriority creditor's name and mailing address
**CBS**
**530 W. 57th Street**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number  8179

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,740.00**

---

**3.485** Nonpriority creditor's name and mailing address
**CBS 17**
**1205 FRONT ST.**
**Raleigh, NC 27609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486** Nonpriority creditor's name and mailing address
**CCR Communications Credit & Recovery Cor**
**20 Broad Hallow Rd Suite 1002**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number  1594

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$254,024.67**

---

**3.487** Nonpriority creditor's name and mailing address
**Cecelia Wilson**
**7025 Rohn Dr**
**St. Louis, MO 63121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,458.43**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **Cecil & Linda Champaign** | ☐ Contingent | |
| | **8012 Autumn Forest Drive** | ☐ Unliquidated | |
| | **Jonesboro, GA 30236** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|
| | **Cecilia and Larry Podzimek** | ☐ Contingent | |
| | **10237 Millstone Drive #5105** | ☐ Unliquidated | |
| | **Lenexa, KS 66220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,530.00** |
|---|---|---|---|
| | **Cecilio & Christiane Santos** | ☐ Contingent | |
| | **21334 Campo Allegro Dr.** | ☐ Unliquidated | |
| | **Boca Raton, FL 33433** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cedar at Streamside** | ☐ Contingent | |
| | **2244 S. Frontage Rd. W.** | ☐ Unliquidated | |
| | **Vail, CO 81657** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|
| | **Celeste Lewis** | ☐ Contingent | |
| | **5539 Marcella Rd** | ☐ Unliquidated | |
| | **Merrville, IN 46410** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|
| | **Celeste Lewis** | ☐ Contingent | |
| | **5539 Marcella Rd** | ☐ Unliquidated | |
| | **Merrville, IN 46410** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,838.00** |
|---|---|---|---|
| | **Celia Lightfoot** | ☐ Contingent | |
| | **7402 Shady Vale Lane** | ☐ Unliquidated | |
| | **Houston, TX 77040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**                          Case number *(if known)*
         Name

| | | |
|---|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

3.495

**Nonpriority creditor's name and mailing address**
**Celina Polanco**
**641 10th Ave 2FS**
**NY, NY 10036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.496

**Nonpriority creditor's name and mailing address**
**Century Link**
**P.O. Box 91155**
**Seattle, WA 98111**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.497

**Nonpriority creditor's name and mailing address**
**Ceona and Jerry Jarrard**
**9250 Morning Star Place**
**Parker, CO 80134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,500.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.498

**Nonpriority creditor's name and mailing address**
**Cesar Castneda Hernandez**
**17929 E Cornell Dr**
**Aurora, CO 80013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.499

**Nonpriority creditor's name and mailing address**
**Cesar Garza**
**6807 Avenue F**
**Houston, TX 77011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,346.71**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.500

**Nonpriority creditor's name and mailing address**
**CFOshare**
**3001 Brighton Blvd Suite 643**
**Denver, CO 80216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.501

**Nonpriority creditor's name and mailing address**
**Chad & Heather Johnston**
**3542 Island Dr**
**North Topsail Beach, NC 28460**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,280.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,965.00 |
|---|---|---|---|
| | **Chandra & Willie Jackson**<br>**11614 Borderwood Dr.**<br>**Huston, TX 77013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,161.40 |
|---|---|---|---|
| | **Chantelle & Albert (Danny) Deitrich**<br>**8939 Wald Road**<br>**Houston, TX 77034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,014.00 |
|---|---|---|---|
| | **Chantelle Bermoy**<br>**91-1081 Iwikuamoo St, Unit #1412**<br>**Ewa Beach, HI 96706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,696.00 |
|---|---|---|---|
| | **Charla Rosenberry and Jamie Rennick**<br>**23882 E Chanango**<br>**Aurora, CO 80015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|
| | **Charlane Frazier**<br>**2202 Jerome Prairie Rd**<br>**Grants Pass, OR 97527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|
| | **Charlene & Paula Smith**<br>**1009 Indian Camp Road**<br>**Smithfield, NC 27577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|
| | **Charlene and Jeffry Iskra**<br>**11401 69th Ave North**<br>**Seminole, FL 33772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,995.00** |
| | **Charlene Connelly** | ☐ Contingent |
| | **4034 Buckeye Creek Road** | ☐ Unliquidated |
| | **Kingwood, TX 77339** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$6,576.00** |
| | **Charlene Sandoval** | ☐ Contingent |
| | **2775 S Raleigh St** | ☐ Unliquidated |
| | **Denver, CO 80236** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,328.00** |
| | **Charles & Catherine Thompson** | ☐ Contingent |
| | **787 Dennison Pond Road** | ☐ Unliquidated |
| | **Francestown, NH 03043** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,995.00** |
| | **Charles & Denise Baston/McElroy** | ☐ Contingent |
| | **307 Deer Park Ave** | ☐ Unliquidated |
| | **Temple Terrace, FL 33617** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,995.00** |
| | **Charles & Jeannie Kemp** | ☐ Contingent |
| | **2002 E Cypress** | ☐ Unliquidated |
| | **East Bernard, TX 77435** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10,034.00** |
| | **Charles & Joann Schauber Sr / McCloskey** | ☐ Contingent |
| | **203 Gordy Place** | ☐ Unliquidated |
| | **New Castle, DE 19720-4703** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,272.34** |
| | **Charles & John & Denise Beckman/Emory** | ☐ Contingent |
| | **9598 Brentwood Way** | ☐ Unliquidated |
| | **Westminister, CO 80021** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,961.00 |
|---|---|---|---|

**Charles & Kim Radcliff Jr**
**4044 Russet Way**
**Country Club Hills, IL 60478**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,314.80 |
|---|---|---|---|

**Charles & Shelley Blue**
**407 Hoffeckers Mill Dr**
**Smyrna, DE 19977**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,915.00 |
|---|---|---|---|

**Charles & Willie (Diane) Roberts**
**4108 Nicklaus Drive**
**Mansfield, TX 76063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Charles (Chuck) & Shirley McCoy/Ingle-Mc**
**1720 Sheffield Place**
**Fort Worth, TX 76112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Charles (Chuck) Merrill**
**6324 Spotted Fawn Run**
**Littleton, CO 80125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**Charles and Barbara Vieser**
**186 Lakeview Dr**
**Whispering Pines, NC 28327**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,095.00 |
|---|---|---|---|

**Charles And Beverly Wilkinson**
**670 Bayshore Drive**
**Hotsprings, AR 74901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number _(if known)_  _____

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $7,740.19 |
|---|---|---|---|

**Charles And Carolyn McGehee**
**509 S. Dante Ave**
**Glenwood, IL 60425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,495.00 |
|---|---|---|---|

**Charles and Donna Ask**
**P.O. Box 509**
**Sedalia, CO 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $8,288.00 |
|---|---|---|---|

**Charles And Jan Robinson**
**2001 83rd Ave. North, Lot #3159**
**FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,950.00 |
|---|---|---|---|

**Charles And Judi Schwab**
**2225 Mileville Drive**
**San Marino, CA 91108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,070.00 |
|---|---|---|---|

**Charles and Linda Myers**
**10784 Ursula St**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,114.00 |
|---|---|---|---|

**Charles And Marianne Robino Jr**
**1194 Hampshire Place**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $7,421.97 |
|---|---|---|---|

**Charles And Nancy Witchet**
**9419 Bearden Creek Lane**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,110.00** |
|---|---|---|---|
| | **Charles and Sherry Carter** | ☐ Contingent | |
| | **2207 Clayton Dr** | ☐ Unliquidated | |
| | **Baytown, TX 77520** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,845.00** |
|---|---|---|---|
| | **Charles And Suzanne Quackenbush** | ☐ Contingent | |
| | **16027 Jones Road** | ☐ Unliquidated | |
| | **Brooksville, FL 34601** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,358.00** |
|---|---|---|---|
| | **Charles And Thelma Banks** | ☐ Contingent | |
| | **15231 Bridge Oak Lane** | ☐ Unliquidated | |
| | **Sugar Land, TX 33498** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,909.00** |
|---|---|---|---|
| | **Charles Anthony and Shelia Lujan** | ☐ Contingent | |
| | **4510 E 121st Ct** | ☐ Unliquidated | |
| | **Thornton, CO 80241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,800.00** |
|---|---|---|---|
| | **Charles Dean & Susannah Gonzales** | ☐ Contingent | |
| | **6929 233 Rd** | ☐ Unliquidated | |
| | **Silt, CO 81652** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|
| | **Charles Hanlon** | ☐ Contingent | |
| | **12 Peters Road** | ☐ Unliquidated | |
| | **Riverside, CT 06878** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Charles Ho** | ☐ Contingent | |
| | **8100 E Union Ave #1212** | ☐ Unliquidated | |
| | **Denver, CO 80237** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                          Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,295.00** |

3.537   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$3,295.00**
**Charles Scott Rittenhouse**
**9416 West Ontario Drive**   ☐ Contingent
**Littleton, CO 80128**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.538   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$2,500.00**
**Charlette Howard And Traci M. Harris**
**4707 Lakefront Terrace Ct**   ☐ Contingent
**Pearland, TX 77584**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.539   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$3,744.45**
**Charlie & Rosetta Bordelon**
**9275 Bella Vita Cir**   ☐ Contingent
**Land O' Lakes, FL 34637**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.540   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
**Charlotte Bay Resort and Club**
**23128 Bayshore Rd.**   ☐ Contingent
**Punta Gorda, FL 33980**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.541   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$3,245.00**
**Charlotte Viggiano**
**9 Adler Circle**   ☐ Contingent
**Galveston, TX 77551**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.542   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
**Chase Bank**
**PO Box 182051**   ☐ Contingent
**Columbus, OH 43218**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.543   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
**Chateau New Orleans**
**240 Rue Burgundy**   ☐ Contingent
**New orleans, LA 70112**   ☐ Unliquidated
   ☐ Disputed
Date(s) debt was incurred _
   **Basis for the claim:** _
Last 4 digits of account number _
   Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Cher and Virgilio Gil Romero**
**1262 Inca Dr.**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,555.00** |
|---|---|---|---|

**Cheri & William Snider**
**57 Stinson Rd**
**Douglas, WY 82633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,495.00** |
|---|---|---|---|

**Cherie Van Over**
**65230 94th St.**
**Bend, OR 97703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,945.00** |
|---|---|---|---|

**Cheryl & Charles Lewis**
**154 Emelia Street**
**Chicago Heights, IL 60411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,237.48** |
|---|---|---|---|

**Cheryl & David Thomas/Hamilton**
**906 3rd Strret**
**MCKees Rocks, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Cheryl & Pat Christian**
**7703 Hilltopper Ct**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,670.00** |
|---|---|---|---|

**Cheryl And Jerry Strine**
**22155 Swan St #623**
**South Lyon, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,250.00** |
|---|---|---|---|
| | **Cheryl Duzant**<br>**411 Brandywine Fails Ct**<br>**Apollo Beach, FL 33572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,480.00** |
|---|---|---|---|
| | **Cheryl Lamaak**<br>**3214 Coral Ridge Court**<br>**League City, TX 77573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Cheryl Lombre**<br>**636 West 47th st unit 1**<br>**Chicago, IL 60609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Cheryl Nelson**<br>**PO Box 86**<br>**Guffey, CO 80820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,905.00** |
|---|---|---|---|
| | **Cheryl Poole**<br>**905 Applegate Pkwy**<br>**Waxhaw, NC 28173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,576.53** |
|---|---|---|---|
| | **Chester And Chemarlyn Cassel**<br>**11315 Corola Trail Dr**<br>**Houston, TX 77066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,686.00** |
|---|---|---|---|
| | **Chris & Holly Mitchell**<br>**1719 Fox Ridge Road**<br>**Eufaula, AL 36027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |
|---|---|---|---|
| | **Chris & Kristin Murray**<br>**13514 W. Rovery Ct.**<br>**Litchfield Park, AZ 85340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,436.00** |
|---|---|---|---|
| | **Chris & Shirley Kohlmeier**<br>**26722  Cuenca DR**<br>**Mission Viejo, CA 92691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,353.00** |
|---|---|---|---|
| | **Chris And Helen Matthews**<br>**1837 Balmoral Avenue**<br>**Westchester, IL 60154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |
|---|---|---|---|
| | **Chris and Lisa Sohigian**<br>**18 Tracey Dr.**<br>**Whitinsville, MA 01588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |
|---|---|---|---|
| | **Chris And Mari Jo Royer**<br>**739 N Sumac St**<br>**Olathe, KS 66061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Chris Roberts**<br>**1468 S Garfield St**<br>**Denver, CO 80210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|
| | **Chris Tidwell/Megan Tomlin**<br>**114 Whippoorwill Dr**<br>**Waverly, TN 37185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Chris&Susan D'Avy**
**1216 D Avy Road**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**Christa and Paul Saenz**
**2628 E. 132nd Ave.**
**Thorton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Christen & James Tomcheck**
**1612 Heather Lane**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,925.02 |
|---|---|---|---|

**Christen Bryce**
**4111 Albany Street**
**Schenectady, NY 12304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,567.00 |
|---|---|---|---|

**Christian & Carrie Miller**
**5551 W. Christy Dr.**
**Glendale, AZ 85304-3889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Christian Stout**
**7575 E 29th Pl Apt 4054**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christie Lodge**
**47 E. Beaver Creek Blvd**
**Avon, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,334.00** |
| | **Christina and John Medler** | ☐ Contingent | |
| | **8551 Raviller Dr.** | ☐ Unliquidated | |
| | **Downey, CA 90240** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,537.00** |
| | **Christina DeVera and Terry Jones** | ☐ Contingent | |
| | **11 A East Dunee Quarter** | ☐ Unliquidated | |
| | **Unit 308** | ☐ Disputed | |
| | **Palatine, IL 60074** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,805.68** |
| | **Christine & Patrick Shepler** | ☐ Contingent | |
| | **4427 Hanover Park Drive** | ☐ Unliquidated | |
| | **Jacksonville, FL 32224** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,426.00** |
| | **Christine & Theresa Howland/Backhaus** | ☐ Contingent | |
| | **4900 W 60th Ave** | ☐ Unliquidated | |
| | **Arvada, CO 80003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
| | **Christine and Kent Harker** | ☐ Contingent | |
| | **1008 W 600 North** | ☐ Unliquidated | |
| | **West Bontiful, UT 84087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,950.00** |
| | **Christine And Terry Pridemore** | ☐ Contingent | |
| | **2414 Moon Dance Lane** | ☐ Unliquidated | |
| | **Midlothian, TX 76065** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
| | **Christine Bowlby** | ☐ Contingent | |
| | **4960 N. Caseville Rd.** | ☐ Unliquidated | |
| | **Caseville, MI 48725** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.00 |
|---|---|---|---|

**Christine Orris and Joe Badre**
**91 East 207 Street**
**Euclid, OH 44123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|

**Christine Reisinger/Martin Zaffaroni**
**7924 Deertrail Drive**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christmas Mountain**
**S944 Christmas Mountain Road**
**Wisconsin Dells, WI 53965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,650.29 |
|---|---|---|---|

**Christopher & Alicia Miller**
**136 Cartier Court**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,489.20 |
|---|---|---|---|

**Christopher & Amy Tecmire**
**1402 Hendricks Blvd**
**Fort Smith, AR 72903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Christopher & Ashley Graham**
**3221 19th Ave South**
**Great Falls, MT 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,025.00 |
|---|---|---|---|

**Christopher & Emily Knackstedt**
**1827 Golden Willow Court**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,146.00** |
| | **Christopher & Megan Kristan** | ☐ Contingent | |
| | **4992 W. Main Rd** | ☐ Unliquidated | |
| | **Fredonia, NY 14063** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,900.00** |
| | **Christopher & Sandi Garbiso** | ☐ Contingent | |
| | **29115 E 166th Ave** | ☐ Unliquidated | |
| | **Brighton, CO 80603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,112.00** |
| | **Christopher & Tania Tesch** | ☐ Contingent | |
| | **W244N6622 Westchester Drive** | ☐ Unliquidated | |
| | **Sussex, WI 53089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,989.00** |
| | **Christopher & Tracey Robertson** | ☐ Contingent | |
| | **5451 Pecan Creek Circle** | ☐ Unliquidated | |
| | **Fort Worth, TX 76244** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,373.96** |
| | **Christopher (Chris) and Jeorgina (Gina)** | ☐ Contingent | |
| | **803 Sam Hunting Drive** | ☐ Unliquidated | |
| | **Williamsburg, VA 23188** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,906.00** |
| | **Christopher and Christena Hicks** | ☐ Contingent | |
| | **15210 E. Crest line Ave.** | ☐ Unliquidated | |
| | **Aurora, CO 80015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,740.00** |
| | **Christopher and Yolando Daniels** | ☐ Contingent | |
| | **19235 Pepper Grass Dr.** | ☐ Unliquidated | |
| | **Tampa, FL 33647** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Christopher Clark** | ☐ Contingent | |
| | **23 Passaconaway Dr** | ☐ Unliquidated | |
| | **Billerica, MA 01821** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,148.00 |
|---|---|---|---|
| | **Christopher D. McNamara** | ☐ Contingent | |
| | **8726 Woods End Street** | ☐ Unliquidated | |
| | **San Antonio, TX 78240** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,022.00 |
|---|---|---|---|
| | **Christopher Kaijala & Janice Collis** | ☐ Contingent | |
| | **3242 Hall Road** | ☐ Unliquidated | |
| | **Muskegon, MI 49442** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,824.00 |
|---|---|---|---|
| | **Christy & Darryl Thomas** | ☐ Contingent | |
| | **7124 Main St** | ☐ Unliquidated | |
| | **Alvarado, TX 76009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Chynell Johnson** | ☐ Contingent | |
| | **4103 W 98th St, Unit #3C** | ☐ Unliquidated | |
| | **Oak Lawn, IL 60452** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cibola Vista Resort and Spa** | ☐ Contingent | |
| | **27501 N.  LAKE Pleasant Parkway** | ☐ Unliquidated | |
| | **Peoria, AZ 85383** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.00 |
|---|---|---|---|
| | **Cindia Vasquez** | ☐ Contingent | |
| | **124 S Valera Court** | ☐ Unliquidated | |
| | **Fort Worth, TX 76134** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,268.00 |
|---|---|---|---|

**Cindy & Corkey Harmon**
**P.O. Box 424**
**Palo Cedro, CA 96073**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,108.25 |
|---|---|---|---|

**Cindy & Dave Bieker**
**2865 S Devinney Ct**
**Lakewood, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,683.00 |
|---|---|---|---|

**Cindy & Ernest Partlow**
**468 Riding Trail Road**
**York, SC 29745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,718.00 |
|---|---|---|---|

**Cindy & Kerry Dean**
**7209 Olson Ln**
**Pasadena, TX 77505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.00 |
|---|---|---|---|

**Cindy & Rodney Severson**
**2943 Lucena Lane**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|

**Cindy and Norman Petrovich**
**822 E Myrtle Ave**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,795.00 |
|---|---|---|---|

**Cindy and Paul Plasters**
**804 Mercury Circle**
**Littleton, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                              Case number (if known) _____
         Name

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Cindy and Robert Cote**
**58 Pembroke Rd**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Bass**
**42 E Burgundy St**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,203.00 |
|---|---|---|---|

**Cindy Cruz**
**7023 Mobud Drive**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Cindy Horton and Jill Warnock**
**9641 Montclair Dr**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Cindy Moors and Evania Nichols**
**105 Allen Paul Dr.**
**Henderson, NC 28791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,066.00 |
|---|---|---|---|

**Cindy Stroschein**
**7300 Urban Drive**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,104.36 |
|---|---|---|---|

**Cindy Suggs and Stephen Massoletti**
**105 Misty CT**
**Richwood, TX 77531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                              Case number (if known) _____
_____
Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Circle By Melia**
**800 Brickell Ave. Suite 1000**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Sprint of Colorado**
**10568 Pierson Cir.**
**Westminster, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Claire and Tom Cunningham**
**7214 Alafia Ridge Loop**
**Riverview, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Claire Cassano**
**2969 Denbeigh Drive**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,351.00 |
|---|---|---|---|

**Clara And Janette Platt**
**819 Bobcat Creek**
**San Antonio**
** TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,448.60 |
|---|---|---|---|

**Clara Crockett**
**20639 Silver Tea Ave.**
**Hockley, TX 77447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,906.00 |
|---|---|---|---|

**Clara Hoffman**
**3042 Mountain Shadows Dr**
**Wheat Ridge, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

**Clare & Elizabeth Wichman/Ingram**
**871 Irving Park Blvd**
**Sheffield Lake, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Clarence & Sherrie Ayers**
**4545 Jonquil Ln**
**Monee, IL 60449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,282.00 |
|---|---|---|---|

**Clarisa Cooper and Marino Reyes**
**86 De La Camden  Street Apt. 2**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Clarissa & Clara Bell**
**154 Girard Ave.**
**Trenton, NJ 08638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,750.00 |
|---|---|---|---|

**Clark & Dotty Colton**
**3126 E. Fremont Dr**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Claudia and Damon Norton**
**80 Lansing St**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,698.00 |
|---|---|---|---|

**Claudia Bailey**
**122 S Fremont St**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,645.00** |
|---|---|---|---|

**Clayton Figg**
**920 Wagon Bend Road**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,358.25** |
|---|---|---|---|

**Cleone and Cleone Solomon**
**155 E Meadowlark**
**Snowflake, AZ 85937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cliffs at Peace Canon, El Dorado Resort**
**4550 S. Canyon Drive**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cliffs at Peace Canyon**
**P. O. Box 9610**
**Coral Springs, FL 33075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clifts at Peace Canyon**
**4550 S. Canyon Drive**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,905.89** |
|---|---|---|---|

**Clint & Christina Miller**
**1914 S Ridgemont**
**Spokane Valley, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,117.00** |
|---|---|---|---|

**Clint & Dianne Dorwart**
**1910 Dorwart Dr.**
**Sidney, NE 69162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,028.50**

Clint And Cindy Tyler
8861 North West Falcon
Sawyer, KS 67134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,117.75**

Clint Clinton Allaman
3390 Crow Lake Drive
Bettendorf, IA 52722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,000.00**

Clint Whitfield
4204 Towne Lake Court
Irving, TX 75061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,996.00**

Clinton & Mary Moon
1597 Jacaranda St
Lemoore, CA 93245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

Clinton & Teressa Courtney
45560 Turnham Green Court
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,576.00**

Clinton Lyle Miner
PO Box 394 Haliburton
Haliburton, ON K0M - 1S0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,133.21**

Clodoaldo Perez-Ordenez
9100 East Florida Ave
Apt 19-307
 CO 80247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Clova Ebanks and Diane Mckenzie** | ☐ Contingent |
| | **13211 South Morgan Street** | ☐ Unliquidated |
| | **Calumet Park, IL 60827** | ☐ Disputed |

$4,095.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Clovia and Bob Fushimi** | ☐ Contingent |
| | **12023 Cole Creek Heights Drive** | ☐ Unliquidated |
| | **Golden, CO 80403** | ☐ Disputed |

$1,995.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Club Casa Dorado** | ☐ Contingent |
| | **AV. Pescador S/N  Col. El Medano** | ☐ Unliquidated |
| | **Cabo San Lucas 23453, Mexico** | ☐ Disputed |

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Club De Soleil in Vegas** | ☐ Contingent |
| | **5625 W Tropicana Ave.** | ☐ Unliquidated |
| | **Las Vegas, NV 89103** | ☐ Disputed |

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Club Del Sol** | ☐ Contingent |
| | **#12  Centro Comercial El Jardin** | ☐ Unliquidated |
| | **;aua Kacp.Puntarenas, Costa Rica** | ☐ Disputed |

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Club Exploria Fairway** | ☐ Contingent |
| | **2157 River Road East** | ☐ Unliquidated |
| | **Stroudsburg, PA 18302** | ☐ Disputed |

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Club Intrawest - Embarc Whistler** | ☐ Contingent |
| | **4580 Chateau Boulevard** | ☐ Unliquidated |
| | **Whistler, British Columbia** | ☐ Disputed |

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|--------|-----|-----|-----|
| | Name | | |

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Lagoon Beach y Marina**
**677    N Washington Blvd**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Melia**
**Melia Puerto Vallaerta #7561**
**Puerto Vallarta Vallarta, Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Navigo**
**100 East Granada Blvd**
**Ormond Beach, Fl 32176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club QM Resorts**
**515 Nichols Blvd**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Regina Los Cabos**
**#3531 San Jose del Cabo**
**B aja Calfornia Sur, Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Sunset in Cancun**
**Bulevard Kukulcan Kilometro 5.8 MZ-37 Lt**
**Zona Hotelera CP 77500, Cancun, Quintana**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Tahoe**
**914 Northwood Blvd**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
         Name

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Trinidad**
**1900 E Palm Canyon Dr.**
**Palm Springs, CA 92264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Club Vacancy Saisons - RCI**
**355 Rue Dupont**
**BEAUPRE, QC Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,807.00 |
|---|---|---|---|

**Clyde & Vivian Smith**
**PO Box 476**
**Norlina, NC 27563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNA Insurance**
**10375 Park Meadows Dr Ste #300**
**Littleton, CO 80124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CO Comm Media**
**722 Washington Ave**
**Golden, CO 80401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cocoa Beach**
**3550 N Atlantic Ave**
**Cocoa Beach FL   32931**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coconut Bay**
**919 North Birch Road**
**Fort Lauderdale, FL 33304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Bay Resort**<br>**919 North Birch Road**<br>**Fort Lauderdale, FL 33304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Mallory Resort**<br>**1445 S Roosevelt Blvd**<br>**Key West, FL 33040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Malorie**<br>**201 60th St**<br>**Ocean City, MD 21842** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Maui**<br>**475 Front St**<br>**Lahaina, HI 96761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Palms**<br>**611 S Atlantic Ave.**<br>**New Smyrna Beach, FL 32169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Coconut Vacation Club**<br>**100 73rd St**<br>**Homes Beach, FL 34217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $9,345.00 |
| | **Cody & Kaylene West**<br>**332 63rd Ave**<br>**Greeley, CO 80634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,297.91 |
|---|---|---|---|

**Cody & Samantha Armel/Wigen**
**503 south Bermont Ave**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Colleen & Craig Pernerewski**
**76 Green Lane**
**Durham, CT 06422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Colleen and William Kok**
**903 Scotch Pine Dr**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonies at Williamsburg**
**5380 Olde Towne Rd.**
**Williamsburg, VA 23188-1922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Civil Rights Commission**
**1560 Broadway, Suite 825**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0205

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Dept of Labor**
**633 17th St #201**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Grand Vacation**
**1627 Sli Hill Road**
**Breakenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.677** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Colorado River Adventures (RV Timeshare)**
2581 N Highway 95
Parker, AZ 85344

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.678** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Comcast Business**
9602 S 300 W Stu B
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number  **3608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.679** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Concetta Palmieri**
21521 E. Aberdeen Dr
Centennial, CO 80015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Concord Servicing**
PO BOX 29352
Phoenix, AZ 85038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Connecticut Office of the Attorney Gener**
165 Capitol Avenue
Hartford, CT 06106

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

**Connie and James Bellot**
7810 W Byers Ave #201
Lakewood, CO 80226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,945.00**

**Connie Belz**
1678 S Rosemary St
Denver, CO 80231

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,287.95 |
|---|---|---|---|

**Connie Felton**
**215 Pinewood Drive**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Consolidated Resorts - Tahiti Vacation C**
**515 South Kihel Road**
**Kihei Maui, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Constance & Aaron Matranga**
**27 Sweetwater Court**
**North Augusta, SC 29860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Convergence Solutions**
**707 17th Avenue**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cooper Village**
**209 Ten Mile Cr.**
**Copper Mountain, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coral Reef at Hilton Head**
**12 Valencia Rd.**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coral Springs**
**98 N 6680 W.**
**Hurricane, UT 84737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| | **Cori Napoli** | ☐ Contingent |
| | **11575 Radiant CR, 1102** | ☐ Unliquidated |
| | **Parker, CO 80134** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$8,585.00** |
| | **Corinne & Gilbert Lamarque** | ☐ Contingent |
| | **2214 E LaDeney Way** | ☐ Unliquidated |
| | **Ontario, CA 90764** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| | **Corral Sands through RCI** | ☐ Contingent |
| | **66 Pope Ave.** | ☐ Unliquidated |
| | **HiltonHead, SC 29928-4744** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$5,336.00** |
| | **Cosby Smith** | ☐ Contingent |
| | **6555 Lake Ester Drive** | ☐ Unliquidated |
| | **Fairborn, GA 30213** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| | **Country Hideaway** | ☐ Contingent |
| | **PO Box 3199 75 Enchanted Way** | ☐ Unliquidated |
| | **Cleveland, GA 30528** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$8,930.00** |
| | **Courtney and Stephen Wilson** | ☐ Contingent |
| | **1004 Kimball Dr** | ☐ Unliquidated |
| | **Phoenix City, AL 36869** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| | **Courtyard Resorts** | ☐ Contingent |
| | **125 North Street** | ☐ Unliquidated |
| | **Hyannis, MA 02639** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cove at Yarmouth**
**183 Main St**
**West Yarmouth, MA 02673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cove II on Ormond Beach**
**Atlantic Ave.**
**Oormond Beach, FL 32176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,287.50 |
|---|---|---|---|

**Cox Media Group**
**6205 Peachtree Dunwoody Road**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number  2775

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,287.50 |
|---|---|---|---|

**Cox Media Group Jennifer Piccirello**
**PO Box 530266**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number  9621

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
|---|---|---|---|

**Cox Media Group Jennifer Piccirello**
**PO Box 83143**
**Chicago, IL 60691**

Date(s) debt was incurred _

Last 4 digits of account number  8231

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coy Richardson**
**9435 Southern Hills Cir.**
**Lone Tree, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|

**CPX Interactive - Digital Remedy**
**1441 Broadway 18th Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number  8548

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,240.78 |
|---|---|---|---|

**CPX Interactive Digital Remedy**
**1441 Broadway 18th floor**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **V485**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,240.78 |
|---|---|---|---|

**CPX Interactive Digital Remedy - ABC-Ame**
**500 Seneca St., Suite 400**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **V485**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,617.00 |
|---|---|---|---|

**Craig & Christine Powell**
**1317 Yawl Point**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,245.00 |
|---|---|---|---|

**Craig & Darla Hahn/Mortensen**
**1000 Old Firehouse Rd**
**Arnold, CA 95223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,095.00 |
|---|---|---|---|

**Craig & Debbi St. Clair**
**5621 V V Jones Rd**
**Venus, TX 76084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,980.00 |
|---|---|---|---|

**Craig & Jan Lending/Miller**
**23 Northfield Gate**
**Pittsford, NY 14534-2921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,445.00 |
|---|---|---|---|

**Craig & Jeanne Rupert**
**3900 Libra Lane**
**El Paso, TX 79904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.712** | Nonpriority creditor's name and mailing address | | **$8,006.00**

**Craig & Tracy Meese**
**1418 Nate Cir**
**Bullard, TX 75757**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.713** | Nonpriority creditor's name and mailing address | | **$3,595.00**

**Craig And Linda Ahlbom**
**7 Cedar Hill Lane/ P.O. Box 88 (mail)**
**High Rolls, NM 88325**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address | | **$4,680.00**

**Creed Henry**
**6012 Lorenzo Dr**
**Grand Prarie, TX 75052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address | | **$0.00**

**Creek Side Village**
**41 Resort Drive PO Box 438**
**Basye, VA 22810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | | **$10,200.00**

**Cristian And Simona Gavaller**
**221 Bell Branch Lane**
**Jacksonville, FL 32259**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | | **$0.00**

**Crown Plaza**
**101 Olympic Drive**
**Lake Placid, NY 12946**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | | **$0.00**

**Crown Point**
**1600 Ivory Ln.**
**Horseshoe Bend, AR 72512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crown Resorts**
**2030 Barber Dr.**
**Stoughton, WI 53589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CROWN RESORTS LIMITED**
**Level 3, Crown Towers 8 Whiteman Street**
**Southbank, VIC 03006-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crown Ridge Condominiums**
**326 Crown Ridge Rd.**
**North Conway, NH 03860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crown Ridge Resort**
**326 Crown Ridge Rd.**
**North Conway, NH 03860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,618.00 |
|---|---|---|---|

**Cruz & Ubelia, Kelly & Carlo Arteaga**
**608 Lexington Drive**
**Ennis, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,450.73 |
|---|---|---|---|

**Crystal & Alex Robinson**
**2084 La Palma Ave**
**Fort Charlotte, FL 33953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**Crystal & Felix Sital**
**5511 Nero Lake Dr**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.726** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00**

**Crystal Robertson and Jeffrey Briggs**
**2275 Rocky Mountain Ave**
**# 104**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CSQUARED**
**1873 S. Bellaire St. Suite 600**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cumulus Media**
**455 N Cityfront Plaza Dr Ste 1700**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,996.00**

**Curtis & Dorene Becker**
**5607 W Cinder Brook Way**
**Flonence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,704.00**

**Curtis & Paige Cunningham**
**4367 S Garland Way**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,647.70**

**Curtis (Pat) and Susan Harkins**
**13932 W. Whitewood Dr**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00**

**Curtis Marsh and Ernest Harris Jr.**
**303 Prairie Ave**
**Calumet City, IL 60409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Cynthia and James Rawles**
**6904 groveton dr**
**Clinton, md 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Cynthia and Michael Miller**
**4101 Glenndale Rd**
**Bowie, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Cynthia and Paul Edwards**
**11993 South Allerton Circle**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,628.00** |
|---|---|---|---|

**Cynthia and Warren Winns**
**5006 NE Cache Road**
**Lawton, OK 73507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,945.00** |
|---|---|---|---|

**Cynthia Bolner**
**3119 Chimney Swift**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**Cynthia Gundlach**
**1253 Williamsburg Dr B1**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,295.00** |
|---|---|---|---|

**Cynthia Hildred**
**PO Box 863**
**Platteville, CO 80651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,915.00** |
|---|---|---|---|
| | **Cynthia Little** | ☐ Contingent | |
| | **2831 Country Club Road** | ☐ Unliquidated | |
| | **Wadesboro, NC 28170** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|
| | **Cynthia Tybor** | ☐ Contingent | |
| | **7611 Bryonwood Dr** | ☐ Unliquidated | |
| | **Houston, TX 77055** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Dagmar Branding Inc** | ☐ Contingent | |
| | **9222 Teddy Ln** | ☐ Unliquidated | |
| | **LoneTree, CO 80124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,450.00** |
|---|---|---|---|
| | **Dale & Charlotte  Klein** | ☐ Contingent | |
| | **34 Rock Lake Road** | ☐ Unliquidated | |
| | **Wheatland, WY 82201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,480.00** |
|---|---|---|---|
| | **Dale & Jeannie Weber** | ☐ Contingent | |
| | **514 E 33rd St South** | ☐ Unliquidated | |
| | **Wellington, KS 67152** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,190.00** |
|---|---|---|---|
| | **Dale & Nancy Swan** | ☐ Contingent | |
| | **1856 Parker RD** | ☐ Unliquidated | |
| | **St. Louis Park, MN 55426** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|
| | **Dale and Brenda Fisher** | ☐ Contingent | |
| | **3226 Shandon Road** | ☐ Unliquidated | |
| | **Rock Hill, SC 29730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Timeshare Termination Team, LLC**                                    Case number (*if known*) _____
     Name

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,007.00** |
|---|---|---|---|
| | **Damian And Natasha Walker**<br>**18103 Red Oak Manor Lane**<br>**Cypress, TX 77433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,745.00** |
|---|---|---|---|
| | **Damone Andrew Beck**<br>**1059 W Stone Creek Cir**<br>**Crystal Lake, IL 60014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Dan & Cheryl Rockwell**<br>**102 43rd Ave**<br>**Greeley, CO 80634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00** |
|---|---|---|---|
| | **Dan & Mary Kay Berry**<br>**29 Eastland Court**<br>**Carlinville, IL 62626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,670.00** |
|---|---|---|---|
| | **Dan & Sharon Moceri**<br>**1100 Prairie Circle**<br>**Prospect Heights, IL 60070-1093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00** |
|---|---|---|---|
| | **Dan and Lorielei Meza**<br>**5363 E. 130th Way**<br>**Thornton, CO 80241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,110.00** |
|---|---|---|---|
| | **Dana Renta**<br>**6514 Wilander St**<br>**Leesburg, FL 34748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 3.754 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Danelle & David Quesenberry**
**18901 N. 259th Lane**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address** | **$6,500.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Danette and Connie Davis**
**1234 skye drive west**
**Jacksonville, FL 32221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.756 | **Nonpriority creditor's name and mailing address** | **$32,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Daniel  Milam Jr.**
**2730 Buckhorn Oaks Dr**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.757 | **Nonpriority creditor's name and mailing address** | **$11,301.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Daniel & Andrea Purcell**
**1S683 Greenbriar Dr.**
**Elburn, IL 60119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 | **Nonpriority creditor's name and mailing address** | **$3,625.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Daniel & Anita Cobarrubio**
**3 1727 W Caraolina A**
**Chicksha, OK 73018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address** | **$8,500.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Daniel & Bouang Wilborn**
**3834 S. Fraser St.**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address** | **$7,571.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**Daniel & Diana Grajeda/Alva**
**11505 Casa Marina Way**
**Tampa, FL 33635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,707.00 |
|---|---|---|---|

**Daniel & Lattrice Dykes**
**8402 Amber Bend Dr**
**Baytown, TX 77521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Daniel & Migdalia Langan**
**8751 Breing Run Circle**
**Breiningsville, PA 18031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Daniel & Patricia O'Neill**
**115 Cardinal Rd**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Daniel & Robyn Reisetter**
**29765 C Ave.**
**Radcliffe, IA 50230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Daniel & Tamara Leavitt**
**13601 Manilla Rd**
**Hudaon, CO 80642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Daniel & Tricia Tucker**
**11345 SE Jeff Road**
**Montpelier, IN 47359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Daniel and Connie Helus**
**12907 Krameria St**
**Thornton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Daniel And Rose Schoenbeck**
**1697 Bentwater Ln**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Daniel and Tyler Pierce**
**4130 S. Mill Ave  Apt L116**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Daniel Craft and Melissa Fazio Craft**
**505 Sylvania Ave**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Daniel Diaz**
**1401 Bay Road Apt. 407**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,785.55 |
|---|---|---|---|

**Daniel Gannon**
**86 Tanglewood Drive**
**Hamden, CT 06518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Daniel Harrison**
**712 Wickham Dr.**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,745.00 |
|---|---|---|---|

**Daniel Marion**
**3452 Gaylord Street**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,473.60 |
|---|---|---|---|

**Daniel&Stacie Bugel**
**3823 Chester St.**
**Munhall, PA 15120-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,170.00 |
|---|---|---|---|

**Danielle Gower**
**474 Westbank Rd**
**Glenwood Springs, co 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |
|---|---|---|---|

**Danny and Kathy Fancher**
**902 S Walden St, Unit #107**
**Aurora, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,982.00 |
|---|---|---|---|

**Danny Ferreira**
**860 Turquoise St.**
**Unit 126**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Dareck, Raphael,Lyncol and Rafael Tamari**
**5700 W Lake St.**
**St. Louis Park, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Darin and Bernadette Shepard**
**9165 West Cornell Place**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,121.00 |
|---|---|---|---|

**Darise Victory**
**441 Cranleigh Rdg SE**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,728.00** |
|---|---|---|---|
| | **Darlene & Donald DeLong**<br>**44 County Rd 4281**<br>**Dayton, TX 77535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,832.00** |
|---|---|---|---|
| | **Darlene & Perry Martin**<br>**2429 Alexander Lake Dr**<br>**Marietta, GA 30064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,806.00** |
|---|---|---|---|
| | **Darlene and Maurice Wyatt**<br>**4676 Freeport Way**<br>**Denver, co 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Darlene Head and Alvin Goldman**<br>**360N 100  W**<br>**Malad, ID 83252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,690.00** |
|---|---|---|---|
| | **Darlene Lucas**<br>**2014 S. Acoma Dr**<br>**Cottonwod, AZ 86326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Darlene Marie Dailey**<br>**25219 N Quail Haven**<br>**Rio Verde, AZ 85263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,711.00** |
|---|---|---|---|
| | **Darnell & Valjean Taylor**<br>**5714 Whichard Rd.**<br>**Stokes, NC 27884** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Darrell & Cindy Dinkel**
**24590 E Park Crescent Pl**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Darrell And Andrea Chambliss**
**18 Greyton Lane**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Darrell and Jo Dominguez**
**14275 S. Arapaho Dr.**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |
|---|---|---|---|

**Darrell Harp**
**(619) 806-2574 or servinsasha@yahoo.com**
**AZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,350.00 |
|---|---|---|---|

**Darren & Sara Brand**
**1805 Sagitarius Dr.**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Darryl & Sharon Burns**
**1140 Westpark Ave**
**Victoria, TX 77905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Dashawn Smalls**
**1114 E Nutmeg Pl**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |
|---|---|---|---|

**Dave & Karen Ehrhard**
**22112 East Quarto Place**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Dave & Michele Thibodeau**
**2734 Beut Leaf Dr**
**Valrico, FL 33574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**David & Alexia Gomez/Eubank**
**11304 Jersey Circle**
**Thornton, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**David & Barbara Ritchie**
**7065 74th St Circle East**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,685.55** |
|---|---|---|---|

**David & Carol Smith**
**16633 Alden Ave**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,170.00** |
|---|---|---|---|

**David & Carole Lanzone**
**746 Cedar Grove Road**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,240.00** |
|---|---|---|---|

**David & Deane Daniels**
**314 West Mariposa St**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$9,000.00**

**David & Diane Heath**
**21718 Bevington Oaks**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$3,300.00**

**David & Gale Thomas**
**9287 Tammy Lane**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$3,091.35**

**David & Janet McCully**
**1583 S Benton Street**
**Lakewood, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$4,449.75**

**David & Karen Crow/Kennedy**
**255 West Hill Ct**
**P.O. Box 344**
**Ft. Lupton, CO 80621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$2,900.00**

**David & Karen Rousseau/Valvo**
**354 Reeds Mill Road**
**Madrid, ME 04966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$4,950.00**

**David & Linda Anderson**
**21495 E Briarwood Dr**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**$2,995.00**

**David & Linda Koster**
**211 Saint Elias Dr**
**Livermore, CO 80536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known)
_____
Name

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,457.00 |
|---|---|---|---|

**David & Lynn Jansen**
**2017 Blue Heron Rd NE**
**North Liberty, IA 52317**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**David & Mary Wilson**
**5200 Buyserie Road NE**
**Saint Paul, OR 97137-9707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**David & Pam Morris**
**6858 Otis Ct**
**Arvada, CO 80003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,304.00 |
|---|---|---|---|

**David & Patricia Hamilton**
**4250 Onondaga Blvd**
**Syracuse, NY 13219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**David & Patricia Reick**
**3007 Inkberry Circle**
**North Wales, PA 19594**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**David & Phoebee Domercant**
**1002 Ashton Park Drive**
**Lawranceville, GA 30045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**David & Remegia Ford**
**5065 Schwartz Lane**
**Hermitage, PA 16148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |
|---|---|---|---|

**David & Rose Marie Bertauski**
**40 Point Bluff ST**
**Fredricksburg, VA 22406**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,872.00** |
|---|---|---|---|

**David & Rosemarie Keele**
**8225 Lovelaceville Road**
**Paducah, KY 42001**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**David & Sharon Marie Harris**
**804 West Keller Street**
**Mechanicsburg, PA 17055**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**David & Tammy Gilmore**
**5267 South Bahama Circle**
**Centennial, CO 80015**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,398.96** |
|---|---|---|---|

**David & Teri Evangelista**
**18738 N Desert Light Drive**
**Surprise, AZ 85387**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,594.00** |
|---|---|---|---|

**David and Ann Sanders**
**2313 Brittany Avenue**
**Melissa, TX 75454**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**David And Betty Jo Riggsbee**
**4044 Hiddenbrook**
**Charlotte, NC 28205**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**David And Carol Zak**
**433 County Road `156**
**Hallettsville, TX 77964**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,382.50** |
|---|---|---|---|

**David And Debra Hamilton**
**274 Paintbrush Path**
**New Braunfels, TX 78132**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**David and Elizabeth Rosenthal**
**2479 W Long Circle**
**Littleton, CO 80120**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,520.00** |
|---|---|---|---|

**David and Evelyn Lyon**
**30239 Palomino Dr**
**Evergreen, CO 80439**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**David and Jeri Herskovits**
**3379 Mill Vista Road**
**Unit 4115**
**Highlands Ranch, CO 80129**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,320.00** |
|---|---|---|---|

**David and Kathy Loader**
**305 E Zurich Dr.**
**Payson, AZ 85541**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,105.00** |
|---|---|---|---|

**David and Kelli Schriner**
**5559 S Greenwood St**
**Littleton, CO 80120**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  [ ] Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,700.00 |
|---|---|---|---|
| | **David And Kimberly Molengraaf**<br>**3243 FM 1446**<br>**Waxahachie, TX 75167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|
| | **David and Leah Puy**<br>**4263 Cogswell Avenue**<br>**Inidian Head, MD 20640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,286.00 |
|---|---|---|---|
| | **David and Leslie Weeks**<br>**621 Bay Haven Cove**<br>**Biloxi, MS 39532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|
| | **David and Linda Stahlhut**<br>**2136 Hot Oak Ridge St**<br>**Las Vegas, NV 89134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,945.00 |
|---|---|---|---|
| | **David and Lucille Bond/Choboian**<br>**15288 Surrey House Way**<br>**Centerville, VA 20120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,380.00 |
|---|---|---|---|
| | **David and Mary Grossklaus**<br>**2635 Harbor Drive**<br>**Joliet, IL 60431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,576.00 |
|---|---|---|---|
| | **David and Patricia MacEwen**<br>**1409 Rowantree Dr**<br>**Dover, FL 33527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**David And Shirley Daniels**
**229 Dorset Avenue**
**Oswego, IL 60543-6057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**David Fitzgerald**
**3384 Corona Village Way #1010101**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Gannaway**
**1321 S Franklin St**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,320.00 |
|---|---|---|---|

**David Gool**
**5314 Sandy Shell Dr**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,845.00 |
|---|---|---|---|

**David Harbushka**
**721 E Via Elena St**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,900.00 |
|---|---|---|---|

**David Kirkus**
**4216 W. Obispo St.**
**Tampa Bay, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

**David Lovelace**
**6368 N Maximus Pl**
**Meridan, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.845** | Nonpriority creditor's name and mailing address
**David Mills**
**6 Stately Oaks Dr**
**Cartersville, GA 30120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.846** | Nonpriority creditor's name and mailing address
**David Montgomery**
**304 Silver Lake Road**
**Hollis, NH 03049**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.847** | Nonpriority creditor's name and mailing address
**David R., Richard C. and Irene M. Lewand**
**181 Amherston Drive**
**Williamsville, NY 14221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,600.00**

---

**3.848** | Nonpriority creditor's name and mailing address
**David Rodriguez**
**4274 NW 89th Ave #206**
**Coral Springs, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.849** | Nonpriority creditor's name and mailing address
**David Sisnerouz and Celina Vigil**
**7475 Raritan**
**Denver, CO 80221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,691.00**

---

**3.850** | Nonpriority creditor's name and mailing address
**David Steinkamp**
**618) 235-0795 or Dwsteinkamp@Att.net**
**MI**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,323.10**

---

**3.851** | Nonpriority creditor's name and mailing address
**David Walleys Resort**
**2001 Foothill Road**
**Genoa, NV 89411**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davis Marketing**
**226 S Zetterower Ave**
**Statesboro, GA 30458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,123.00 |
|---|---|---|---|

**Dawn & Percival Dawes/Bonnick**
**410 Gilland Ave Apt 11**
**Kingstree, SC 29556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,827.75 |
|---|---|---|---|

**Dawn and Michael (Mike) Weber/Gomez**
**1101 Acadia Clrcel**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Dawne Lyday**
**8840 Cole Dr**
**Arvada, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Daya & Venkataraman Balu**
**2513 Poinciana Dr**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Dayne (Jake) & Charle Jacobs**
**10642 Baneberry Street**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daytona Beach Regency**
**400 N Atlantic Ave**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |

**Dean & Anne Roessner**
**326 Fieldcrest Lane**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,141.43 |

**Dean & Patricia (Pat) Anthony**
**PO Box 772333**
**Steamboat Springs, CO 80477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,396.00 |

**Deann Thomas**
**20302 Horizon West RD.**
**Eckert, CO 81418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,229.80 |

**Deanna & Pearl Brown/Thompson**
**642 W Englewood Avenue**
**Chicago, IL 60621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,581.50 |

**Deanna Young**
**11111 Brook Mill Court**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,415.00 |

**Deb Thorson**
**3664 South Jay Street**
**Denver, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Debbie and Carmelo Rodello**
**2953 Ash Ave**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,457.00 |
|---|---|---|---|

**Debbie Jewell and James Hodges**
**14030 Duncannon Dr**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Debbie Nizborski and James Grey III**
**306 Hidden Bluffs Ct.**
**Lake St Louis, MO 63367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Debby And Rick Zientarski**
**1235 Cardinal Drive**
**Pittsburgh, PA 15243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,573.25 |
|---|---|---|---|

**Debi And Michael Calimlin**
**1301 Snapping Turtle Rd**
**Mims, FL 32754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,460.00 |
|---|---|---|---|

**Debi Ramert**
**41140 Round Hill Cir**
**Parker, Co 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,840.77 |
|---|---|---|---|

**Deborah & Benjamin Warrick/Anderson**
**1116 Wilnor Drive**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,598.00 |
|---|---|---|---|

**Deborah & Wayne Roberts**
**163 Montana Drive**
**Lake Waynoka, OH 45171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,983.00 |
|---|---|---|---|

**Deborah (Debi) Kennedy**
**102 S 6th Ave**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,470.63 |
|---|---|---|---|

**Deborah (Fury) and Steven Templeton**
**780 Cedar Gate Lane**
**La Marque, TX 77568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Deborah and Earl Richardson**
**12128 Pelota Street**
**St. Louis, MO 63138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,446.00 |
|---|---|---|---|

**Deborah and Sean Reece**
**9955 Nucla Street**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,423.00 |
|---|---|---|---|

**Deborah Arnold**
**PO Box 3**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,710.68 |
|---|---|---|---|

**Deborah Buckman**
**15607 Burford Lane**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,870.05 |
|---|---|---|---|

**Deborah Couture**
**116 Sandhill Road**
**Essex Jct., VT 05452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Deborah DeRosa and Kenneth Fajen**
**4076 Windota Ave**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,111.00 |
|---|---|---|---|

**Deborah Mayer**
**207 Rose Walk Lane**
**Carrboro, NC 27510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.00 |
|---|---|---|---|

**Deborah McCabe**
**4855 S Lisbon Way**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,457.00 |
|---|---|---|---|

**Deborah Patterson-Wesley**
**16709 Cottage Grove Ave**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,495.00 |
|---|---|---|---|

**Deborah Radek**
**7 Bristol Court**
**Burridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,308.25 |
|---|---|---|---|

**Deborah Thompson**
**9114 Rolling View Drive**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,632.00 |
|---|---|---|---|

**Deborah Tobin**
**13 Buxton Rd**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,380.00 |
|---|---|---|---|

**Deborah Vallor and Cynthia Falls**
**2496 Mullooly St**
**Pittsburgh, PA 15227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Debra & Gary Horne**
**2 King St PO 74**
**Latchord, CAL POJIN0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,219.50 |
|---|---|---|---|

**Debra & William Thomas**
**1085 Toll Gate Road**
**West Alexander, PA 15376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,095.00 |
|---|---|---|---|

**Debra (POA) & Leslie and Grace Rodrigue/**
**650 Westcross St Unit 93**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Debra and John Peniston**
**10 Wetmore Dr**
**Denville, NJ 07834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,985.00 |
|---|---|---|---|

**Debra And Judith Currie**
**1707 Su John Road**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,675.71 |
|---|---|---|---|

**Debra and Steve Rousu**
**2938 Pebble Lane**
**Ripley, MN 56449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,143.97** |
|---|---|---|---|

**Debra Bradley**
**3930 Shaftsbury Court**
**White Plains, MD 20695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,333.00** |
|---|---|---|---|

**Debra Jordan McCurdy**
**2219 Caledonia Drive**
**Lawrenceville, GA 30045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,396.00** |
|---|---|---|---|

**Debra Lee Shoemaker**
**8157 Vallejo St**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,590.00** |
|---|---|---|---|

**Debra Moore German**
**2635 West Seipp Street**
**Chicago, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,635.00** |
|---|---|---|---|

**Debra Tablanza**
**430 Hillcrest Dr. NW**
**Dallas, OR 97338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,800.00** |
|---|---|---|---|

**Dee And Bart Thomason**
**11918 Westgate Street**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,841.37** |
|---|---|---|---|

**Deeanna & Carlray Smallwood/Lee**
**7012 South 19th Street**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Deena & Marvin Payton**
**7374 Yellow Rose CT**
**Hughesville, MD 20637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deer Creek**
**22300 State Park Road 20**
**MT. Sterling, OH 43143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Defender Resorts**
**9654 N. King Hwy**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Delarma Brazell and Angela Ogletree**
**1839 Twisting Lane**
**Wesley Chappal, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delaware Department of Justice**
**Carvel State Building 820 N. French St.**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|

**Delcina & Gil Rosado**
**8356 S Kenwood Ave**
**Chicago, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Delisa Turner-Mason**
**2817 Red River St.**
**Mesquite, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,712.70 |
|---|---|---|---|
| | **Delores & Iresenia Brown/Sheard**<br>**P.O Box 2181**<br>**Mango, FL 33550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,495.00 |
|---|---|---|---|
| | **Delores & Johnny Range**<br>**3831 W. 80th Pl**<br>**Chicago, IL 60652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,166.00 |
|---|---|---|---|
| | **Delores Carson**<br>**3316 Lancer Dr**<br>**Hyattsville, MD 20782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,348.00 |
|---|---|---|---|
| | **Delores Houston**<br>**21311 Park Downe Lane**<br>**Katy, TX 77450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,497.50 |
|---|---|---|---|
| | **Delores Wartenbee**<br>**546 S Abbey**<br>**Mesa, AZ 85212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,150.00 |
|---|---|---|---|
| | **Delphine Tchienga**<br>**9122 bglenville Road**<br>**Silver Spring, MD 20901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,126.00 |
|---|---|---|---|
| | **Demetria McNeil**<br>**32 Morro Bay Dr**<br>**Manvel, TX 77578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Denise & Francis Robinson**
**18607 W. Kolina Lane**
**Waddell, AZ 85355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,902.00** |
|---|---|---|---|

**Denise and Brett Wood**
**570 Sundisk Dr**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,470.00** |
|---|---|---|---|

**Denise Ervin**
**4918 North 112th Street**
**Omaha, NE 68164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,320.00** |
|---|---|---|---|

**Dennis & Barbara Kellams/Stewart**
**2886 S Stuart St**
**Denver, CO 80236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,103.18** |
|---|---|---|---|

**Dennis & Debra Solberg**
**764 Stage Run Rd**
**Deadwood, SD 57732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,227.00** |
|---|---|---|---|

**Dennis & Lynn Frost**
**12715 Beechwood Dr**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Dennis & Michael Ann Lewis**
**300 Rhodes Place**
**New Castle, PA 16101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.922** | Nonpriority creditor's name and mailing address
**Dennis & Shahnaz Bleam**
**16803 N. 49th Way**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,902.45**

---

**3.923** | Nonpriority creditor's name and mailing address
**Dennis & Sherika Brown**
**3398 NW 21st St**
**Lauderdale Lakes, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,490.00**

---

**3.924** | Nonpriority creditor's name and mailing address
**Dennis & Shirley McCormick**
**8811 N. Sundance Lane**
**Spokane, WA 99208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,093.00**

---

**3.925** | Nonpriority creditor's name and mailing address
**Dennis & Vada Martinez**
**9215 Tennyson Street**
**Westminster, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,109.00**

---

**3.926** | Nonpriority creditor's name and mailing address
**Dennis and Deb Wyckoff**
**7936 SE Berryton**
**Berryton, ks 66409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,295.00**

---

**3.927** | Nonpriority creditor's name and mailing address
**Dennis And Kathy Morgan**
**22050 Brook Ave**
**Richton Park, IL 60471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,244.60**

---

**3.928** | Nonpriority creditor's name and mailing address
**Dennis And Kathy Orel**
**7118 Buena Vista St.**
**Prairie Village, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00**

**Dennis O'Grady**
**1917 Leisure World**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00**

**Dennis Varner**
**1340 Grande View Blvd apt 2318**
**Huntsville, AL 35215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dennisse Molina Caraveo**
**18285 E Cottonwood Dr 108**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,203.00**

**Denver & Alejandra Stack**
**34875 Pourroy Rd.**
**#3508**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,675.04**

**Denver KWGN/KDVR**
**P.O. Box 59743**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **311A**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.934** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,496.00**

**Denys Zuniga and Leslie Caceres**
**2426 NE Four Terrace**
**Cape Coral, FL 33909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,520.00**

**Deonna Ortiz**
**2311 Fairplay Dr**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known)  _____
      Name

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Derek & Carly Bunce**<br>**3760 Colby St**<br>**Pittsburgh, PA 15214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,613.25 |
|---|---|---|---|
| | **Derek Ford**<br>**62 Bowdoin Avenue**<br>**Apt 2**<br>**Dorchester, MA 02121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Deron Lawrence**<br>**987 Treece St**<br>**Louisville, CO 88027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,300.00 |
|---|---|---|---|
| | **Derotha Rogers**<br>**9244 S Burnside Ave**<br>**Chicago, IL 60619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,425.00 |
|---|---|---|---|
| | **Derrick And Evelin Warren**<br>**311 North Austin Blvd**<br>**Apt 3W**<br>**Chicago, IL 60644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Desert club in Las Vegas - Orange lake**<br>**3950 Koval Ln.**<br>**Las Vegas, NV 89109-4702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Desert Oasis**<br>**34567 Cathedral Canyon Dr.**<br>**Cathedral City, CA 92234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Desert Oasis,  Villas @ Cave Creek**
**17700 N. Hayden Rd.**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,867.00 |
|---|---|---|---|

**Desirae and Kevin Gonzalez**
**11 S Donaldson Farm Rd**
**Loving, NM 88256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Desma Mabry**
**8003 Cayzer Lane**
**Gainsville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DeSolei in Las Vegas**
**5625 W. Tropicana**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Dessie and Gregory Alexander**
**1486 Ranger Loop Apt 101**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,935.00 |
|---|---|---|---|

**Dewania & Kenneth Farrington**
**1365 Thornburg Road**
**Babson Park, FL 33827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Dewey And Tatiana Houston**
**597 E 1600 N**
**Mapleton, UT 84664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.950** | Nonpriority creditor's name and mailing address
Dexter & Gay Reid
1401 N. Metropolitan Ave.
Waukegan, IL 60085

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,975.79**

---

**3.951** | Nonpriority creditor's name and mailing address
Diamond International
10600 W. Charleston Blvd.
Las Vegas, NV 89135

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952** | Nonpriority creditor's name and mailing address
DIAMOND RESORTS HAWAII COLLECTION
DEVELO
10600 WEST CHARLESTON BOULEVARD
LAS VEGAS, NV 89135

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.953** | Nonpriority creditor's name and mailing address
DIAMOND RESORTS U.S.COLLECTION
DEVELOPME
10600 WEST CHARLESTON BOULEVARD
LAS VEGAS, NV 89135

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.954** | Nonpriority creditor's name and mailing address
Diana & David Lunge
5246 Winifred Drive
Castro Valley, CA 94546

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,160.00**

---

**3.955** | Nonpriority creditor's name and mailing address
Diana & Tina Keith
273 Stage Coach Road
Oceanside, CA 92057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,786.08**

---

**3.956** | Nonpriority creditor's name and mailing address
Diana Grano/ Jesus Juarez
143 Buckingham Dr
Sugar Grove, IL 60554

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

Debtor  **Timeshare Termination Team, LLC** _____    Case number (*if known*) _____
Name

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,538.00** |
|---|---|---|---|

**Diana Laso**
**6950 Navajo Street**
**Unit B**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,519.00** |
|---|---|---|---|

**Diana Oliveros**
**13424 Hickory Creek Dr**
**Haslet, TX 76052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Diane & Adam Cabrera**
**6334 S. Lafayette Place**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00** |
|---|---|---|---|

**Diane (Dee) Kennedy**
**16210 W Bantt Ln**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Diane and Brian Larson**
**500 Elk Track**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.00** |
|---|---|---|---|

**Diane and Bruce Ostmeyer**
**4330 South Galapago Street**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Diane and Gordon Megson**
**391 Seahorse Dr**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor **Timeshare Termination Team, LLC**                                  Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,460.00 |

3.964 | **Nonpriority creditor's name and mailing address**
**Diane Bruce**
**7311 Keys Court**
**Sewell, NJ 08080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$5,460.00**

---

3.965 | **Nonpriority creditor's name and mailing address**
**Diane Dorsey**
**6512 Grand Estuary Trl #102**
**Bradenton, FL 34212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$2,504.00**

---

3.966 | **Nonpriority creditor's name and mailing address**
**Diane Herrmann**
**420 Sword Way**
**Bollingbrook, IL 60440**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$4,095.75**

---

3.967 | **Nonpriority creditor's name and mailing address**
**Diane Malcolm**
**1323 Fawn Dr**
**Williamstown, NJ 08094**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$3,183.00**

---

3.968 | **Nonpriority creditor's name and mailing address**
**Diane Mccall**
**3430 E. Coronado Rd.**
**Phoenix, AZ 85008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$2,945.00**

---

3.969 | **Nonpriority creditor's name and mailing address**
**Diane Ward**
**4768 Fesseneva Lane**
**Naperville, IL 60564**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$3,545.00**

---

3.970 | **Nonpriority creditor's name and mailing address**
**Dianne & Norman Donahue**
**1937 S. 10th Ave**
**Maywood, IL 60153**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                    **$14,500.00**

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,126.00 |
|---|---|---|---|

**Dianne Dudley**
**302 Morrow Road, Apt 562**
**Forest Park, GA 30297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,145.00 |
|---|---|---|---|

**Dianne Gilbert**
**519 Idalia Court**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,327.00 |
|---|---|---|---|

**Diccie (Dicey) and Aaron Smith**
**16306 Morning Quail Court**
**Missouri City, TX 77489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Dick & Tammy Wheatley**
**702 Shorevista Court**
**Raymore, MO 64083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,797.00 |
|---|---|---|---|

**Dionne & Tiwanna Nelson/Famularo**
**16302 Canova Hill Lane**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,700.00 |
|---|---|---|---|

**direct2you, inc.**
**14 Inverness Dr East, Ste E210**
**Englewood, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,450.00 |
|---|---|---|---|

**Dirk And Tracey White**
**30312 N. 115th Dr.**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                          Case number (*if known*)  _____
_____
Name

| | |
|---|---|
| 3.978 | **Nonpriority creditor's name and mailing address** |
| | **Disney Vacation Club** |
| | **1960 Broadway** |
| | **LaKE Buena Vista, FL 32830** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** |
| | **District of Columbia Attorney General** |
| | **400 6th Street NW** |
| | **Washington, DC 20001** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** |
| | **Divi Vacation Club/Interval Internationa** |
| | **Divi Hotels Marketing Inc. 6320 Quadrang** |
| | **Chaple Hills, NC 27517** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** |
| | **Docketbird** |
| | **7202 NE Highway 99 Ste 106-225** |
| | **Vancouver, WA 98665** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.982 | **Nonpriority creditor's name and mailing address** |
| | **Docusign** |
| | **221 Main Street Suite 1000** |
| | **San Francisco, CO 94105** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.983 | **Nonpriority creditor's name and mailing address** |
| | **Dolores McClimans** |
| | **7646 E Nogales Rd** |
| | **Scottsdale, AZ 85258** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address** |
| | **Dolores, Marianne, David and Karin Sanke** |
| | **1963 Berkwood Drive** |
| | **Pittsburgh, PA 15243** |
| | Date(s) debt was incurred _ |
| | Last 4 digits of account number _ |

As of the petition filing date, the claim is: *Check all that apply.*                    **$28,848.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Domenico & Angie Germano**<br>**6053 Ashley Ct**<br>**Cincinnati, OH 45242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,469.50** |
|---|---|---|---|
| | **Domes and Darlene Little**<br>**2472 Forest Drive**<br>**Woodridge, IL 60517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Domingo Soto Lopez**<br>**Los Clabeles 14 Barrio Las Flores Colina**<br>**Santiago** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,398.00** |
|---|---|---|---|
| | **Dominick & Cheryl Marzziotti**<br>**2 Fitzpatrick Road**<br>**Grafton, MA 01519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,065.00** |
|---|---|---|---|
| | **Don & Irene Reeb**<br>**1600 Wapiti Circle**<br>**Unit 19**<br>**Estes Park, CO 80517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Don & Jolene Lampton**<br>**5503 Merrywing Cir**<br>**Austin, TX 78730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|
| | **Don and Evageline Krippner**<br>**519 13th st N**<br>**Sartell, MN 56377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |
|---|---|---|---|
| | **Don And Lisa Nissen**<br>**4365 S Nepal St**<br>**Aurora, CO 80015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,470.00 |
|---|---|---|---|
| | **Don and Marjorie Deboer**<br>**7900 E Dartmouth ave unit 74**<br>**Denver, co 80231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|
| | **Don And Sharon Spencer**<br>**217 Landen Drive**<br>**PO Box 983**<br>**Southfork, CO 81154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,865.00 |
|---|---|---|---|
| | **Don Grewe**<br>**3354 W Arlington Ave**<br>**Littleton, co 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|
| | **Dona Vukson**<br>**85B Empress Plaza**<br>**Monroe Township, NJ 08831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,638.67 |
|---|---|---|---|
| | **Donald & Phyllis Roth**<br>**7625 Weaver Ave.**<br>**Saint Louis, MO 63143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,465.00 |
|---|---|---|---|
| | **Donald & Shirley Krenek**<br>**1897 Johnston Rd**<br>**Wallis, TX 77485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Donald & Volrie Fusina**<br>**9608 Conservation Drive**<br>**New Port Richie, FL 34655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.00 |
|---|---|---|---|
| | **Donald (Don) & Susan Flaten**<br>**12752 Vintage Cir**<br>**Staples, MN 56479** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,394.65 |
|---|---|---|---|
| | **Donald Ahlborn**<br>**1200 Mira Mar Avenue**<br>**Apt 1023**<br>**Medford, OR 97504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|
| | **Donald and Carolita Richards (Dawn Adams**<br>**274 Shea Dr**<br>**Flossmoor, IL 60422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,598.00 |
|---|---|---|---|
| | **Donald And Gwendolyn Nash**<br>**6019 Irving St**<br>**Philadelphia, PA 19139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|
| | **Donald And Margaret Walker**<br>**702 Ostrich Fern Lane**<br>**Deland, FL 32720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,813.00 |
|---|---|---|---|
| | **Donald Livengood**<br>**6035 The Twelfth Fairway**<br>**Suwanee, GA 30024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.100 6 | **Nonpriority creditor's name and mailing address**<br>**Donald Lovelace**<br>**1227 Troy Street**<br>**Aurora, CO 80011**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,955.00** |
| 3.100 7 | **Nonpriority creditor's name and mailing address**<br>**Donald Monte/Nathalie Koivogui**<br>**1234 Green Street**<br>**New Lenox, IL 60451**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,400.00** |
| 3.100 8 | **Nonpriority creditor's name and mailing address**<br>**Donald Patterson**<br>**8305 S Yarrow St**<br>**Littleton, CO 80128**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,200.00** |
| 3.100 9 | **Nonpriority creditor's name and mailing address**<br>**Donald Sylvia**<br>**19 Sandy Circle**<br>**Lakeville, MA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,353.00** |
| 3.101 0 | **Nonpriority creditor's name and mailing address**<br>**Donald Williams**<br>**(708) 728-0913**<br>**  IL 60499**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,665.00** |
| 3.101 1 | **Nonpriority creditor's name and mailing address**<br>**Donjae & Joseph Watson**<br>**8158 S Sawyer**<br>**Chicago, IL 60652**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,975.00** |
| 3.101 2 | **Nonpriority creditor's name and mailing address**<br>**Donna & Ralph Gorton**<br>**20545 E Caley Dr**<br>**Centennial, CO 80016**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,838.99** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**                     Case number (*if known*) _____

Name

| | |
|---|---|
| **3.101**<br>**3** | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,558.00** |
| **Donna and Carl DiMarco** | ☐ Contingent | |
| **29 Emilie Drive** | ☐ Unliquidated | |
| **Center Moriches, NY 11934** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,849.00** |
| | **Donna and Darrel Anderson** | ☐ Contingent | |
| | **3829 Aubrell Rd** | ☐ Unliquidated | |
| | **Pearland, TX 77584** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,420.00** |
| | **Donna and Howard Bottenberg** | ☐ Contingent | |
| | **800 Hawkstone Drive** | ☐ Unliquidated | |
| | **#23** | ☐ Disputed | |
| | **Eaton, CO 80615** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,050.00** |
| | **Donna and Michael Gentry** | ☐ Contingent | |
| | **11591 Brighton Rd** | ☐ Unliquidated | |
| | **Henderson, CO 80640** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
| | **Donna Andrews** | ☐ Contingent | |
| | **P.O Box 29368** | ☐ Unliquidated | |
| | **Atlanta, GA 30359** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,200.00** |
| | **Donna Boniface** | ☐ Contingent | |
| | **4016 Somersat Ct** | ☐ Unliquidated | |
| | **Cumming, GA 30040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.101**<br>**9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,245.00** |
| | **Donna Davis** | ☐ Contingent | |
| | **2233 E Behrend Dr #103** | ☐ Unliquidated | |
| | **Phoenix, AZ 85024-1855** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                                     Case number (if known) _____
         _____
         Name

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Donna Gammon**
**250 Keytown rd**
**Portland, TN 37148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Donna Hill**
**1731 Dale Drive**
**Merrillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,020.00** |
|---|---|---|---|

**Donna Jean Heilig**
**111 South Scoville Ave**
**Unit 3N**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Donna Merkle**
**12148 Leuscher**
**Alhambra, MO 62001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,775.00** |
|---|---|---|---|

**Donna Minton**
**2608 Pinebrook Ave Apt. E6**
**Landover, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,148.08** |
|---|---|---|---|

**Donna Thurlow**
**4326 Beautiful Cir**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,450.00** |
|---|---|---|---|

**Donna Whitfield**
**2335 North Lancaster Lane**
**Round Lake Beach, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**                    Case number *(if known)* _____

Name

---

| 3.102<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
|---|---|---|---|

**Donnie & Deborah Gray**
**3089 Whispering Oaks Dr**
**Highland Village, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,130.43 |
|---|---|---|---|

**Donnie Tegeler**
**PO BOX 193**
**Ganado, TX 77962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,540.00 |
|---|---|---|---|

**Dora and Guy Shay**
**4001 Morgan County Road A**
**Wiggins, CO 80654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.00 |
|---|---|---|---|

**Doris and Charles Carbins**
**340 Johnson Street**
**Gary, IL 46402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,108.00 |
|---|---|---|---|

**Doris And Wayne Erickson**
**2500 Valley Dr**
**Northfield, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Doris Evelyn McDowell**
**41 Douglasview S>E>**
**Calgary, Alberta T2Z 2R9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,082.00 |
|---|---|---|---|

**Doris Quinene**
**304 Anns Way**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
                 Name

Case number *(if known)*

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,146.00** |
|---|---|---|---|

**Doris Spencer Riordan**
**899 S Plymouth Ct Unit 208**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,410.00** |
|---|---|---|---|

**Dorothy & Daniel Buffington**
**955 Talbart St**
**Marinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Dorothy (Eileen) and Walter Brinkman**
**17597 W. Cedarwood Ln**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,982.00** |
|---|---|---|---|

**Dorothy Boyle**
**12400 Park Bl.**
**Apt 619**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Dorothy Fite and Penny Stermer**
**15780 Penrith Road**
**Keensburg, CO 80643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,050.00** |
|---|---|---|---|

**Dorothy Hooper**
**6122 Auburn Woods Drive**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Dorothy Keach**
**78 Dun Bluff**
**Edisto Island, SC 29438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
         _____
         Name

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Dorothy Mintle**
14081 W. C. R. 18 1/2
Fort Lupton, CO 80621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,623.24 |
|---|---|---|---|

**Dorothy Pitts**
5 Swinford Court
Bolingbrook, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Doug & Dawn Meyer**
380 Woodmere Dr
St. Charles, MO 63303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,367.75 |
|---|---|---|---|

**Doug & James Taylor/Thomas**
905 North Allerton Rd
Belleville, IL 62221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,936.00 |
|---|---|---|---|

**Doug & Joyce Gagne**
7591 E. Hoff Road
Sunman, IN 47041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Douglas & Jeananne Boxell**
4509 Wildness Path
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Douglas (Doug) & Irma Patterson**
17706 Country Meadow Lane
Magnolia, TX 77355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
            Name

| | | |
|---|---|---|
| **3.1048** | **Nonpriority creditor's name and mailing address** | $3,841.69 |

**Douglas and Tyria Adams**
**6928 Foxcroft Lane**
**Humble, TX 77338**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1049** | **Nonpriority creditor's name and mailing address** | $5,912.00 |

**Douglas Caldwell and Melody Hoffschneide**
**8032 E Briarwood Blvd.**
**Centennial, CO 80112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1050** | **Nonpriority creditor's name and mailing address** | $3,500.00 |

**Douglas Haberkamp**
**1225 Deerfield Rd.**
**Deerfield, IL 60015**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1051** | **Nonpriority creditor's name and mailing address** | $3,745.00 |

**Dr. Ole and Marty Jensen**
**13 Cherry Hills Farm Dr.**
**Englewood, CO 80113**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1052** | **Nonpriority creditor's name and mailing address** | $4,350.00 |

**Dr. Robert and Myrna Stadheim**
**24526 S Berry Brook Dr**
**Sun Lakes, AZ 85248**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1053** | **Nonpriority creditor's name and mailing address** | $7,697.48 |

**Dragon and Stephanie Comstock**
**25089 E 3rd Place**
**Aurora, CO 80018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.1054** | **Nonpriority creditor's name and mailing address** | $6,770.00 |

**Drake and Virgina Fink**
**14122 Sun Blaze Loop Unit D**
**Broomfield, CO 80023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| 3.105 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,420.00** |
| **Drew and Kristna Avra** | ☐ Contingent | |
| **3148 Sharps St** | ☐ Unliquidated | |
| **Fort Collins, CO 80526** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.105 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Driftwood Worldgate** | ☐ Contingent | |
| **3011 Maingate Lane** | ☐ Unliquidated | |
| **Kissimmee, FL 34747** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Drop Box** | ☐ Contingent | |
| **333 Brannan Street** | ☐ Unliquidated | |
| **San Francisco, CA 94107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,285.00** |
| **Duane & Laura Jacobs** | ☐ Contingent | |
| **4909 Marlin Dr** | ☐ Unliquidated | |
| **New Port Richey, FL 34652** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00** |
| **Dulce Maria & Juan Banda** | ☐ Contingent | |
| **1919 W Corinat Ave # 19** | ☐ Unliquidated | |
| **Anaheim, CA 92801** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,505.75** |
| **Duncan and Terence Brown** | ☐ Contingent | |
| **10313 Point Lobos Trail** | ☐ Unliquidated | |
| **Ft Worth, TX 76177** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,890.00** |
| **Dupree & Roslyn Johnson** | ☐ Contingent | |
| **2316 2nd Street NE** | ☐ Unliquidated | |
| **Washington DC, VA 20002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 2 | **Nonpriority creditor's name and mailing address**<br>**Dustin & Amy Higginbotham**<br>**3801 Westridge Dr.**<br>**Bartlett, TN 38135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,382.00** |

| 3.106 3 | **Nonpriority creditor's name and mailing address**<br>**Dusty and Melina Sexton**<br>**798 County Rd. 4238**<br>**Simms, TX 75574**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,310.00** |

| 3.106 4 | **Nonpriority creditor's name and mailing address**<br>**DVC - Shell Vacation Club**<br>**390 Straight Creek Drive**<br>**Dillon, CO 80435**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.106 5 | **Nonpriority creditor's name and mailing address**<br>**Dwayne Hofstetter/Julie Brammer**<br>**7625 Larkspur Street**<br>**Navarre, FL 32566**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

| 3.106 6 | **Nonpriority creditor's name and mailing address**<br>**Dwayne Washington and Dorcas Wilson**<br>**11813 Bexley Drive**<br>**Burleson, TX 76028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,944.70** |

| 3.106 7 | **Nonpriority creditor's name and mailing address**<br>**Dwight & Janice Alex**<br>**18500 Pencil Cactus Dr**<br>**Pflugerville, TX 78660**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,785.00** |

| 3.106 8 | **Nonpriority creditor's name and mailing address**<br>**Dwight And Marilyn Watkins**<br>**8013 Isle of Skye**<br>**The Colony, TX 75056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,110.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.106 9**

Nonpriority creditor's name and mailing address
**Dwight Royster, Joyce Williams, Latoya R**
**6120 Les Dorson Lane**
**Alexandria, VA 22315**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,995.00**

**3.107 0**

Nonpriority creditor's name and mailing address
**DX Media Direct**
**3514 Elm Bottom  Circle**
**Aubrey, TX 76227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.107 1**

Nonpriority creditor's name and mailing address
**Dyann Maryman Acton**
**9827 Sovereign Way**
**Wake Forest, NC 27587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

**3.107 2**

Nonpriority creditor's name and mailing address
**Dynadmic Corp.**
**185 Alewife Brook PKWY STE 210**
**Cambridge, MA 02138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.107 3**

Nonpriority creditor's name and mailing address
**E-470 Public Highway Authority (business**
**PO Box 5470**
**Denver, CO 80217**

Date(s) debt was incurred _
Last 4 digits of account number  **6458**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.65**

**3.107 4**

Nonpriority creditor's name and mailing address
**E.R. Lake**
**10355 Paradise Blvd. #1010**
**Treasure Island, FL 33706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.00**

**3.107 5**

Nonpriority creditor's name and mailing address
**Ea-Jan and Jennifer Shee**
**4 Martin Ct.**
**East Brunswick, NJ 08816**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,215.00**

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.107 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Eagle Crest Resort**
**1522 Cline Falls Rd.**
**Redmond, OR 97756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Eagle Point**
**1500 Matterhorn Cir.**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Eagle Rock Community Association**
**1 Country Club Drive**
**Hazle Township, PA 18202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Eagle Trace Owner's Association**
**1296 Resort Dr. MC.**
**Gaheysville, VA 22840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Eagle Village Resort**
**113 Bald Eagle Ct.**
**Tamiment, PA 18371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,453.75**

**Earl And Leidy Roberts**
**6000 Johnston Street Apt 1510**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00**

**Earnest (Martin) & Heather Chamberlain**
**230 E. Burton Ln**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**       Case number *(if known)* _____

     Name

| 3.108 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,074.00** |
|---|---|---|---|

**Earnest And Ana Washington**
**17934 Fountain Circle**
**Orland Park, IL 60467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Earnest Watkins**
**109 Atlanta Circle**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**East Ocean Development**
**909 Breakers Avewnue**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eastern Slope Inn**
**2760 White Mountian Hwy, North**
**Conway, NH 03860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,096.00** |
|---|---|---|---|

**Ebonique Alexander and Shamecca Davis**
**3751 S Richfield St**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,420.00** |
|---|---|---|---|

**Ebony and Brian Speakman**
**3394 Deerwood Lane**
**Rex, GA 30273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,480.00** |
|---|---|---|---|

**Ed & Marijo Parkin**
**4057 Christy Ridge**
**Sedalia, CO 80135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,067.00 |
|---|---|---|
| **Eddie & Stephanie Morgan**<br>**1941 Squires Way Ct.**<br>**Chesterfield, MO 63017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.109 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|
| **Eddie & Teresa Whitaker**<br>**29 South Independence Blvd**<br>**New Castle, DE 19720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,564.80 |
|---|---|---|
| **Eddie And Andrea (Angie) Barnett**<br>**167 Wheaten Drive**<br>**Woodstock, GA 30188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|
| **Eddie Love**<br>**2910 S. 9th St**<br>**Kansas City, KS 66103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,395.00 |
|---|---|---|
| **Eddie Yemane**<br>**14952 Crossfield Way**<br>**Woodridge, VA 22191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,038.00 |
|---|---|---|
| **Edgar Nevarez**<br>**10098 Salida**<br>**Commerce City, CO 80022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|
| **Edith D'Amico**<br>**9 Barbara Place**<br>**Wilmington, PA 19808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1097**

Nonpriority creditor's name and mailing address
**Edmund Tagoe and Joyce Addai**
**5746 North Rockwell Street**
**Floor 1**
**IL 60659**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,450.00**

---

**3.1098**

Nonpriority creditor's name and mailing address
**Edward & Diana Cordova**
**4009 Clinton Blvd.**
**Albuquerque, NM 87105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,923.00**

---

**3.1099**

Nonpriority creditor's name and mailing address
**Edward & Elizabeth Jean Stealy**
**5715 w woodlawn ct**
**Peoria, IL 61614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,555.00**

---

**3.1100**

Nonpriority creditor's name and mailing address
**Edward & Haeoson Swartz**
**201 Ocean Shores  Blvd SW**
**Ocean Shores, WA 98569**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,358.00**

---

**3.1101**

Nonpriority creditor's name and mailing address
**Edward & Janet Krauss**
**8666 140th Way**
**Seminole, FL 33776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.1102**

Nonpriority creditor's name and mailing address
**Edward And Barbara Triem**
**2770 Jasmine St**
**Brenham, TX 77833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.00**

---

**3.1103**

Nonpriority creditor's name and mailing address
**Edward and Bobbie Anderson**
**13406 Quiet Summer Court**
**Houston, TX 77044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,845.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Timeshare Termination Team, LLC**                            Case number (if known) _____
          Name

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,770.00 |
|---|---|---|---|

**Edward and Carol Byorick**
**3347 W 114th Cir Unit D**
**Westeminster, CO 80031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,479.00 |
|---|---|---|---|

**Edward And Polina Champagne**
**8464 Grayling Dr South**
**Jacksonville, FL 32256**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|---|

**Edward and Sharon Lindeman**
**6519 W 73rd Ave**
**Westminster, CO 80003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Edward Arrieta**
**2047 N Fork Dr**
**Lafayette, CO 80026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,302.00 |
|---|---|---|---|

**Edward Kulasik**
**724 Galaxy Dr.**
**Grand Junction, CO 81506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,174.75 |
|---|---|---|---|

**Edward McVey**
**PO Box 2343**
**Snohomish, WA 98291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,485.00 |
|---|---|---|---|

**Edwin & Keiwana Lewis**
**13163 Fountain Park Dr Apt B315**
**Playa Vista, CA 90094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,457.00** |
|---|---|---|---|

**Edwin And Denise Browning**
**1619 Spaniel Court SW**
**Conyers, GA 30094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edwin Gledhill**
**(856) 665-4431**
**NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,200.00** |
|---|---|---|---|

**Edwina Batty**
**8811 Brazil St**
**Zephyrhills, FL 33540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,242.00** |
|---|---|---|---|

**Efrain & Juana Corral/Contreras**
**4857 Halifax Street**
**Denver, CO 80249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Eileen & Henry Huetteman**
**4106 72nd st SE**
**Delano, MN 55328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Eileen And Raymond Kirchdorfer**
**24 Doty Dr.**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,995.00** |
|---|---|---|---|

**Eileen Lara**
**16725 Joshua**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Eileen Woltemath &  George Snyder Jr.**
**8165 State Road B**
**Cedar Hill, MO 63016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**El Cid Resort**
**AV Camaron Sabalo S?N**
**Zona Dorada 82110, Mazatlan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**El Dorado Natural Spring Water**
**PO Box 445**
**El Dorado Springs, CO 80025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,636.00 |
|---|---|---|---|

**Elaine & Frank Styra**
**2375 FM 2656**
**Yorktown, TX 78164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,827.44 |
|---|---|---|---|

**Elaine and Robert Esparsen**
**920 Flower Street**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Elaine Andrews**
**10718 Allenby Way**
**Truckee, CA 96161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,413.17 |
|---|---|---|---|

**Elaine Green**
**5714 Glen Pines Drive**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Elaine Hunt and Barbara and Bradley Bald**
4026 Canvas Ave
Rock Hill, SC 29732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Elaine Jones**
10559 S Hale Ave Apt 3W
Chicago, IL 60643

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Eldon & April A Rife**
1782 Stitley RD
Chambersburg, PA 17202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,617.75 |
|---|---|---|---|

**Eldon and Emma Lou Lynch**
648 N Mariposa Dr
Wickenburg, AZ 85390

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eldorado Artesian Springs, Inc.**
PO Box 172526
Denver, CO 80217-2526

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eldorado Resorts**
3015 N Ocean Blvd
Fort Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,957.10 |
|---|---|---|---|

**Eldred And Lauren McClean**
1405 Westglen Drive
Sachse, TX 75048

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Timeshare Termination Team, LLC**                          Case number (if known) _____
           _____
                        Name

| | |
|---|---|

**3.113 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,001.00** |
|---|---|---|
| **Elena And Geovanny Adames**<br>**9815 SW 152 Terrace**<br>**Miami, FL 33157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,535.55** |
|---|---|---|
| **Elena McTighe**<br>**401 E Linton Blvd Apt 669**<br>**Delray Beach, FL 33483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Elevare Inc.**<br>**Attn: Joanna Brown 1475 Delgany ST #601**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,900.00** |
|---|---|---|
| **Elie & Vicki Lawi Fouerti**<br>**2215 East 5th Street**<br>**Brooklyn, NY 11223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,127.55** |
|---|---|---|
| **Elisa & Dawn Kaplan/Newcomer**<br>**6711 Falling Water Drive**<br>**Spring, TX 77379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |
|---|---|---|
| **Elisa and Thomas Weber**<br>**1 Pinewood Rd**<br>**Poughkeepsie, NY 12603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,802.00** |
|---|---|---|
| **Elise Robertson**<br>**3007 E Lane Park Road**<br>**Mead, WA 99021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Timeshare Termination Team, LLC**
       Name                                           Case number (*if known*)

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Elite Resort Group**
**852 William Hilton Pkwy Ste 1A**
**Hilton Head Island, SC 29928-3423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Elizabeth & Gemma Pilgrim/Patterson**
**2903 Rimrock Dr**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,027.69**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Elizabeth (Liz) Turner**
**9971 W Athens Lane**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,120.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Elizabeth And Alan Ailles**
**415 Oakhaven St**
**Baytown, TX 77520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,920.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Caveny**
**14583 Haley Ave**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Elizabeth Ciborowski-Subasa**
**9404 Leticia Dr**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Conrad**
**7 Brook Farm Court**
**Unit C**
**Perry Hall, MD 21128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,008.25**

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
　　　　　Name

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,913.00** |
|---|---|---|---|

**Elizabeth Dalton**
**6010 Blue Ridge Dr**
**Apt A**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Elizabeth Glover**
**11633 County Rd 446**
**Navasota, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,500.00** |
|---|---|---|---|

**Ellen & Timothy Vest**
**8701 Toler Pointe**
**La Rue, TX 75700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Ellen And David Sloan**
**7294 W. Walden Dr**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,950.00** |
|---|---|---|---|

**Ellen Keller**
**9831 Dell Webb Parkway Apt 1104**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ellington at Wadesaw**
**911 Riverwood Dr**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,816.00** |
|---|---|---|---|

**Ellis Tyrance And Jasmine Nichols**
**66 Neponset Ave**
**Apt 2**
**High Park, MA 02136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115.3**

**Nonpriority creditor's name and mailing address**

**Elmarie (Yvonne) Brown**
**1711 Powder Horn Lane**
**Arlington, TX 76018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,546.00**

---

**3.115.4**

**Nonpriority creditor's name and mailing address**

**Eloy & Mary Montoya/Vigil**
**2213 S Meade St**
**Denver, CO 80219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,882.00**

---

**3.115.5**

**Nonpriority creditor's name and mailing address**

**Elvia and Arturo Cortez**
**4273 Woodglen Blvd**
**Thorton, CO 80233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,820.00**

---

**3.115.6**

**Nonpriority creditor's name and mailing address**

**Elvira (Vera) Lucero**
**4815 W 116th CT**
**Westminster, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,985.00**

---

**3.115.7**

**Nonpriority creditor's name and mailing address**

**Embark**
**The Landin, #326-375 Water Street**
**Vancouver, BC Canada V6B5C6**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115.8**

**Nonpriority creditor's name and mailing address**

**Embassy Vacation Resorts**
**8317 Lake Bryan Beach Blvd.**
**Orlando, FL 32821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115.9**

**Nonpriority creditor's name and mailing address**

**Emelie Nevius/Shawn Ortloff**
**7411 East Drummer Ave.**
**Mesa, AZ 85208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,080.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Timeshare Termination Team, LLC**                Case number (if known) _____
         Name

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Emily Merritt**
**7915 Kerith Lane**
**Trussville, AL 35173**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Enid & Werner Chandler/Keidel**
**2500 Houma Blvd, Unit #317**
**Metairie, LA 70001**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,730.00 |
|---|---|---|---|

**Enoc & Corina Escalona**
**5956 Lost Valley Drive**
**The Colony, TX 75056**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,488.48 |
|---|---|---|---|

**Enrique & Elena Ramos**
**12719 Parkbury Drive**
**Orlando, FL 32828**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,133.80 |
|---|---|---|---|

**Enrique & Gilda Gomez**
**11821 SW 4th Terrace**
**Miami, FL 33184**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,745.00 |
|---|---|---|---|

**Enriqueta Steele**
**6231 Shawnee Rd**
**Westminster, CA 92683**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Entercom Communications Corp.**
**PO BOX 74079**
**Cleveland, OH 44194**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**

Name

Case number (if known)

---

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,294.00 |
|---|---|---|---|

**Eriberto & Karina Baltadano**
**16 Forest Glen Circle, Apt# 3**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Eric & Kim Edwards**
**515 Saddlerock Circle**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Bartoszek**
**7550 S. Blackhawk St, 13-202**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Eric Santos**
**2329 Taggart Ct**
**Wilmington, PA 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Erica and Anthony Di Tirro**
**6685 w evans ave**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,433.00 |
|---|---|---|---|

**Ericka and Roderick James**
**33 South Lindon Ave**
**Council Bluffs, IA 51503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,558.00 |
|---|---|---|---|

**Erika & Charles Gaines**
**113 Stockland Rd.**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,400.00** |
|---|---|---|---|

**Erika Guidry and John Sadler**
**4106 Tidewater Drive**
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Erin Higgins**
**2954 West Irving Park Road Apt 3F**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,456.06** |
|---|---|---|---|

**Erin Watzel**
**9287 W 98th Place**
**Westminster, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Erma Tatum and Elton Moore**
**15727 Sweetwater Creek Drive**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|

**Ernest And Carol Gray**
**12215 Moorceek Drive**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|

**Ernest and Glenda Komarek**
**818 Coulter St**
**Ft. Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,705.00** |
|---|---|---|---|

**Ernest And Joyclyn Johnson**
**7418 Oriole**
**Texas City, Tx 77591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.118**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Ernest And Julia Mudd**<br>**12214 Chessington Drive**<br>**Houston, TX 77031** | $2,995.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Ernesto Acea-Green and Beatriz Cordero-A**<br>**4900 77th Pl.**<br>**Hyattsville, MD 20912** | $3,295.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Ervin & Catherine Dorsett**<br>**3200 Kim Dr.**<br>**Richmond, VA 23224** | $2,495.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Ervin and Marion Cogdell**<br>**5136 Primland Lane**<br>**Raleigh, NC 27610** | $5,185.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Erwin & Jackie Montgomery**<br>**7220 Hunters Point Dr**<br>**Fayetteville, NC 28311** | $4,500.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Escape Travel Choices**<br>**903 N 47th St.**<br>**Rogers, AR 72756** | $0.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.118**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Esmond and Frances Waldron**<br>**2748 East Chester Road**<br>**Bronx, NY 10465** | $7,044.80 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,380.00 |
|---|---|---|---|

**Esta Burleson**
**117 Pate Branch Rd**
**Freeport, FL 32439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,480.00 |
|---|---|---|---|

**Esther & David Rouse**
**1321 Iola St**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,845.00 |
|---|---|---|---|

**Ethel (Eddi) Loredo**
**44465Chamberlain Terrace**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,895.00 |
|---|---|---|---|

**Eugene & Adelaine Steinhaus**
**2374 Pinewood Dr**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.00 |
|---|---|---|---|

**Eugene & Elease Strickland**
**7536 Sherwood Rd.**
**Philadelphia, PA 19151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,450.00 |
|---|---|---|---|

**Eugene And Ester Johnson**
**18327 West Caribbean Lane**
**Surprise, AZ 85388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,426.00 |
|---|---|---|---|

**Eugene and Kimberlyn Yazzie**
**PO Box 1054**
**Keams Canyon, AZ 86034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                          Case number (if known) _____
              Name

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,930.11** |

**Eugene Chun**
**981710 Kaahumanu Street**
**Unit 10A**
**Pearl City, HI 96782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,625.00** |

**Eugene Martin**
**4401 Telfair Blvd apt 4323**
**Camp Springs, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |

**Eusebio & Christine Quinones**
**5300 Augusta Trail**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |

**Eva Patterson**
**20522 Serringdon Drive**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,674.50** |

**Evard & Samantha James**
**110 Ball Park Lane**
**Apt 7003**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,367.75** |

**Evee & Gunter Burgard**
**1700 Stanford Ave**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,645.00** |

**Evelyn & John Lopez**
**5001 Parish Drive**
**Roeland Park, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,545.00** |
|---|---|---|---|
| | **Evelyn and Daniel Ortiz-Sanchez** | ☐ Contingent | |
| | **2822 Shelburne Way** | ☐ Unliquidated | |
| | **St. Cloud, FL 34772** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|
| | **Evelyn Barnes** | ☐ Contingent | |
| | **3715 Yorktown Road** | ☐ Unliquidated | |
| | **Hope Mills, NC 28348** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Evelyn Wenke** | ☐ Contingent | |
| | **3314 190th St** | ☐ Unliquidated | |
| | **Fort Madison, IA 52627** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,080.00** |
|---|---|---|---|
| | **Evelyn, Alfonso and Tracy Lewis and Carl** | ☐ Contingent | |
| | **170 Arbor Springs Parkway** | ☐ Unliquidated | |
| | **Newnan, GA 30265** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Exclusive Travel** | ☐ Contingent | |
| | **700 W. Hillsboro Blvd.** | ☐ Unliquidated | |
| | **Deerfield Beach, FL 33441-1612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Executive Business Centers** | ☐ Contingent | |
| | **7887 East Belleview Avenue, Suite 1100** | ☐ Unliquidated | |
| | **Denver, CO 80111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Executive Business Centers - Prentice** | ☐ Contingent | |
| | **8400 East Prentice Ave Suite 1500** | ☐ Unliquidated | |
| | **Greenwood Village, CO 80111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                                Case number (if known) _____
                 Name

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Executive Business Services LLC**
**1166 W Princeton Pl**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414,817.50 |
|---|---|---|---|

**Explore Communications**
**3213 Zuni St**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8157**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414,817.50 |
|---|---|---|---|

**Explore Communications**
**3213 Zuni St**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Exploria Resorts**
**25 Town Center Blvd. Suite C**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Exploria Resorts**
**25 Town Center Blvd.**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Exploria Resorts**
**PO Box 150**
**Scottsdale, AZ 85252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,524.40 |
|---|---|---|---|

**Ezra(Elizabeth)&LindaM Orti/Cruz**
**26944 East Archer Avenue**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
Name

Case number (if known)   _____

---

| 3.121 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Fairfield Resorts**<br>**538 West 58th Street**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.121 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Fairway at Pocono Mountain Villas**<br>**2157 Triver Road East**<br>**Stroudsburg, PA 18302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Fairway Forest via Diamond Resorts**<br>**3077 US Hwy 64 E Suite A**<br>**Sapphire, NC 28774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Falcon Point Resort**<br>**175 Lake St**<br>**Avon, CO 81620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Falls of Ogunquit**<br>**639 Main Street**<br>**Ogunquit, ME 03907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **FantaSea Resort**<br>**60 N. Maine Avenue**<br>**Atlantic City, NJ 08401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **FantaSea Resorts**<br>**60 North Maine Avenue**<br>**Atlantic City, NJ 08401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Timeshare Termination Team, LLC**                          Case number (if known) _____
        _____
        Name

| | |
|---|---|
| 3.122<br>3 | **Nonpriority creditor's name and mailing address** |
| | **Fantasea/Capital** |
| | **60 N. Maine Avenue** |
| | **Atlantic City, NJ 08401** |

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>4 | **Nonpriority creditor's name and mailing address** |
| | **Fantasy Resorts** |
| | **60 N. Maine Avenue** |
| | **Atlantic City, NJ 08401** |

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>5 | **Nonpriority creditor's name and mailing address** |
| | **Fantasy World in Florida** |
| | **5005 Kyng's Heath Rd.** |
| | **Kissimmee, FL 34746** |

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>6 | **Nonpriority creditor's name and mailing address** |
| | **Farah Jean Pierre** |
| | **1396 Newton St.** |
| | **Denver, CO 80204** |

As of the petition filing date, the claim is: *Check all that apply.*               **$5,530.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>7 | **Nonpriority creditor's name and mailing address** |
| | **Farley Frydman** |
| | **230 Stanbery Ave** |
| | **Beckley, OH 43209** |

As of the petition filing date, the claim is: *Check all that apply.*               **$6,645.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>8 | **Nonpriority creditor's name and mailing address** |
| | **Faye Autrey/Len Copperwheat** |
| | **2909 Frick Road** |
| | **Houston, TX 77038** |

As of the petition filing date, the claim is: *Check all that apply.*               **$2,495.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122<br>9 | **Nonpriority creditor's name and mailing address** |
| | **FedEx US Collections Dept** |
| | **PO Box 94515** |
| | **Palatine, IL 60094** |

As of the petition filing date, the claim is: *Check all that apply.*               **$246.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3433**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                                  Case number (if known)
_____
         Name

| | |
|---|---|
| **3.123 0** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$3,245.00**

**Felicia Brazil**
**9019 Canton Park Lane**
**Houston, TX 77095**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 1** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$6,930.00**

**Felipe & Bonnie Flores**
**6236 Bryce Canyon Avenue**
**Las Vegas, NV 89156**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 2** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$9,690.40**

**Felipe & Claudia Martinez/Carlin**
**1109 Fall River Cir**
**Longmont, CO 80504**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 3** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$4,367.00**

**Felipe & Karen Garcia/ Rivera**
**1814 S. Wolff St.**
**Denver, CO 80219**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 4** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$3,995.00**

**Fenton Miller**
**8335 Lowell Ave Unit # 1**
**Overland Park, KS 66212**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 5** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$3,920.00**

**Ferdinand & Veronica Suarez**
**901 Abernathy Road**
**Unit 6290**
**Sandy Springs, GA 30328**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.123 6** | |

**Nonpriority creditor's name and mailing address**                     **As of the petition filing date, the claim is:** Check all that apply.                         **$4,457.00**

**Ferguson & Renee Reed/Adams**
**1328 W 75th Ave**
**Merrillville, IN 46410**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
                                                                        **Basis for the claim:** _
Last 4 digits of account number _
                                                                        Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Festiva**
**1 Vance Gap Road**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Festiva**
**One Vance Gap Road**
**Ashville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Festiva Resorts**
**1 Vance Gap Road**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FHRC**
**80 East Harmon Ave**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Fides & Henry Albano**
**12862 Suffolk Chase Lane**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fiesta Americana**
**1551 Avenida de las Americas**
**Proivencia 44630, Guadalajara Jalisco, M**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fiestiva**
**1 Vance Gap Road**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|
| **Finus Douglas**<br>**3112 Twilight Ave**<br>**Naperville, IL 60564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,348.06 |
|---|---|---|
| **Fiserv Attn: Legal Papers**<br>**5775 DTC Blvd, Suite 100N**<br>**Greenwood Village, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,348.06 |
|---|---|---|
| **Fiserv Mercant Services - Bankrupsy Dept**<br>**1600 Terrell Mill Road**<br>**Marietta, GA 30067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Flagship Resorts**<br>**60 N. Maine Avenue**<br>**Atlantic City, NJ 08401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Flex Vacations**<br>**8800 Vistana Centre Drive**<br>**Orlando, FL 32821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Flora Leach**<br>**7547 S Wentworth Ave**<br>**Chicago, IL 60620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,245.00 |
|---|---|---|
| **Florence (F.M. Or Flo) Littljohann**<br>**808 Lane Steet**<br>**Ft Morgan, CO 80701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
| 1 | | | |

**Floy and Mike Sherman**
**3940 S Washington St**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 2 | | | |

**Fontana Village Resort and Marina**
**300 Woods Rd**
**Fontana Dam, NC 28733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
| 3 | | | |

**Forrest And Deborah Breakey**
**32 Gladwood Way**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 4 | | | |

**Fort Brown**
**401 Ringgold Rd**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 5 | | | |

**Four Sails**
**3301 Atlantic Ave.**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 6 | | | |

**Four Seasons**
**5005 Veterans Memorial Hwy**
**Holberook, NY 11741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 7 | | | |

**Fox Hill**
**244 S. Main Street**
**Miahicot, WI 54228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fox News Network LLC**<br>**1211 Avenue of the Americas**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|
| | **Frances & Andrew Garcia/Santiago**<br>**7152 Cedarcrest Blvd**<br>**Lakeland, FL 35554-5888** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,520.00 |
|---|---|---|---|
| | **Frances & John Trainor**<br>**9 Carr Rd**<br>**Saugus, MA 01906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,319.70 |
|---|---|---|---|
| | **Frances & Samaria Epps**<br>**4107 Oak Arbor Drive**<br>**Dallas, TX 75233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|
| | **Frances Doherty**<br>**7 Chester St**<br>**Arlington, MA 20476** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,709.63 |
|---|---|---|---|
| | **Frances Mays**<br>**1644 Akron**<br>**Aurora, CO 80010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,957.00 |
|---|---|---|---|
| | **Francis and Joan Lee**<br>**990 Harlan St**<br>**Lakewood, CO 80214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**

Name

Case number (if known)

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Francis B & Carmen Beadle**
**6405 Citrushill Dr**
**Bakerville, CA 93306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,146.00**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Francis L Dean & Assiciates**
**9362 Teddy Ln**
**LoneTree, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Francis Mchugh**
**8 Steven Ave**
**Derry, NH 03038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,950.00**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Francis Wallace/Monique Gomillion**
**3100 Walters Lane Apt. 3**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,183.00**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Frank & Jane Capasso**
**415 South Manor Drive**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,770.00**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Frank & Linda Romero**
**16236 East 105th Circle**
**Commerce City, CO 80022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Frank & Sheila Dott**
**15246 W. Calavar Rd**
**Surprise, AZ 85379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,682.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**Frank and Edrie Garcia**
**22715 Coriander Dr**
**Magnolia, TX 77355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,894.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**Frank and Jacqueline Espinoza**
**13090 W. Warren Ave.**
**Lakewood, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**Frank and Linda Harris**
**2065 Mountain Sage Dr**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.40**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
**Frank and Susan Wadlington**
**2311 Wicklow Dr.**
**Pearland, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,715.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
**Frank Behra**
**795 Summerlake Circle**
**Apt 302**
**Ridgeland, SC 29936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,253.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
**FRANK D. SILVA**
**12161 Mercado Drive #301**
**Venice, FL 34293**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
**Frank Marco**
**13026 Oak Grove Drive**
**Huntley, IL 60142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (*if known*) _____
         _____
         Name

| | |
|---|---|
| **3.127**<br>**9** | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Frank Pulver** | **$4,170.00** |
| **5362 South Saullsbury Way** | |
| **Littleton, CO 80123** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**0** | **Nonpriority creditor's name and mailing address** |

**Frank Silvia**                                                  **$0.00**
**usa777@protonmail.com**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**1** | **Nonpriority creditor's name and mailing address** |

**Franka and Manning Correia**                                    **$5,840.00**
**35 East Green Pastures Circle**
**Spring, TX 77382**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**2** | **Nonpriority creditor's name and mailing address** |

**Frankie McMurrey**                                              **$3,707.44**
**1301 Airport Freeway Apt 1045**
**Bedford, TX 76021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**3** | **Nonpriority creditor's name and mailing address** |

**Fred & Carole Harris**                                          **$6,635.75**
**7512 Ashby Lane**
**Unit E**
**Alexandria, VA 22315**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**4** | **Nonpriority creditor's name and mailing address** |

**Fred & Maryann Young**                                          **$3,295.00**
**716 Archer Lane**
**Georgetown, TX 78633**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.128**<br>**5** | **Nonpriority creditor's name and mailing address** |

**Fred & Patricia Nolan**                                         **$2,995.00**
**1989 County Rd RCR 928 B**
**Alvin, TX 77511**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.128 6 | **Nonpriority creditor's name and mailing address** **Fred and Shirley Bryon** 9257 Prairieview Trl N Champlin, MN 55316 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,732.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 7 | **Nonpriority creditor's name and mailing address** **Fred And Yvonne Rojas** 2022 Wilbur St Dallas, TX 75224 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $8,933.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 8 | **Nonpriority creditor's name and mailing address** **Fred Vaughn and Latrelle Dacaosta** 356 Lincoln St SW Atlanta, GA 30315 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,747.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 9 | **Nonpriority creditor's name and mailing address** **Freeda & Shelly Delo/Beas** 97 Trap Run Road Walker, WV 26180 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $7,900.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 0 | **Nonpriority creditor's name and mailing address** **FREEDOM CONSUMER SERVICES, LLC, d/b/a Ti** 1503 S Coast Dr Ste 315 Costa Mesa, CA 92626 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 1 | **Nonpriority creditor's name and mailing address** **French Lick Springs Villa** 8718 W State road 56 French Lick, IN 47432 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 2 | **Nonpriority creditor's name and mailing address** **French Lick Villas** 8718 W State road 56 French Lick, IN 47432 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Timeshare Termination Team, LLC**

Case number *(if known)* _____

Name

| | |
|---|---|
| **3.129 3** | |

**Nonpriority creditor's name and mailing address**

**French Ridge Condominiums**
**416 South Ridge Street**
**Breckenridge, CO 80424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.129 4** | |

**Nonpriority creditor's name and mailing address**

**Ft Lauderdale Resort**
**4221 N. Ocean Boulevard**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.129 5** | |

**Nonpriority creditor's name and mailing address**

**Gabino And Yolanda Tarango**
**19922 Crested Peak Ln**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,907.20**

---

| | |
|---|---|
| **3.129 6** | |

**Nonpriority creditor's name and mailing address**

**Gabriel & JoAnne Frumkin**
**6385 Pegasus Ct.**
**Eastvale, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

| | |
|---|---|
| **3.129 7** | |

**Nonpriority creditor's name and mailing address**

**Gail Beddingfield**
**726 W St Johns Way**
**Hendersonville, NC 28791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,410.00**

---

| | |
|---|---|
| **3.129 8** | |

**Nonpriority creditor's name and mailing address**

**Gail Johnson**
**3740 West Gaslight Square**
**Apt 103**
**Alsip, IL 60803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,545.00**

---

| | |
|---|---|
| **3.129 9** | |

**Nonpriority creditor's name and mailing address**

**Gail Senter and Hollie Foster**
**4514 S Valdai Circle**
**Aurora, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,900.00**

---

Debtor    **Timeshare Termination Team, LLC**                                    Case number (*if known*) _____
           Name

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Gail Wall**
**3982 Brockenhurst Drive**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,423.00 |
|---|---|---|---|

**Gail&Shelita Clark/Jonson**
**2 Cameron Grove Blvd Apt 21**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,008.00 |
|---|---|---|---|

**Galina & Sergey Grechkin**
**13035 SE 169th Ave, Apt #227**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gardens at West Maui Resort**
**5500 Lower Honoapiilani Highway**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,300.00 |
|---|---|---|---|

**Garland & Charmaine Lewis**
**2797 S. Jebel Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,570.00 |
|---|---|---|---|

**Garry & Katharina Hatfield**
**1476 Indian Ridge Trail**
**New Richmond, OH 45157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,670.00 |
|---|---|---|---|

**Gary & Adele Harrison**
**11314 Dundee Dr**
**Mitchellville, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.130<br>7 | **Nonpriority creditor's name and mailing address** | $3,170.00 |

**Gary & Judith Grange**
**18400 Homestead Cir**
**Golden, CO 80401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>8 | **Nonpriority creditor's name and mailing address** | $3,500.00 |

**Gary & Lori Higman**
**1921 N. 99th Way**
**Mesa, AZ 85207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>9 | **Nonpriority creditor's name and mailing address** | $3,995.00 |

**Gary & Mercedes Kay**
**2913 Autumn Creek Dr**
**Friendswood, TX 77546**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Gary & Rachel Hendrickson**
**(251) 272-6758  or willhendrickson21813@**
**   AL 36565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>1 | **Nonpriority creditor's name and mailing address** | $3,595.00 |

**Gary And Jennifer Tolleson**
**18 Sylvan Rd**
**Billerica, MA 01821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>2 | **Nonpriority creditor's name and mailing address** | $3,295.00 |

**Gary and Judith Richards**
**1100 Eastern Ave**
**Schenectady, NY 12308**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131<br>3 | **Nonpriority creditor's name and mailing address** | $5,450.00 |

**Gary And LaSandra Pitts**
**3822 Benton Blvd**
**Kansas City, MO 64128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| **3.131 4** | **Nonpriority creditor's name and mailing address** | **$2,495.00** |

**Gary and Laura Kantor**
**2224 Andrea Dr**
**Bensalem, PA 19020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.131 5** | **Nonpriority creditor's name and mailing address** | **$4,450.00** |

**Gary and Lynda Sievers**
**44750 County Rd 89**
**Briggsdale, CO 80611**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.131 6** | **Nonpriority creditor's name and mailing address** | **$4,720.00** |

**Gary and Maria Netherland**
**8117 Westside St**
**Littleton, CO 80125**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.131 7** | **Nonpriority creditor's name and mailing address** | **$4,420.00** |

**Gary and Wendy Norgaard**
**10802 West Elm Ln**
**Avondale, AZ 85323**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.131 8** | **Nonpriority creditor's name and mailing address** | **$2,300.00** |

**Gary Brenholtz**
**12524 East Cornell Avenue**
**#204**
**Aurora, CO 80014**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.131 9** | **Nonpriority creditor's name and mailing address** | **$3,295.00** |

**Gary McHenry and Paulette Kalich**
**7222 Hanging Rock Court**
**Denver, NC 28037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.132 0** | **Nonpriority creditor's name and mailing address** | **$4,609.00** |

**Gary Szczepanowski**
**4639 Eaves Ln**
**Charlotte, NC 28215**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
　　　　　Name

Case number (if known) _____

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Garza Blanca Resident Club**
**Carretera a Barra de Navidad KM 7.5**
**Puerto Vallarta, Jalisco Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gas Lamp**
**614 5th avenue suite e**
**san diego, ca 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gatlinburg Timesquare**
**414 Historic Nature Trl**
**Gatlinburg, TN 37738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GBS International**
**9450 SW 72nd St.**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,007.00** |
|---|---|---|---|

**Gemma & Marcos Veloso**
**9115 Cabanna Way**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,745.00** |
|---|---|---|---|

**Gena Washburn**
**10068 Idalia St**
**Commerce, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Genaro and Diana Frausto**
**5207 Ivory Pearl Ct**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.132 8** | Nonpriority creditor's name and mailing address | **$4,423.00** |

**Gene Smith**
**1614 Nauvoo Road**
**Blanchester, OH 45107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.132 9** | Nonpriority creditor's name and mailing address | **$2,995.00** |

**Genette Foray and Chuenarun Dischner**
**4809 Pasadena Way**
**Broomfield, CO 80023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.133 0** | Nonpriority creditor's name and mailing address | **$5,385.00** |

**Geoffery & Shyla Ornelas**
**601 E Ash Lane, Apt 12108**
**Euless, TX 76039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.133 1** | Nonpriority creditor's name and mailing address | **$0.00** |

**Geoffery & Shyla Ornelas**
**601 E Ash Lane, Apt 12108**
**Euless, TX 76039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.133 2** | Nonpriority creditor's name and mailing address | **$0.00** |

**Geoffry Sheridan**
**6165 E Iliff Ave #A218**
**Denver, CO 80222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.133 3** | Nonpriority creditor's name and mailing address | **$0.00** |

**GeoHoliday Vacation Club**
**PO Box 231586**
**Las Vegas, NV 89193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.133 4** | Nonpriority creditor's name and mailing address | **$11,040.00** |

**George "Keven" and Selena "Dawn" Faulkne**
**281 Phillips Peak**
**Highlands Ranch, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**          Case number (if known) _____
Name

| 3.133 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**George & Ellen Duke**
**17567 Gypsum Ct**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,652.00 |
|---|---|---|---|

**George & Karen Carucci**
**3114 Marsh Island Dr.**
**Myrtle Beach, SC 29575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,450.00 |
|---|---|---|---|

**George & Roma Lee Michel**
**2531 Ranch Reserve Ridge**
**Westminster, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**George & Rosemarie Cramp**
**492 Wagon Trail**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**George and Anita Robinson**
**0240 Deer Run**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,868.00 |
|---|---|---|---|

**George and Anna Nieves**
**694 Tidal Flats st.**
**Henderson, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,358.25 |
|---|---|---|---|

**George and Edeltrud Siler**
**469 Tamarach Dr**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

---

| 3.134<br>2 | Nonpriority creditor's name and mailing address<br>**George and Michele LeDoux**<br>**1629 175th Place SE**<br>**Bothell, WA 98012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,223.00 |
|---|---|---|
| 3.134<br>3 | Nonpriority creditor's name and mailing address<br>**George Gomez and Ashley Gomez-Saulnier**<br>**302 Steepleph Lane**<br>**Raeford, NC 28376**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,500.00 |
| 3.134<br>4 | Nonpriority creditor's name and mailing address<br>**George Siemiatkowski**<br>**3017 Sydney Way**<br>**Castro Valley, CA 94546**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,400.00 |
| 3.134<br>5 | Nonpriority creditor's name and mailing address<br>**Georgia And Edward Lovell**<br>**2205 Briarstone Bluff Crossing**<br>**Pearland, TX 77089**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,495.00 |
| 3.134<br>6 | Nonpriority creditor's name and mailing address<br>**Georgia Attorney General**<br>**40 Capitol Square, SW**<br>**Atlanta, GA 30334**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.134<br>7 | Nonpriority creditor's name and mailing address<br>**Georgia Mitchell and Windy Smith**<br>**5801 Reading Road**<br>**Apt 615**<br>**Rosenberg, TX 77471**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,995.00 |
| 3.134<br>8 | Nonpriority creditor's name and mailing address<br>**Georgian Inn Beach Club**<br>**759 South Atlantic Avenue.**<br>**Ormond Beach, FL 32176**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

---

Debtor   **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Georgiana Rito**
**1952 Wellington Place**
**Downers Grove, IL 60516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,264.95 |
|---|---|---|---|

**Georgianna and Joseph Kiss**
**1457 S Oneida St**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,348.10 |
|---|---|---|---|

**Gerald & Carolyn  Nealy**
**2626 Euclid Avenue**
**Berwyn, IL 60402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,245.00 |
|---|---|---|---|

**Gerald & Connie Howell**
**4588 Prunty Avenue**
**Jacksonville, FL 32205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Gerald & Linda Clark**
**10211 Hartley Drive**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |
|---|---|---|---|

**Gerald (Mike) and Rebecca Fischbeck**
**1145 Regina Lane**
**Northglenn, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,117.00 |
|---|---|---|---|

**Gerald and Donna Varland**
**100 Shore Rd**
**Mt. Sinai, NY 11766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|
| **Gerald and JoAnn Vold**<br>**40762 E Louisiana Dr**<br>**Bennett, CO 80102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,095.00 |
|---|---|---|
| **Gerald And Patricia Peterson**<br>**5151 Isla Key Blvd South, Unit #224**<br>**St. Petersburg, FL 00075-8180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.00 |
|---|---|---|
| **Gerald Sojka**<br>**812 Blue Ridge Dr**<br>**Streamwood, IL 60107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,380.00 |
|---|---|---|
| **Geraldine Cain**<br>**1061 E. 41st PL Apt 503**<br>**Chicago, IL 60653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Gerard (Gerry) Zutant**<br>**201 Hickok Ave**<br>**Syiacuse, NY 13306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,605.27 |
|---|---|---|
| **Geri & Gayle Gurule/Garcia**<br>**1156 S Johnson Street**<br>**Lakewood, CO 80232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,445.00 |
|---|---|---|
| **Geri And Clyde Hobel**<br>**1130 Carr St**<br>**New Castle, PA 16101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Get Found Fast** | ☐ Contingent | |
| | **6456 S Quebec St Unit 25** | ☐ Unliquidated | |
| | **Centennial, CO 80111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Getaways Resort Management** | ☐ Contingent | |
| | **1006 Hwy. 98** | ☐ Unliquidated | |
| | **East Destin, FL 32541** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **GEVC-RCI** | ☐ Contingent | |
| | **22900 Shoreline Highway 1. PO Box 154.** | ☐ Unliquidated | |
| | **Point  rena, CA 95468** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Geve Global Exchange Vacation Club** | ☐ Contingent | |
| | **27405 Puerta Real Ste 100** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ghost Mountain** | ☐ Contingent | |
| | **5560 Badger Hill Rd** | ☐ Unliquidated | |
| | **Pollock Pines, CA 95726** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,974.00** |
|---|---|---|---|
| | **Gilbert & Concepcion Torres** | ☐ Contingent | |
| | **17710 Glen Hagen Ct** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Gilberto Olivo** | ☐ Contingent | |
| | **629 Pinnix Rd** | ☐ Unliquidated | |
| | **Burlington, NC 27217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.137 0 | **Nonpriority creditor's name and mailing address** **Gina & Charlie Sackett** **314 N Vine St** **Roberts, WI 54023** | **$2,495.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 1 | **Nonpriority creditor's name and mailing address** **Gina Marcell** **9582 US Highway 285** **Salida, CO 81201** | **$8,737.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 2 | **Nonpriority creditor's name and mailing address** **Girdie & Mitchell Kelly** **2813 Citrus Lane** **Springdale, MD 20774** | **$2,995.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 3 | **Nonpriority creditor's name and mailing address** **Gladys and Gregory Brouwer** **415 Golls Dr** **Garner, IA 50438** | **$7,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 4 | **Nonpriority creditor's name and mailing address** **Gladys and Vivian Rivera** **38904 8th Ave** **Zephyrhills, FL 33542** | **$9,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 5 | **Nonpriority creditor's name and mailing address** **Gladys Maryol** **PO Box 8995** **Huntsville, TX 77340** | **$13,410.97** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 6 | **Nonpriority creditor's name and mailing address** **Glen & Donna Cook** **514 B Village Green Drive** **Morehead, NC 28557** | **$2,995.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Glen Ivy Resorts Inc.**<br>**405 2nd Ave S Mpls**<br>**Minneapolis, MN 55401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,800.00 |
|---|---|---|
| **Glenda Mitchell**<br>**5857 S Zante Cir**<br>**Aurora, CO 80015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Glendale and Roxanne Baker**<br>**6150 N  Broad St.**<br>**PO Box 26555**<br>**Philadelphia, PA 19141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.138
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,800.00 |
|---|---|---|
| **Glenn & Joan Petty**<br>**317 Jones Franklin Rd**<br>**Raleigh, NC 27606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.138
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.00 |
|---|---|---|
| **Glenn (POA) & Shirley Currie/Dunn**<br>**1753 Swadley Street**<br>**Lakewood, CO 80215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.138
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Glenn and Lisa  Roberts**<br>**145 West Sunset Drive**<br>**Ephrata, PA 17522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.138
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Global Connections Inc**<br>**5360 College Blvd Ste 200**<br>**Overland Park, KS 66211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**Global Discovery Vacations**
**5360 College Blvd Unit 200**
**Overland Park, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**Global Exchange Vacation Club**
**27405 Puerta Real Ste 100**
**Mission Viejo, CA 92691-6314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Global Quest**
**9450 Sunset Dr.**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**Gloria & Geneva Aikens (Andrews)/Wilson**
**9219 S Loomis St**
**Chicago, IL 60620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,894.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Gloria And James Martin**
**5201 Via Pauma**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Gloria And Randolph Valdez**
**PO Box 44**
**La Jara, CO 81140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,995.00**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Gloria Brown and Michael Kelby**
**260 Carina Cir, Unit 105**
**Loveland, co 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,644.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|
| | **Gloria Jean Johnson-Ester** <br> **8339 S Green Street** <br> **Chicago, IL 60620** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,245.00** |
|---|---|---|---|
| | **Gloria Lenzy** <br> **1325 Perry St.** <br> **Des Plaines, IL 60016** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|
| | **Gloria Martinez** <br> **PO Box 41443** <br> **Phoenix, AZ 85080** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,200.00** |
|---|---|---|---|
| | **Gloria Phillips** <br> **13711 Lakeshore Way Cove** <br> **Houston, TX 77077** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,295.00** |
|---|---|---|---|
| | **Gloria Sue Standish** <br> **1187 Coast Village Road 1-798** <br> **Santa Barbara, CA 93108** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,494.60** |
|---|---|---|---|
| | **Glorieuse -Gloria - Lamour and Wilkens J** <br> **635 Clear Lake Ave** <br> **West Palm Beach, FL 33401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Go Daddy** <br> **14455 N. Hayden Rd #219** <br> **Scottsdale, AZ 85260** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.139 8 | **Nonpriority creditor's name and mailing address**<br>**Gold Canyon Resort Vacation Villas**<br>**6100 S Kings Ranch Rd**<br>**Gold Canyon, AZ 85118** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.139 9 | **Nonpriority creditor's name and mailing address**<br>**Gold Point & Falcon Point**<br>**53 View Lane**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 0 | **Nonpriority creditor's name and mailing address**<br>**Gold Point - BGV**<br>**53 View Lane**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 1 | **Nonpriority creditor's name and mailing address**<br>**Gold Point Condominiums**<br>**53 View Lane**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 2 | **Nonpriority creditor's name and mailing address**<br>**Gold Point in Breckenridge**<br>**53 View Lane**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 3 | **Nonpriority creditor's name and mailing address**<br>**Gonzalo Arroyave (SPO)**<br>**957 Orchard St.**<br>**Peekskill, NY 10566** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,540.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 4 | **Nonpriority creditor's name and mailing address**<br>**Grace FM**<br>**18900 E Hampten Ave**<br>**Aurora, CO 80013** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Timeshare Termination Team, LLC**                                                    Case number (if known) _____
_____
          Name

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,859.00** |
|---|---|---|---|

**Grace Nolen**
**444 Cemetery Rd**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Graciano and Isabel Ramirez**
**118 Tenderfoot Trail**
**Del Rio, TX 78840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,265.00** |
|---|---|---|---|

**Graham Media Group**
**161 N Clark St Suite 2900**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5852**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,501.00** |
|---|---|---|---|

**graham media KPRC & KSAT**
**P O Box 934721**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7B15**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grand Beach**
**8317 Lake Bryan Beach Boulevard**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grand Bliss - Mayan Resorts**
**Carretera Federal Cancun-Playa del Carme**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Mexico**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grand Cascades Nuevo Vallarta**
**Jos  Rover Motta, 27**
**07006 Palma de Mallorca Balearic Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                              Case number (if known) _____
         Name

| | |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**
**Grand Cayman**

**Grand Cayman KY1-9000 Cayman Islands**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
**Grand Crown Resorts**
**300 Golfview dr.**
**Branson, MO 65616**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
**Grand Entertainment Collections - Nuevo**
**Km 1.2 Carr. Punta de Mita La Cruz de Hu**

Date(s) debt was incurred  _

Last 4 digits of account number  **Mexico**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 5**

**Nonpriority creditor's name and mailing address**
**Grand Getaways**
**7555 Commerce Court**
**Sarasota, FL 34243**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 6**

**Nonpriority creditor's name and mailing address**
**Grand Hilton Vacations**
**6355 Metrowest Blvd.**
**Orlando, FL 32835**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
**Grand Lake in Kissimmee FL-RCI**
**4901 Vineland Rd Ste 250**
**Orlando, FL 32811**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
**Grand Lake Resorts Florida**
**4040 Central Florida Parkway**
**Orlando, FL 32837**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.1419**

**Nonpriority creditor's name and mailing address**

**Grand Leos**
**110 grand palms dr**
**pembroke pines, fl 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.1420**

**Nonpriority creditor's name and mailing address**

**Grand Pacific**
**5900 Pasteur Ct Ste 200. Carlsbad**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1421**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Exchange**
**5900 Pasteur Court Suite 100.**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1422**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Marbrisa**
**5900 Pasteur Court Suite 100.**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1423**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Marrisa through Hilton Gra**
**6355 Metrowest Blvd.**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1424**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Palisades**
**5805 Armada Drive.**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1425**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Resorts**
**5900 Pasteur Ct #200**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**Grand Pacific Resorts**
**5900 Pasteur Ct Ste 200**
**Carlsbad, CA 92008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Grand Pacifica Marbrisa**
**5900 Pasteur Ct Ste 200**
**Carlsbad, CA 92008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Grand Residences**
**Blvd. El Cid, Unidad 28 Lote 1-01**
**77580 Puerto Morelos, Quintana Roo Mexic**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Grand Seas Resort**
**2424 N Atlantic Ave.**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Grand Sol Mar**
**Av. Solmar #1A Col. Centro**
**Cabo San Lucas, BCS C.P. Mexico**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Grand View Resorts in Las Vegas**
**9940 Las Vegas Boulevard South**
**Las Vegas, NV 89183**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Grande Crowne Resorts**
**300 Golfview Drive**
**Branson, MO 65616**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

---

| | |
|---|---|
| 3.143<br>3 | **Nonpriority creditor's name and mailing address** |

**Grandvista Painted Mountain**
**2025 N. 3rd Street Ste. 230**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>4 | **Nonpriority creditor's name and mailing address** |

**Grasshopper**
**1st Avenue Suite 200**
**Needham, MA 02494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>5 | **Nonpriority creditor's name and mailing address** |

**Great Eastern Resorts**
**6302 E Mckellips Rd**
**Mesa, Az 85200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>6 | **Nonpriority creditor's name and mailing address** |

**Great Escapes**
**Resort President 1172 State Route 9**
**Queensbury, NY 12804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>7 | **Nonpriority creditor's name and mailing address** |

**Great Rock at Branson**
**175 Golf View Drive**
**Branson, MO 65616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>8 | **Nonpriority creditor's name and mailing address** |

**Greenspoon Marder LLP**
**590 Madison Avenue, Suite 1800**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.143<br>9 | **Nonpriority creditor's name and mailing address** |

**Greg & Carmela Stepp**
**2638 Coach House Loop**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,208.00**

---

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.144 0 | **Nonpriority creditor's name and mailing address** | **$3,420.00** |

**Greg & Cathy Spangler**
**2031 Vineyard dr**
**Windsor, CO 80500**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 1 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Greg & Debbie Cothran**
**8616 Woodridge Dr**
**Sherwood, AR 72120**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 2 | **Nonpriority creditor's name and mailing address** | **$3,500.00** |

**Greg & Lori Heath**
**4153 Harris St**
**Toldeo, OH 43613**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 3 | **Nonpriority creditor's name and mailing address** | **$5,500.00** |

**Greg & Shawna Grey**
**505 S State Street**
**Bloomington, IL 61701**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 4 | **Nonpriority creditor's name and mailing address** | **$3,150.00** |

**Greg & Shelley Hook**
**602 Joyce Ann Dr.**
**Manchester, MO 63021**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 5 | **Nonpriority creditor's name and mailing address** | **$3,495.00** |

**Greg & Toni McClanahan**
**2893 E. Derringer Way**
**Gilbert, AZ 85297**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 6 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Greg And Carolyn Young**
**7605 South Monaco Way**
**Centennial, CO 80112**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.144 7 | **Nonpriority creditor's name and mailing address** | **$6,000.00** |

**Greg And Janice Gettes/Minch**
**204 W Stimmel**
**Unit #2**
**West Chicago, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 8 | **Nonpriority creditor's name and mailing address** | **$3,320.00** |

**Greg and Jodi Kevern**
**6753 S. Rachael Way**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 9 | **Nonpriority creditor's name and mailing address** | **$3,170.00** |

**Gregory & Dixie Green**
**5445 Hoyt Drive**
**Arvada, CO 80002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 0 | **Nonpriority creditor's name and mailing address** | **$8,149.00** |

**Gregory & Lanetia Valcin**
**13238 Westmont Heights Lane**
**Houston, TX 77044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 1 | **Nonpriority creditor's name and mailing address** | **$6,677.00** |

**Gregory & Sadalia Irving**
**19 Wire Road Loop**
**Huntsville, Tx 77320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 2 | **Nonpriority creditor's name and mailing address** | **$2,495.00** |

**Gregory Alexander and Laurie Nelson**
**4155 Maizeland Road**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 3 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Gregory And Laura Pinter**
**10 Lincoln Avenue**
**Glenhead, NY 11545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,396.00 |
|---|---|---|---|

**Gregory And Tina Harris**
**13411 Piney View Lane**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Gregory Knox**
**1414 Ohio Ave**
**White Oak, PA 15131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Gregory Raymer**
**14011 Blue River Trail**
**Broomfield, Co 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,480.00 |
|---|---|---|---|

**Gretchen and Tom Schorege**
**13182 E 148th Ave**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grupo Clb Playa Del Sol**
**P.O. Box 11528.**
**Santa Rosa, CA 95406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grupo Velas**
**3400 N MCCOLL RD STE 20A**
**MCALLEN, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Guadalupe and Apolinar Salas**
**3162 Scott Drive**
**Bolling AFB, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.146 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,064.00** |
|---|---|---|---|
| | **Guadalupe and David Garcia** 20057 E 58th Place Aurora, CO 80019 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,816.00** |
|---|---|---|---|
| | **Guadalupe Hartshorn** 149 Baytree Dr Spring Creek, NV 89815 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,285.00** |
|---|---|---|---|
| | **Guisella and Geroge Rodriguez** 253 Collfield Ave Staten Island, NY 10314 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|
| | **Gurjant and Rupinder Badiesha** 9516 North Arlington Ave Kansas City, MO 64157 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,076.05** |
|---|---|---|---|
| | **Gustavo and Carolyn Nicolalde** 7305 Tipperary Ct North Richland Hills, TX 76182 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Gusto** 1201 16th St Mall Ste 350 Denver, CO 80202 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00** |
|---|---|---|---|
| | **Gwen Hearn and David Floyd** 207 English Ivy Dr. Griffin, GA 30223 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.1468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,394.65 |
| --- | --- | --- | --- |
| | **Gwendolyn Jeffery**<br>**6126 Mason Way**<br>**Rosenberg, TX 77471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,996.00 |
| --- | --- | --- | --- |
| | **Gwendolyn(Gwen)&Jonathan Reavis**<br>**2109 NC Hwy 67**<br>**Jonesville, NC 28642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
| --- | --- | --- | --- |
| | **H. Dennis Smith**<br>**4555 Rocky Mountain Dr.**<br>**Medina, OH 44256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Hacienda Del Mar**<br>**Corredor Tur stico SJC-CSL KM. 10. Lote**<br>**Cabo del Sol, Cabo San Lucas BCS M xico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Hacienda Encantada**<br>**Carretera Transpeninsular km 7.3 A-4**<br>**23410, Cabo San Lucas BCS Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,170.00 |
| --- | --- | --- | --- |
| | **Halina Ghaowi**<br>**6020 Lincoln Ave**<br>**Unit 306**<br>**Morton Grove, IL 60053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Hanalei Bay Resort**<br>**5380 Honoiki Road Princeville**<br>**Kauai, HI 96722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
| | **Hank & Dolores Collison** | ☐ Contingent | |
| | **679 Arbor Lane** | ☐ Unliquidated | |
| | **Warminster, PA 18974** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,735.50 |
| | **Hannah And Noel Manalo** | ☐ Contingent | |
| | **2140 Saber Court** | ☐ Unliquidated | |
| | **Naperville, IL 60565** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Hannah Smith** | ☐ Contingent | |
| | **5701 E 8th Ave, Apt. 302** | ☐ Unliquidated | |
| | **Denver, CO 80220** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,812.00 |
| | **Hans & Margaret Fischer** | ☐ Contingent | |
| | **10100 E Pinewood Dr** | ☐ Unliquidated | |
| | **Parker, CO 80138** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Harbor Side Resort at Atlantis **There i** | ☐ Contingent | |
| | **One Casino Drive** | ☐ Unliquidated | |
| | **P.O.Box N-4777, Nassau Bahamas** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Harbor Side/ Bahamas **There is an addre** | ☐ Contingent | |
| | **One Casino Drive** | ☐ Unliquidated | |
| | **P.O.Box N-4777, Nassau Bahamas** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Harbor Walk Resorts** | ☐ Contingent | |
| | **26 Robbins Road** | ☐ Unliquidated | |
| | **Falmouth, MA 02540** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.148 2 | **Nonpriority creditor's name and mailing address**<br>**Harborside Resort**<br>**20 Patriots Point Road**<br>**Mount Pleasant, SC 29464**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 3 | **Nonpriority creditor's name and mailing address**<br>**Harbortown Point**<br>**1651 Anchors Way**<br>**Ventura, CA 93001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 4 | **Nonpriority creditor's name and mailing address**<br>**Harold & Evelyn Netter**<br>**17618 Tower Bluff Lane**<br>**Cypress, TX 77433**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,000.00** |

| | | |
|---|---|---|
| 3.148 5 | **Nonpriority creditor's name and mailing address**<br>**Harold & Joyce Shambley**<br>**906 Cypress Point Circle**<br>**Mitchellville, MD 20721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,265.00** |

| | | |
|---|---|---|
| 3.148 6 | **Nonpriority creditor's name and mailing address**<br>**Harold & Mae Martin**<br>**9042 S. Cornell Ave**<br>**Chicago, IL 60617**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$55,996.35** |

| | | |
|---|---|---|
| 3.148 7 | **Nonpriority creditor's name and mailing address**<br>**Harold & Shirley Dembo**<br>**32 Bunker Hill Drive**<br>**Middletown, NJ 07748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,000.00** |

| | | |
|---|---|---|
| 3.148 8 | **Nonpriority creditor's name and mailing address**<br>**Harold And Evelyn Wilburn**<br>**2713 Westchester Lane**<br>**Modesto, CA 95350**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,245.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.148 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|

**Harold Copp**
**94 Ball Pond Road**
**New Fairfield, CT 06812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,144.65 |
|---|---|---|---|

**Harold Jr and Patricia Hilker**
**PO Box 1508**
**Morro Bay, CA 93443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,870.88 |
|---|---|---|---|

**Harold Moquet**
**47 South Sturbridge Road 1 Front**
**Charlton, MA 01507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harold O. Miller Esq**
**5531 Cannes Cr Ste 201**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAROLD O.MILLER and Todd Hoepker P.A.**
**PO Box 3311**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,307.00 |
|---|---|---|---|

**Harold Purdy**
**6607 Elsworth Ave.**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Harriet Smith**
**7910 SW Matheny Dr**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**
_____          Case number (if known) _____
Name

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Harris & Beth Friedberg**
**23 William Penn Cir**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Harry & Cynthia Wimer**
**4440 Lenni Circle**
**Emmaus, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Harry & Robin Johnson**
**1113 Sleighill Court**
**Mount Ariy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,913.19 |
|---|---|---|---|

**Harry And Dorothea Kenney**
**2654 Veteran Street**
**Pittsburgh, PA 15414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,600.00 |
|---|---|---|---|

**Harry Dawson and Anjelita Ordonez**
**5417 West Sunnyside Ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,996.00 |
|---|---|---|---|

**Harry&Imogene(Genie) Bickle**
**404 Cody Street**
**TX 75501-5834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hart Ranch**
**23645 Clubhouse Drive**
**Rapid City, SD 57702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| 3.150 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,328.00** |
|---|---|---|---|

**Hartley Beverage Jr**
**35 Evergreen Dr**
**South China, ME 04358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hawaii Department of the Attorney Genera**
**425 Queen Street**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hawaiian Princes**
**84-1021 Lahilahi Street**
**Waianae, HI 96792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,940.00** |
|---|---|---|---|

**Hazel And James Grant**
**2240 Shady Maple Lane**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hearst Communications, Inc.**
**300 West 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Borrego**
**1881 w ridge road**
**littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,745.00** |
|---|---|---|---|

**Heather Dellapenta**
**5286 Pierson Court**
**Wheatridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.151 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Heather Leavesley and Nad Weyer**
**5198 E Weaver Pl**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Rehmeier**
**259 County Road 405B**
**Valley Spring, TX 76885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Hector & Alana Favela**
**3930 West Rose Garden Lane**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.00 |
|---|---|---|---|

**Hector & Blanca Moreno**
**209 Fawn Trail**
**Lake Jackson, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,283.00 |
|---|---|---|---|

**Hector & Sally Gutierrez**
**Po Box 604**
**Rosenberg, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,236.17 |
|---|---|---|---|

**Hector and Angelica Melgar**
**6818 Rowan Lane**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,226.00 |
|---|---|---|---|

**Hector And Beatriz Pajares (SPO)**
**301 Fernbank Ct.**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,447.00** |
|---|---|---|---|

**Heidi & David Renfro**
**P.O. Box 789**
**Collinsville, TX 76233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|

**Heidi Lankford**
**150 Autumn Woods Dr**
**Kings Mountain, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,450.00** |
|---|---|---|---|

**Heidi Wagner**
**3377 W 114th Cir Unit D**
**Westminister, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,050.00** |
|---|---|---|---|

**Helen & Clyde White**
**1162 Woodmere Dr.**
**Lithonia, GA 30058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,244.00** |
|---|---|---|---|

**Helen & Donnya & Rayford Cooper/Stephens**
**14806 Ashland Pines Lane**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,690.00** |
|---|---|---|---|

**Helen & Verle Guthrie**
**9258 Rockhurst Street**
**Unit 306**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,074.00** |
|---|---|---|---|

**Helen (JoAnne) & Richard Jordan**
**423 Ridgecrest Dr**
**Punta Gorda, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*) _____

---

| 3.152 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,592.80** |
|---|---|---|---|

**Helen and Robert Salamone**
**103 Roweland Ave**
**Delmar, NY 12054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,516.00** |
|---|---|---|---|

**Helen Ayala**
**4505 Blue Lake Court**
**Fort Worth, TX 76103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,545.00** |
|---|---|---|---|

**Helena And Stan Slodyczka**
**38 Bewntwood**
**PO Box 4062**
**  CO 81637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,007.48** |
|---|---|---|---|

**Helena And Wayman (Richard) Gray**
**18434 West Western Star Blvd**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,533.00** |
|---|---|---|---|

**Helena Slanina**
**523 Winding Way**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,816.00** |
|---|---|---|---|

**Heli & Charles Powell**
**11350 Hero Way West, Apt #3403**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,060.00** |
|---|---|---|---|

**Henrita Wagner and Phillip Dallas**
**315 North St. Nicholas Circle Unit 23**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known)  _____
         _____
         Name

| 3.153 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,759.00 |
|---|---|---|---|

**Henry & Barbara Everett/Parry**
**41 Muddy Cross Rd**
**Hobbsville, NC 27946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,435.50 |
|---|---|---|---|

**Henry & Cheryl Domen**
**29737 Millrace Lane**
**Millsboro, DE 19966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,457.75 |
|---|---|---|---|

**Henry & Nancy Mullin**
**11426 Newport St**
**Thornton, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Herbert & Ana Rodriguez**
**114 Lancaster Way**
**Royal Palm Beach, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Herbert and Elaine Hoffman**
**31 Marcus Lane**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,295.00 |
|---|---|---|---|

**Hercules Mack**
**PO Box 6488**
**Spring Hill, FL 34611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Heriberto And Lillian Santos**
**2633 N Oak Park**
**Chicago, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.153 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,970.00 |
|---|---|---|---|

**Hermanie (Mimi) & Shannon Smerker**
**6053 S Adams Dr**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**High Point World Resorts**
**2951 High Point Blvd**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**High Sierra Condos, Alderwood Resorts**
**40710 Village Drive Suite 304**
**Big Bear Lake, CA 92315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Highland Resort at Verde Ridge**
**434 Gleneagles Dr,**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Highlands Resorts**
**625 S. Verde Santa Fe Parkway**
**Cornville, AZ 86325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,531.00 |
|---|---|---|---|

**Hilary & Cynthia Davis**
**3930 North 6th Street**
**Philadelphia, PA 19140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,960.00 |
|---|---|---|---|

**Hilda (Jean) Strain**
**13649 Stoneybrook Lane**
**EL cAJON, CA 92021-8864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.154 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hill Country Orange Lake**
**819 Water Street Suite 300**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilton Grand Vacations**
**6355 MetroWest Blvd., Suite 180**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilton Grand Vacations**
**6355 Metrowest Blvd., Suite 180**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilton Head Resorts**
**22 Harbourside Ln**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilton Vacation Club**
**6355 Metrowest Blvd.**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilton Vacation Village**
**6355 Metrowest Blvd.**
**Orlando, FL 32835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hiscox Inc**
**5 Concourse Parkway Suite 2150**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Hogan Lovells US LLP**
**Two North Cascade Avenue Suite 1300**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number **1860**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$424,424.46**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Hogan Lovells US LLP**
**600 Brickell Avenue Suite 2700**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number **1860**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$424,424.46**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Holiday Beach Resorts**
**19 Via De Luna**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Holiday Beach Resorts**
**P. O. Box 10977**
**Pensacola, FL 32524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Holiday Concepts Group  **There is an ad**
**10 Dover St**
**Cremorne, VIC 03121-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Holiday Grand Vacation**
**9271 S John Young Parkway**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Holiday Inn  Club Vacations**
**9395 South John Young Parkway**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Timeshare Termination Team, LLC**
_____
 Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.155 9 | **Nonpriority creditor's name and mailing address**<br>**Holiday Inn Club Vacations Inc. / Holida**<br>**9395 S. John Young Pkwy.**<br>**Orlando, FL 32819** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 0 | **Nonpriority creditor's name and mailing address**<br>**Holiday Inn/Orange Lake/ Silver Leaf**<br>**9395 S. John Young Pkwy.**<br>**Orlando, FL 32819** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 1 | **Nonpriority creditor's name and mailing address**<br>**Holiday Lounge**<br>**16701 Collins Ave**<br>**Sunny Isles Beach, FL 33160** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 2 | **Nonpriority creditor's name and mailing address**<br>**Holiday Park Resort LTD**<br>**1-415 Commonwealth Road**<br>**Kelowna BC V4V 1P4** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 3 | **Nonpriority creditor's name and mailing address**<br>**Holiday Park Resorts**<br>**1-415 Commonwealth Road**<br>**Kelowna BC V4V 1P4** | **$0.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 4 | **Nonpriority creditor's name and mailing address**<br>**Holliday Palmer**<br>**707 Braeburn Terrace**<br>**Lansdale, PA 19446** | **$2,995.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 5 | **Nonpriority creditor's name and mailing address**<br>**Holly & Carlos Gonzales-Pena**<br>**4719 Cole Ave Apt 308**<br>**Dallas, TX 75205** | **$4,457.00** |

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Holly and Scott Marz**
**1639 E Glendover Way**
**Sandy, UT 84092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$3,500.00

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Holly Tree Resorts**
**412 Main Street**
**West Yarmouth, MA 02673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Hollywood Beach Tower**
**301 Harrison St.**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Hollywood Beach Towers**
**301 Harrison Street**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Hono Koa Vacation Club - Hawaii**
**3801 Lower Honoapiilani Rd**
**Lahaina, HI 96761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Hope and Danial Pace**
**1629 Highway 63**
**Pine Grove, LA 70453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,995.00

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Hotel NYX Cancun**
**Boulevard Kukulcan Mz52 Km 11.5 Zona Hot**
**, Canc n, Q.R Mexico**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Timeshare Termination Team, LLC**                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.157** **3** | **Nonpriority creditor's name and mailing address** | **$10,264.00** |

Howard and Debra Mirvis
2318 Cavesdale Rd
Owings Mills, MD 21117

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **4** | **Nonpriority creditor's name and mailing address** | **$6,070.00** |

Howard And Rose Jane Wyant
1112 Mary Frances Drive
Kissimmee, FL 34741

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **5** | **Nonpriority creditor's name and mailing address** | **$8,092.55** |

Howard Jacquet
411 Tite St.
Houston, TX 77029

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **6** | **Nonpriority creditor's name and mailing address** | **$4,476.47** |

Hurlel & Rita Elliott
2658 Milburn Drive
League City, TX 77573

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **7** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Hyatt
161 North Concord Exchange
South St. Paul, MN 55075

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **8** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Hyatt Residence Club / HV Global Managem
Financial Services, 1200 Bartow Road
Lakeland, FL 33801

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.157** **9** | **Nonpriority creditor's name and mailing address** | **$0.00** |

Hyatt Vacation Club
11800 Coconut Plantation Drive
Bonita Springs, FL 34134

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.158 0** | |

**Nonpriority creditor's name and mailing address**
**Ian & Gabrielle Seidenberg**
**973 Upper Meadows Pl**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$7,262.50

---

| | |
|---|---|
| **3.158 1** | |

**Nonpriority creditor's name and mailing address**
**Ida Yassin**
**6103 Havendale Dr**
**Houston, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,382.00

---

| | |
|---|---|
| **3.158 2** | |

**Nonpriority creditor's name and mailing address**
**Idaho Department of the Attorney General**
**700 W. Jefferson Street P.O. Box 83720**
**Boise, ID 83720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.158 3** | |

**Nonpriority creditor's name and mailing address**
**iHeart**
**14001 N. Dallas Parkway Suite 300**
**Dallas, TX 75240**

Date(s) debt was incurred _

Last 4 digits of account number  1945

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$494,564.75

---

| | |
|---|---|
| **3.158 4** | |

**Nonpriority creditor's name and mailing address**
**Iheart media**
**P.O. BOX 419499**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number  0199

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$395,864.75

---

| | |
|---|---|
| **3.158 5** | |

**Nonpriority creditor's name and mailing address**
**Illinois Department of the Attorney Gene**
**100 W Randolph St**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.158 6** | |

**Nonpriority creditor's name and mailing address**
**ILX Premiere Vacation Club**
**2111 E. Highland Avenue**
**#200**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Imperial Resorts**
**290-290/1 Surawong Rd.**
**Siphaya, Bangrak Bangkok 10500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Indian Palms Intervals in Palm Springs**
**70100 Highway 111**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Indian Peaks**
**817 County Road 834**
**Winter Park, CO 80442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Indiana Department of the Attorney Gener**
**302 W Washington St**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Infinity Concierge**
**101 Convention Center Dr STE 1225.**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Inger Elisabeth Andersson**
**8588 Ostrom Way**
**Weeki Wachee, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Ingrid Delgado Paredes**
**5640 Enfield Way**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,700.00**

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
      Name

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Inn at Silver Creek**
**62927 US Highway 40.**
**Silver Creek, CO 80446**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Inn Season Resort**
**33 Brookline Road**
**Lincoln, NH 03251**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Interval International**
**6262 Sunset Drive**
**Miami, FL 33143**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Inverness at del Lago**
**100 La Costa Drive**
**Montgomery, TX 77356**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,070.00** |
|---|---|---|---|

**Irene and Richard Brown**
**PO Box 659**
**Murraysville, PA 15668**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,626.00** |
|---|---|---|---|

**Irene Brock and Allison Cade**
**5258 Estes Cir**
**Arvada, Co 80002**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,523.62** |
|---|---|---|---|

**Irene Delgado and Monique Miranda**
**4683 N. 105th Ave.**
**Phoenix, AZ 85037-5114**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.160 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
| | **Isabel Ruiz** | ☐ Contingent | |
| | **1039 w 9th st** | ☐ Unliquidated | |
| | **Tempe, AZ 85281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.160 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Island Gold Resort** | ☐ Contingent | |
| | **300 Tarpon Blvd.** | ☐ Unliquidated | |
| | **Fripp Island, SC 29920** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Island Golf** | ☐ Contingent | |
| | **W399 U.S. 2 & 41** | ☐ Unliquidated | |
| | **Harris, MI 49845** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Island Links** | ☐ Contingent | |
| | **1 Coggins Point Road** | ☐ Unliquidated | |
| | **Hilton Head Island, SC 29926** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Island One Resorts** | ☐ Contingent | |
| | **2345 SAND LAKE RD STE 100** | ☐ Unliquidated | |
| | **Orlando, FL 32809** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Island Seas Bahama** | ☐ Contingent | |
| | **PO Box F44735** | ☐ Unliquidated | |
| | **Freeport, Grand Bahama Bahamas** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Isle of Bali II Diamond Resort** | ☐ Contingent | |
| | **17777 Bali Blvd.** | ☐ Unliquidated | |
| | **Winter Garden, FL 34787** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 8 | **Nonpriority creditor's name and mailing address**<br>**Issei Nakamura**<br>**1602 W Artesia Sq unit D**<br>**Gardena, CA 90248**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$10,495.00** |

| 3.160 9 | **Nonpriority creditor's name and mailing address**<br>**Ivan & Alison Thompson**<br>**6031 Ainsdale Court**<br>**Dallas, TX 75252**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,367.75** |

| 3.161 0 | **Nonpriority creditor's name and mailing address**<br>**Ivan & Kimiko Garcia**<br>**2522 Saratoga Dr.**<br>**Barksdale Air Force Base, LA 71110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,430.00** |

| 3.161 1 | **Nonpriority creditor's name and mailing address**<br>**Ivy and Rosemary Shavit**<br>**15714 29th St East**<br>**Parrish, FL 34219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,450.00** |

| 3.161 2 | **Nonpriority creditor's name and mailing address**<br>**Izatys Resort**<br>**40005 85th Ave**<br>**Onamia, MN 56359**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.161 3 | **Nonpriority creditor's name and mailing address**<br>**J & Laura Gutierrez/McCoy**<br>**1303 W. 116th Ave, Unit #107**<br>**Westminster, CO 80234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,035.00** |

| 3.161 4 | **Nonpriority creditor's name and mailing address**<br>**J Refugio Arredondo**<br>**5906 Jim St**<br>**Houston, TX 77092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,052.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

| 3.161<br>5 | Nonpriority creditor's name and mailing address<br>**Jack & Betty Maywald**<br>**27527 Golf Lane**<br>**Huffman, TX 77336**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$4,700.00** |
|---|---|---|---|

| 3.161<br>6 | Nonpriority creditor's name and mailing address<br>**Jack & Darlene Gaskins**<br>**5431 W Vassar Ave**<br>**Visalia, CA 93277**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,295.00** |
|---|---|---|---|

| 3.161<br>7 | Nonpriority creditor's name and mailing address<br>**Jack and Charlotte Beall**<br>**509 Anderson County Rd 471**<br>**Montalba, TX 75853**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
|---|---|---|---|

| 3.161<br>8 | Nonpriority creditor's name and mailing address<br>**Jack And Nadereh Roepers**<br>**1342 Potomac School Rd**<br>**McLean, VA 22101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,420.00** |
|---|---|---|---|

| 3.161<br>9 | Nonpriority creditor's name and mailing address<br>**Jackilyn Munroe Earley**<br>**1650 Sactahe Trail**<br>**Elizabeth, CO 80107**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,722.00** |
|---|---|---|---|

| 3.162<br>0 | Nonpriority creditor's name and mailing address<br>**Jackson Hole Town Center**<br>**325 West Broadway**<br>**Jackson, WY 83001**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.162<br>1 | Nonpriority creditor's name and mailing address<br>**Jacob Cormier**<br>**915 Front St.**<br>**Richmond, TX 77469**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,870.00** |
|---|---|---|---|

Debtor    **Timeshare Termination Team, LLC**                                   Case number (if known) _____
          Name

| 3.162 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jacob Gonzalez**
**7814 S Gaylord Way**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,875.00** |
|---|---|---|---|

**Jacqueline & Terry Smith**
**6028 Old South Drive**
**Iron Station, NC 28080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,490.00** |
|---|---|---|---|

**Jacqueline (Jacke) Eichenberger**
**17209 Wilde Avenue**
**Unit 108**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,367.00** |
|---|---|---|---|

**Jacqueline and Scott Mullin**
**8153 South Highway 26**
**Valley Springs, CA 95252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,687.00** |
|---|---|---|---|

**Jacqueline Cooper**
**5217 D Street**
**Philadelphia, PA 19120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,398.00** |
|---|---|---|---|

**Jacqueline Salvato (Ludovici)**
**1 Duke Dr.**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,092.00** |
|---|---|---|---|

**Jacquelyn & Ebere Igbokwe**
**PO Box 450103**
**Houston, TX 77245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.162 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Jacquie and Michael Kelley**
**2718 E Teakwood Pl.**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,295.00** |
|---|---|---|---|

**Jaliyla Fraser**
**13 Boyden St.**
**East Orange, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |
|---|---|---|---|

**James & Adrienne Santos**
**11505 Carriage Crossing Dr**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|

**James & Anne Dorre**
**675 Country Club Dr**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**James & Carol Miersch**
**103 West Lillian Ave**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**James & Deborah Mika**
**2132 E. Everglades Blvd.**
**Ft. Mohave, AZ 86426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**James & Elizabeth Chacon**
**1133 E 12th Ave**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F · Schedule E/F: Creditors Who Have Unsecured Claims · **Page 234 of 597**

Debtor   **Timeshare Termination Team, LLC**

Case number *(if known)* _____

Name

---

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,105.00 |
|---|---|---|---|

**James & Gloria Nash**
**1705 Augus T Lane**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**James & Helen Ries**
**26030 County Rd 18**
**Keenesburg, CO 80643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**James & Jeonghe Lal**
**280 Overbrook Lane**
**Front Royal, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,830.00 |
|---|---|---|---|

**James & Jodean Frederick**
**10133 W Geddes Cir**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.00 |
|---|---|---|---|

**James & Judy Strommen**
**8649 Buttercup Ct.**
**Victoria, MN 55386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,827.85 |
|---|---|---|---|

**James & Karen Arrington**
**116 Como Trace Drive**
**Senatobia, MS 38668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**James & Leonette Lewis**
**5802 Bridlington St**
**Houston, TX 77085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**James & Merrisa Stoll**
**3953 Kenrick Drive**
**Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**James & Nancy Solano**
**5730 W 8th Ave**
**Lakewood, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,457.85** |
|---|---|---|---|

**James & Pamela Williams**
**9298 Glen Meadow Ln**
**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,095.00** |
|---|---|---|---|

**James & Pamela Yurchak**
**17202 Winding Oak Court**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,295.00** |
|---|---|---|---|

**James & Rebecca Buckley/Zumwalt**
**2010 Lewis Trail**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,495.00** |
|---|---|---|---|

**James & Rebecca Young**
**27467 Camino Tower**
**Boerne, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,219.00** |
|---|---|---|---|

**James & Sherry Murphy**
**3816 Crystal Lane**
**Temple Hills, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**          Case number (if known) _____
         _____
         Name

| | |
|---|---|
| **3.165 0** | |

**Nonpriority creditor's name and mailing address**
**James & Shirley Brown**
**96 Northampton Blvd**
**Stafford, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,780.00**

---

| | |
|---|---|
| **3.165 1** | |

**Nonpriority creditor's name and mailing address**
**James & Sumi Laroche**
**3782 Richfield St**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,105.00**

---

| | |
|---|---|
| **3.165 2** | |

**Nonpriority creditor's name and mailing address**
**James & Vanessa Hooker**
**1319 Woodlark Dr.**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,688.00**

---

| | |
|---|---|
| **3.165 3** | |

**Nonpriority creditor's name and mailing address**
**James (Jim) & Verna Fitzsimmons**
**9071 E. Mississippi Ave #6A**
**Denver, CO 80247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

| | |
|---|---|
| **3.165 4** | |

**Nonpriority creditor's name and mailing address**
**James (Jim) Marvin**
**2641 W. Upland Dr**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,367.00**

---

| | |
|---|---|
| **3.165 5** | |

**Nonpriority creditor's name and mailing address**
**James (Jimmy) & Ella Andrews**
**3307 Golden Cypress Lane**
**Pearland, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

| | |
|---|---|
| **3.165 6** | |

**Nonpriority creditor's name and mailing address**
**James Alderton**
**95 Paul Dr**
**Washington, PA 15301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,095.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

| 3.165 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,715.00** |
|---|---|---|---|

**James and Benadette Gray**
**24429 E Brandt Ave**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,058.00** |
|---|---|---|---|

**James and Bobbie Sibley**
**11564 Grandview Dr**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**James and Jeanette Carter**
**1910 Circleview Dr**
**Greensboro, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,278.00** |
|---|---|---|---|

**James And Jessica Clark**
**110 Drury Lane**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**James and Lori Palmer**
**997 Auburn Drive**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**James and Marilyn Straz**
**2643 Riverside St**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**James And Maxine Nicholas**
**2532 Blarney Drive**
**Harrisburg, PA 17112-8615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166 4**

Nonpriority creditor's name and mailing address

**James and Paula Gellenthin**
**416 E. Woodall**
**Smithfield, NC 27577**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,194.00

---

**3.166 5**

Nonpriority creditor's name and mailing address

**James And Suzanne Barrett**
**5437 Royal Paddock Way**
**Merritt Island, FL 32953**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,700.00

---

**3.166 6**

Nonpriority creditor's name and mailing address

**James and Teresa Peterson**
**4509 Iron Bridge Road**
**4509 Iron Bridge Road, VA 23234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$6,000.00

---

**3.166 7**

Nonpriority creditor's name and mailing address

**James Baize**
**5598 Cross Creek Dr.**
**Colo. Springs, CO 80924**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,122.00

---

**3.166 8**

Nonpriority creditor's name and mailing address

**James Bell**
**733 Emerald Dr.**
**Fayetteville, NC 28311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,995.00

---

**3.166 9**

Nonpriority creditor's name and mailing address

**James Bush**
**1403 Broadway**
**Rensselar, NY 12144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,747.00

---

**3.167 0**

Nonpriority creditor's name and mailing address

**James Callahan/Deborah Aquino**
**20 Walter Drive**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,410.00

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **James Clark and Nancy Arellano**<br>**28-11 20012 St**<br>**Bayside, NY 11360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.167**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,764.00 |
|---|---|---|
| **James H. Williams**<br>**8106 Prarie Park Pl**<br>**Chicago, IL 60619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|
| **James Heyward**<br>**2510 Silver Bell Loop**<br>**Fayettville, NC 28304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|
| **James Hicks**<br>**340 Twain Circle**<br>**Mabelton, GA 30126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,372.00 |
|---|---|---|
| **James Mark and Jacqie Braley**<br>**5375 E Briarwood**<br>**Centennial, CO 80122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,056.00 |
|---|---|---|
| **James Mathews and Larry and Britt Hughes**<br>**6325 W mansfield Ave #215**<br>**Denver, CO 80235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.50 |
|---|---|---|
| **James McGue**<br>**295 Gordon Ct**<br>**Castle Rock, CO 80104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.1678 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **James OConnor**<br>**7325 S Nucla St**<br>**Aurora, CO 80016** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1679 | **Nonpriority creditor's name and mailing address** | $7,995.00 |
| | **James Pinkel**<br>**6037 S Elizabeth Way**<br>**Centennial, CO 80112** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1680 | **Nonpriority creditor's name and mailing address** | $2,995.00 |
| | **James R. Cocco**<br>**7268 Frisco Lane**<br>**Sarasota, FL 34241** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1681 | **Nonpriority creditor's name and mailing address** | $2,795.00 |
| | **James Waters**<br>**2451 Bond Ave**<br>**Clearwater, FL 33759** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1682 | **Nonpriority creditor's name and mailing address** | $3,302.00 |
| | **Jamie & Robert Cessna**<br>**3353 Yorkshire Dr.**<br>**North Hutingdon, PA 15642** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1683 | **Nonpriority creditor's name and mailing address** | $2,995.00 |
| | **Jamie And Connie Gagne**<br>**14017 Wolcott Drive**<br>**Tampa, FL 33624** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.1684 | **Nonpriority creditor's name and mailing address** | $3,900.00 |
| | **Jamie and Jim Dinkins**<br>**1700 W Sunflower St**<br>**Dunlap, IL 61525** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Jamie James-Campbell**
**637 County Rd 728B**
**Sweeney, TX 77480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,757.00** |
|---|---|---|---|

**Jamie Patterson**
**5683 Many Springs Dr.**
**CO Springs, CO 80923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,310.00** |
|---|---|---|---|

**Jan & David Carlyle**
**1035 Yorkshire Drive**
**Marion, OH 43302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,391.46** |
|---|---|---|---|

**Jan & Mike Costas**
**7478 W Nichols Pl**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,770.00** |
|---|---|---|---|

**Jan and Siv A.M. Verschuur**
**Po box 3926**
**Estes park, CO 80517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Janae Sturgis**
**7833 Citadel Drive**
**Servern, MD 21144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,108.25** |
|---|---|---|---|

**Janath Gode**
**6526 5th Ave South**
**Richfield, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

| 3.169 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,920.00 |
|---|---|---|---|

**Jane And Steve Collar**
**81 Davis Rd**
**Westminister, MA 01473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,845.00 |
|---|---|---|---|

**Jane Bumgarner**
**303 Bolick Dr NE**
**Conover, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,280.86 |
|---|---|---|---|

**Janene Robinson and Christopher Biddy**
**1221 Centaur Circle, Unit B**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,095.00 |
|---|---|---|---|

**Janet & Jim Rivas**
**10297 Dowling Way**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|

**Janet & R. Kirk Gaus**
**3202 Juniper Dr**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Janet And Gary Currence**
**2408 NE 77th Street**
**Gladstone, MO 64118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,915.00 |
|---|---|---|---|

**Janet Benedict**
**16629 E Auburn Hills Dr**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                    Case number (*if known*) _____

          Name

| 3.169 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,376.00** |
|---|---|---|---|

**Janet Duncan**
**2736 Spring Glen Road**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Janet Eon**
**3661 Kings Road**
**Building #2 Unit #106**
**Palm Harbour, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**Janet Lake**
**1049 Willow Bay**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Janet Maus**
**7408 Berkshire Drive**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,432.63** |
|---|---|---|---|

**Janet Parhams**
**2543 Meridian Parkway Apt. #2116**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Janice & James McLaughlin/Rukas**
**7132 Akron St.**
**Philadelphia, PA 19149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Janice & Keith Christensen**
**14210 N 20th Place**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.170 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|
| **Janice and Charles Bigelow**<br>**8232 Willow Street**<br>**Leominster, MA 01453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.170 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,165.00 |
|---|---|---|
| **Janice and Roger Wilson**<br>**44603 Gerladine Lane, North**<br>**Davenport, WA 99122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.170 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.72 |
|---|---|---|
| **Janice Cotten**<br>**2720 County Road 155**<br>**Alvin, TX 77511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.170 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,602.00 |
|---|---|---|
| **Janice Hayes (John Hussell) Thomas Hayes**<br>**300 Summers St**<br>**Charleston, WV 25301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.171 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|
| **Janice, Richard, Roderick and Georganna**<br>**2644 Sharpview Lane**<br>**Dallas, TX 75228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.171 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Janie Williamson**<br>**1456 E Girard Pl, Apt 123-A**<br>**Englewood, CO 80113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.171 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|
| **Janiece Barraco**<br>**955 Hover Ridge Cir**<br>**Longmont, CO 80501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.171 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,996.00** |
| --- | --- | --- | --- |

**Janilyn M. Welsh Trust**
**840 Woodbine Ave**
**Glendale, OH 45252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,481.00** |
| --- | --- | --- | --- |

**Janine&Ernest Colson**
**PO Box 387**
**Colby, KS 67701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,420.00** |
| --- | --- | --- | --- |

**Janis Estrada**
**5028 Airline Road**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Jardin Azul Season**
**10600 W. Charleston Blvd.**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,638.00** |
| --- | --- | --- | --- |

**Jared & Charrie Adamson**
**906 Mclane St**
**Victoria, TX 77904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
| --- | --- | --- | --- |

**Jared & Shannon Larson**
**9319 NE 133rd Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,270.00** |
| --- | --- | --- | --- |

**Jarold and Mary Creech**
**9252 W. Louisiana Ave**
**Lakewood, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor     **Timeshare Termination Team, LLC**                                  Case number (if known) _____
                          Name

| 3.172 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,501.00 |
|---|---|---|---|

**Jasmin Cole and Ronald (Ron) Clark**
**529 Warnock Street**
**Louisville, KY 40217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Jason & Veronica Loud**
**PO Box 2793**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Hellem**
**13844 Pastel Lane**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Jason Wass**
**1880 La Jolla**
**Stockton, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,128.00 |
|---|---|---|---|

**Jay & Thelma Strachan/Catio**
**5448 Madison St.**
**New Port Richie, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|

**Jay Abrams and Janet Bubis**
**6623 Hillbriar Dr**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Jay and Alisha McMillin**
**5765 Redbridge Drive**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,060.00 |
|---|---|---|---|

**Jay And Nita Rao**
**49 Canal View Rd**
**Lawrenceville, NJ 08648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,330.00 |
|---|---|---|---|

**Jay Keener**
**844 N Sandpiper Ct**
**Wichita, KS 67230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,407.50 |
|---|---|---|---|

**Jay Snyder**
**9243 E. Nassau Ave**
**Denver, CO 80237**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Jay Womeldorf**
**601 W Fillmore St #328**
**Phoenix, AZ 85003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Jayne & Corey Ruttan**
**3 Horizon View Lane**
**Calgary, Canada T3Z 3M4**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Jean and Robert Ahlfinger**
**2677 Lawrenceville HWY Apt.# 428**
**Decatur, GA 30033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,917.70 |
|---|---|---|---|

**Jean and Ted Dorsey**
**6545 Childs Road**
**Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____

Name

| | |
|---|---|
| **3.173 4** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$2,095.00**

**Jean Brynoff**
**4695 West 99th Place**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.173 5** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$4,088.00**

**Jean Haertel**
**17946 S FM148**
**Scurry, TX 75158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.173 6** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$3,598.39**

**Jean Mahan**
**(618) 531-0212 or jeannie.mahan.dc@gmail**
   **MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.173 7** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$15,000.00**

**Jeanean Boyd**
**2204 Franklin DR**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.173 8** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$2,097.00**

**Jeanette & Lee Baker**
**12542 Saint Charlotte Drive**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.173 9** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$6,452.00**

**Jeanie And Scott Krebs**
**3333 Southfork Pkwy, Apt #127**
**Manvel, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.174 0** | |

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                                   **$4,457.75**

**Jeff & Joanne Tuma**
**155955 Bayview Drive NE**
**Parkers Prairie, Mn 56361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                           Case number (if known)  _____
_____
Name

| | | |
|---|---|---|
| **3.174 1** | **Nonpriority creditor's name and mailing address**<br>**Jeff & Lena Player**<br>**4914 Old River Ave**<br>**Firestone, CO 80504**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,495.00** |

| | | |
|---|---|---|
| **3.174 2** | **Nonpriority creditor's name and mailing address**<br>**Jeff and AnnMarie Stetzel**<br>**4121 S Cathay Way**<br>**Aurora, CO 80013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,495.00** |

| | | |
|---|---|---|
| **3.174 3** | **Nonpriority creditor's name and mailing address**<br>**Jeff and Cheryl Donnel**<br>**6615 W 84th Way**<br>**#104**<br>**Arvada, CO 80003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,450.00** |

| | | |
|---|---|---|
| **3.174 4** | **Nonpriority creditor's name and mailing address**<br>**Jeff And Erlinda (Lin) Guerrero**<br>**13175 Christine Marie Court**<br>**Jacksonville, FL 32225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,319.70** |

| | | |
|---|---|---|
| **3.174 5** | **Nonpriority creditor's name and mailing address**<br>**Jeff Jarmes/Keith Collins**<br>**806 E Kilbourn AVE**<br>**Milwaukee, MI 53202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,051.00** |

| | | |
|---|---|---|
| **3.174 6** | **Nonpriority creditor's name and mailing address**<br>**Jeff Pepple and Julie Danduran**<br>**PO box 65**<br>**Fessenden, ND 58438**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,645.00** |

| | | |
|---|---|---|
| **3.174 7** | **Nonpriority creditor's name and mailing address**<br>**Jeff Smith**<br>**PO Box 773**<br>**Georgetown, CO 80444**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,635.00** |

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
             Name

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Jeffrey & Angela Kruggel**
**1544 Conant Court**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Jeffrey & Cynthia Cardiel**
**1701 Fortworth Hwy Space 51**
**Weatherford, TX 76086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,960.00** |
|---|---|---|---|

**Jeffrey & Debra Benson**
**21303 Follin Road**
**Fredericktown, OH 43019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,522.00** |
|---|---|---|---|

**Jeffrey & Joyce Lambert**
**13374 165th Ave**
**Becker, MN 55308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,745.00** |
|---|---|---|---|

**Jeffrey & Marilyn Ackermann**
**2966 Akron ct.**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,608.00** |
|---|---|---|---|

**Jeffrey & Susan Thomas**
**2357 Shrewsbury Run E.**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,650.00** |
|---|---|---|---|

**Jeffrey (Jeff) & Ninfa Byrd**
**834 Xavier St**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**          Case number (if known) _____

Name

---

**3.175 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$2,995.00** |
| **Jeffrey and Jennifer Wauthier** | |
| **5123 S Fraser Way** | |
| **Aurora, CO 80015** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.175 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$2,995.00** |
| **Jeffrey and Robin Johnson** | |
| **8846 Vrain St** | |
| **Westminster, CO 80031** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |
| **Jeffrey Colerick** | |
| **3383 S Grape St** | |
| **Denver, CO 80222** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$10,131.00** |
| **Jenell and Miguel Alexander-Moctezuma** | |
| **1 Fairview Lane** | |
| **Palmcoast, FL 32137** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$7,093.15** |
| **Jennie Samuels** | |
| **16935 Page Avenue** | |
| **Hazelcrest, IL 60429** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$6,545.00** |
| **Jennifer & Ismael Leon/Ruiz** | |
| **13845 W 9th St.** | |
| **Zion, IL 60099** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$10,705.00** |
| **Jennifer & Richard Lewis** | |
| **3408 Palmisano Blvd** | |
| **Chalmette, LA 70043** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.176 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,295.00 |
|---|---|---|---|
| | **Jennifer & Victoria Sims/St.Laurent** | ☐ Contingent | |
| | **114 Crockett Court** | ☐ Unliquidated | |
| | **Smyrna, TN 37167** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,365.00 |
|---|---|---|---|
| | **Jennifer and Eric Bauer** | ☐ Contingent | |
| | **1430 S Ward CT** | ☐ Unliquidated | |
| | **Lakewood, CO 80228** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,190.00 |
|---|---|---|---|
| | **Jennifer and James  Jim Owens** | ☐ Contingent | |
| | **5404 Cedardale Ln** | ☐ Unliquidated | |
| | **Baxter, MN 56425** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,395.00 |
|---|---|---|---|
| | **Jennifer Hill** | ☐ Contingent | |
| | **1215 Tiny Tree Dr.** | ☐ Unliquidated | |
| | **Missouri City, TX 77489** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,688.00 |
|---|---|---|---|
| | **Jennifer Howard/Daniel Gomez** | ☐ Contingent | |
| | **1620 Venice Blvd Apt 208** | ☐ Unliquidated | |
| | **Venice, CA 90291** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,232.50 |
|---|---|---|---|
| | **Jennifer Johler** | ☐ Contingent | |
| | **4408 Marriott Dr APT 254** | ☐ Unliquidated | |
| | **Raleigh, NC 27612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,420.00 |
|---|---|---|---|
| | **Jennifer Lang** | ☐ Contingent | |
| | **167 N Sycamore Ave** | ☐ Unliquidated | |
| | **Los Angeles, CA 90036** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Timeshare Termination Team, LLC**
_____
          Name

Case number (if known)    _____

| 3.176 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Ross**
**19695 Clubhouse Dr Apt 134**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,514.00 |
|---|---|---|---|

**Jenny and Alfred Perez/Salazar**
**611 Alcorn St**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**Jenny and Steve Berggren**
**1574 Spring Water Place**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,995.00 |
|---|---|---|---|

**Jenny Judd and John Brady**
**41942 Tilton Drive**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Jeremy & Amy Guddat**
**11357 West Ford Place**
**Lakewood, Co 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerod Slivka**
**864 Diamond Rim Dr**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**Jerome and Patrica Hammitt**
**92407 Spells Rd**
**Sturgeon Lake, MN 55783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Jerri & Johnny Floyd**
**7 3757 W 91st**
**Merrillville, IN 46410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Jerry & Avice Legg**
**22745 S Highway 2**
**Vinita, OK 74301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Jerry & JoAnn Phillips**
**936 Meade St.**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,227.50**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Jerry and Caroline Sue Richards**
**4664 Allende Ave.**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Jerry And Elizabeth Hopkins**
**1509 Hale Ave**
**Platte City, MO 64079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,170.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Jerry And Glenda Fleming**
**1470 E Humble Rd**
**Overton, TX 75684**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Jerry And Lacy Curry**
**434 Bickett Lane**
**Spring, Tx 77373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,285.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                                      Case number (if known) _____
_____
Name

| 3.178<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Jesse & Brittany Hitchcock/Poyner**<br>**27106 US 138**<br>**Iliff, CO 80736**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$9,958.88** |
|---|---|---|---|

| 3.178<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Jesse & Janice McNeal**<br>**9000 Huntmeadow Lane**<br>**Upper Marlboro, MD 20772**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,552.00** |
|---|---|---|---|

| 3.178<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Jesse and Dulce Edgar**<br>**9767 Chocolate Summit Drive**<br>**Elcajon, CA 92021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
|---|---|---|---|

| 3.178<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Jesse and Lori Garcia**<br>**2827 S Lamar**<br>**Denver, CO 80227**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,340.00** |
|---|---|---|---|

| 3.178<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Jessica and Jose Santos**<br>**4501 Country Hills Blvd**<br>**Pant City, FL 33563**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,100.00** |
|---|---|---|---|

| 3.178<br>8 | **Nonpriority creditor's name and mailing address**<br><br>**Jessica Battista**<br>**6327 Morningside Dr**<br>**Hubbard, OH 44425**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,745.00** |
|---|---|---|---|

| 3.178<br>9 | **Nonpriority creditor's name and mailing address**<br><br>**Jessica Hardcastle and Benino Pruneda jr**<br>**1106 Llllie st**<br>**Deer Park, TX 77536**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,750.00** |
|---|---|---|---|

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known)   _____

| 3.179 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jessica Lewis**
**15080 Iola St**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Jessica Oxley**
**136 Sycamore Lane Unit C**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.00 |
|---|---|---|---|

**Jessie Elie & Arturo Contreras**
**202 Nashua St**
**Park Forest, IL 60466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jessy & Jerel Kratt**
**606 Famoso Hills Dr**
**Bakersfiels, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

**Jesus & Maura Gurrola**
**4811 West Dunbar Dr**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Jesus and Angela Belloc**
**632 East Mohave Circle #90**
**Eloy, AZ 85131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JF Best Consulting**
**1048 Marlin Lakes Cir #20211**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____    Case number (*if known*) _____
Name

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,617.75 |
|---|---|---|---|

**Jill & Michael Campos**
**1116 N Stanley Place**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,957.00 |
|---|---|---|---|

**Jillian Queripel**
**2 Finley Rd**
**   NJ 08302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,350.00 |
|---|---|---|---|

**Jim & Brenda Walter**
**2335 Woodbend Circle**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Jim & Carol Roberts**
**1890 Golden Eagle Court**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,550.00 |
|---|---|---|---|

**Jim & Cheryl Johnson**
**PO Box 812**
**Fort Benton, MT 59442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,259.00 |
|---|---|---|---|

**Jim & Cindy Hamilton**
**1852 E 142nd Ave**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Jim & Judy Ware**
**1075 Carib Loop East**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                    Case number (*if known*) _____
         _____
         Name

| 3.180 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,829.20** |
|---|---|---|---|

**Jim & Sue Hall**
**1920 Kona Drive**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,746.00** |
|---|---|---|---|

**Jim and Antoinette Augliera**
**2193 S Ouray St**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,927.47** |
|---|---|---|---|

**Jim And Joan Swanson**
**12771 East Crystal Forest**
**Gold Canyon, AZ 85118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,670.00** |
|---|---|---|---|

**Jim and Martha Huffman**
**10209 Colville St**
**PO BOX: 770883**
**Eagle River, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,295.00** |
|---|---|---|---|

**Jim Degenhardt**
**PO Box 279**
**Safety Harbor, FL 33761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,652.50** |
|---|---|---|---|

**Jimmy & Dianne Green**
**208 Lee St**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,207.00** |
|---|---|---|---|

**Jimmy & Yelysoco Ortega**
**1102 Nikki Lane**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,446.00** |
|---|---|---|---|
| | **Jimmy Seto** | ☐ Contingent | |
| | **12942 Elgin Place** | ☐ Unliquidated | |
| | **Denver, CO 80239** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,522,088.00** |
|---|---|---|---|
| | **JLL Jones Lang LaSalle Americas Inc** | ☐ Contingent | |
| | **8100 E Maplewood Ave Suite 240** | ☐ Unliquidated | |
| | **Greenwood Village, CO 80111** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **8714** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,128.00** |
|---|---|---|---|
| | **Jo Ann Newsome** | ☐ Contingent | |
| | **7443 Towerview Lane** | ☐ Unliquidated | |
| | **Missouri City, TX 77489** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,442.00** |
|---|---|---|---|
| | **Jo Ann Peschel** | ☐ Contingent | |
| | **1015 Tri Oaks Lane, Unit #32** | ☐ Unliquidated | |
| | **Houston, TX 77043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,950.00** |
|---|---|---|---|
| | **Jo Anne And Bernard (Gene) Barr** | ☐ Contingent | |
| | **11244 Lowell Avenue** | ☐ Unliquidated | |
| | **Overland Park, KS 66210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,579.60** |
|---|---|---|---|
| | **Joan & Jerome (Jerry) Gittlein** | ☐ Contingent | |
| | **320 South Road** | ☐ Unliquidated | |
| | **PO Box 286** | ☐ Disputed | |
| | **Rye Beach, NH 03871** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|
| | **Joan and John Wayne Clark** | ☐ Contingent | |
| | **7105 N. Spur Rd** | ☐ Unliquidated | |
| | **Prescott, AZ 86305** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Joan Lanier and Sherry Batchelor**
**103 Dearing Dr**
**Knightdale, NC 27545**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,832.00** |
|---|---|---|---|

**Joan Mancuso**
**6500 E Shadow Ln**
**Inverness, FL 34452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,245.00** |
|---|---|---|---|

**JoAnn Ellis**
**1585 Nathaniel Street**
**Newton, NC 28658**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,544.00** |
|---|---|---|---|

**Joann Spencer**
**800 Pebble Drive**
**Greensboro, NC 27410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joanna Brown**
**909 Bannock ST, Apt 1201**
**Denver, CO 80204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,079.00** |
|---|---|---|---|

**Joanne & Brian Angle**
**1284 Saginaw Crescent**
**Mississauga, Ontario L5H4B8**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |
|---|---|---|---|

**Joanne And Cory Mulinare**
**2461 Deloraine Trail**
**Maitland, FL 32751**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Timeshare Termination Team, LLC_____    Case number (if known) _____
        Name

| | | |
|---|---|---|

**3.182 5**

**Nonpriority creditor's name and mailing address**
**JoAnne and Richard Jordan-Extended File**
**11644 SW Egret Circle Apt. 906**
**Arcadia, FL 34269**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,446.14

---

**3.182 6**

**Nonpriority creditor's name and mailing address**
**Joanne Briggs**
**326 Catherine St**
**Mckees Rock, PA 15136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,995.00

---

**3.182 7**

**Nonpriority creditor's name and mailing address**
**Joanne Hallock**
**29 Pioneer Place**
**Eaton, CO 80615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,552.00

---

**3.182 8**

**Nonpriority creditor's name and mailing address**
**Joanvieve Jackson**
**839 Silverthorne Drive**
**Burleson, TX 76028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,100.00

---

**3.182 9**

**Nonpriority creditor's name and mailing address**
**Joaquin and Sylvia Rocha**
**23003 Birnamwood Blvd**
**Spring, TX 77373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,410.00

---

**3.183 0**

**Nonpriority creditor's name and mailing address**
**Jockey Club**
**3700 Las Vegas Boulevard South**
**Las Vegas, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
**Jodie & Michael McQuay**
**200 Indiana St.**
**Haines City, FL 33844**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,420.00

---

Debtor   **Timeshare Termination Team, LLC**

     Name

Case number (*if known*)

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,170.00 |
|---|---|---|---|
| | **Jodie and Jonathan Rye** | ☐ Contingent | |
| | **229 Green Acres Dr** | ☐ Unliquidated | |
| | **Murphy, TX 75094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,117.00 |
|---|---|---|---|
| | **Jodie Jenkins Oliphant & Ashley Oliphant** | ☐ Contingent | |
| | **14003 Quention Drive** | ☐ Unliquidated | |
| | **Houston, TX 77045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|
| | **Jody and Mari Dobson** | ☐ Contingent | |
| | **1405 Diana Ln** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80909** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|
| | **Jody Tyriver** | ☐ Contingent | |
| | **1011 Inverness Main St Unit 313** | ☐ Unliquidated | |
| | **Englewood, CO 80112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|
| | **Joe & Debra Richards** | ☐ Contingent | |
| | **7009 W Morning Dove Dr.** | ☐ Unliquidated | |
| | **Glendale, AZ 85308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,110.95 |
|---|---|---|---|
| | **Joe & Diane Wantz** | ☐ Contingent | |
| | **8776 Booth Rd** | ☐ Unliquidated | |
| | **Mentor, OH 44060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | **Joe & Georgia Eyler** | ☐ Contingent | |
| | **1848 Houston Lake RD** | ☐ Unliquidated | |
| | **Kathleen, GA** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.1839** | Nonpriority creditor's name and mailing address | $3,000.00 |
| | **Joe & Merilyn Carrell**<br>**PO Box 236**<br>**Fulton, TX 78358** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.1840** | Nonpriority creditor's name and mailing address | $2,995.00 |
| | **Joe & Sheila Rinaldis**<br>**113 Caleb Dr**<br>**Danville, NH 03819** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.1841** | Nonpriority creditor's name and mailing address | $4,250.00 |
| | **Joe & Virginia Romero**<br>**5205 W. Caryl Ave**<br>**Littleton, CO 80128** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.1842** | Nonpriority creditor's name and mailing address | $2,995.00 |
| | **Joe And Gail Mahoney**<br>**PMB 1520 PO BOX 439060**<br>**San Ysidro, CA 92143** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.1843** | Nonpriority creditor's name and mailing address | $3,990.00 |
| | **Joeand Penelope Nicholl**<br>**10164 W Lake Dr**<br>**Littleton, CO 80127** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.1844** | Nonpriority creditor's name and mailing address | $11,910.00 |
| | **Joey & June Pope**<br>**1104 Tulsa Street**<br>**Cathage, TX 75633** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.1845** | Nonpriority creditor's name and mailing address | $0.00 |
| | **Johan Alpenland Resort (Austria)**<br>**A-5600 St Johann im Pongau**<br>**Austria** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.184 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Johanna Hall**
**6033 Castlegate Dr w, Apt 2715**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,550.00** |
|---|---|---|---|

**John & Ann Brown**
**3604 Potomac Ave**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,390.00** |
|---|---|---|---|

**John & Barbara Calderon**
**5060 Stone Harbour Circle**
**Wimauma, FL 33598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,401.00** |
|---|---|---|---|

**John & Becky Duvall/Villanueva**
**4145 Country Club Drive**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**John & Beverly Webb/Jenkins**
**1129 Glen Avon Rd**
**Darby, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,670.00** |
|---|---|---|---|

**John & Christine Tolley**
**2323 W 112th Street**
**Chicago, IL 60643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**John & Connie Klein**
**3410 Bagatelle Lane**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.185 3** | Nonpriority creditor's name and mailing address | **$8,923.00** |

**John & Erica Vincent**
**1650 Wichita Dr**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| **3.185 4** | Nonpriority creditor's name and mailing address | **$3,553.00** |

**John & Kelly Gabriel**
**22011 Beachgrove Ln**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.185 5** | Nonpriority creditor's name and mailing address | **$11,898.00** |

**John & Kerry Taylor**
**4922 Almond Crest Dr**
**Pueblo, CO 81005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.185 6** | Nonpriority creditor's name and mailing address | **$2,995.00** |

**John & Louise Ashley**
**P.O Box 132**
**London, MN 56273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.185 7** | Nonpriority creditor's name and mailing address | **$3,470.00** |

**John & Martha Hiles**
**1153 Bounnyton Pl**
**Castle Rock, co 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.185 8** | Nonpriority creditor's name and mailing address | **$6,132.00** |

**John & Nancy Termine/James**
**225 S Heights Blvd, Unit# 3406**
**Houston, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.185 9** | Nonpriority creditor's name and mailing address | **$13,405.00** |

**John & Patricia Baker**
**6013 Woodcliffe Drive**
**Windsor, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.186 0** | **Nonpriority creditor's name and mailing address** <br> **John & Patricia Markell** <br> **7466 Heather Walk Dr** <br> **Weeki Wachee, FL 34613** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes <br> **$6,500.00** |

| | | |
|---|---|---|
| **3.186 1** | **Nonpriority creditor's name and mailing address** <br> **John & Renee (Robin) Spencer** <br> **123 Dahlia Road** <br> **Huntsville, TX 77320** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$3,295.00** |

| | | |
|---|---|---|
| **3.186 2** | **Nonpriority creditor's name and mailing address** <br> **John & Renee Cazer** <br> **7394 Pyrite Ct.** <br> **Castle Rock, CO 80108** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$10,039.90** |

| | | |
|---|---|---|
| **3.186 3** | **Nonpriority creditor's name and mailing address** <br> **John & Susan Debee** <br> **775 Allison St** <br> **Lakewood, CO 80214** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$3,650.00** |

| | | |
|---|---|---|
| **3.186 4** | **Nonpriority creditor's name and mailing address** <br> **John & Susan McCarthy** <br> **7280 Route 81** <br> **East Durham, NY 12423** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$15,000.00** |

| | | |
|---|---|---|
| **3.186 5** | **Nonpriority creditor's name and mailing address** <br> **John & Susan Thompson** <br> **1327 W 135th Ave** <br> **Westminister, Co 80234** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$10,000.00** |

| | | |
|---|---|---|
| **3.186 6** | **Nonpriority creditor's name and mailing address** <br> **John & Teresa Grabowski** <br> **2065 Huber Dr.** <br> **Quakertown, PA 18951** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes <br> **$3,100.00** |

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**John & Teresa Stober**
**101 Trail Bend Court**
**Cary, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,449.00**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**John & Tina Young**
**4404 East 500 North**
**Columbia City, IN 46725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,479.72**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**John & Virginia (Lila) Hope**
**14802 East Temple Drive**
**Aurora, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**John & Wanda Riviere**
**9340 Rock Lynn Circle**
**Waldorf, MD 20603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

**John and Ada Horn**
**804 Garden Ave**
**Lebanon, PA 17046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

**John and Carol Unwin**
**12731 Forest Canyon Drive**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.187 3**

**Nonpriority creditor's name and mailing address**

**John and Charlene Ingham**
**182 Pinehurst Dr**
**CranberryTownship, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,357.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.187 4**

**Nonpriority creditor's name and mailing address**

**John and Cheryl Kirby**
**24 Avery Nicole Dr**
**Wearverville, VA 28787**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$4,107.57

---

**3.187 5**

**Nonpriority creditor's name and mailing address**

**John and Ethel Sodia**
**6692 E LaSalle Pl**
**Denver, CO 80224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,245.00

---

**3.187 6**

**Nonpriority creditor's name and mailing address**

**John and Karin Shaffer**
**12 North 14th St**
**Millville, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,295.00

---

**3.187 7**

**Nonpriority creditor's name and mailing address**

**John and Karri McLaughlin**
**709 Turkey Run Dr.**
**Round Lake Heights, IL 60073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,000.00

---

**3.187 8**

**Nonpriority creditor's name and mailing address**

**John And Kathryn Curtis**
**530 Winterside Drive**
**Apollo Beach, FL 33572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,940.00

---

**3.187 9**

**Nonpriority creditor's name and mailing address**

**John And Linda Kreiger**
**165 Dogwood Dr**
**Warren, IN 46792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,008.00

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**John And Marsha Woodard**
**1714 Benjamin Drive**
**Salisbury, NC 28146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,545.00

---

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.188 1 | **Nonpriority creditor's name and mailing address** <br> **John And Nancy Riley** <br> **7408 Fontana Street** <br> **Praire Village, KS 66208** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | **$7,950.00** |
| 3.188 2 | **Nonpriority creditor's name and mailing address** <br> **John and Renate Sopcich** <br> **114 North Summerfield Drive** <br> **Valparaiso, IN 46385** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,550.00** |
| 3.188 3 | **Nonpriority creditor's name and mailing address** <br> **John And Rosanne Post** <br> **10557 Ridgecrest Cir.** <br> **Highlands Ranch, CO 80129** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4,700.00** |
| 3.188 4 | **Nonpriority creditor's name and mailing address** <br> **John And Sharlyn Guthrie** <br> **1806 Watermark Lane** <br> **Wylie, TX 75098** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.188 5 | **Nonpriority creditor's name and mailing address** <br> **John and Stacie Nowak** <br> **4570 Meade St** <br> **Denver, CO 80211** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,720.00** |
| 3.188 6 | **Nonpriority creditor's name and mailing address** <br> **JOHN E MORTIMER** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.188 7 | **Nonpriority creditor's name and mailing address** <br> **John George & Marjorie Maturi** <br> **24054 Butterfly Lane** <br> **Porter, TX 77365** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$11,050.37** |

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1888**

Nonpriority creditor's name and mailing address
**John Gerdes and Helen Coates Gerdes**
**11 club lane**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,750.00

---

**3.1889**

Nonpriority creditor's name and mailing address
**John Halsted**
**3905 Centenary Dr**
**Denton, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,500.00

---

**3.1890**

Nonpriority creditor's name and mailing address
**John Harvey**
**3904 Los Robles Dr.**
**Plano, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,183.25

---

**3.1891**

Nonpriority creditor's name and mailing address
**John Monette**
**PO Box 82271**
**Pheonix, AZ 85071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,700.00

---

**3.1892**

Nonpriority creditor's name and mailing address
**John Nabritt**
**841 Brickleridge Lane SE**
**Mableton, GA 30126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,300.00

---

**3.1893**

Nonpriority creditor's name and mailing address
**John Nicholson**
**303 W Alva Street**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,250.00

---

**3.1894**

Nonpriority creditor's name and mailing address
**John Slicker And Amanda Leigh**
**P.O. Box 1210**
**Agoura Hills, CA 91376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,775.00

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**John Sr and Judy Rothwell**
**77 Lakeside Terrace**
**Henson, MA 02341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,995.00**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**John Sullivan and Karla Desrosiers**
**23 Ritter St**
**Unit B**
**Nashua, NH 03060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,700.00**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**John Vandegrift**
**166 Branch Valley Way**
**Dallas, GA 30132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$28,500.16**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**John&Laurel Foege**
**8851 Providence Knoll Mews**
**North Chesterfield, VA 23236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$11,500.00**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

**Johneen & Christian Mayercheck**
**222 Roxbury Drive**
**Greensburg, PA 15601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,000.00**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**JohnJr&Linda Woloshun**
**710 Arlington Avenue**
**Jeannette, PA 15644**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,847.00**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

**Johnnie & Valerie Mickle**
**4031 Claiborne Plantation Way**
**Fredericksburg, VA 22408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,457.75**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.190 2 | **Nonpriority creditor's name and mailing address** | **$4,270.00** |

**Johnny and Shhetona Jenkins**
**14663 E Purdue Pl**
**Aurora, CO 80014**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 3 | **Nonpriority creditor's name and mailing address** | **$6,338.14** |

**Joilzo (Joe) & Telma De Souza**
**95 Mount Pleasant Street**
**Marlboro, MA 01752**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 4 | **Nonpriority creditor's name and mailing address** | **$8,478.36** |

**Jolanda and Phil Thomas**
**14107 Aster Estates Lane**
**Cypress, TX 77429**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 5 | **Nonpriority creditor's name and mailing address** | **$5,950.00** |

**Jolene and James Tittsworth**
**245 Sattler Road**
**Spring Branch, TX 78070**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 6 | **Nonpriority creditor's name and mailing address** | **$8,200.00** |

**Jolie Ferrier**
**,11222 Bethel Church Road**
**Midland, NC 28107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 7 | **Nonpriority creditor's name and mailing address** | **$4,797.00** |

**Jon Bartley**
**2277 Winding Dr**
**Longmont, CO 80504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jon Dollar**
**5661 Dayton St**
**Denver, CO 80238**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
         Name

| 3.190 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,214.00** |
|---|---|---|---|

**Jon Whitsitt**
**1114 Burke Dr**
**Gallup, NM 87301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Jonathan & Karrie Thompson**
**1988 Mount Joy Place**
**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,319.00** |
|---|---|---|---|

**Jonathan & Natalie Saucedo**
**6708 Coral Bells Lane**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,926.00** |
|---|---|---|---|

**Jonathan Locklear and Adam Bryant**
**4813 Cedar Pass Dr**
**Hope Mills, NC 28348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Joni Debaldo**
**PO Box 308**
**Fulton, MD 20759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**JORDAN SALKIN**
**1503 S. Coast Drive Suite 202**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,200.00** |
|---|---|---|---|

**Jorge & Maria Esparza**
**2314 Bivensbrook Drive**
**Houston, TX 77607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.191 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |

**Jorge & Maria Nassar**
**8846 Chelsworth Dr**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |

**Jorge & Raquel Castro**
**12914 Shady Knoll Lane**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,196.00** |

**Jorge & Sheyla Acurero/Torres**
**14559 S. Juniper Shade Drive**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,952.00** |

**Jorge And Damaris Juarez**
**110 Otter Trail**
**Lake Jackson, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |

**Jose & Amparo Guzman/Gonzalez**
**725 Dakota River Ave**
**El Paso, TX 79932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,595.00** |

**Jose & Dorothy Segundo**
**4721 W Montebello Ave**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,826.96** |

**Jose & Kristina Cervantes**
**2272 Plainfield Pl.**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                              Case number (if known) _____
_____
Name

| 3.192 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Jose And Barbara Castillo**
**7322 Collins Manor Drive**
**Spring, TX 77389-1495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.192 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,995.00** |
|---|---|---|---|

**Jose And Paulina Canizales**
**20819 Foxwood Glen lane**
**Humble, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,745.00** |
|---|---|---|---|

**Jose L. & Marivel Igartua**
**4629 North Delphia**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,099.00** |
|---|---|---|---|

**Jose Luis Contreras-Torres and Claudia M**
**5250 West 53rd Avenue #2**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,310.00** |
|---|---|---|---|

**Jose Santos-Barron Andrade and Luz Jaazi**
**660 Meade St.**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|

**Joseph & Connie Cameron**
**9465 Southwest 90th St**
**Ocala, FL 34481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,495.00** |
|---|---|---|---|

**Joseph & Judy Alston**
**3921 Heritage Trail**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.193 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|
| **Joseph & Julie Petagno**<br>**535 Stirrup Drive**<br>**Greensburg, PA 15601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.193 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,800.00 |
|---|---|---|
| **Joseph & Lauren Vincent**<br>**1506 Horseshoe Drive**<br>**Raymore, MO 64083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.193 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,268.00 |
|---|---|---|
| **Joseph & Lois Presti**<br>**2503 Brooke Road**<br>**Pennsburg, PA 18073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.193 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,910.00 |
|---|---|---|
| **Joseph & Melody Vansuch**<br>**12642 Willis Lane**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.193 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,880.00 |
|---|---|---|
| **Joseph & Sheryl Miller**<br>**6818 Hills Drive**<br>**New Port Richey, FL 34653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.193 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|
| **Joseph & Virginia Baranski**<br>**648 Washington Crossing RD**<br>**New Town, PA 18940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.193 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,795.00 |
|---|---|---|
| **Joseph (Jody) and Jennifer Pierce**<br>**309 Tapia Lane**<br>**Prattville, AL 36067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.193<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Adducci**<br>**12795 W. 19th Pl.**<br>**Lakewood, CO 80215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$4,937.00** |
|---|---|---|---|
| 3.193<br>8 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Ahearn**<br>**P.O box 840**<br>**Dover Plains, NY 12522**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.193<br>9 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph and Anna Oh**<br>**363 Slocum Way**<br>**Fort Lee, NJ 07024**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,008.25** |
| 3.194<br>0 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph and Marilyn Zuccarelli**<br>**114 Lakeview Drive**<br>**McKees Rocks, PA 15136**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,390.00** |
| 3.194<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Costabile**<br>**26 Brook Lane**<br>**Berlin, MA 01503**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,423.00** |
| 3.194<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph Keogh and Ilene Warner**<br>**1276 Cressida Ct.**<br>**LaFayette, CO 80026**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.194<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Joseph N and Joan M Cooper**<br>**5 Debbie Court**<br>**Poughkeepsie, NY 12601-5829**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,937.00** |

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**Joseph Taylor and Nola Feltner**
**2342 Montgomery Rd.**
**Auburn, KY 42206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$4,100.00

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Joseph Terrazzano**
**26 Grove St**
**Merrimac, MA 01860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,950.00

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**Joseph&Toni Glasper**
**5990 Bennett Lawson Rd.**
**Mansfield, TX 76063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,279.00

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**Josephine Adeh**
**6815 Shelby Oaks Drive**
**Richmond, TX 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$19,074.00

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**Josephine Tsao and Wolfgang Prestenbach**
**673 South Flamingo Court**
**Denver, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

**Josh and Stacy Gomez**
**82 Teaverry Place**
**Manchester, NH 03102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,495.00

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

**Joshua & Krista Rodriguez/Byrd**
**4131 Maple Grove**
**Morningside, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,853.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

**Joshua & Terri Wingfield/Carlson**
**190 Kaha Street**
**Kailua, HI 96734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.195 2**

**Nonpriority creditor's name and mailing address**

**Joshua and Christina Trevino**
**802 Orin Circle - Apt C**
**Bryan, TX 77801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,336.00**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

**Joshua and Dorcas Anne Durbin**
**6283 S Miller St**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

**Joshua And Rachel Hartline**
**2525 Rhoads Road**
**Gilbertsville, PA 19525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,214.00**

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

**Joshua Friesner**
**1602 Linden St**
**Longmont, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,650.00**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**Joshua Imlay**
**150 Dayton St. Apt. C201**
**Aurora, CO 80010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Jovonn & Rolanda Jefferson**
**1263 Pentcross Court SW**
**Marrietta, GA 30064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,244.60**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
         Name

| 3.1958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,350.00 |
|---|---|---|---|

**Joy & Ralph Wierville**
**5920 highland grove drive**
**Summerfields, NC 27358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Joy And Kingston Yong**
**13105 Meandering Way**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Joyce & Karl Homberg**
**617 Franklin Ave**
**Baltimore, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,267.00 |
|---|---|---|---|

**Joyce and H. Grant Rollins**
**272 Knickerbocker Drive**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|

**Joyce and Lawrence Behl**
**3812 S. Fraser St.**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.00 |
|---|---|---|---|

**Joyce McMahon**
**10736 Union Dr**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,174.00 |
|---|---|---|---|

**Joyce Rankin**
**112 Laurel Valley Drive**
**West Columbia, TX 77486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**Joyce Woodward**
**2200 Casement Rd**
**Manhatten, KS 66502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$64,987.07**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**Jozefa And Zenon Aleszczyk**
**15419 Pinto St**
**Homer Glen, IL 60491**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,627.00**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**Juan & Diane  Alvarado**
**23433 West Link Way**
**Plainfield, IL 60586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,990.00**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**Juan & Gail Luna**
**P.O. Box 47808**
**Tampa, FL 47808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,450.00**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

**Juan & Sandra Quinonez**
**7859 Pecan Ct.**
**El Paso, TX 79915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**Juan Alvarenga**
**735 S Harlan ST**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,802.00**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**Juan and Cynthia De La Rosa**
**4235 54th St Rd**
**Greeley, CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,532.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
         _____
         Name

| 3.197 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Juan and Frine Aparicio**
**8934 San Laberto Street**
**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,151.00** |
|---|---|---|---|

**Juan And Olga Limon**
**54 N. Forrest Ave**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,000.00** |
|---|---|---|---|

**Juan Carlos and Teresa Ramirez**
**160 Muscovey Ln**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,374.88** |
|---|---|---|---|

**Juan Carlos Lopez Ballen and Sandra Mile**
**Carrera 70 D 120-21**
**Bogota, Colombia 00011-1121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Juanita Brock**
**4043 W 127th street**
**Apt 3**
**Aslip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,358.00** |
|---|---|---|---|

**Judith & Vernon Pahnke**
**24336 Greenburg Ct**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,328.00** |
|---|---|---|---|

**Judith and Marvin Schroeder**
**P.O Box 22**
**New Haven, MO 63068-1162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.197 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,712.00** |
|---|---|---|---|

**Judith and Paul Buckwalter**
**1735 Walnut Ct.**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,024.09** |
|---|---|---|---|

**Judith Garcia**
**7007 Brementown NE Rd**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00** |
|---|---|---|---|

**Judith Koutsos**
**8446 Cessna Dr**
**New Port Richy, FL 34654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.00** |
|---|---|---|---|

**Judith Ray**
**26160 Summer Greens Drive**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Judy & Larry Lawyer**
**545 FM 1488**
**Apt 3308**
**Conroe, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Judy and Geroge Marlin**
**7428 North West 104th St.**
**Oklahoma City, OK 73162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,149.00** |
|---|---|---|---|

**Judy Butler**
**47651 Wheeler Dr.**
**Lexington, MD 20653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**Judy Egli**
**405 3rd Ave**
**Keremeos, BC, Canada V0X1N2**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$3,170.00**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**Judy Helms**
**2797 Wellsly Court NW**
**Kennesaw, GA 30144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,150.00**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**Julia Greenhalgh (Gilbert)**
**P.O Box 631**
**Bedford, MA 01730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$22,176.00**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**Julia McLain**
**215 Commonwealth Rd**
**Wayland, MA 01778**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**Julia Ruddock and Simon Elliott**
**281 Hudson Street Suite 1**
**Cornwall-on-Hudson, NY 12520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,111.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**Julia Spagnuolo and  M. Tchernuhin**
**225 S Harrison St #402**
**Denver, CO 80209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,470.00**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

**Julian & Therese Gonzales**
**Po Box 5 119 washington ave**
**Merino, CO 80741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.199 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,245.00 |
|---|---|---|---|
| | **Julian and Rebecca Mangum** | ☐ Contingent | |
| | **3809 Bahama Rd** | ☐ Unliquidated | |
| | **Rougemont, NC 27572** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,600.00 |
|---|---|---|---|
| | **Juliann & Sam Manna** | ☐ Contingent | |
| | **12038 N 46TH Ave** | ☐ Unliquidated | |
| | **Glendale, AZ 85304** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,196.00 |
|---|---|---|---|
| | **Julie & Jean Mosher/Montwicki** | ☐ Contingent | |
| | **465 W. Dominion Dr.** | ☐ Unliquidated | |
| | **Unit 1208** | ☐ Disputed | |
| | **West Dale, IL 60191** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,410.00 |
|---|---|---|---|
| | **Julie Deliberto** | ☐ Contingent | |
| | **1235 Hailshaw CT** | ☐ Unliquidated | |
| | **Wheatton, IL 60189** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,450.00 |
|---|---|---|---|
| | **Julie Glass** | ☐ Contingent | |
| | **615 3rd Ave. SW** | ☐ Unliquidated | |
| | **Great Falls, MT 59404** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,495.00 |
|---|---|---|---|
| | **Julie Mika Trustee of Byron Scott Jr Tru** | ☐ Contingent | |
| | **2544 Forest Bluff Drive SE** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49546** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,117.00 |
|---|---|---|---|
| | **Julius Jr & Jennifer Clebourn** | ☐ Contingent | |
| | **5238 Kylie Springs Lane** | ☐ Unliquidated | |
| | **Houston, TX 77066** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jun Group Productions, LLC**
P.O. Box 744843
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**June & David Wood**
242 Aston Ln
Lexington, SC 29072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,910.00 |
|---|---|---|---|

**June and Walter Upham**
9101 North Ambassador Drive
Apt 3103
Kansas City, MO 64154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**June Hochberg/Pat La Rosa**
75 East Broadway
3B
Long Beach, NY 11561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,400.00 |
|---|---|---|---|

**Justin & Elisabeth Ryan**
412 Sally Strret
Wiggins, CO 80654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,995.00 |
|---|---|---|---|

**Justin & Rana Schmidt**
12827 E. Ash Road
Adams, NE 68301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,536.35 |
|---|---|---|---|

**Justin and Stephanie Sayre**
10094 Eagle Valley Way
Highlands Ranch, CO 80129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2007**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,676.00 |
|---|---|---|
| **Justin Williams**<br>**7573 E Technology Way, #301**<br>**Denver, CO 80237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2008**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kaanipali Beach Vacation Resort**<br>**104 Ka'anapali Shores Place**<br>**Lahaina Maui, HI 96761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2009**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KABB**<br>**4335 NW Loop 410**<br>**San Antonio, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2010**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kahan Villa Vacation Club**<br>**4242 Lower Honoapiilani Highway Lahaina**<br>**Maui, HI 96761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2011**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kahana Beach in Maui**<br>**4221 Lower Honoapiilani Highway Lahaina**<br>**Maui, HI 96761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2012**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kahana Villa Vacation Club**<br>**4242 Lower Honoapiilani Highway Lahaina**<br>**Maui, HI 96761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2013**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kainan Jeffers**<br>**3533 W Alamo Dr**<br>**Littleton, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Timeshare Termination Team, LLC**                                 Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| **3.201 4** | **Nonpriority creditor's name and mailing address**<br>**Kamala and Colin Parker**<br>**4953 W. 4950 S.**<br>**Hooper, UT 84315** | **$3,750.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.201 5** | **Nonpriority creditor's name and mailing address**<br>**Kandria James & Matthew Dierolf**<br>**670 Dori Lane**<br>**Stowe, PA 19464** | **$6,788.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.201 6** | **Nonpriority creditor's name and mailing address**<br>**Kansas Attorney General Derek Schmidt**<br>**120 SW 10th Ave, 2nd Floor**<br>**Topeka, KS 66612** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.201 7** | **Nonpriority creditor's name and mailing address**<br>**Kara Baretich**<br>**3902 Smoke Tree Dr.**<br>**Colorado Springs, CO 80920** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.201 8** | **Nonpriority creditor's name and mailing address**<br>**Kara Shreffler Martin**<br>**400 Deer Run Way**<br>**Elizabethtown, KY 42701** | **$12,931.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.201 9** | **Nonpriority creditor's name and mailing address**<br>**Karen & Larry Mosel**<br>**198 Road West A South**<br>**Ogallala, NE 69153** | **$2,995.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202 0** | **Nonpriority creditor's name and mailing address**<br>**Karen & Monica Naranjo / Mora-Wilson**<br>**599 W 190 St Apt 47**<br>**New York, NY 10040** | **$14,702.46** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.202**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,920.00 |
|---|---|---|
| **Karen and Donnie Cox** <br> **6786 Salvia Ct** <br> **Arvada, CO 80007** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,650.00 |
|---|---|---|
| **Karen And Richard Criner** <br> **3352 Berzin Court** <br> **Katy, TX 77493** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|
| **Karen And Robert Akins** <br> **106 Birch Ave** <br> **Castle Rock, CO 80104** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|
| **Karen and Robert Cheek** <br> **40 Sweet Hill Road** <br> **Plaistow, NH 03865** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,545.00 |
|---|---|---|
| **Karen and Stephen Kelly** <br> **21811 Wildwood Park Rd** <br> **Richmond, TX 77469** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Karen Belcher** <br> **4002 East Decatur Street** <br> **Mesa, AZ 85205** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.202**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|
| **Karen Eaton-Noel** <br> **500 Ranchero Drive Space 186** <br> **San Marcos, CA 92069** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.202<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,230.34 |
|---|---|---|---|

**Karen Goodar**
7415 S. Harvard Ave
Chicago, IL 60621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Karen Goodwin**
21 Chadwick Circle
Norristown, PA 19403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Karen Hall**
1234 W/ Lafayette Ave.
Baltimore, MD 21217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Karen Jackson**
264 Flat Rock Dr.
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Karen Kassian**
P.O. Box 395
Keensburg, CO 80643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,892.00 |
|---|---|---|---|

**Karen Rothenbuhler**
1337 Mark Drive
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,336.18 |
|---|---|---|---|

**Karen Williams**
8737 Dogleg Road
Sherrills Ford, NC 28673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 3.203 5 | **Nonpriority creditor's name and mailing address** **Kari Elizalde** **8437 E. 148th Way** **Thornton, CO 80602** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | **$2,995.00** |
| 3.203 6 | **Nonpriority creditor's name and mailing address** **Karin and John Davidson** **41942 London Dr** **Parker, CO 80138** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.203 7 | **Nonpriority creditor's name and mailing address** **Karina Y. Gil/Sonny J. Poehls** **610 N. Locust Drive** **Fresno, TX 77545** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |
| 3.203 8 | **Nonpriority creditor's name and mailing address** **Karl & Amy Locke** **2347 Daisy Lane** **Golden, CO 80401** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$8,158.00** |
| 3.203 9 | **Nonpriority creditor's name and mailing address** **Karl & Kayla Zummallen** **18315 Amalfi Coast Dr** **Cypruss, TX 77433** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$5,600.00** |
| 3.204 0 | **Nonpriority creditor's name and mailing address** **Karl & Leslie Bunker** **153 Twin Oaks Circle** **Chula Vista, CA 91910** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$3,535.50** |
| 3.204 1 | **Nonpriority creditor's name and mailing address** **Karl and Maria Belza** **7424 Birchshire** **Raleigh, NC 27616** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$4,295.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.204<br>2 | **Nonpriority creditor's name and mailing address**<br>**Karla & Francisco Saavedra (SPO)**<br>**5505 Tuxbury Pond Drive**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,970.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>3 | **Nonpriority creditor's name and mailing address**<br>**Kasey Mikolajczyk and Ryan Garcia**<br>**116 Hickory St.**<br>**Lake Jackson, TX 77566** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,994.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>4 | **Nonpriority creditor's name and mailing address**<br>**Kassi and Nick Bertogli**<br>**832 Clyde Circle**<br>**Cheyenne, WY 82001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,363.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>5 | **Nonpriority creditor's name and mailing address**<br>**Katawna & Andrew Holmes/Lincoln**<br>**1364 Zanna Grace Way**<br>**Haslet, TX 76052** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,676.07** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>6 | **Nonpriority creditor's name and mailing address**<br>**Katharine Mahoney**<br>**4145 Pecos St**<br>**Denver, CO 80211** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,820.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>7 | **Nonpriority creditor's name and mailing address**<br>**Katherine & Juan Lozada**<br>**405 E Crest Ave**<br>**Bensenville, IL 60106** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,600.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204<br>8 | **Nonpriority creditor's name and mailing address**<br>**Katherine & Thomas Henson**<br>**825 Lanewood Pl**<br>**Escondido, CA 92026** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.204 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,258.24 |
|---|---|---|---|
| | **Katherine (Ann) Toppin** | ☐ Contingent | |
| | **148 Silver Mine Trail** | ☐ Unliquidated | |
| | **Auftell, GA 30168** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.205 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|
| | **Katherine Algimer & Julius Gallishaw** | ☐ Contingent | |
| | **743 Sparrow Lane** | ☐ Unliquidated | |
| | **Langhorne, PA 19407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|
| | **Katherine Bell Conway/Jennifer Applewhit** | ☐ Contingent | |
| | **599 West edgewater terrace** | ☐ Unliquidated | |
| | **New Braunfels, TX 78130** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Katherine Craig** | ☐ Contingent | |
| | **4774 S Duquesne St** | ☐ Unliquidated | |
| | **Aurora, CO 80016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Katherine Moser** | ☐ Contingent | |
| | **991 TIMBERVALE Trail** | ☐ Unliquidated | |
| | **Highlands Ranch, CO 80129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |
|---|---|---|---|
| | **Katherine Wickens** | ☐ Contingent | |
| | **2025 North Gibson Point** | ☐ Unliquidated | |
| | **Hernando, FL 34442** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|
| | **Kathleen & Christine Carroll** | ☐ Contingent | |
| | **170 Louise Drive** | ☐ Unliquidated | |
| | **Mooresville, NC 28115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                     Case number (*if known*) _____

Name

---

| 3.205 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,996.00 |
| **Kathleen & Frank Gormley/Cofolelli** | ☐ Contingent | |
| **2806 North Mondrian Lane** | ☐ Unliquidated | |
| **Middletown, DE 19709** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,664.51 |
| **Kathleen & Larry Bice** | ☐ Contingent | |
| **1809 Highway 130 West** | ☐ Unliquidated | |
| **Shelbyville, TN 37160** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,393.11 |
| **Kathleen And Alan Smith** | ☐ Contingent | |
| **382 Long Pond Drive** | ☐ Unliquidated | |
| **PO Box 844** | ☐ Disputed | |
| **Harwich, MA 02645** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,950.00 |
| **Kathleen and Karl Weinberg** | ☐ Contingent | |
| **3007 Covered Ridge Way** | ☐ Unliquidated | |
| **Joliet, IL 60435** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,117.00 |
| **Kathleen and Robert  Humiston** | ☐ Contingent | |
| **438 Creston Ave** | ☐ Unliquidated | |
| **Kalamazoo, MI 49001** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,319.96 |
| **Kathleen Dzon** | ☐ Contingent | |
| **659 Woodcrest Drive** | ☐ Unliquidated | |
| **Pittsburgh, PA 15205** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,018.00 |
| **Kathleen Gibboney** | ☐ Contingent | |
| **13 Evergreen Circle** | ☐ Unliquidated | |
| **Cincinatti, OH 45215** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.206 3** | **Nonpriority creditor's name and mailing address** | **$4,500.00** |

**Kathleen Jones, Stephanie Ali and Brittn**
**8470 Limekiln Pike Apt 1123-2**
**Wyncote, PA 19095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 4** | **Nonpriority creditor's name and mailing address** | **$8,202.30** |

**Kathleen McKeever**
**322 White Oaks Rd.**
**Fontana, WI 53125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 5** | **Nonpriority creditor's name and mailing address** | **$10,500.00** |

**Kathleen Odermatt**
**3410 Winding Lake Way**
**Kady, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 6** | **Nonpriority creditor's name and mailing address** | **$12,255.00** |

**Kathleen Rodolph**
**19215 W. Thomas Rd.**
**Utchfield Park, AZ 85340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 7** | **Nonpriority creditor's name and mailing address** | **$10,000.00** |

**Kathleen Timme**
**4158 Forever Circle**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 8** | **Nonpriority creditor's name and mailing address** | **$15,000.00** |

**Kathrine Allen**
**515 S 200 E**
**Kaysville, UT 84037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.206 9** | **Nonpriority creditor's name and mailing address** | **$5,054.70** |

**Kathryn and Forbes Adams**
**648 Newport Drive**
**Pittsburgh, PA 15235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,645.00 |
|---|---|---|---|

**Kathryn Parrett**
**7768 S Waverly Mountain**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,170.00 |
|---|---|---|---|

**Kathy & Leslie Fuller**
**220 Bohland Ave**
**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Kathy and Darell Strait**
**202 NE Leann**
**Blue Springs, Mo 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**Kathy Cargile POA for Anna Ward**
**11700 Benwick Dr**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,206.69 |
|---|---|---|---|

**Kathy Moore**
**3553 Baxter Street**
**Jacksonville, FL 32222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Kathy Prather**
**6032 Yeary Street**
**Fort Worth, TX 76135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,696.00 |
|---|---|---|---|

**Kathy Pullara**
**490 Corte Amino**
**Fountain, CO 80817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Kathy Schulteti**
**2735 Chamberlin Drive**
**Indianapolis, IN 46227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.207 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Kaven And Elizabeth DeShane**
**100 Tempe Drive**
**Granite Shoals, TX 78654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

**Kavita & Rupal Patel**
**2502 Sara Ridge Lane**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kay Goalder**
**(720) 206-8357 or treesofcolor@yahoo.com**
**CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,346.00 |
|---|---|---|---|

**Kayatana (Kay) & Norbert (Bert) Jr. Thom**
**2802 Delmar Blvd.**
**St. Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Kaye Coddington**
**10035 133rd St North**
**Seminole, FL 33776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,639.00 |
|---|---|---|---|

**Kayla Phillips**
**2450 6th St. South**
**Wisconsin Rapids, WI 54494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.208 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KBJD - AM**<br>**3131 S Vaughn Way #601**<br>**Aurora, CO 80014** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.208 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KCNC**<br>**1044 Lincoln**<br>**Denver, CO 80203** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.208 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KCTV5**<br>**21241 Network Place**<br>**Chicago, IL 60673-1212** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.208 7** | **Nonpriority creditor's name and mailing address** | **$16,619.64** |
| | **KDKA-TV / WPCW PITTSBURGH**<br>**420 Fort Duquesne Blvd Suite 100**<br>**Pittsburgh, PA 15222** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number  1168 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.208 8** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Keap - Infusionsoft**<br>**1260 S Spectrum Blvd**<br>**Chandler, AZ 85286** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.208 9** | **Nonpriority creditor's name and mailing address** | **$14,150.00** |
| | **Kecia Sherman**<br>**2115 Oak Hill DR.**<br>**Valrico, FL 33594** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.209 0** | **Nonpriority creditor's name and mailing address** | **$4,207.00** |
| | **Keela And  Lawann McDonald**<br>**19422 Climbing Oaks Dr**<br>**Kingwood, Tx 77346** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
          Name

| 3.209 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,151.00** |
|---|---|---|---|

**Keith & Tracy Hunter**
**1850 Red Cloud Road**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,445.00** |
|---|---|---|---|

**Keith and Marylee Liptock**
**349 Kaercher St**
**Pittsburgh, PA 15207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,376.00** |
|---|---|---|---|

**Keith And Tondalaya McMillan**
**293 Balmoral St.**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,907.00** |
|---|---|---|---|

**Keith Olivetti and Regina Truelove**
**6825 S Langdale st**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,367.00** |
|---|---|---|---|

**Keith Pritchett**
**6307 Caminito Del Pastel**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,052.00** |
|---|---|---|---|

**Kelley & Michael Woodard**
**19374 South Hwy 95**
**Coeur d'alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,283.00** |
|---|---|---|---|

**Kelley Beavers-Davis**
**629 Sinclair Ridge**
**Rowlesburg, WV 26425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| 3.209 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**Kelli Lanphere**
**11382 West Hampden Place**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,710.00** |
|---|---|---|---|

**Kelly And Bradley Thompson**
**7003 Smithfield Road**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,450.00** |
|---|---|---|---|

**Kelly Angevine and Sheila Falco**
**15 Iris Lane**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,410.00** |
|---|---|---|---|

**Kelly Thornton**
**796 Loma Linda Dr**
**Brighton, CO 80601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Kelvin Goon/Judith  Voss**
**13718 Matanzas Pl**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,961.50** |
|---|---|---|---|

**Ken & Connie Hall**
**11060 W Parker Range Road**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,088.00** |
|---|---|---|---|

**Ken & Louise Kirkland**
**13302 W. Paintbrush Dr.**
**Sun City West, AZ 85375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                                        Case number (if known)  _____
                Name

---

| 3.210 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |

**Ken and Barbara Nichols**
**503 Rywood Ct**
**Cranberry 'Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,418.75** |

**Ken And Camille Bonanno**
**6 Taft Road**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,495.00** |

**Ken and Helen Shiflet**
**2110 62nd Ave Ct.**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,525.00** |

**Kendra and Garrett Haag**
**2830 W 26th Ave #112**
**Denver, Cl 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |

**Kenneth & Carolyn Curry**
**1045 Alkire Street**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,427.42** |

**Kenneth & Kathleen Marino**
**430 Sand Hill Street**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,968.00** |

**Kenneth & Lynn Dander**
**13976 Derby Line Road**
**Genoa, IL 60135-7905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**
_____          Case number (if known) _____
Name

| 3.211 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,941.11 |
|---|---|---|---|

**Kenneth & Marilyn McClay**
5019 West Hidden Valley Drive
Savage, MN 55378-2010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |

**Kenneth & Patty Butts**
PO Box 600
Anderson, TX 77830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,719.00 |

**Kenneth & Yalonda Robinson**
1208 E. 36th Place
Gary, IN 46409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,495.00 |

**Kenneth and Carol Rogers**
P.O. Box 329
Sabinal, TX 78881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |

**Kenneth And Charlene Green**
19817 N. 90th Ave.
Peoria, AZ 85382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,058.00 |

**Kenneth and Tammy LeBlanc**
10952 W 104th Pl
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,392.00 |

**Kenneth Barnett**
3780 E 72nd Ave
Anchorage, AK 99507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211 9**

**Nonpriority creditor's name and mailing address**

**Kenneth Coppola and Constance Cole**
**35109 Highway 79 SPC 201**
**Warner Spgs, CA 92086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,686.00

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**Kenny & Ernest Godina**
**4551 Upham St**
**Wheat Ridge, CO 80033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,170.00

---

**3.212 1**

**Nonpriority creditor's name and mailing address**

**Kenny & Katelyn Ponitz/Combs**
**3033 Ryan Place Dr**
**Fort Worth, TX 76110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,920.00

---

**3.212 2**

**Nonpriority creditor's name and mailing address**

**Kent and Linda Peterson**
**21644 Swale Ave**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

**Kent Burns**
**821 17th Street, Suite 500**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**Kenton And Nicole Stobbe**
**1118 North Redbud Drive**
**Loveland, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,995.00

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**Kentucky Attorney General**
**700 Capital Avenue, Suite 118**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**Kenya Johnson and Arkeem Matthews**
**7173 Marbury Court**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,920.00**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Kevin & Cheryl Dooley**
**5945 S Fairfax Ct**
**Centennial, CO 80121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,846.00**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Kevin & Ines Johnson**
**529 Skyline Dr**
**Rostraver Township, PA 15012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,995.00**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Kevin & Nancy O'Brien**
**10225 W Mission Lane**
**Sun City, AZ 85351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,533.00**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Kevin & Peggy Sierzputowski**
**426 Joe Martin Rd.**
**Lowell, IN 46356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$8,557.00**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**Kevin & Ruth Miller**
**2413 Wilford Dr.**
**Nashville, TN 37214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,374.00**

---

**3.213 2**

**Nonpriority creditor's name and mailing address**

**Kevin A. Koestner**
**P.O. BOX 56**
**ELIZABETH, CO 80107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$4,617.75**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.213 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|
| | **Kevin And Carol Zenk** **10262 Lavonne Drive** **North Huntington, PA 15642** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,300.00** |
|---|---|---|---|
| | **Kevin and Susan Walker** **295 E 1050 N** **Chesterton, IN 46304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,957.00** |
|---|---|---|---|
| | **Kevin and Terri Hart** **1201 109th Lane NW** **Coon Rapids, MN 55449** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,328.00** |
|---|---|---|---|
| | **Kevin Arnold** **525 Lakeview Estates Drive** **Hueytown, AL 35023** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,012.00** |
|---|---|---|---|
| | **Kevin Pettiette** **15420 N 67th Ave** **Glendale, AZ 85306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,295.00** |
|---|---|---|---|
| | **Kevin Ramp** **172 Brandon Ct** **Bolingbrook, IL 60440** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.213 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KFMB** **7677 Engineer Rd** **San Diego, CA 92111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Timeshare Termination Team, LLC**

      Name            Case number (*if known*)

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,155.40** |
|---|---|---|---|

**KGTV**
**P.O. Box 844521**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3816**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,150.90** |
|---|---|---|---|

**Khang Xiong**
**11750 Sherman St**
**Northglenn, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHOU**
**11 News 5718 Westheimer Rd**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHOW/KOA**
**4695 S Monaco St**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Kile & Ashley Dillard/Alleman**
**8819 W 3rd Ave**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Kim and Kimberly Hackbardt**
**9311 104th Street**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Kim And Robert Christoph**
**5342 Sagamore Ct**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.214 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Kim Palomino** | ☐ Contingent | |
| | **222 W Northcastle Circle** | ☐ Unliquidated | |
| | **The Woodlands, TX 77384** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|
| | **Kimarka Young- Scott** | ☐ Contingent | |
| | **3017 Oak Green Circle Apt F** | ☐ Unliquidated | |
| | **Ellicott City, MA 21043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|
| | **Kimbereleye and Gerald Wells** | ☐ Contingent | |
| | **6703 Morning Glory Trace** | ☐ Unliquidated | |
| | **Richmond, TX 77407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|
| | **Kimberlee & Jeff Tiba/ Richardson** | ☐ Contingent | |
| | **2700 Haven Ct** | ☐ Unliquidated | |
| | **Evans, CO 80620** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,934.00 |
|---|---|---|---|
| | **Kimberley, Robert, Garrett & Jennifer Ta** | ☐ Contingent | |
| | **84 Riverside Drive** | ☐ Unliquidated | |
| | **Bay City, TX 77414** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,957.75 |
|---|---|---|---|
| | **Kimberly & Jason Dobson** | ☐ Contingent | |
| | **781 Deverson Drive** | ☐ Unliquidated | |
| | **Rockwall, TX 75087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Kimberly Allen** | ☐ Contingent | |
| | **6726 Catarina Cir** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**

Case number (if known) _____

Name

---

| 3.215 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,219.00** |
|---|---|---|---|

**Kimberly and Santino Salyards**
**4220 Forbes Dr**
**Plano, TX 75093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.215 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,673.00** |
|---|---|---|---|

**Kimberly and Scott Nadeau**
**12 1/2 Daniels Street Apt 2**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kimberly and Scott Nadeau**
**12 1/2 Daniels Street Apt 2**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,796.00** |
|---|---|---|---|

**Kimberly and Steven Vann**
**2363 South Sedalia Circle**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,524.00** |
|---|---|---|---|

**Kimberly And Virginia Glaize/Findlay**
**4714 Country Club View**
**Baytown, TX 77521**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,938.00** |
|---|---|---|---|

**Kimberly and William Russell**
**409 Mason Creek Dr.**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,876.00** |
|---|---|---|---|

**Kimberly Frans**
**6503 E. Rosebay St.**
**Long Beach, CA 90808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.216<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Kimberlyn And Toni Rivers**
**817 Springfield Road**
**Clifton Heights, PA 19018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**King's Creek Plantation**
**191 Cottage Cove Lane**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kings Gate**
**619 Georgetown Crescent**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kingsbury Crossing**
**133 Deer Run Court**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,382.50 |
|---|---|---|---|

**Kirk And Sandra Long**
**1504 Corinth Circle**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.00 |
|---|---|---|---|

**Kirk Iverson**
**9014 Pinewood Drive**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,057.00 |
|---|---|---|---|

**Kirt & Connie Barker**
**2515 Indian Hills Drive**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**

Case number (*if known*) _____

Name

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** **KMOV Digital** **27410 Network Place** **Chicago, IL 60673** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$11,985.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **7331**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** **KMOV-TV** **1 S Memorial Dr** **Saint Louis, MO 63102** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** **KNXV-TV and KASW-TV Lisa Feldman** **515 N 44th St** **Phoenix, AZ 85008** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,668.23** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **7803**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** **Koi & Kimberly Woods** **557 Small Cedar Drive** **League City, TX 77573** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$7,918.68** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** **Kona Islander** **75-5776 Kuakini Highway Kailua** **Kailua, HI 96740** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** **Kona Resort** **75-5852 Alii Drive** **Kailua-Kona, Island of Hawaii HI 96740** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** **KPRC and KSAT** **P O Box 934721** **Atlanta, GA KPRC TTT 576585-2 KP** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$38,153.26** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **9126**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.217<br>5 | **Nonpriority creditor's name and mailing address**<br>**KPRC Local 2**<br>**8181 Southwest Fwy**<br>**Houston, TX 77074** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217<br>6 | **Nonpriority creditor's name and mailing address**<br>**Krista And Michael Ondish**<br>**707 Meadow Lane**<br>**PO Box 346**<br>**Madison, PA 15663** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,284.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217<br>7 | **Nonpriority creditor's name and mailing address**<br>**Kristi & Bruce Benningsdorf**<br>**1466 Folsum Drive**<br>**Windsor, CO 80550** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,058.25** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kristi & Thomas Payne**<br>**1326 Elkins Hollow Lane**<br>**League City, TX 77573** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,518.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kristin & Scott Schaefer**<br>**203 Somerset Ct**<br>**New Lenox, IL 60451** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,473.60** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kristina and Shawn Martin**<br>**2254 West Fair Avenue**<br>**Lancaster, OH 43130** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218<br>1 | **Nonpriority creditor's name and mailing address**<br>**Kristopher & Cami Dickson**<br>**1107 North Cynthia Court**<br>**Ridgecrest, CA 92555** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,145.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **krystal international vacation club** | ☐ Contingent |
| | **#2456) Avenida de Las Garzas Puerto Vall** | ☐ Unliquidated |
| | **Jalisco 48300 Mexico** | ☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 3 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |
| | **Krystal Notter** | |
| | **103 Hickory Street** | |
| | **Roswell, GA 30075** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KSE Radio** | |
| | **720 S. Colorado Blvd. Suite 1200 N** | |
| | **Denver, CO 80246** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KSHB-TV** | |
| | **PO BOX 204224** | |
| | **Dallas, TX 75320-4224** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KTAR** | |
| | **16th Street, Suite 200** | |
| | **Phoenix, AZ 85020** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KTRK** | |
| | **3310 Bissonnet St.** | |
| | **Houston, TX 77005** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KTVK** | |
| | **5555 N 7th Ave** | |
| | **Phoenix, AZ 85013** | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.218 9 | **Nonpriority creditor's name and mailing address**<br>**KTVT**<br>**5233 Bridge St**<br>**Fort Wort, TX 76103**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.219 0 | **Nonpriority creditor's name and mailing address**<br>**KUSA-TV/KTVD**<br>**PO BOX: 637386**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **635A** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$122,271.81** |

| | | |
|---|---|---|
| 3.219 1 | **Nonpriority creditor's name and mailing address**<br>**KUSI News 9 San Diego**<br>**PO Box 719051**<br>**San Diego, CA 92171**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6481** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,875.00** |

| | | |
|---|---|---|
| 3.219 2 | **Nonpriority creditor's name and mailing address**<br>**KUSI San Diego**<br>**P.O. Box 719051**<br>**San Diego, CA 92171**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6481** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,875.00** |

| | | |
|---|---|---|
| 3.219 3 | **Nonpriority creditor's name and mailing address**<br>**KWGN-TV**<br>**PO BOX 59743**<br>**Los Angeles, CA 90074**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.219 4 | **Nonpriority creditor's name and mailing address**<br>**Kya Sanders**<br>**908 Thornbriar Ct**<br>**Hampton, VA 23661**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,622.00** |

| | | |
|---|---|---|
| 3.219 5 | **Nonpriority creditor's name and mailing address**<br>**Kyle & Kathryn Coulthart**<br>**6814 Regents Village Way**<br>**Apollo Beach, FL 33572**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,100.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,095.00 |
|---|---|---|---|

**Kyle & Katie Paukert**
**6700 E. 134th Cir**
**Thornton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,328.00 |
|---|---|---|---|

**Kyle & Lisa Segar**
**3063 Riley Ridge Rd.**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,957.00 |
|---|---|---|---|

**Kyle And Adina Biddinger**
**18035 Dog Leg Road**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**La Casta Beach Club**
**1504 N Ocean Blvd**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**La Quinta**
**49-499 Eisenhower Drive**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**La Semana Adventures**
**1400 West Brigantine Avenue.**
**Brigantine, NJ 08203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,842.00 |
|---|---|---|---|

**Lacey And Corey Newman**
**9388 Warbler Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.220 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LaCosta Beach Club Contract**<br>**1504 North Ocean Boulevard**<br>**Pompano Beach, FL 33062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,510.60 |
|---|---|---|
| **LaCrisha And Christopher Lorenzoni**<br>**106 Porter Street**<br>**Newcumberland, WV 26047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|
| **LaJoyce & Daniel Clark**<br>**445 Berkshire Ave**<br>**Romeoville, IL 60446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Lake Tahoe**<br>**3368 Lake Tahoe Boulevard**<br>**Ste 103 South Lake Tahoe, CA 96150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Lake View - Texas**<br>**5128 FM 66**<br>**Waxahachie, TX 75167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|
| **LaKesha & Melissa Russ**<br>**10253 South 1st Ave**<br>**Inglewood, CA 90303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Lakeside Terrace Avon CO (Vistana)**<br>**173 Lake Street**<br>**Avon, CO 81620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakeview**
**One Lakeview Drive**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,386.00 |
|---|---|---|---|

**Lamar & Aletha Davis**
**1826 S Indiana Ave unit E**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,443.00 |
|---|---|---|---|

**Lamberto and Ana Laura Perez**
**8226 Poplar Way Apt #R203**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Land  O' Lakes**
**4001 Lexington Ave N**
**Arden Hills, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Landing at 7 Coves**
**7031 Kingston Cove Ln.**
**Willis, TX 77318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Landmark Holiday Beach Resort**
**17501 Front Beach Road**
**Florida, FL 32413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lando Resorts Corporation**
**3015 N Ocean Boulevard # 121**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.221 7 | **Nonpriority creditor's name and mailing address** **Lane & Lori McKinney** **17043 El Camino Real Blvd** **Suite 101** **Houson, TX 77058** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$3,245.00** |
|---|---|---|---|
| 3.221 8 | **Nonpriority creditor's name and mailing address** **Lanphier Accounting** **621 17th St UNIT 2400** **Denver, CO 80202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.221 9 | **Nonpriority creditor's name and mailing address** **Larry & Audrey Powell** **16507 Smooth Pine Lane** **Sugar Land, TX 77498** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$3,300.00** |
| 3.222 0 | **Nonpriority creditor's name and mailing address** **Larry & Catherine Glovka** **100 Kirk Place** **Owatonna, MN 55060** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$5,394.65** |
| 3.222 1 | **Nonpriority creditor's name and mailing address** **Larry & Debbie Campbell** **14 Rambling Wood Court** **The Woodlands, TX 77380** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.222 2 | **Nonpriority creditor's name and mailing address** **Larry & Glenda Keeney** **4844 Danielle Ct** **Granite City, IL 62040** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$3,534.00** |
| 3.222 3 | **Nonpriority creditor's name and mailing address** **Larry & Joyce Pasquale** **103 Cypress Grove Lane** **Ormond Beach, FL 32174** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Larry & Joyce Russell**
**1010 Oakdale Drive**
**Anderson, IN 46011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,043.00 |
|---|---|---|---|

**Larry & Kim Enomoto**
**1717 Timber Pass**
**Knoxville, TN 37909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Larry & Patricia Morgan**
**2913 corriente way**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,580.00 |
|---|---|---|---|

**Larry & Patricia Rexrode**
**16954 Elsinore Road**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.00 |
|---|---|---|---|

**Larry & Ronda Meuren**
**1815 7th St**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Larry & Vicky Hand**
**4784 South Cathay Court**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,271.00 |
|---|---|---|---|

**Larry and Deanna Southwick**
**9573 N Avenida Obregon**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
Name

Case number (if known)

---

| 3.223 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,170.00 |
|---|---|---|---|

**Larry and Mary Brown**
**23805 E Grand Place**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.223 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Larry and Ofelia Morales**
**13341 Briarwood Drive**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.00 |
|---|---|---|---|

**Larry And Virginia Hoffman**
**1339 Sandstone Drive**
**McDonald, PA 15057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Feierstein**
**9019 E Panorama Cir**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

**Larry Hipkins**
**4651 Nottoway Dr**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Larry Richardson**
**7930 25th Ave North**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAS vegas - GrandView**
**9940 Las Vegas Boulevard South**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.223 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lasamana** **PO Box 4077** **97064 St Martin, CEDEX French West Indie** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|
| | **LaShanda Elaine and Robert Henderson** **623 Kisner Dr** **Independence, MI 64056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,151.43 |
|---|---|---|---|
| | **LaShawn and Christopher Johnson** **3518 Swordfern Place** **Katy, TX 77449** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|
| | **Latasha and Cedrick McClellan** **4671 Sherman Hills Parkway** **Jacksonville, FL 32210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LaTour Resort** **One Vance Gap Road** **Asheville, NC 28805** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,245.96 |
|---|---|---|---|
| | **Latoya (Alfreda) & Curtis Jones** **1678 Rifle Way SW** **Marietta, GA 30064** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,425.00 |
|---|---|---|---|
| | **Laura and Joseph Tardiff** **6319 Hamman St** **Houston, TX 77007** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

---

| 3.224 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,424.00** |
|---|---|---|---|

**Laura Davoli**
**10380 West 107 Circle**
**Westminster, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,500.00** |
|---|---|---|---|

**Laura Lowe**
**7116 cox pike**
**Fairview, TN 37062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura McKnight**
**10140 Jill Avenue**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,938.37** |
|---|---|---|---|

**Laura Oja**
**1909 16th Lane NE**
**Issaquah, WA 98029-7330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.224 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,243.76** |
|---|---|---|---|

**Laura Thompson**
**16130 Pipers View Dr**
**Webster, TX 77598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.225 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Laura Whitmore**
**1701 19th Ave.**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.225 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurel**
**81 Treetops Circle**
**White Haven, PA 18661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.225 2** | **Nonpriority creditor's name and mailing address** | **$3,920.00** |

**Lauren & Michael Campbell/Wade**
**4817 Heritage Heights Circle**
**Hazelwood, MO 63042**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 3** | **Nonpriority creditor's name and mailing address** | **$7,265.00** |

**Lauren & Slava Landwehr/Stampher**
**1271 North Stratton Avenue**
**Castle Rock, CO 80104**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 4** | **Nonpriority creditor's name and mailing address** | **$11,500.00** |

**Laurie Arnold**
**6421 S Dallas Ct**
**Englewood, CO 80111**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 5** | **Nonpriority creditor's name and mailing address** | **$7,930.00** |

**Lavelle Kirby and Sharon Carison**
**10200 Melody Dr**
**Northglenn, CO 80260**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 6** | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Laverne & Gwendolyn Conaway/Jones**
**4601 Brookfield Drive**
**Suitland, MD 20746**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 7** | **Nonpriority creditor's name and mailing address** | **$4,533.20** |

**Laverne & Peggy Gehman**
**1411 Oceania Ave South**
**Naples, FL 34113**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.225 8** | **Nonpriority creditor's name and mailing address** | **$9,405.79** |

**Lavette and Kevin Fargo**
**3543 Willow Street**
**Flossmoor, IL 60422**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.225 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,700.00** |
|---|---|---|
| **Lavonne Mahoney** | ☐ Contingent | |
| **5465 W. Princeton Drive** | ☐ Unliquidated | |
| **Denver, CO 80235** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.226 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|
| **Law Offices of Julia Knearl** | ☐ Contingent | |
| **945 Front St.** | ☐ Unliquidated | |
| **Louisville, CO 80027** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3174** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,133.30** |
|---|---|---|
| **Lawrence & Charlotte A. Morse** | ☐ Contingent | |
| **105 Old Farm Road** | ☐ Unliquidated | |
| **Whitehouse Station, NJ 08889** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|
| **Lawrence & Judith Heckmann** | ☐ Contingent | |
| **4205 Oceanwood Street** | ☐ Unliquidated | |
| **Bakersfield, CA 93309** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,170.00** |
|---|---|---|
| **Lawrence & Martha Torline** | ☐ Contingent | |
| **9525 W 66th Ave** | ☐ Unliquidated | |
| **Arvada, CO 80004** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,945.00** |
|---|---|---|
| **Lawrence (Larry) and Kathleen (Kathy)  K** | ☐ Contingent | |
| **113 19th Ave** | ☐ Unliquidated | |
| **Munhall, PA 15120** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,552.00** |
|---|---|---|
| **Lawrence and Gaetane Bergman** | ☐ Contingent | |
| **24619 S. Golfview DR.** | ☐ Unliquidated | |
| **Sun Lakes, AZ 85248** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Timeshare Termination Team, LLC**                                    Case number *(if known)* _____
_____
   Name

| 3.226 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Lawrence and Margretta Perry**
**4748  Raven Run**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,976.00** |
|---|---|---|---|

**Lawrence and Patricia Spitler**
**1103 J Street**
**Barling, AR 72923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Lawrence Anthony Macro**
**10685 W. Sundance Mountain**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Welk Resort**
**8860 Lawrence Welk Drive**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Leah Vanarsdall**
**4672 West 20th Street Road**
**Unit 523**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Leana And Gregory Flowers/Wilson**
**4006 S. King Dr.**
**Chicago, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Leanne Walker**
**3545 Di Leuca Street**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____

Name

| | |
|---|---|
| **3.227 3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $4,481.00

**Lee & Marsha Wallace**
**5840 N 46th Pl**
**Phoenix, AZ 85018**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.227 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $2,995.00

**Lee & Molly Jean Walker**
**509 Love Circle**
**Corsicana, TX 75110**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $2,995.00

**Lee & Nancy Hemink**
**104  Fairview Court**
**Chocowinity, NC 27817**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 6** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Legacy Vacations**
**98 Palm Coast Resort Blvd**
**Palm Coast, FL 32137**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 7** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Lehigh Resort Club**
**231 Joel Boulevard**
**Lehigh Acres, FL 33936**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 8** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $41,819.14

**Leighland Gutierrez**
**78 Sun Up Circle**
**Erie, CO 80516**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.227 9** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $7,391.00

**Lenora & Vincent Catchings**
**1135 W. 87th St**
**Chicago, IL 60620**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.228 0** | Nonpriority creditor's name and mailing address | **$3,008.00** |

**Lenore Waters**
**3442 N Kolmar Ave**
**Chicago, IL 60641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 1** | Nonpriority creditor's name and mailing address | **$4,610.00** |

**Leo And Janet Johnson**
**1718 Marys Lake Rd**
**Estes Park, CO 80517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 2** | Nonpriority creditor's name and mailing address | **$4,117.00** |

**Leo and Karen Collins**
**6130 Wakulla Springs Rd**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 3** | Nonpriority creditor's name and mailing address | **$5,245.00** |

**Leon & Tracey Spearman**
**322 Webster Street**
**Cary, PA 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 4** | Nonpriority creditor's name and mailing address | **$4,268.00** |

**Leon McKendrick**
**14728 S. Nestled Cove**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 5** | Nonpriority creditor's name and mailing address | **$11,300.00** |

**Leona Parsons**
**2059 East Brown Road**
**Mesa, AZ 85213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.228 6** | Nonpriority creditor's name and mailing address | **$5,882.40** |

**Leonard & Elizabeth Ryer**
**11 Bigelow Way**
**South Grafton, MA 01560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**

Name

Case number (*if known*) _____

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,420.00** |
|---|---|---|---|

**Leonard & Patricia James/Wooten**
**6901 Bullock Dr.**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,876.00** |
|---|---|---|---|

**Leota Blevins**
**410 South 1st St**
**Unit E**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,920.00** |
|---|---|---|---|

**Leotha and Frank Thibodeaux-Hail**
**3319 Chriesman Lane**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**LeRoy and Minnie Harris**
**8058 Solitaire Court**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,750.00** |
|---|---|---|---|

**Leslie & Patricia Stewart**
**21435 Royal Troon Dr**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,795.00** |
|---|---|---|---|

**Lester and Linda Kuebler**
**PO Box 280**
**Parkston, SD 57366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,420.83** |
|---|---|---|---|

**Leticia & Derek & Ashley Johnson/Houston**
**734 Ashland Avenue**
**Eddystone, PA 19022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.229 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,117.00 |
|---|---|---|---|
| | **Levi & Loretta Davis** | ☐ Contingent | |
| | **7025 Aspen Creek Lane** | ☐ Unliquidated | |
| | **Dallas, TX 75252** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|
| | **Libertas Funding** | ☐ Contingent | |
| | **411 W Putnam Ave, Suite 220, Greenwich** | ☐ Unliquidated | |
| | **Greenwich, CT 06830** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _2021_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lifetime of Vacation Resort** | ☐ Contingent | |
| | **7770 West US Highway 192** | ☐ Unliquidated | |
| | **Kissimmee, FL 34747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,182.00 |
|---|---|---|---|
| | **Lila Roberts** | ☐ Contingent | |
| | **PO Box 480** | ☐ Unliquidated | |
| | **McMinnville, OR 97128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,985.00 |
|---|---|---|---|
| | **Lillian and Jack Beasley** | ☐ Contingent | |
| | **2634 W 39th Ave** | ☐ Unliquidated | |
| | **Denver, CO 80211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Lina and Ghassan Asmar** | ☐ Contingent | |
| | **5327 Yarwell Dr** | ☐ Unliquidated | |
| | **Houston, TX 77096** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|
| | **Linda & Bob Clausen** | ☐ Contingent | |
| | **2459 Rosenberry Road** | ☐ Unliquidated | |
| | **Gilbertsville, PA 19525** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|

**3.230 1**

**Nonpriority creditor's name and mailing address**

**Linda & George Cazares**
**17503 Memorial Crest Drive**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,400.00**

---

**3.230 2**

**Nonpriority creditor's name and mailing address**

**Linda & James Jenkins**
**2831 Corral Estates Drive**
**Arnold, MO 63010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

**Linda & Laura Gregerson/Brovold**
**15364 Jeffers Pass North West**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,115.00**

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

**Linda & Mark Engel**
**235 Alexander Ave**
**Strabane, PA 15363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

**Linda & Sharon Smith/Sanner**
**1004 Barnsley Dr.**
**South Park, PA 15129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

**Linda & Stanley Kurowski**
**1970 Park Ave**
**Hanover Park, IL 60133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,450.00**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**

**Linda & Victor McNatt / Clements**
**1804 North West 7th Court**
**Battleground, WA 98604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,135.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Timeshare Termination Team, LLC**                           Case number (if known)
_____
Name

| 3.230 8 | **Nonpriority creditor's name and mailing address**<br>**Linda & William Reynolds**<br>**130 White Eagle Drive**<br>**Waleska, GA 30183**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
|---|---|---|---|

| 3.230 9 | **Nonpriority creditor's name and mailing address**<br>**Linda and Edward High**<br>**17480 Glennville Dr**<br>**Dumfries, VA 22026**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,295.00** |
|---|---|---|---|

| 3.231 0 | **Nonpriority creditor's name and mailing address**<br>**Linda Bechtol and Mark Herrmann**<br>**4042 W Greenwood Pl**<br>**Denver, CO 80236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,732.50** |
|---|---|---|---|

| 3.231 1 | **Nonpriority creditor's name and mailing address**<br>**Linda Greene**<br>**1503 Dellano Way**<br>**The Villages, FL 32159**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,450.00** |
|---|---|---|---|

| 3.231 2 | **Nonpriority creditor's name and mailing address**<br>**Linda Jarnagin**<br>**8222 Forest Ridge Road**<br>**Spring, TX 77379-3910**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,365.00** |
|---|---|---|---|

| 3.231 3 | **Nonpriority creditor's name and mailing address**<br>**Linda Jordan**<br>**1015 N. Jamestown Rd**<br>**Decatur, GA 30033**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,723.60** |
|---|---|---|---|

| 3.231 4 | **Nonpriority creditor's name and mailing address**<br>**Linda Murillo**<br>**2525 South Dayton Way**<br>**#2107**<br>**Denver, CO 80231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,300.00** |
|---|---|---|---|

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Linda Spychalska**
**2265 Portofino Place, Unit #2114**
**Palm Harbor, FL 34683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,650.00**

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Linda Sutton**
**3101 School Rd**
**Murrysville, PA 15668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,545.00**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Linda Sutton-Jones**
**10905 Henlopen Court**
**Silver Spring, MD 20902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,394.65**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Linda Tetzlaff**
**500 East Grant Street Apt 703**
**Minneapolis, MN 55404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,420.00**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Links Golf and Racquet Club**
**917 Thomas Ave.**
**Myrtle Beach, SC 29582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Linn & John Echoff**
**1811 FM 646 North**
**Santa Fe, TX 77510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,732.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**Lionel & Abby Daniels**
**113 Gilroy Ave**
**Uniondale, NY 11553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,800.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Timeshare Termination Team, LLC_____ Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.232 2 | **Nonpriority creditor's name and mailing address** | $13,525.27 |

**Lionel & Hazel Finley**
**629 Grand Prince Ln**
**Raleigh, NC 67603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Lions Gate Condominiums**
**603 Forest Walk Ln**
**Odenton, MD 21113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 4 | **Nonpriority creditor's name and mailing address** | $2,995.00 |

**Lisa & Jerry Collins**
**260 South Ridge**
**Senoia, GA 30276**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 5 | **Nonpriority creditor's name and mailing address** | $4,457.00 |

**Lisa & John Simonds**
**311 Setucket Road**
**Dennis, MA 02638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 6 | **Nonpriority creditor's name and mailing address** | $3,450.00 |

**Lisa & LuEllen Whitney/Curran**
**3300 Kyle Avenue North**
**Golden Valley, MN 55422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 7 | **Nonpriority creditor's name and mailing address** | $3,170.00 |

**Lisa & Michael Swanson**
**27906 Castle Park Lane**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 8 | **Nonpriority creditor's name and mailing address** | $5,545.00 |

**Lisa & Robert Smull**
**F 213 Cambridge R**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number *(if known)* _____

---

**3.2329**

**Nonpriority creditor's name and mailing address**
**Lisa & Sidney Bailey/Toombs**
**117 Lincoln Avenue**
**Yeadon, PA 19050-2932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,308.25**

---

**3.2330**

**Nonpriority creditor's name and mailing address**
**Lisa & Timothy Phelps**
**43 Meadow Lane**
**Wheatland, WY 82201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**Lisa and Donald Swaim**
**540 Dudley St**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,345.00**

---

**3.2332**

**Nonpriority creditor's name and mailing address**
**Lisa and Donna Lopiccolo/Pierce**
**1004 Nirth Harvey Street**
**Griffith, IN 46319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,167.00**

---

**3.2333**

**Nonpriority creditor's name and mailing address**
**Lisa Brown**
**5446 S. Indiana Unit 1S**
**Chicago, IL 60615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,215.00**

---

**3.2334**

**Nonpriority creditor's name and mailing address**
**Lisa Foster**
**4880 White Rock Dr**
**Broomfield, CO 80023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,008.00**

---

**3.2335**

**Nonpriority creditor's name and mailing address**
**Lisa Handy**
**3826 Glover Meadows Lane**
**Houston, TX 77047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known)  _____
_____
Name

| | | |
|---|---|---|
| **3.233 6** | **Nonpriority creditor's name and mailing address** | $3,998.00 |

**Lisa Leyva**
**2645 Via Sonoma**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 7** | **Nonpriority creditor's name and mailing address** | $3,670.00 |

**Lisa Lovett-Thompson**
**11 Christy Lane**
**Randolph, MA 02368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 8** | **Nonpriority creditor's name and mailing address** | $2,995.00 |

**Lisa Riley-Dyrssen**
**78840 350th St**
**Olivia, MN 56277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 9** | **Nonpriority creditor's name and mailing address** | $3,420.00 |

**Lisa Savoy**
**6850 Arbor Lane**
**Bryans Road, MD 20616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.234 0** | **Nonpriority creditor's name and mailing address** | $19,979.00 |

**Lisa Simmons**
**8501 Bantry Court**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.234 1** | **Nonpriority creditor's name and mailing address** | $3,016.50 |

**Littler Mendelson, PC**
**1900 Sixteenth Street, Suite 800**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number  **5360**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.234 2** | **Nonpriority creditor's name and mailing address** | $3,016.50 |

**Littler Mendelson, PC**
**PO Box 207137**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
         Name

---

| 3.234 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$3,900.00**

**Lizbeth and Elvis Padilla-Mendez**        ☐ Contingent
**5275 Deephaven Ct**                       ☐ Unliquidated
**Denver, CO 80239**                        ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$3,536.00**

**Lois and James Whelan**                   ☐ Contingent
**2337 S Kenton Way**                       ☐ Unliquidated
**Aurora, CO 80014**                        ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$5,464.00**

**Lois Fitzgerald**                         ☐ Contingent
**180 Main St, Apt 115B**                   ☐ Unliquidated
**Walpole, MA 02081**                       ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$2,800.00**

**Lois Jobe**                               ☐ Contingent
**604 College**                             ☐ Unliquidated
**Apt 25**                                  ☐ Disputed
**Pilot Grove, MO 65276**

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$3,923.00**

**Lois Ventura**                            ☐ Contingent
**54 Willow Bay Drive**                     ☐ Unliquidated
**Missouri City, TX 77459**                 ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$3,250.00**

**Lolete & Marvin Nunn Jr**                 ☐ Contingent
**7707 Sisterdale Drive**                   ☐ Unliquidated
**Cypress, TX 77433**                       ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**London Bridge Resort**                    ☐ Contingent
**1477 Queens Bay.**                        ☐ Unliquidated
**Lake Havasu City, AZ 86403**              ☐ Disputed

Date(s) debt was incurred _               Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.235 0**

**Nonpriority creditor's name and mailing address**
**Loralie Deautremont**
**7667 S Locust St**
**Centennial, CO 80112**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,345.00**

---

**3.235 1**

**Nonpriority creditor's name and mailing address**
**Lorenza (Joseph) Collins and Collins Fam**
**801 S. Financial Pl**
**Apt 1106**
**Chicago, IL 60605**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,520.15**

---

**3.235 2**

**Nonpriority creditor's name and mailing address**
**Loretta and Brandon Day**
**6800 Falcon Bridge Rd**
**Chapel Hill, NC 27517**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$6,106.00**

---

**3.235 3**

**Nonpriority creditor's name and mailing address**
**Loretta and Mark White**
**1223 Huntington Greens Dr**
**Sun City Center, FL 33573**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.235 4**

**Nonpriority creditor's name and mailing address**
**Loretta and Michelle Roach**
**168 W 4th St Apt 14**
**New York, NY 10014**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.235 5**

**Nonpriority creditor's name and mailing address**
**Lori Lee**
**3363 W Laurel Lane**
**Littleton, CO 80123**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235 6**

**Nonpriority creditor's name and mailing address**
**Lori Spilhaus**
**PO Box 1027**
**Santa Fe, NM 87504**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.235 7** | **Nonpriority creditor's name and mailing address**<br>**Lorietta Nelson**<br>**7055 E. 5th Ave**<br>**Denver, CO 80220** | **$14,295.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.235 8** | **Nonpriority creditor's name and mailing address**<br>**Lorne and Rita Stills**<br>**1910 SE Sagebrush Dr**<br>**Madra, OR 97741** | **$3,295.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.235 9** | **Nonpriority creditor's name and mailing address**<br>**Lorraine & Kenneth Ostrowski**<br>**24645 S. Volbrecht Rd**<br>**Crete, IL 60417** | **$10,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.236 0** | **Nonpriority creditor's name and mailing address**<br>**Lorraine Gosnell and Elzina Gwinn**<br>**27602 Bent Oak Lane**<br>**Magnolia, TX 77354** | **$3,950.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.236 1** | **Nonpriority creditor's name and mailing address**<br>**Lorraine Kaplan**<br>**2550 North Lakeview Ave**<br>**Unit S3102**<br>**Chicago, FL 60614** | **$5,450.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.236 2** | **Nonpriority creditor's name and mailing address**<br>**Lorraine Parker**<br>**401 N Brownleaf Rd**<br>**Newark, DE 19713** | **$13,618.77** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.236 3** | **Nonpriority creditor's name and mailing address**<br>**Los Abrigabos**<br>**160 Portal Lane**<br>**Sedona, AZ 86339** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Los Almo** | ☐ Contingent | |
| | **1000 Central Ave.** | ☐ Unliquidated | |
| | **Los Alamos, NM 87544** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Los Cabos Golf Resort** | ☐ Contingent | |
| | **Via de Carlos Lote #601 KM 3.7 Carret. T** | ☐ Unliquidated | |
| | **Cabo San Lucas, BCS 23410 Mexico** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Loss Valley Resort** | ☐ Contingent | |
| | **49337 Lost Valley Road** | ☐ Unliquidated | |
| | **Vergas, MN 56587** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lost Valley Lake** | ☐ Contingent | |
| | **2334 Hwy ZZ** | ☐ Unliquidated | |
| | **Owensville, MO 65066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|
| | **Lottie & Ronnie Thomas** | ☐ Contingent | |
| | **5314 persimmon pass** | ☐ Unliquidated | |
| | **Richmond, TX 77407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,846.00** |
|---|---|---|---|
| | **Lou And Sharon Ehmke** | ☐ Contingent | |
| | **832 Pinehurst Lane** | ☐ Unliquidated | |
| | **Schaumberg, IL 60193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|
| | **Louanna and Thomas Burnett** | ☐ Contingent | |
| | **17588 Retrac Way** | ☐ Unliquidated | |
| | **Grass Valley, CA 95949** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Timeshare Termination Team, LLC**                      Case number (if known) _____
_____
Name

| 3.237 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Louis & Jodie Prange/Hanzlik**
**5852 Watson Drive**
**Fort Collins, CO 80528**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,420.00 |
|---|---|---|---|

**Louis and Marilyn Conde**
**611 Jackson Street**
**Phildelphia, PA 19148**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,955.00 |
|---|---|---|---|

**Louise Brown**
**10671 Pointe Mountain Top Circle #87**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Louisiana Attorney General**
**1885 N 3rd St**
**Baton Rouge, LA 70802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lucayan Resort**
**2941 Lucayan Harbour Cir**
**Kissimmee, FL 34746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Lucie Moore**
**1100 Desiree Lane**
**Highland Village, TX 75077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Lucille, King, Willie Kindred and Icyphi**
**10234 S. Vernon**
**Chicago, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.237 8 | **Nonpriority creditor's name and mailing address**<br>**Lucinda Wake**<br>**2818 Jasmine St**<br>**Denver, CO 80207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
| 3.237 9 | **Nonpriority creditor's name and mailing address**<br>**Lucy & Johnny & Andrea Gomez**<br>**13011 Venice Lane**<br>**Stafford, TX 77477**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,971.00** |
| 3.238 0 | **Nonpriority creditor's name and mailing address**<br>**Luellen and William Penton**<br>**18 East Knightsbridge Drive**<br>**Conroe, TX 77385**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,606.15** |
| 3.238 1 | **Nonpriority creditor's name and mailing address**<br>**Luis & Karin Rodriguez/ Ayala-Mendoza (S**<br>**6262 Underhill Street**<br>**Houston, TX 77092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,336.80** |
| 3.238 2 | **Nonpriority creditor's name and mailing address**<br>**Luis & Maria Morales/Moreno**<br>**4203 Scottsdale St**<br>**Durham, NC 27712**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,845.82** |
| 3.238 3 | **Nonpriority creditor's name and mailing address**<br>**Luis & Priscilla Soria/Diaz**<br>**37884 Amber Leaf Court**<br>**Murrieta, CA 92562**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,294.00** |
| 3.238 4 | **Nonpriority creditor's name and mailing address**<br>**Luis & Rosemarie Tormis**<br>**2607 Golden Creek Lane**<br>**Pearland, TX 77584**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,700.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,760.00 |
|---|---|---|---|

**Luis and Lucia Carrera**
**3213 Risner St**
**Las Cruces, NM 88011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Luis And Walter Sanchez**
**4528 W. 161st St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Lula & Gene Huskey**
**18710 Aberdeen Hollow Lane**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,165.00 |
|---|---|---|---|

**Lula Thomas**
**4213 Diamond Square**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Lumen & Ana Chan**
**3426 mesquite drive**
**Sugar land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Lupe and Richard Zaragoza**
**1451 South Blueridge Drive**
**Globe, AZ 85501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,722.00 |
|---|---|---|---|

**Lurlene and Stanley Unruh**
**6578 S Iris St**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.239 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| **LV Tower 52** | ☐ Contingent | |
| **300 CRESCENT COURT SUITE 1100** | ☐ Unliquidated | |
| **DALLAS, TX 75201** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.239 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,511.00 |
| **Lydia and Richard Garner** | ☐ Contingent | |
| **46901 Seneca Ridge Dr.** | ☐ Unliquidated | |
| **Sterling, VA 20164** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $11,456.00 |
| **Lyle and Rebecca Fischer** | ☐ Contingent | |
| **231 Little Blacktail Rd.** | ☐ Unliquidated | |
| **Careywood, ID 83809** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,995.00 |
| **Lyly & Travis Noble** | ☐ Contingent | |
| **8279 S. Kellerman Cir** | ☐ Unliquidated | |
| **Aurora, CO 80016** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $5,950.00 |
| **Lynda and Christopher Granfield** | ☐ Contingent | |
| **556 16th Ave NE** | ☐ Unliquidated | |
| **St. Petersburg, FL 33704** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $9,339.00 |
| **Lynda and Doug Ricketts** | ☐ Contingent | |
| **3840 Three Chimeys Lane** | ☐ Unliquidated | |
| **Cumming, GA 30041** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,808.00 |
| **Lynda and George Decker** | ☐ Contingent | |
| **6943 Freeport Rd** | ☐ Unliquidated | |
| **Riverview, FL 33578** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Timeshare Termination Team, LLC**
Name

Case number (if known)

---

**3.2399**

**Nonpriority creditor's name and mailing address**

**Lyndon & Kristie Yates**
**11211 Willow Field Dr**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,592.55

---

**3.2400**

**Nonpriority creditor's name and mailing address**

**Lynn & Curt Wiedenroth**
**127 Lexington St**
**Burlington, MA 01803**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,295.00

---

**3.2401**

**Nonpriority creditor's name and mailing address**

**Lynn & Marie Glass/Gill**
**5160 Webster Rd**
**Centerburg, OH 43011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,995.00

---

**3.2402**

**Nonpriority creditor's name and mailing address**

**Lynn & Marilyn Reyelts**
**6585 S. Sedalia Ct**
**Aurora, CO 80016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$14,650.00

---

**3.2403**

**Nonpriority creditor's name and mailing address**

**Lynn & Spices Gleason**
**16107 Nassau Drive**
**Aurora, CO 80013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,154.58

---

**3.2404**

**Nonpriority creditor's name and mailing address**

**Lynnette Dingle**
**195 Jerome Ave**
**Staten Island, NY 10305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,675.00

---

**3.2405**

**Nonpriority creditor's name and mailing address**

**Lynnette Smotherman and Denise Byrnes**
**7585 Fenton St**
**Westminister, CO 80003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,056.00

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.240 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,545.00 |
|---|---|---|---|

**M.G. Dorothea and Percy Peaks**
**860 Junction Drive**
**Apt 430**
**TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Mabel Joseph - Awuku**
**3368 Seneca Farm Drive**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Macdonald Resorts**
**17813 E. Hudson Bay Rd**
**Bayview, ID 83803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,207.10 |
|---|---|---|---|

**Madeline And Doel Burgos (SPO)**
**3413 W 28th Street**
**Lehigh Acres, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,027.75 |
|---|---|---|---|

**Madeline McGhee**
**417 S 24th Avenue**
**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Madhumita Das**
**2760 Pemberly Ave**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Magdalena & Jovan Perez**
**126 East Vantura St. Apt B**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                     Case number (if known) _____

Name

---

| 3.241 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Magdalena Bernhardt**
**3345 Zephyer Court**
**Wheatridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**magreasa**
**5858 La 44**
**Convent, LA 70723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,622.00 |
|---|---|---|---|

**Magtibay Zosimo**
**1713 Jarboe St**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,290.00 |
|---|---|---|---|

**Maira & Javier Paez/Ruiz-Arredondo (SPO)**
**1104 Helton Street**
**Dalton, GA 30720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,550.00 |
|---|---|---|---|

**Maire & Jason Alexander**
**308 Maddington Place**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Makai Club and Sedona/Villas of Sedona**
**PO Box 2252**
**Sedona, AZ 86339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Mandy & James Damico**
**Po Box 3599**
**Battle Creek, MI 49017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| 3.242 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Manhattan Club** | ☐ Contingent | |
| | **200 W 56th St.** | ☐ Unliquidated | |
| | **New York, NY 10019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,117.75 |
|---|---|---|---|
| | **Manny & Zoie Samson** | ☐ Contingent | |
| | **103 Downing Place** | ☐ Unliquidated | |
| | **Sothern Pines, NC 28387** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,754.29 |
|---|---|---|---|
| | **Manuel & Doris Dukes** | ☐ Contingent | |
| | **10701 N 99th Ave** | ☐ Unliquidated | |
| | **Peoria, AZ 85345** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,636.00 |
|---|---|---|---|
| | **Marc & Leslie  Gaines** | ☐ Contingent | |
| | **6691 S Marion St** | ☐ Unliquidated | |
| | **Centennial, CO 80121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| | **Marc and Jessica Collins** | ☐ Contingent | |
| | **6580 D Picatinny Lane** | ☐ Unliquidated | |
| | **Fort Carson, CO 80902** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **March McGovern Edward Jones** | ☐ Contingent | |
| | **9360 Station Street Ste 475** | ☐ Unliquidated | |
| | **Lone Tree, CO 80124** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|
| | **Marcia & David Terry/Teal** | ☐ Contingent | |
| | **1573 Gentry Street** | ☐ Unliquidated | |
| | **Clear Water, FL 33755** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.242 7 | **Nonpriority creditor's name and mailing address**<br>**Marcia and Charles Alexander**<br>**2252 Newbury Drive**<br>**East Cleveland, OH 44112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,995.00** |

| | | |
|---|---|---|
| 3.242 8 | **Nonpriority creditor's name and mailing address**<br>**Marcia Cunningham**<br>**17701 S Avalon Blvd #219**<br>**Carson, CA 90746**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,843.00** |

| | | |
|---|---|---|
| 3.242 9 | **Nonpriority creditor's name and mailing address**<br>**Marco And Monica Duran**<br>**22811 Red Leo Lane**<br>**Springs, TX 77389**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,065.00** |

| | | |
|---|---|---|
| 3.243 0 | **Nonpriority creditor's name and mailing address**<br>**Marcus & Nizinga Troutman**<br>**9807 S Charles St**<br>**Chicago, IL 60643**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,200.00** |

| | | |
|---|---|---|
| 3.243 1 | **Nonpriority creditor's name and mailing address**<br>**Marcus And Robbin Lyle**<br>**170 Isenhour Road**<br>**Rockmart, GA 30153**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,676.00** |

| | | |
|---|---|---|
| 3.243 2 | **Nonpriority creditor's name and mailing address**<br>**Margaret & Scott Wittmer**<br>**18607 Burnt Candle**<br>**Spring, TX 77388**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,449.84** |

| | | |
|---|---|---|
| 3.243 3 | **Nonpriority creditor's name and mailing address**<br>**Margaret Collignon**<br>**7497 S Cherry Ct.**<br>**Centennial, CO 80122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,363.95** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243<br>4 | **Nonpriority creditor's name and mailing address**<br>**Margaret Ellis**<br>**1479 Byberry Road**<br>**Bensalem, PA 19020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$15,420.89** |
|---|---|---|---|
| 3.243<br>5 | **Nonpriority creditor's name and mailing address**<br>**Margaret Johnston**<br>**2002 Beazley**<br>**Brenham, TX 77833**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,245.00** |
| 3.243<br>6 | **Nonpriority creditor's name and mailing address**<br>**Maria (Sonia) & Ramiro Zavala**<br>**922 W 9th St.**<br>**Freeport, TX 77541**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,670.00** |
| 3.243<br>7 | **Nonpriority creditor's name and mailing address**<br>**Maria and Francisco Ascencio/ Duran**<br>**2 Forestdale Park**<br>**Calumet City, IL 60409**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,580.85** |
| 3.243<br>8 | **Nonpriority creditor's name and mailing address**<br>**Maria and Jorje Garza**<br>**PO Box 512**<br>**Bayard, NE 69334**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,743.00** |
| 3.243<br>9 | **Nonpriority creditor's name and mailing address**<br>**Maria and Luis Moreno**<br>**4203 Scottsdale St.**<br>**Durham, NC 27712**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,845.82** |
| 3.244<br>0 | **Nonpriority creditor's name and mailing address**<br>**Maria Colunga and Luis Lopez**<br>**280 N 4th Ave**<br>**Brighton, CO 80601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,850.00** |

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
          Name

| 3.244 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,850.00 |
|---|---|---|---|

**Maria Estrella**
**511 Neptune Bay Cir Unit 2**
**St. Cloud, FL 34769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.244 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,400.00 |
|---|---|---|---|

**Maria Ferrer/Amado Chavez**
**5545 Kittredge St.**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Maria Geschwill**
**4344 Reservoir Blvd.**
**Columbia Heights, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,176.00 |
|---|---|---|---|

**Maria Julia Zanella Munoz**
**5731 North Christian Ave**
**Chicago, IL 60659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Maria Martinez**
**28 W 5th St**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,898.00 |
|---|---|---|---|

**Maria, Jairo, Diana, Janet Banuelos/Garc**
**4703 East County Road 150 North**
**Logansfort, IN 46947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,793.00 |
|---|---|---|---|

**Mariah and Dwayne Comlan**
**3931 Alcazar Drive**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2448**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|
| **Marianne & Frank Baker** | ☐ Contingent | |
| **422 Leppo** | ☐ Unliquidated | |
| **Westminster, MD 21158** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2449**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,498.00** |
|---|---|---|
| **Marianne and Ralph Markus** | ☐ Contingent | |
| **29 chevy chase dr** | ☐ Unliquidated | |
| **Buffalo grove, IL 60089** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2450**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Maribal Armony** | ☐ Contingent | |
| **CARRETERA A PUNTA DE MITA KM 8.3** | ☐ Unliquidated | |
| **PLAYA DESTILADERAS, BAH A DE** | ☐ Disputed | |
| **BANDERAS NA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2451**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,285.00** |
|---|---|---|
| **Marie & Gary Barraclough** | ☐ Contingent | |
| **PO Box 8688 (all mail goes here)** | ☐ Unliquidated | |
| **Topeka, KS 66608** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2452**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,207.00** |
|---|---|---|
| **Marie & Mitchel Garza-Powell/Gonzales** | ☐ Contingent | |
| **30 Palm Desert Drive** | ☐ Unliquidated | |
| **Manvel, TX 77578** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2453**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,200.00** |
|---|---|---|
| **Marie Baker** | ☐ Contingent | |
| **27915 13th Ave South** | ☐ Unliquidated | |
| **Des Moines, WA 98198** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2454**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,200.00** |
|---|---|---|
| **Marie Rustemeyer and Eric Wyatt** | ☐ Contingent | |
| **4224 S. Altamont St.** | ☐ Unliquidated | |
| **Spokane, WA 99223** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.245 5** | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Marie Williams**
**905 N Indiana Ave**
**Atlantic City, NJ 08401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.245 6** | **Nonpriority creditor's name and mailing address** | **$4,876.00** |

**Mariela & Roger Richardson**
**1477 Bergen Rock St**
**Castle Rock, CO 80109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.245 7** | **Nonpriority creditor's name and mailing address** | **$3,995.00** |

**Marieli Bonilla**
**1408 21st St SE**
**Ruskin, FL 33570**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.245 8** | **Nonpriority creditor's name and mailing address** | **$4,500.00** |

**Marilyn & Gregory Davis**
**5275 Wilhelm Drive**
**Colorado Springs, CO 80911**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.245 9** | **Nonpriority creditor's name and mailing address** | **$1,995.00** |

**Marilyn (Skip) Boehm**
**2051 Glenhill Road**
**Colorado Springs, CO 80906**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.246 0** | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Marilyn and Armando Pompa**
**1124 Carmelita Circle**
**Monrovia, CA 91016**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.246 1** | **Nonpriority creditor's name and mailing address** | **$2,996.00** |

**Marilyn And David Faust**
**528 Prospect Ave**
**Bethlehem, PA 18018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Timeshare Termination Team, LLC__   Case number (if known) _____
        Name

| | |
|---|---|
| **3.246** **2** | |

**Nonpriority creditor's name and mailing address**                                                                  **$3,745.00**

**Marilyn and Paul Brown**
**170 Glenview Drive**
**Lake Quivira, KS 66217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.246** **3** | |

**Nonpriority creditor's name and mailing address**                                                                  **$3,720.00**

**Marilyn Bradford**
**2490 Manzana**
**San Diago, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.246** **4** | |

**Nonpriority creditor's name and mailing address**                                                                  **$3,170.00**

**Marilyn Carvalho**
**235 N Hedrick Ave**
**Lecanto, FL 34461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.246** **5** | |

**Nonpriority creditor's name and mailing address**                                                                  **$2,995.00**

**Marilyn Jensen**
**36101 Delaire Landing RD**
**Philadelphia, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.246** **6** | |

**Nonpriority creditor's name and mailing address**                                                                  **$7,160.67**

**Marilyn Thomas and Joseph Meurkson**
**4527 S King Dr. Unit 2**
**Chicago, IL 60653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.246** **7** | |

**Nonpriority creditor's name and mailing address**                                                                  **$4,295.00**

**Marina & Michael Yap**
**24180 Calle Artino**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.246** **8** | |

**Nonpriority creditor's name and mailing address**                                                                  **$0.00**

**Marina El Cid - Mazitian**
**1705 Avenida Camar n S balo Mazatl n**
**Sinaloa, Mazatl n Sinaloa**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2469**

**Nonpriority creditor's name and mailing address**
**Mario And Aretha Velasco**
**3503 Fallen Oak Drive**
**Buford, GA 30519**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,001.60**

---

**3.2470**

**Nonpriority creditor's name and mailing address**
**Mario Valdez**
**4500 Cook Street**
**Apt B**
**Denver, CO 80216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2471**

**Nonpriority creditor's name and mailing address**
**Marion Calvino**
**5241 North Laramie Avenue**
**Chicago, IL 60630**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.2472**

**Nonpriority creditor's name and mailing address**
**Marisa Resort**
**304 Moo 4**
**Chiang Dao, 50170 Ban Muang Ngai Thailan**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2473**

**Nonpriority creditor's name and mailing address**
**Marival Vacation Club**
**53 Villa 8 11 Nuevo Vallarta**
**Nayarit, 63732 M xico**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2474**

**Nonpriority creditor's name and mailing address**
**Marjorie Bernard**
**13474 W Utah Circle**
**Lakewood, CO 80228**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.2475**

**Nonpriority creditor's name and mailing address**
**Marjorie Green**
**610 Shady Dale Drive**
**Stafford, TX 77477**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

Debtor **Timeshare Termination Team, LLC** Case number (if known)

Name

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Mark & Alisa Osborne**
**706 Barossa Valley Dr**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.247 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,200.00 |
|---|---|---|---|

**Mark & Candice Perez**
**7787 West Camino De Oro**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,045.00 |
|---|---|---|---|

**Mark & Caren Stephenson/Circo**
**7602 S. Emerson St.**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,282.06 |
|---|---|---|---|

**Mark & Cheryl Chapman**
**2908 La Estrella Circle**
**Colorado Springs, CO 80917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Mark & Dawn Bozzo**
**607 McCabe Ave**
**Bradley Beach, NJ 07720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |
|---|---|---|---|

**Mark & Donna Gallup**
**5221 Ampthill Drive**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Mark & Jason Fox/Pierce**
**175 Rampart Way**
**Suite 909**
**Denver, CO 80230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Mark & Julia Maliszewski**
**1104 Division St**
**Osage, IA 50461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,150.00**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**Mark & Kathleen Wilden**
**313 Durango Dr**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,376.00**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**Mark & Lindzee Winterton**
**2,711 S 10,000 W**
**Roosevelt, UT 84066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**Mark & Suany Alvarez**
**183 Cannon Avenue**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,368.00**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**Mark & Tanya Hughes**
**3871 Lunn DR**
**Nashville, TN 37218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,295.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Mark & Tracy Mosier**
**114 Peninsula Drive**
**Kelso, WA 98626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,996.00**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**Mark & Valerie De Leon**
**763 County Road 18**
**Cresco, NE 68017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,908.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.249 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |
|---|---|---|---|
| | **Mark and Beth Stettler** | ☐ Contingent | |
| | **75 Ronald Ave.** | ☐ Unliquidated | |
| | **Layton, UT 84041** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.249 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,495.00** |
|---|---|---|---|
| | **Mark and Grechen Mcgoffin** | ☐ Contingent | |
| | **6297 S Killarney Court** | ☐ Unliquidated | |
| | **Centennial, CO 80016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,036.00** |
|---|---|---|---|
| | **Mark and Stephanie Simmons** | ☐ Contingent | |
| | **841 E 200 N** | ☐ Unliquidated | |
| | **Spanish Fork, UT 84660** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,000.00** |
|---|---|---|---|
| | **Mark Chisum** | ☐ Contingent | |
| | **237 Genoa Ave** | ☐ Unliquidated | |
| | **Lubbock, TX** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,296.00** |
|---|---|---|---|
| | **Mark Morawiec** | ☐ Contingent | |
| | **674 Sundance Circle** | ☐ Unliquidated | |
| | **Erie, CO 80516** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,479.56** |
|---|---|---|---|
| | **Mark Pickering** | ☐ Contingent | |
| | **32 Meadowbrook Ln** | ☐ Unliquidated | |
| | **Gardner, MA 01440** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,696.00** |
|---|---|---|---|
| | **Mark Richardson** | ☐ Contingent | |
| | **6533 S Ouray st** | ☐ Unliquidated | |
| | **Aurora, CO 80016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

---

**3.249 7**

**Nonpriority creditor's name and mailing address**
**Mark Valerio**
**7874 Armadillo Trail**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,788.00**

---

**3.249 8**

**Nonpriority creditor's name and mailing address**
**Mark White**
**6818 Dusty Miller Way**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.249 9**

**Nonpriority creditor's name and mailing address**
**Marla Wickens/Margie Welch**
**8393 Eagle Nest Dr.**
**Avon, IN 46123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,358.25**

---

**3.250 0**

**Nonpriority creditor's name and mailing address**
**Marlena&John Roland**
**8190 NW 12 Court**
**Coral Springs, FL 83071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.250 1**

**Nonpriority creditor's name and mailing address**
**Marq and Tamara Del Monte**
**8155 E Fairmount Drive**
**#1427**
**Denver, CO 80230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.250 2**

**Nonpriority creditor's name and mailing address**
**Marq Del Monte**
**8155 E Fairmount Dr, Apt.1427**
**Denver, CO 80230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 3**

**Nonpriority creditor's name and mailing address**
**Marriott International**
**10400 Fernwood Road**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.250<br>4 | **Nonpriority creditor's name and mailing address**<br>**Marriott International, Inc.**<br>**10400 Fernwood Road**<br>**Bethesda, MD 20817**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.250<br>5 | **Nonpriority creditor's name and mailing address**<br>**Marriott Vacation Club**<br>**9002 San Marco Court.**<br>**Orlando, FL 32819**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.250<br>6 | **Nonpriority creditor's name and mailing address**<br>**Marriott Vacation Club**<br>**6649 Westwood Blvd., Suite 300**<br>**Orlando, FL 32821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.250<br>7 | **Nonpriority creditor's name and mailing address**<br>**Marriott Vacation Club/ Grand Vista Cond**<br>**P. O. Box 8038**<br>**Lakeland, FL 33802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.250<br>8 | **Nonpriority creditor's name and mailing address**<br>**Marsha Atencio and Arturo De La Rosa**<br>**14242 East Hawaii Circle**<br>**Unit D**<br>**Aurora, CO 80012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,781.76** |

| | | |
|---|---|---|
| 3.250<br>9 | **Nonpriority creditor's name and mailing address**<br>**Marsha Kaufman**<br>**8618 North Chatham Circle**<br>**Kansas City, MO 64154**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,940.00** |

| | | |
|---|---|---|
| 3.251<br>0 | **Nonpriority creditor's name and mailing address**<br>**Marsha McGee**<br>**519 York Ave**<br>**Ellwood City, PA 16117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,597.00** |

Debtor    **Timeshare Termination Team, LLC**                           Case number (if known) _____
          _____
          Name

---

| 3.251 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,298.85** |
|---|---|---|---|

**Marsha Stamps-White**
**8915 South Dante Avenue**
**Chicago, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,528.84** |
|---|---|---|---|

**Marshall Davis**
**8525 South Green Street Apt. 1A**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,245.00** |
|---|---|---|---|

**Marshan E. Hicks**
**8447 Laurelon Place**
**Temple Terrace, FL 33637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,295.00** |
|---|---|---|---|

**Martha & Justin Muniz**
**569 Topanga Ct**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,170.00** |
|---|---|---|---|

**Martha and Ronald Tucker**
**8653 E Doane Pl**
**Denver, Co 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Martha Lovingood (Hollowell)**
**725 West Bear Swamp Rd.**
**Hertford, NC 27944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,365.00** |
|---|---|---|---|

**Martha Novikoff**
**6203 Alden Bridge Drive**
**Apt 5205**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Timeshare Termination Team, LLC**__      Case number *(if known)* _____
      Name

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Martha Ward**
**PO Box 760**
**Mars, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,958.10** |
|---|---|---|---|

**Martin (Marty) Kretz And Niara Valentine**
**10701 N Pecos St**
**Apt 1902**
**North Glenn, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,595.50** |
|---|---|---|---|

**Martin and Edna Sloan**
**9010 Greenpoint Ln**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Martin Bertocchi/Judith Curtis**
**1860 Great Lakes Drive**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARTIN LEWIS CORDELL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARTIN MILES WERNER**
**1739 Lake Marion Dr.**
**Apopka, FL 32712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,320.00** |
|---|---|---|---|

**Marvin Achterberg & Patricia Simone**
**4540 Balsam St**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.252 5** | |

**Nonpriority creditor's name and mailing address**

**Marvin And Monica Davis**
**2545 29th  Ave**
**Greeley, CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,240.00**

---

| | |
|---|---|
| **3.252 6** | |

**Nonpriority creditor's name and mailing address**

**Marvin and Monique Gordon/Duguay**
**2663 Crystal Circle**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,453.66**

---

| | |
|---|---|
| **3.252 7** | |

**Nonpriority creditor's name and mailing address**

**Marvy Rico/Jorge Aguirre**
**4825 E Violet St**
**Gardendale, TX 79758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,165.00**

---

| | |
|---|---|
| **3.252 8** | |

**Nonpriority creditor's name and mailing address**

**Mary & Dennis Jarnot**
**1000 Oakridge Ave**
**Shoreview, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,223.60**

---

| | |
|---|---|
| **3.252 9** | |

**Nonpriority creditor's name and mailing address**

**Mary & Leo Samuelson**
**1625 Cedar Street**
**Moscow, IA 52760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,533.20**

---

| | |
|---|---|
| **3.253 0** | |

**Nonpriority creditor's name and mailing address**

**Mary & Robert Castagnera**
**600 Portsmouth Port**
**Bel Air, MD 21014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,406.00**

---

| | |
|---|---|
| **3.253 1** | |

**Nonpriority creditor's name and mailing address**

**Mary & Robert Lively**
**46688 Glen Pointe Drive**
**Shelby Township, MI 48315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,640.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.253**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|
| **Mary & Yoseph Mohd Abukhdeir/Kader**<br>**9806 Palazzo Streets**<br>**Sessner, FL 33584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Mary and Carl Sward**<br>**PO Box 731**<br>**Blanco, TX 78606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,150.17 |
|---|---|---|
| **Mary and Douglas Freeman**<br>**6995 Hill Court**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,630.74 |
|---|---|---|
| **Mary And Eugene Wilkins**<br>**509 Little John Lane**<br>**Modesto, CA 95350-1507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|
| **Mary and Gary Norton**<br>**13511 Wells River Drive**<br>**Houston, TX 77041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,157.25 |
|---|---|---|
| **Mary And George Ridgnal**<br>**8238 S Honore**<br>**Chicago, IL 60620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.253**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|
| **Mary and James Hartmann**<br>**1212 South Eaton Street**<br>**Lakewood, CO 80232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Timeshare Termination Team, LLC**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.2539** | **Nonpriority creditor's name and mailing address** | $34,473.00 |

**Mary and Lorenzo Nieto**
**5065 Bella Collina St**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2540** | **Nonpriority creditor's name and mailing address** | $5,839.00 |

**Mary and Nelson Miller**
**2509 560th Street**
**Klona, IA 52247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2541** | **Nonpriority creditor's name and mailing address** | $9,673.00 |

**Mary and Paul Grant**
**2440 Kensington Greens Dr**
**Sun City, FL 33573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2542** | **Nonpriority creditor's name and mailing address** | $3,398.00 |

**Mary and Raymond Slimak**
**9319 Torrance Ave**
**Brooklyn, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2543** | **Nonpriority creditor's name and mailing address** | $4,750.00 |

**Mary And Robert Rainer**
**145 College Street**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2544** | **Nonpriority creditor's name and mailing address** | $3,867.00 |

**Mary and Scott Jessen**
**3305 Canyon Creek Dr**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2545** | **Nonpriority creditor's name and mailing address** | $5,720.00 |

**Mary and Stephen Bowens**
**25311 E Glasgow PL**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.254 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,295.00** |
|---|---|---|---|

**Mary Ann & Dan Elston**
**149 S. 225th Lane**
**Buckeye, AZ 85326**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,700.00** |
|---|---|---|---|

**Mary Avent**
**15101 Black Stone Ave**
**Dolton, IL 60419**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Mary Barnhart**
**5166 39th St South**
**St. Petersburg, FL 33711**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,376.00** |
|---|---|---|---|

**Mary Beth & Morgan Allen**
**2213 SW Walden Place**
**Lee Summit, MO 64081**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,178.00** |
|---|---|---|---|

**Mary Beth and Jason Ballard**
**311 Westridge Drive**
**Ofallon, MO 63366**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,596.00** |
|---|---|---|---|

**Mary Beth and Timothy Bauer**
**405 Oxford St**
**Northfield, MN 55057**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,270.00** |
|---|---|---|---|

**Mary Coen**
**348 Cecil Henderson Rd**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____

Name

| 3.255 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Mary Dennis**
**1247 Citruswood Trail Lane**
**Rosenberg, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Mary Fran Whitney**
**6848 W Chatfield Pl**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,940.00 |
|---|---|---|---|

**Mary Jane Herrmann and Karin Fertsch**
**84 Derstine Road**
**Apt 2301**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |
|---|---|---|---|

**Mary Jane Rose**
**1 Waltham Ct**
**Trenton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,450.00 |
|---|---|---|---|

**Mary Jo & Gene Leahy/Johnson**
**4033 S. Carson St., Unit D**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**Mary Kay & Darin Langolf**
**4518 Coues Deer Lane**
**Conroe, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

**Mary Sue Epley**
**1913 Big Cypress Drive**
**St Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.256 0** | **Nonpriority creditor's name and mailing address**<br>**Mary Tzintzun**<br>**2015 W. Benjamin Holt Dr**<br>**Stockton, CA 95207** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,995.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 1** | **Nonpriority creditor's name and mailing address**<br>**Maryann Greene**<br>**12932 W. Figueroa Dr.**<br>**Sun City West, AZ 85375** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$74,400.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 2** | **Nonpriority creditor's name and mailing address**<br>**Maryanne Shea**<br>**11307 Copley Ct**<br>**Spring Hill, FL 34609** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,250.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 3** | **Nonpriority creditor's name and mailing address**<br>**MaryBeth and Charles DiPaolo**<br>**168 Dunnemann Ave**<br>**Charleston, SC 29403** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,995.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 4** | **Nonpriority creditor's name and mailing address**<br>**Maryland Attorney General**<br>**200 St. Paul Place**<br>**Baltimore, MD 21202** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 5** | **Nonpriority creditor's name and mailing address**<br>**Massachusetts Attorney General s Office**<br>**1 Ashburton Pl**<br>**Boston, MA 02108** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.256 6** | **Nonpriority creditor's name and mailing address**<br>**Massanutten Resort**<br>**1822 Resort Drive Massanutten**<br>**  VA 22840** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.256 7** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Massanutten Resort**<br>P.O. Box 1227<br>Harrisonburg, VA 22803 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.256 8** | **Nonpriority creditor's name and mailing address** | **$2,500.00** |
| | **Matt & Janae Reinhard**<br>6455 West 100th South<br>Decatur, IN 46733 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.256 9** | **Nonpriority creditor's name and mailing address** | **$4,617.75** |
| | **Matthew & Bonnie Richard**<br>471 Main Stre<br>Ringe, NH 03461 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.257 0** | **Nonpriority creditor's name and mailing address** | **$7,750.00** |
| | **Matthew & Edwina Walters**<br>11610 Marathon Cir<br>Venice, FL 34293 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.257 1** | **Nonpriority creditor's name and mailing address** | **$3,400.00** |
| | **Matthew & Marie Payne**<br>11643 Newton Place<br>Westminster, CO 80031 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.257 2** | **Nonpriority creditor's name and mailing address** | **$4,670.00** |
| | **Matthew And Antonia Hayes**<br>751 S Spruce St<br>Escondido, CA 92025 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.257 3** | **Nonpriority creditor's name and mailing address** | **$3,500.00** |
| | **Matthew and Manuela Mulligan**<br>353 Seahorse DR<br>Windsor, CO 80550 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257 4**

**Nonpriority creditor's name and mailing address**
**Matthew MacQueen**
**2321 Bennett Ave, Unit B**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,794.00**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**
**Matthew&Saundra Valek**
**218 May Loop**
**Fort Huachuca, AZ 85613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**
**Maui Beach vacation Club**
**515 South Kihei Road Kihei**
**Maui, HI 96753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**
**Maureen & Fawzi Soliman**
**7533 Jomel Dr**
**  FL 34607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**
**Maureen And Harvey Urbanski**
**780 Cedar Gate Lane**
**Leechburg, PA 15656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,382.50**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**
**Maurice & Dorothy Sullivan**
**495 Senon Dr.**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**
**Maurice & Rozanne DeShazer**
**9239 Bighorn Dr**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
_____    Case number (*if known*)    _____
Name

| 3.258 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**Maurice Harvey**
**1709 Boston Road**
**Apt 1K**
**Bronx, NY 10460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maverick**
**485 S. Atlantic Ave.**
**Ormond Beach, FL 32176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,095.00** |
|---|---|---|---|

**Max & janet Grunzburger/Peterson**
**4500 Montview Blvd**
**Denver, CO 80207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Max&Deloris Herron**
**1822 College Street**
**Sulphur Springs, TX 75482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,874.98** |
|---|---|---|---|

**Maxine Johnson**
**1717 NE 108 Ave**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mayan Palace Regency**
**Av. S balo Cerritos S/N Zona Hotelera No**
**Mazatl n, Mexico 81110-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mayan Palace Regency**
**Av. S balo Cerritos S/N Zona Hotelera No**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.258 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Mayan Resorts** | |
| | **Av Costera de las Palmas No. 1121 Fracc.** | |
| | **Guerrero, 39900 Mexico** | |

**Nonpriority creditor's name and mailing address**

**Mayan Resorts**
**Av Costera de las Palmas No. 1121 Fracc.**
**Guerrero, 39900 Mexico**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.258 9

**Nonpriority creditor's name and mailing address**

**Maybelline & Jordan Carpenter**
**17706 December Pine Lane**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,101.00**

---

3.259 0

**Nonpriority creditor's name and mailing address**

**Mayfield And John Lake**
**1555 Golf Link Drive**
**Stone Mountain, GA 30088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,500.00**

---

3.259 1

**Nonpriority creditor's name and mailing address**

**McGoffin Marketing**
**6297 S Killarney Ct**
**Centennial, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,207.00**

---

3.259 2

**Nonpriority creditor's name and mailing address**

**McKinnon Broadcasting - NACM**
**COMMERCIAL**
**606 N Pines Rd., Suite 102**
**Spokane Valley, WA 99206**

Date(s) debt was incurred _

Last 4 digits of account number **8195**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,814.11**

---

3.259 3

**Nonpriority creditor's name and mailing address**

**Medford & Joan Campbell Jr**
**4800 Coyle Road Unit 403**
**Owings Mills, MA 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,995.00**

---

3.259 4

**Nonpriority creditor's name and mailing address**

**Megan Seftas**
**1672 Dover St, 114**
**Lakewood, CO 80215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**

Case number (if known) _____

Name

---

**3.259**
**5**

**Nonpriority creditor's name and mailing address**

**Meghan & Leticia Birdseye/Guevara**
**831 Hearthstone Drive**
**Stone Mountain, GA 30083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,870.00**

---

**3.259**
**6**

**Nonpriority creditor's name and mailing address**

**Mei Kamenik**
**5182 silverbirch dr**
**Castro valley, CA 94552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

**3.259**
**7**

**Nonpriority creditor's name and mailing address**

**Meilo & Kimberly Del Toro**
**238 Zenobia Street**
**Denver, Co 80219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.259**
**8**

**Nonpriority creditor's name and mailing address**

**Mel and Rose Reyes**
**2807 Mossy Log Court**
**Houston, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,495.00**

---

**3.259**
**9**

**Nonpriority creditor's name and mailing address**

**Melanie And Louis Perri**
**1284 Mystic Court**
**Spring Hill, FL 34609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,915.00**

---

**3.260**
**0**

**Nonpriority creditor's name and mailing address**

**Melanie And Robert Matej**
**PO BOX 363**
**Orchard, TX 77464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,044.00**

---

**3.260**
**1**

**Nonpriority creditor's name and mailing address**

**Melanie Schaar**
**44250 W. Caven Drive**
**Maricopa, AZ 85138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,935.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.260 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Melia Hotels International** | ☐ Contingent | |
| | **Gremio Toneleros** | ☐ Unliquidated | |
| | **24. Pol gono Industrial Son Castell . 07** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.260 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,450.00** |
|---|---|---|---|
| | **Melissa and Howard Fear** | ☐ Contingent | |
| | **12238 W. 70th Ave** | ☐ Unliquidated | |
| | **Arvada, CO 80004-2332** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.260 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |
|---|---|---|---|
| | **Melissa Cintron (Camacho)** | ☐ Contingent | |
| | **4932 N. Nagle Ave** | ☐ Unliquidated | |
| | **Chicago, IL 60630** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.260 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,545.00** |
|---|---|---|---|
| | **Melissa Johnson** | ☐ Contingent | |
| | **3630 Josephine St** | ☐ Unliquidated | |
| | **Denver, CO 80205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.260 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,918.00** |
|---|---|---|---|
| | **Melissa/Sharita Perez/Jones** | ☐ Contingent | |
| | **110 Clearview Avenue #102** | ☐ Unliquidated | |
| | **Friendswood, TX 77546** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.260 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,495.00** |
|---|---|---|---|
| | **Melito and Ivy Garcia** | ☐ Contingent | |
| | **6305 W 6th Ave D29** | ☐ Unliquidated | |
| | **Lakewoord, CO 80214** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.260 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,698.98** |
|---|---|---|---|
| | **Melody & Terry Mcdonald** | ☐ Contingent | |
| | **13015 Terminal Way** | ☐ Unliquidated | |
| | **Woodbridge, VA 22193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.260 9** | **Nonpriority creditor's name and mailing address** | $4,996.00 |

**Melody Vroman**
**122 Fessler Drive**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 0** | **Nonpriority creditor's name and mailing address** | $2,856.00 |

**Melvin & Emma Bates**
**9399 W Burgandy Ave**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 1** | **Nonpriority creditor's name and mailing address** | $3,745.00 |

**Melvin & Gloria Graves**
**1404 Lakewood Drive**
**Joliet, IL 60431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 2** | **Nonpriority creditor's name and mailing address** | $3,500.00 |

**Melvin & Linda Drukman/Miller**
**5338 Brooke Ridge Dr.**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 3** | **Nonpriority creditor's name and mailing address** | $0.00 |

**MENU  Silverleaf Resorts Headquarters &**
**6321 Boulevard 26**
**North Richland Hills, TX 76180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 4** | **Nonpriority creditor's name and mailing address** | Unknown |

**Merchant Services**
**PO BOX 6010**
**Hagerstown, MD 21741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.261 5** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Meredith Corporation**
**5700 Knob Road**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                        Case number (if known) _____
     Name

| | | |
|---|---|---|
| **3.261 6** | **Nonpriority creditor's name and mailing address**<br>**Meredith Myers**<br>**19342 E Purdue Cir**<br>**Aurora, CO 80013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.261 7** | **Nonpriority creditor's name and mailing address**<br>**Meredith Myers Consultant - Lighthouse B**<br>**19342 E Purdue Cir**<br>**Aurora, CO 80013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3253** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,850.00** |

| | | |
|---|---|---|
| **3.261 8** | **Nonpriority creditor's name and mailing address**<br>**Meridian Financial Services**<br>**PO Box 1410**<br>**Ashville, NC 28802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.261 9** | **Nonpriority creditor's name and mailing address**<br>**Merle & Vickie Lowe/Clark**<br>**1815 Downing Ave**<br>**Westchester, IL 60154**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,170.00** |

| | | |
|---|---|---|
| **3.262 0** | **Nonpriority creditor's name and mailing address**<br>**Merlene Castro**<br>**586 Parkside Dr**<br>**Chula Vista, CA 91910**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,048.00** |

| | | |
|---|---|---|
| **3.262 1** | **Nonpriority creditor's name and mailing address**<br>**Merrill and Maxine Cazier**<br>**514 Americas Way #10803 Box**<br>**Elder, SD 57719**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,550.00** |

| | | |
|---|---|---|
| **3.262 2** | **Nonpriority creditor's name and mailing address**<br>**Mexico Grand Hotels**<br>**AV. 16 DE SEPTIEMBRE #82, COL. CENTRO**<br>**MEXICO CITY, Mexico CDMX 6000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*) _____

| 3.262<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mia Reef Isla Mujeres**<br>**Islote El Yunque**<br>**Zazil-ha s/n, Centro - Supmza. 001 77400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **Q.R.** | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.262<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,022.42** |
|---|---|---|---|
| | **Michael & Alice Dore**<br>**407 Bronson Street**<br>**Medina, OH 44256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Michael & Alice Moore**<br>**25 Wesley Dr. Apt E**<br>**Asheville, NC 28803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,245.00** |
|---|---|---|---|
| | **Michael & Anastasia Martinez**<br>**112 Standish Lane**<br>**Schaumburg, IL 60193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Michael & Cecilia Hyland**<br>**29635 Cottonwood Cove Dr**<br>**Menifee, CA 92584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,232.00** |
|---|---|---|---|
| | **Michael & Diana Stephens**<br>**4938 Rabbit Mountain Ct**<br>**Colorado Springs, CO 80924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,295.00** |
|---|---|---|---|
| | **Michael & Dianna Silberhorn**<br>**9026 Stargaze Ave**<br>**San Diago, CA 92129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.263 0 | **Nonpriority creditor's name and mailing address** | $2,995.00 |

**Michael & Felicia & Jeremy Woodruff/Wall**
**620 Camden Ridge**
**Birmingham, AL 35226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 1 | **Nonpriority creditor's name and mailing address** | $2,995.00 |

**Michael & Jamie Mattei**
**7890 Laurel Drive**
**Nineveh, IN 46164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 2 | **Nonpriority creditor's name and mailing address** | $4,245.00 |

**Michael & Kim Anderson**
**1790 White Oaks Rd**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 3 | **Nonpriority creditor's name and mailing address** | $5,571.00 |

**Michael & Lisa Green**
**10638 E 112th Way**
**Henderson, CO 80640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 4 | **Nonpriority creditor's name and mailing address** | $3,398.00 |

**Michael & Margarita McGuire**
**7868 Drake Road**
**Woodbury, MN 55125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 5 | **Nonpriority creditor's name and mailing address** | $2,995.00 |

**Michael & Mildred (Millie) Gardner/Cox**
**3385 Ravinia Circle**
**Aurora, IL 60504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 6 | **Nonpriority creditor's name and mailing address** | $16,102.50 |

**Michael & Patty Jo Johnson**
**61 Golf House Rd**
**Laguna Vista, TX 78578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
Name

Case number *(if known)*

---

| 3.263 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,882.75 |
| **Michael & Roberta Marvels** | ☐ Contingent | |
| **3 Pointview Court** | ☐ Unliquidated | |
| **Arden, NC 28704** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,670.00 |
| **Michael & Sheila Geoghan** | ☐ Contingent | |
| **57 Coral Dr** | ☐ Unliquidated | |
| **Hazlet, NJ 07730** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,833.71 |
| **Michael & Sonia Escobedo** | ☐ Contingent | |
| **2411 Quail Valley East Drive** | ☐ Unliquidated | |
| **Missouri City, TX 77459** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,495.00 |
| **Michael & Stephanie Guise** | ☐ Contingent | |
| **7719 Hillgate Way** | ☐ Unliquidated | |
| **Parker, CO 80134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,533.00 |
| **Michael & Valinda Goodman** | ☐ Contingent | |
| **6037 Zinnia Court** | ☐ Unliquidated | |
| **Arvada, CO 80004** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,564.12 |
| **Michael & Wanda Klindt** | ☐ Contingent | |
| **103 Bridlewood Lane** | ☐ Unliquidated | |
| **Bluffton, SC 29910** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,980.00 |
| **Michael (Mike) Aldrich** | ☐ Contingent | |
| **1180 Graves Ave B** | ☐ Unliquidated | |
| **Estes Park, CO 80517** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  **Page 378 of 597**

Debtor   **Timeshare Termination Team, LLC**

Case number (*if known*) _____

Name

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,245.00** |
|---|---|---|---|

**Michael (Mike) and Mary Beth Berent**
**414 Sagebrush Road**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MICHAEL A.MOLFETTA and Flordia Legal**
**Con**
**9000 NW 44th St Suite 220**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,295.00** |
|---|---|---|---|

**Michael and Amiana Judd**
**39820 US HWY, 19 N Lot #108**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,754.00** |
|---|---|---|---|

**Michael and Christie Galbos**
**5728 South Caper Street**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,000.00** |
|---|---|---|---|

**Michael And Debra Sampiller**
**309 Yolane Drive**
**Sugar Grove, IL 60554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Michael And Geraldine Horn**
**10 Boxwood Drive**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.265 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,225.00** |
|---|---|---|---|

**Michael And Joan Finnerty**
**2 Phylmor Dr.**
**Westboro, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.265 1 | **Nonpriority creditor's name and mailing address**<br>**Michael and Karleen Leger**<br>**3401 Lee Pkwy STE 2105**<br>**Dallas, TX 76065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$4,245.00** |
|---|---|---|---|

| 3.265 2 | **Nonpriority creditor's name and mailing address**<br>**Michael and Kimberly Dennis**<br>**8646 E Nance St**<br>**Mesa, AZ 85207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,745.00** |
|---|---|---|---|

| 3.265 3 | **Nonpriority creditor's name and mailing address**<br>**Michael And Lynne Driscoll**<br>**5612 E Dayshore Walk**<br>**Long Beach, CA 90803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,200.00** |
|---|---|---|---|

| 3.265 4 | **Nonpriority creditor's name and mailing address**<br>**Michael and Marcena Reed**<br>**3156 Secretariat Lane**<br>**Montgomery, IL 60538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,850.00** |
|---|---|---|---|

| 3.265 5 | **Nonpriority creditor's name and mailing address**<br>**Michael and Mary Vetere**<br>**112 Longwell Dr**<br>**Grove City, PA 16127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
|---|---|---|---|

| 3.265 6 | **Nonpriority creditor's name and mailing address**<br>**Michael and Ruth Turczyn III/Turczyn**<br>**2218 Redwood Dr**<br>**Slatington, PA 18080**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,920.00** |
|---|---|---|---|

| 3.265 7 | **Nonpriority creditor's name and mailing address**<br>**Michael and Sandra Edwards**<br>**197 Range Street**<br>**Hartline, WA 99135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.265 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,246.50** |
|---|---|---|---|

**Michael and Shannon Kofta**
4220 Blair Ridge Rd
Cedar Falls, IA 50613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.265 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Michael And Sharron Pizzuto**
PO Box 44
Golden, CO 80402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,008.00** |
|---|---|---|---|

**Michael and Terri Balzano**
2016 Naamans Rd, Unit #B1
Wilmington, DE 19810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,695.00** |
|---|---|---|---|

**Michael and Terrilyn Renella**
17056 W. 63rd Drive
Arvada, CO 80403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,245.00** |
|---|---|---|---|

**Michael And Yolanda Richards**
3129 West 100th Place
Evergreen Park, IL 60805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Beaton**
6505 N Windmont Ave
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,600.00** |
|---|---|---|---|

**Michael Carpenter**
16754 E Ave X Space 28
Llano, CA 93544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
    Name
Case number *(if known)*

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Corrigan**
**1257 Briarhollow Ln**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,450.00** |
|---|---|---|---|

**Michael Curry and Nora Villasenor**
**2874 Everett Dr**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,652.00** |
|---|---|---|---|

**Michael Ferguson and Sandy Ho**
**3770 Hickory Hill Dr.**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,673.00** |
|---|---|---|---|

**Michael Friday**
**2772 El Camino Real N**
**Salines, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Michael Haas**
**6900 W Grant Ranch Blvd. #23**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Michael Hailey/Kathy Reese**
**563 27th Trail**
**Cotopaxi, CO 81223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Michael Healey**
**58 Mill Street**
**Weymouth, MA 02188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Timeshare Termination Team, LLC**
_____    Case number (if known) _____
Name

| 3.267 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael J Early**
**3150 S Tamarac Dr, Apt E306**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Michael Karaman**
**439 westwood center #15**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,392.47** |
|---|---|---|---|

**Michael Madison**
**22737 Meadow View Road**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,830.00** |
|---|---|---|---|

**Michael Matveenko**
**176 Stage Coach Rd**
**Sicklerville, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,900.00** |
|---|---|---|---|

**Michael Mihane**
**3892 South Mission Parkway**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,845.00** |
|---|---|---|---|

**Michael Psaras**
**90 Hickory Lane**
**Bayville, NJ 08721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.267 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,388.00** |
|---|---|---|---|

**Michael Troedel**
**1709 Mulberry Dr**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.267 9**

**Nonpriority creditor's name and mailing address**

**Michele & Percy Forward Jr**
**4831 Sunset Park Lane**
**Rosharon, TX 77583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$5,376.00**

---

**3.268 0**

**Nonpriority creditor's name and mailing address**

**Michele And Andre Powell**
**8639 S Rockwell St**
**Chicago, IL 60652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,420.00**

---

**3.268 1**

**Nonpriority creditor's name and mailing address**

**Michell Martinez**
**1648 N Magnolia Ave #106**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,300.00**

---

**3.268 2**

**Nonpriority creditor's name and mailing address**

**Michelle & James Lansford**
**2778 Vista View Drive**
**Lewisville, TX 75067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,005.00**

---

**3.268 3**

**Nonpriority creditor's name and mailing address**

**Michelle & Robert Kerro**
**116 North Port Lane**
**Huron, OH 44839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.268 4**

**Nonpriority creditor's name and mailing address**

**Michelle (Murphy) Dorcas**
**389 SW Upstage Glen**
**Lake City, FL 32024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,245.00**

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

**Michelle and Donald Adams**
**4810 Mimosa St**
**Loveland, CO 80535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,432.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____

_____
Name

| 3.268 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |
|---|---|---|---|

**Michelle and Mark Macgregor**
**1217 Raindrop Way**
**Castle Rock, CO 80109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,559.73 |
|---|---|---|---|

**Michelle and Robert Moyler**
**8022 Parnell St**
**Houston, TX 77051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,457.10 |
|---|---|---|---|

**Michelle Cole**
**11560 Summer Trace**
**Hampton, GA 30228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.05 |
|---|---|---|---|

**Michelle Elko and Cliff Jodzuweit**
**2324 S Elm Drive**
**Denver, CO 80222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,407.85 |
|---|---|---|---|

**Michelle Grinnage**
**4996 Notting Glen Lane**
**Snellville, GA 30039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,977.65 |
|---|---|---|---|

**Michelle Jordan**
**2811 Shadow Woods Court**
**Houston, TX 77043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,412.55 |
|---|---|---|---|

**Michelle Mathewson**
**1635 E 7th Ave**
**Denver, CO 80218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

**Michelle Smith-Ausman and Robert Ausman
307 Birch Avenue
Pittsburgh, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,244.60**

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

**Michelle Stevenson
40 Vendor Lane
Mays Landing, NJ 08330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,940.00**

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

**Michelle Valencia
483 Greenhorn Dr
Canon City, CO 81212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

**Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269 7**

**Nonpriority creditor's name and mailing address**

**Middle Earth
43980 Mahlon Vail Road, #806
Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269 8**

**Nonpriority creditor's name and mailing address**

**Middle Earth
1309 Coffeen Avenue, Suite 2500
Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269 9**

**Nonpriority creditor's name and mailing address**

**MIDDLE EARTH, LTD.**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.270 0**

**Nonpriority creditor's name and mailing address**

**Midge Forson**
**209 Long Ridge Dr.**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,328.00**

---

**3.270 1**

**Nonpriority creditor's name and mailing address**

**Miguel And Jessica Chaparro**
**108 Crest Drive**
**Log Lane Village, CO 80705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,678.54**

---

**3.270 2**

**Nonpriority creditor's name and mailing address**

**Miguel Lujan**
**5820 S Windermere Street**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

**3.270 3**

**Nonpriority creditor's name and mailing address**

**Miguel Williams**
**5806 Perrie Ln**
**Camp Springs, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,108.25**

---

**3.270 4**

**Nonpriority creditor's name and mailing address**

**Mike & Laurine Tilley**
**11009 Valley Lights Dr**
**El Chion, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,480.00**

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

**Mike And Bonnie O'Grady**
**5799 W. Conservation Dr**
**Frederick, CO 80504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

**Mike And Carol Waters**
**296 Anchors Way**
**North Court, FL 34287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*) _____

| 3.270<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mike and Erika Humbert**<br>**894 E County Down Dr**<br>**Chandler, AZ 85249**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,536.00** |
|---|---|---|---|
| 3.270<br>8 | **Nonpriority creditor's name and mailing address**<br>**Mike Whittenburg**<br>**152 A. Ayer Rd**<br>**Shirley, MA 01464**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.270<br>9 | **Nonpriority creditor's name and mailing address**<br>**Mildred Burnside, W. Fredrick Burnside a**<br>**520 North Halsted Street**<br>**Apartment 412**<br>**Chicago, IL 60642**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.50** |
| 3.271<br>0 | **Nonpriority creditor's name and mailing address**<br>**Mlle High Productions**<br>**4215 Independence Dr**<br>**Loveland, CO 80538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.271<br>1 | **Nonpriority creditor's name and mailing address**<br>**Milinda (Mindy) Mcginnis (Holston)**<br>**36182 W. 287th St.**<br>**Paola, KS 66071**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,795.00** |
| 3.271<br>2 | **Nonpriority creditor's name and mailing address**<br>**Milton & Debra Martin**<br>**522 Majestic Ridge Dr**<br>**Houston, TX 77049**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,604.18** |
| 3.271<br>3 | **Nonpriority creditor's name and mailing address**<br>**Milton & Yaritza Gonzalez**<br>**20700 Leeward Ln.**<br>**Cutler Bay, FL 33189**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.271<br>4 | **Nonpriority creditor's name and mailing address**<br>**Mindy Kobusch**<br>**2220 Applecross Road**<br>**Inverness, IL 60010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$3,108.25** |

| | | |
|---|---|---|
| 3.271<br>5 | **Nonpriority creditor's name and mailing address**<br>**MINNESOTA ATTORNEY GENERAL**<br>**445 Minnesota Street , Suite 1400**<br>**St. Paul, MN 55101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.271<br>6 | **Nonpriority creditor's name and mailing address**<br>**Minnie Acosta Richardson**<br>**(303) 873-4751 ext 401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.271<br>7 | **Nonpriority creditor's name and mailing address**<br>**Minnie and Jowana Williams and Dona Halt**<br>**7705 Fanwood Court**<br>**District Heights, MD 20747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,330.00** |

| | | |
|---|---|---|
| 3.271<br>8 | **Nonpriority creditor's name and mailing address**<br>**MIQ (National Display Online)**<br>**1001 Bannock St.**<br>**Denver, CO 80204**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.271<br>9 | **Nonpriority creditor's name and mailing address**<br>**MIQ (National Display Online)**<br>**261 5th Ave 26th floor**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.272<br>0 | **Nonpriority creditor's name and mailing address**<br>**Miramar Residents Club-Costa Rica**<br>**61101   Playa Herradura**<br>**Garabito, Puntarenas Costa Rica**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.272 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,420.00** |
|---|---|---|---|

**Miriam Broderick**
**840 Grove Street**
**Haddonfield, NJ 08033-1030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,775.00** |
|---|---|---|---|

**Misleidys Lemus and Yerandys Avila**
**8201 NW 68th Ave**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mississippi Attorney General**
**P.O. Box 220**
**Jackson, MS 39205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Missouri Attorney General's Office**
**Supreme Court Building 207 W. High St. P**
**Jefferson City, MO 65102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,300.00** |
|---|---|---|---|

**Mitch Jones**
**6235 Split Creek Lane**
**Alexandria, VA 22312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mitchell Reed Sussman & Associates**
**1053 S Palm Canyon Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mizner Place as Westin Tower**
**1775 Bonaventure Blvd.**
**Weston, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**                     Case number (if known) _____
         Name

| | | |
|---|---|---|
| **3.272 8** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Modular Interiors, Inc.** | |
| | **PO Box 202** | |
| | **Broomfield, CO 80038** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.272 9** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **MOLFETTA LAW** | |
| | **15795 Rockfield Blvd suite a,** | |
| | **Irvine, CA 92618** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.273 0** | **Nonpriority creditor's name and mailing address** | $9,249.55 |
| | **Molly And John Todd** | |
| | **4046 South Yampa Street** | |
| | **Aurora, CO 80013** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.273 1** | **Nonpriority creditor's name and mailing address** | $7,440.00 |
| | **Mona & Nicole Offer/Suggs** | |
| | **643 Picther Street** | |
| | **Baltimore, MD 21217** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.273 2** | **Nonpriority creditor's name and mailing address** | $3,200.00 |
| | **Mona Mohsen** | |
| | **8 Larkfield Dr** | |
| | **Toronto, ON M3B2H1** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.273 3** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Monarch Grand Vacations** | |
| | **8335 Las Vegas Blvd S** | |
| | **Las Vegas, NV 89123** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.273 4** | **Nonpriority creditor's name and mailing address** | $4,598.00 |
| | **Monica (Mikki) & Lawrence (Larry) Wagner** | |
| | **317 Alabama St SW** | |
| | **Lonsdale, MN 55046** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.273
5**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,732.00** |
| **Monica Hegeman** | ☐ Contingent | |
| **7989 Sioux Ln** | ☐ Unliquidated | |
| **Lakeland, FL 33810** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.273
6**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,376.00** |
| **Monice Silas** | ☐ Contingent | |
| **411 E. 72nd St., Floor #1** | ☐ Unliquidated | |
| **Chicago, IL 60619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.273
7**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,745.00** |
| **Monique and Phill Spinabella** | ☐ Contingent | |
| **At Life Stream** | ☐ Unliquidated | |
| **13617 N 55th Ave Apt 101** | ☐ Disputed | |
| **Glendale, AZ 85304** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.273
8**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,495.00** |
| **Monique Davis** | ☐ Contingent | |
| **18375 E Idaho Pl** | ☐ Unliquidated | |
| **Aurora, CO 80017** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.273
9**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,800.00** |
| **Monique Gadsby and Quentin Hall** | ☐ Contingent | |
| **97-30 57th Ave #15M** | ☐ Unliquidated | |
| **Corona, NY 11368** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.274
0**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Montana Office of the Attorney General** | ☐ Contingent | |
| **215 N Sanders St.** | ☐ Unliquidated | |
| **Helena, MT 59601** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.274
1**

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Monte Cristo Estates** | ☐ Contingent | |
| **Predio Para so Escondido 1 23450 Cabo Sa** | ☐ Unliquidated | |
| **Baja California Sur Mexico** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                         Case number (if known) _____
_____
Name

| 3.274 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,105.00** |
|---|---|---|---|

**Montgomery & Robin Younce**
**10072 E Superstition Range Rd**
**Gold Canyon, AZ 85118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,420.00** |
|---|---|---|---|

**Montriece & Raynell Robles/McBride**
**530 S Dovson Rd Apt 324**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morgan Lanae Gutierrez-Armijo**
**10826 Rainribbon Rd**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mount Vista**
**1301 S. Crismon Road Mesa**
 **AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mountain Loft**
**4960 Conference Way North Suite 100**
**Boca Raton, FL FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mountain Side Lodge**
**4417 Sundial Place Whistler**
**B.C. Canada V8E 0M8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mountain Village**
**455 Mountain Village Blvd. Suite A**
**Mountain Village, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name                                                    Case number (if known) _____

---

| 3.274 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mountain Vista Condominium Association**
**11002 Benton St**
**Westminster, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.275 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mountainside Lodge**
**4417 Sundial Place Whistler**
**B.C. Canada V8E 0M8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MROP - ORE**
**1521 East 3900 South**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Multi Resort Ownership**
**1521 E 3900 S**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Multi Resorts Ownership**
**1521 E 3900 S.**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MWG Administrators**
**PO Box 14067**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mystic Dunes Resort & Golf Club (Diamond**
**7600 Mystic Dunes Ln**
**Celebration, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

**NACM Commercial Services**
**606 N Pines Rd Suite 102**
**Spokane Valley, WA 99206**

Date(s) debt was incurred _

Last 4 digits of account number  **8195**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,821.51**

---

**3.275 7**

**Nonpriority creditor's name and mailing address**

**Nancy & Edward J. Galaydamock/Mock**
**4009 Welchester Dr**
**Chyenne, WY 82009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,061.00**

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

**Nancy and Robert Carter**
**9608 Summit Ridge Ct.**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,515.00**

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

**Nancy and Scott Candler**
**7368 W. Fremont Dr.**
**Littleton, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,600.00**

---

**3.276 0**

**Nonpriority creditor's name and mailing address**

**Nancy Cowee**
**12464 E. Wesley Ave**
**Aurora, CO 80014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,048.50**

---

**3.276 1**

**Nonpriority creditor's name and mailing address**

**Nancy Hall**
**5775 West 29th Street**
**#312**
**   CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,376.00**

---

**3.276 2**

**Nonpriority creditor's name and mailing address**

**Nancy Hassell-Haight**
**5233 Bellaire Blvd**
**B108**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,495.00**

---

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.276 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Nancy Seid**<br>**693 East Halpin Drive**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,938.43 |
|---|---|---|
| **Nannette And Tom Inocente**<br>**4205 Old Timber Lane**<br>**Crowley, TX 76036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Nantucket Resorts**<br>**3 Step Lane**<br>**Nantucket, MA 02554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,880.00 |
|---|---|---|
| **Naomi Foster**<br>**401 W. Spring St**<br>**West Haven, CT 06516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Natalie & Abimelec Bodaghian/Burgos**<br>**6108 W Ave. L12**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,607.80 |
|---|---|---|
| **Natalie Walker**<br>**3485 Eagle Ridge Drive**<br>**Woodbridge, VA 22191-6562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|
| **Nathan & Gloria Miller**<br>**1505 Fort Duquesna Dr**<br>**Sun City Center, FL 33573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| 3.277 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Nathan & Tanya Minor**
**1810 Goulv Drive**
**District Heights, MD 20747**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Nathan Witmyer**
**5818 Cumbre Vista Way**
**CO Springs, CO 80924**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,318.81 |
|---|---|---|---|

**Nathaniel (Niel) & Brenda Foote**
**499 Alton Road**
**Galloway, OH 43119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,282.75 |
|---|---|---|---|

**Natisha And Lawrence Reeves-Williams**
**537 Stephen Drive N**
**Schererville, IN 46375**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nativo**
**100 N. Pacific Coast Highway, 10th Floor**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NBC**
**30 Rockefeller Plaza**
**New York, NY 10112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NBC4 WCMH-TV**
**3165 Olentangy River Road**
**Columbus, OH 43202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.277 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nebraska Attorney General**
**2115 State Capitol**
**Lincoln, NE 68509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.277 8 | **Nonpriority creditor's name and mailing address** | **$10,038.00** |

**Neil & Gloria Gonzalez**
**11551 Erwin Street Apt. 2**
**North Hollywood, CA 91606**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 9 | **Nonpriority creditor's name and mailing address** | **$5,045.00** |

**Neil and Beth Carlberg**
**916 49th Ave Ct**
**Greeley, CO 80634**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 0 | **Nonpriority creditor's name and mailing address** | **$11,176.69** |

**Nelly Perez-Mendez and Rogelio Mendez**
**3759 W. 58th Pl**
**Chicago, IL 60629**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 1 | **Nonpriority creditor's name and mailing address** | **$8,132.40** |

**Nelson & Janice Eckrote**
**1614 Harding Avenue**
**Williamsport, PA 17701**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 2 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Nelson and Silvana Girot**
**12310 SW 194th St**
**Miami, FL 33177**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 3 | **Nonpriority creditor's name and mailing address** | **$3,227.00** |

**Neva & Gail Stevenson/Parsons**
**393 Homewood Ave**
**Orillia, Ontario CA L3V3K9**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

**Nevada Attorney General**
**5420 Kietzke Lane, Suite 202**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

**Nevada Attorney General**
**Grant Sawyer Building 555 E. Washington**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

**Nevada Attorney General**
**100 North Carson Street**
**Carson City, NV 89701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**

**New Hampshire Department of Justice**
**33 Capitol Street**
**Concord, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

**New Jersey Attorney General**
**Richard J. Hughes Justice Complex, 25 Ma**
**Trenton, NJ 08611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 9**

**Nonpriority creditor's name and mailing address**

**New Mexico Attorney General**
**201 3rd St NW #300**
**Albuquerque, NM 87102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279 0**

**Nonpriority creditor's name and mailing address**

**New York Office of the Attorney General**
**The Capitol**
**Albany, NY 12224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.279<br>1 | **Nonpriority creditor's name and mailing address**<br>**News Channel 8 WFLA - Great 38 WTTA**<br>**200 South Parker Street,**<br>**Tampa, FL 33606** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,725.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2733** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>2 | **Nonpriority creditor's name and mailing address**<br>**Newsmax Media**<br>**750 Park of Commerce Dr**<br>**Boca Raton, FL 33487** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>3 | **Nonpriority creditor's name and mailing address**<br>**Nexstar Broadcasting Media Group**<br>**545 E John Carpenter Freeway Suite 700**<br>**Irving, TX 75062** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,336.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2162** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>4 | **Nonpriority creditor's name and mailing address**<br>**Nexstar Media collections WKRN**<br>**PO Box 743299**<br>**Atlanta, GA 30384** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,948.75** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nextiva**<br>**8800 E Chaparral Road Suite 300**<br>**Scottsdale, AZ 85250** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,126.62** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1548** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nicholas & Candice Van Rooyen**<br>**4796 Apache Trail**<br>**Columbiaville, MI 48421** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,707.10** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nichole & Matthew Woodrum**<br>**1933 Indian Woods Lane**<br>**Okeana, OH 45053** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,956.67** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2798**

**Nonpriority creditor's name and mailing address**

**Nichole Fisher**
**342 Ravinia Way**
**Lawrenceville, GA 30044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,206.00**

---

**3.2799**

**Nonpriority creditor's name and mailing address**

**Nick & Cynthia Slattery**
**31070 463rd Ave**
**Vermillion, SD 57069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.2800**

**Nonpriority creditor's name and mailing address**

**Nick & Paula Boyett**
**600 Chandler Drive**
**Baytown, TX 77521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,795.00**

---

**3.2801**

**Nonpriority creditor's name and mailing address**

**Nick (Harrison) & Linda Eiteljorg**
**142 Grays Lane**
**Haverford, PA 10941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,890.00**

---

**3.2802**

**Nonpriority creditor's name and mailing address**

**Nick and Maria Paparella**
**1460 Mohawk Rd**
**Mohegan Lake, NY 10547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,700.00**

---

**3.2803**

**Nonpriority creditor's name and mailing address**

**Nicklaus and Stephanie Diede**
**4360 Thompson Parkway**
**Johnstown, CO 80534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

**3.2804**

**Nonpriority creditor's name and mailing address**

**Nicolas, Yahani, Kelly and Vicki Robinso**
**9003 Anderson Bluff**
**Converse, TX 78244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,072.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Timeshare Termination Team, LLC**

Case number (if known) _____

Name

---

| 3.280 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,418.00** |
| **Nicole & Ralph Sheppard** | ☐ Contingent | |
| **2810 Ireton Place** | ☐ Unliquidated | |
| **Kannapolis, NC 28083** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.280 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,367.75** |
| **NIcole (Nikki) and Mara Saltzburg** | ☐ Contingent | |
| **7335 La Paz Court** | ☐ Unliquidated | |
| **Apt 107** | ☐ Disputed | |
| **Boca Raton, FL 33433** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.280 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,460.00** |
| **Nicole and Daniel Folden** | ☐ Contingent | |
| **7881B Buckeye Cir** | ☐ Unliquidated | |
| **Shaw AFB, SC 29152** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.280 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
| **Nicole And Desarie Barclay** | ☐ Contingent | |
| **9603 Vinca Circle** | ☐ Unliquidated | |
| **Apt F** | ☐ Disputed | |
| **Charlotte, NC 28213** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.280 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nicole Foster** | ☐ Contingent | |
| **23 Oakland St Apt 23-6** | ☐ Unliquidated | |
| **Aurora, CO 80012** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.281 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nicole Rivera** | ☐ Contingent | |
| **6000 S Fraser St 6-201** | ☐ Unliquidated | |
| **Aurora, CO 80016** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.281 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nicole Spinato** | ☐ Contingent | |
| **6226 Red Canyon Drive Apt G** | ☐ Unliquidated | |
| **Highlands Ranch, CO 80130** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**

Case number (*if known*) _____

Name

---

**3.281 2**

**Nonpriority creditor's name and mailing address**

**Nicolle Hoffman and Mark Zemke**
**6678 S. Arapahoe Drive**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,744.60**

---

**3.281 3**

**Nonpriority creditor's name and mailing address**

**Nievia & Walter Chambers**
**303 Lakeglen Ct**
**Sugar Land, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,800.00**

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

**Nina & Eduardo Cortez/Dehoyos**
**2309 Trinity Park Court**
**Deer Park, TX 77536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,957.00**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

**Ninfa & Noelle Gancero**
**502 Redondo Dr**
**Unit 110**
**Downers Grove, IL 60516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,580.11**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

**Noble Resorts**
**600 6th St South**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.281 7**

**Nonpriority creditor's name and mailing address**

**Noelani & Daniel Derouin**
**305 Choker St SE**
**Olympia, WA 98503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,900.00**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**

**Noelise And Martin Cornelius**
**7607 Las Flores Dr**
**Houston, TX 77083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,900.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2819**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,372.00 |
|---|---|---|
| **Noella And Wesley Violet**<br>**4919 Enchanted Springs Drive**<br>**Rosharon, TX 77583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2820**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,440.00 |
|---|---|---|
| **Noelle Schaffold-Noel and John Schaffold**<br>**213 North Rose Drive**<br>**Glenshaw, PA 15116-3117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2821**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,040.00 |
|---|---|---|
| **Nona Lee**<br>**1508 E San Miguel Ave**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2822**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|
| **Nora Ortiz**<br>**14218 S Manistee St**<br>**Burnham, IL 60633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2823**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.75 |
|---|---|---|
| **Noreen And Paul Colley**<br>**200 Snyder Dr**<br>**Moon Township, PA 15108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2824**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|
| **Norm and Linda Bledsoe**<br>**21803 E Heritage Pkwy**<br>**Aurora, CO 80016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2825**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |
|---|---|---|
| **Norma & Robert Pullen**<br>**2802 Homecoming Lane**<br>**Waldorf, MD 20603-4022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**                                   Case number (if known) _____
_____
Name

| 3.282 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Norma Alonzo and Lillian Bustos**
**4901 E Sunrise Dr #604**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,932.00 |
|---|---|---|---|

**Norma and Doel Echevarria**
**1129 Morris Court**
**Beach Park, IL 60099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,495.00 |
|---|---|---|---|

**Norma and Thomas Cameron**
**39 Goshen Rd.**
**Carthage, MS 39051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Norman & Beverly Walker/Nelson**
**9539 N Canyon Heights Dr**
**Cedar Hills, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,498.00 |
|---|---|---|---|

**Norman & Mercedes Fraga**
**2644 O'donnell drive**
**San pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,148.00 |
|---|---|---|---|

**Norman (Kevin) & Leora Whiting**
**992 E. Ashburn Mountain Drive**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,849.00 |
|---|---|---|---|

**Norman And Barbara Atkins**
**4006 Chesley Martin Drive**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**

Case number (*if known*) _____

Name

| 3.283 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,105.00** |
|---|---|---|---|

**Norman and June Brigandi**
**14152E Linvale Place Unit 604**
**Aurora, co 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,045.00** |
|---|---|---|---|

**Norris & Carol Overdahl**
**268 Del Sol Ave**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,545.00** |
|---|---|---|---|

**Norris & Velma Dillard**
**4922 Mayflower St**
**Houston, TX 77033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Carolina Attorney General**
**114 West Edenton Street**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Dakota Attorney General**
**600 E. Boulevard Ave Dept. 125**
**Bismarck, ND 58505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Pier Ocean Villas**
**1800 Canal Dr**
**Carolina Beach, NC 28428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,644.00** |
|---|---|---|---|

**Novlet Rose**
**1661 Mariner Lane**
**Port St. Lucie, FL 34983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.284<br>0 | **Nonpriority creditor's name and mailing address**<br>**Nunzio & Carol Bonaventura**<br>**105 Sunning Dale Court South**<br>**Lancaster, PA 17603**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$10,000.00** |
| 3.284<br>1 | **Nonpriority creditor's name and mailing address**<br>**O'Conner & Alita Anderson**<br>**4645 Hayes St. NE**<br>**Washington DC, DC 20019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,295.00** |
| 3.284<br>2 | **Nonpriority creditor's name and mailing address**<br>**Oak Plantation**<br>**4090 Enchanted Oaks Cir**<br>**Kissimmee, FL 34741**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.284<br>3 | **Nonpriority creditor's name and mailing address**<br>**Oaks at Resort World Condo Association**<br>**8451 PALM PARKWAY LAKE**<br>**BUENA VISTA, FL 32836**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.284<br>4 | **Nonpriority creditor's name and mailing address**<br>**Occidental Vacation Club**<br>**Av. Sarasota 65**<br>**Santo Domingo, Dominican Republic**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.284<br>5 | **Nonpriority creditor's name and mailing address**<br>**Ocean Canyon Properties**<br>**1001 Walnut St**<br>**Texarkana, TX 75501**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.284<br>6 | **Nonpriority creditor's name and mailing address**<br>**Ocean Forest Colony**<br>**5900 N Ocean Blvd**<br>**Myrtle Beach, SC 29577**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.284 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Key Resort**
**0 Duval St**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Landing Coco Beach**
**900 N Atlantic Ave**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Pines**
**1445 Duck Rd**
**Duck, NC 27949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Reef Yacht Club**
**G83Q+Q5X**
**Freeport, The Bahamas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Sands Beach Club**
**3301 Hill St**
**New Smyrna Beach, FL 32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ocean Time**
**6 135th St**
**Ocean City, MD 21842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Octavia And Slade Hollinger**
**261 Mango Dr**
**Palatka, FL 32177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.285<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,450.00** |
|---|---|---|---|
| | **Odis Richardson**<br>**153 Jennifer Lane**<br>**Calumet City, IL 60409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.285<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Office of the Attorney General Colorado**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.285<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Office of the Attorney General of Iowa**<br>**Hoover State Office Building 1305 E. Wal**<br>**Des Moines, IA 50319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.285<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Office of the Attorney General State of**<br>**PL-01 The Capitol**<br>**Tallahassee, FL 32399** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.285<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Office of the Maine Attorney General**<br>**6 State House Station**<br>**Augusta, ME 04333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.285<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Office of the Oklahoma Attorney General**<br>**313 NE 21st Street**<br>**Oklahoma City, OK 73105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.286<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ohio Attorney General**<br>**30 E. Broad St., 14th Floor**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
| | Name | | |

| 3.286<br>1 | **Nonpriority creditor's name and mailing address**<br>**Ola & Aljahi Gardner**<br>**2714 6th St**<br>**Winthrop, IL 60096**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,445.00** |

| 3.286<br>2 | **Nonpriority creditor's name and mailing address**<br>**Olainia Taylor and Walter Haynes**<br>**PO Box 39013**<br>**Denver, CO 80239**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,699.16** |

| 3.286<br>3 | **Nonpriority creditor's name and mailing address**<br>**Olalekan Daramola**<br>**10524 Lavon Bend**<br>**Austin, TX 78717**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,000.00** |

| 3.286<br>4 | **Nonpriority creditor's name and mailing address**<br>**Old Bay Getaway**<br>**7 Fig Street**<br>**Cape Charles, VA 23310**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.286<br>5 | **Nonpriority creditor's name and mailing address**<br>**Ole (Gus) and Anne Ovstegard**<br>**17 Beachwood Dr**<br>**Hilton Head Island, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,707.00** |

| 3.286<br>6 | **Nonpriority creditor's name and mailing address**<br>**Olga And Larry Smith**<br>**4340 Kansas st apt# 4**<br>**San Diego, CA 92104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,179.27** |

| 3.286<br>7 | **Nonpriority creditor's name and mailing address**<br>**Olive Holness**<br>**5415 Trails Way**<br>**Bakersfield, CA 93313**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.286 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.00 |
|---|---|---|
| **Oliver and Helen Yoon**<br>**300 State St unit 92233**<br>**SouthLake, TX 76092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.286 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|---|---|---|
| **Olivia Bailon**<br>**1658 Lomita Blvd.**<br>**APT D**<br>**Harbor City, CA 90710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.287 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,195.77 |
|---|---|---|
| **Oluyinka (Yinka) Oluwaseun Fesojaiye**<br>**8201 Kona Ave**<br>**Apt 290**<br>**Jacksonville, FL 32211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.287 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Olympic Village Inn**<br>**1900 Squaw Valley Rd**<br>**Olympic, CA 95730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.287 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Olympic Village Inn, Tahoe**<br>**1909 Chamonix Pl,**<br>**Olympic Valley, CA 96146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.287 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |
|---|---|---|
| **Omar and Patricia Dena**<br>**24963 Coral Canyon Rd**<br>**Corona, CA 92883** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.287 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|
| **Opal Gill/Sonya Jacobs**<br>**4018 177th St**<br>**Country Club Hills, IL 60478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                                   Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.287 5 | **Nonpriority creditor's name and mailing address**<br>**Ora Washington**<br>**8608 Paper Birch Lane, PO Box 16750**<br>**Fort Worth, TX 76162**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes     **$6,020.64** |
| 3.287 6 | **Nonpriority creditor's name and mailing address**<br>**Orange Lake Resorts**<br>**8505 W Irlo Bronson Memorial Hwy**<br>**Kissimmee, FL 34747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$0.00** |
| 3.287 7 | **Nonpriority creditor's name and mailing address**<br>**Oregon Department of Justice**<br>**1162 Court St. NE**<br>**Salem, OR 97301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$0.00** |
| 3.287 8 | **Nonpriority creditor's name and mailing address**<br>**Oritshemajemite Oma-Pedru Maj Pedru and**<br>**10333 Clay Road Apt 4005**<br>**Houston, TX 77041**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$5,000.00** |
| 3.287 9 | **Nonpriority creditor's name and mailing address**<br>**Orlando and Vernail Price**<br>**534 Georgia Circle**<br>**Loganville, GA 30052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$5,240.00** |
| 3.288 0 | **Nonpriority creditor's name and mailing address**<br>**Orlando Arredondo and Gloria Avila**<br>**17156 East Dorado Drive**<br>**Centennial, CO 80015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$1,995.00** |
| 3.288 1 | **Nonpriority creditor's name and mailing address**<br>**Orlando Resort Development Group**<br>**ONE VANCE GAP ROAD**<br>**ASHEVILLE, NC 28805**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes     **$0.00** |

Debtor   **Timeshare Termination Team, LLC**                      Case number (if known) _____
_____
               Name

| 3.288 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,400.00** |
|---|---|---|---|

**Oscar Canizales**
**3910 Woodlake Dr**
**Hanover Park, IL 60133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Outdoor Promotions**
**7100 North Broadway #7G**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Outfront Media**
**4647 Leyden St**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Oyster Bay**
**4357 S Island Hwy**
**Campbell River, BC V9H 1N4, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,125.00** |
|---|---|---|---|

**Pablo & Errika Cavero**
**18741 E Water Dr**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Pablo (Pepi) Pepin**
**5858 North Mulligan Ave**
**Apt 1**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.50** |
|---|---|---|---|

**PACER Service Center**
**PO Box 5208**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4807**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.288 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pacific Office Automation**<br>**14747 NW Greenbrier Pkwy**<br>**Beaverton, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|
| **Pacifico Palmarini**<br>**94803 Hilspach ST**<br>**Philadelphia, PA 19115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **PAHIO Resorts**<br>**3970 Wyllie Rd**<br>**Princeville, HI 96722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Palace Resorts**<br>**301 NW 18th Ave**<br>**Miami, FL 33125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Palace View South - Branson**<br>**700 Blue Meadows Rd**<br>**Branson, MO 65616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Palm Beach Resort**<br>**22984 Perdido Beach Blvd**<br>**Orange Beach, AL 36561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.289 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Palm Beach Shores Resort**<br>**181 S Ocean Ave**<br>**Palm Beach Shores, FL 33404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

---

| 3.289 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Canyon**
**2800 S Palm Canyon Dr**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Shore Beach**
**181 S Ocean Ave**
**Palm Beach Shores, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palmera Resorts**
**33 Office Park Road, Unit 219**
**Hilton Head Island, SC 29938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palms Golf Club**
**57000 Palms Dr**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Paloma & Charles Hill**
**4315 Stonebridge Drive**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,520.00 |
|---|---|---|---|

**Pam & Dave Falls**
**1901 Falconhurst Drive**
**Charlotte, SC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Pam and Melvin Ora**
**1290 Milano Cir**
**Dunedin, FL 69380-4384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____  Case number (if known) _____
Name

---

| 3.290 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Pam Dunlap**
**4017 17th St. North**
**St. Petersburg, FL 33714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,650.00** |
|---|---|---|---|

**Pamela & Duane Holmes**
**4455 South Van Gordon way**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,903.07** |
|---|---|---|---|

**Pamela & Randall Smith**
**9125 Rockrose Drive**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,998.00** |
|---|---|---|---|

**Pamela & William Boiler**
**1919 Mount Blanco Rd.**
**Chester, VA 23836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,450.00** |
|---|---|---|---|

**Pamela And Al Durel**
**108 Pintail Dr.**
**Clute**
**  TX 77531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,856.00** |
|---|---|---|---|

**Pamela and Jeffrey Meyer**
**3045 Timberchase Trail**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,295.00** |
|---|---|---|---|

**Pamela and Paul Highfill**
**5502 Winding Way Dr**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
         Name

---

| 3.291 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,245.00** |
| **Pamela and Sheldon Barthlama**<br>**3536 Delta Court**<br>**Loveland, CO 80538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
| **Pamela Carter**<br>**700 N Leisure Point**<br>**Inverness, FL 34453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,300.00** |
| **Pamela Petties**<br>**950 W. 116th St.**<br>**Chicago, IL 60643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,472.34** |
| **Pamela Shaw**<br>**35 Jean Drive**<br>**Florissant, MO 63031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,949.00** |
| **Pamela Wilson and Custer Trust**<br>**11754 Encino Ave**<br>**Granada Hills, CA 91344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Paniolo Resort**<br>**68-1745 Waikoloa Rd**<br>**Waikoloa Village, HI 96738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Paradise Beach Resort and Spa**<br>**Av. Paseo de los Cocoteros 1 Nuevo Valla**<br>**Nayarit Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| 3.291 7 | Nonpriority creditor's name and mailing address **Paradise Island Beach Club Bahamas suite 1226, Garden View Drive, Paradise Island Nassau, Paradise Island** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ☐ No ☐ Yes

| 3.291 8 | Nonpriority creditor's name and mailing address **Paradise Village Av. Paseo de los Cocoteros 1 Nuevo Valla , Riviera Nayarit, Nay Mexico** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.291 9 | Nonpriority creditor's name and mailing address **Park Regency Resort 1710 Prospector Ave Park City, UT 84060** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.292 0 | Nonpriority creditor's name and mailing address **Parnell Jordan 5325 Adams St. Merriville, IN 46410** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,253.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.292 1 | Nonpriority creditor's name and mailing address **Parveen Ranjan 14415 N 14th Dr Phoenix, AZ 85023** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,950.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.292 2 | Nonpriority creditor's name and mailing address **Pat & Luke Morton 255 Mason Ct Sycamore, IL 60178** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,200.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.292 3 | Nonpriority creditor's name and mailing address **Pat and Charles Wertin 440 E Mineral Ct Littleton, CO 80122** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,370.00 |

Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.292 4 | Nonpriority creditor's name and mailing address<br>**Pat Devine and Kirwan MacMillan**<br>**Po Box 295**<br>**Plaistow, NH 03865**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$7,250.00** |
| 3.292 5 | Nonpriority creditor's name and mailing address<br>**Pat Espinoza**<br>**8478 Mesa Heights Rd.**<br>**Santee, CA 92071**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,995.00** |
| 3.292 6 | Nonpriority creditor's name and mailing address<br>**Pat Johnson**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.292 7 | Nonpriority creditor's name and mailing address<br>**Patrice Andreozzi**<br>**6 Lake Dr**<br>**New Fairfield, CT 06812**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,622.00** |
| 3.292 8 | Nonpriority creditor's name and mailing address<br>**Patrice Wall**<br>**1114 W Williams Cir, Apt #5**<br>**Elizabeth City, NC 27909**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,600.00** |
| 3.292 9 | Nonpriority creditor's name and mailing address<br>**Patricia & William Johnson**<br>**720 Oak Terrace**<br>**Orange City, FL 32763**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.293 0 | Nonpriority creditor's name and mailing address<br>**Patricia Allison**<br>**1333 Armsley Ct**<br>**Fort Collins, CO 80525**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,250.00** |

Debtor **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Patricia and Dale Polick**
3328 Stonebridge Trail
Valrico, FL 33596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.293 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**Patricia and Henry Jackson**
23 Union Landing RD
Cinnaminson, NJ 08077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,382.50 |
|---|---|---|---|

**Patricia And Joseph Putila**
300 Center Street
Carmichaels, PA 15320-1048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,715.90 |
|---|---|---|---|

**Patricia And Patrick Puranda**
5021 Lake Field Drive
Douglasville, GA 30135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Patricia And Peter Daniluk**
9424 W. Kentucky Ave.
Lakewood, CO 80226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |
|---|---|---|---|

**Patricia and Stanley Frahm**
6757 S Gibraltar Ct
Centennial, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,426.51 |
|---|---|---|---|

**Patricia Avila and Pablo Olvera**
6002 S 43rd St
Phoenix, AZ 85042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) |
|--------|-------------------------------------|------------------------|
| | Name | |

---

**3.293 8**

**Nonpriority creditor's name and mailing address**

**Patricia Bolanos**
**12-04 robin lane**
**Bayside, NY 11360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$8,583.00**

---

**3.293 9**

**Nonpriority creditor's name and mailing address**

**Patricia Dykes**
**11540 Lemmond Acres Drive**
**Mint Hills, NC 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,995.00**

---

**3.294 0**

**Nonpriority creditor's name and mailing address**

**Patricia Fredrick**
**16932 East Amherst Drive**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$4,277.50**

---

**3.294 1**

**Nonpriority creditor's name and mailing address**

**Patricia Gryder**
**1220 Camelot Ct.**
**Lenoir, NC 28645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$3,283.25**

---

**3.294 2**

**Nonpriority creditor's name and mailing address**

**Patricia Ressmeyer**
**3095 Carson Street**
**Aurora, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,495.00**

---

**3.294 3**

**Nonpriority creditor's name and mailing address**

**Patrick & Bonnie Robinson**
**7036 S. Shawnee**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$5,804.00**

---

**3.294 4**

**Nonpriority creditor's name and mailing address**

**Patrick & Christina Boling**
**75733 Rickelin Dr.**
**Covington, LA 70435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,995.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.294 5**

**Nonpriority creditor's name and mailing address**

**Patrick & Debra Neeley**
**5009 Marburn Ct**
**Sacramento, CA 95823**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,108.00**

---

**3.294 6**

**Nonpriority creditor's name and mailing address**

**Patrick & Kendra Cole**
**4877 Cinta Ct.**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.294 7**

**Nonpriority creditor's name and mailing address**

**Patrick Johnson**
**3410 S. Biscay Way**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.294 8**

**Nonpriority creditor's name and mailing address**

**Patrick Mogbo**
**367 W. Locust Street**
**Unit 307**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

---

**3.294 9**

**Nonpriority creditor's name and mailing address**

**Patrick Sylvester**
**915 N York St. Condo 202**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

**3.295 0**

**Nonpriority creditor's name and mailing address**

**PATRIOT ADVOCATES, INC.**
**1065 W. MORSE BLVD., SUITE 103**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.295 1**

**Nonpriority creditor's name and mailing address**

**Patti and Stosh Bippus**
**15050 Harrison Street**
**Brighton, CO 80602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,521.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
| | Name | | |

---

**3.295 2**

**Nonpriority creditor's name and mailing address**
**Paul & Carolyn Secor**
**2934 Beachtree Lane**
**Bedford, TX 76021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$27,660.00**

---

**3.295 3**

**Nonpriority creditor's name and mailing address**
**Paul & Donnie Keys**
**24479 S. Independence Blvd.**
**Crete, IL 60417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,250.00**

---

**3.295 4**

**Nonpriority creditor's name and mailing address**
**Paul & Gay (GG) Marshall**
**11414 Taos Lane**
**Houtson, TX 77070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,458.00**

---

**3.295 5**

**Nonpriority creditor's name and mailing address**
**Paul & Jean Marietta**
**8714 Oak Park Ave**
**Oak Lawn, IL 60453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

**3.295 6**

**Nonpriority creditor's name and mailing address**
**Paul & Linda Smith**
**502 Oldcastle St.**
**Houston, TX 77013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,190.00**

---

**3.295 7**

**Nonpriority creditor's name and mailing address**
**Paul & Lorraine Shoemaker**
**212 Sun Swept**
**Troy, MO 63379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,995.00**

---

**3.295 8**

**Nonpriority creditor's name and mailing address**
**Paul & Nancy Anderson**
**8364 Sumpter Ct**
**Elizabeth, CO 80107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,745.00**

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.295 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Paul & Phyllis Forsythe**
1054 N. 88th St.
Mesa, AZ 85207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.296 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,887.00 |
|---|---|---|---|

**Paul & Sandra Thompson**
23766 bouquet canyon pl
Moreno Valley, CA 92557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,167.00 |
|---|---|---|---|

**Paul and Angela Grandacarpio**
2213 Cushman Drive
Columbia, SC 29204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,515.00 |
|---|---|---|---|

**Paul And Karen Washington**
902 W. Mierianne St
Houston, TX 77088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Paul Breidenbach and Deborah Duley**
2469 Bold Springs Road
Dacula, GA 30019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Paul Jaminet**
13175 Elizabeth St.
Thornton, CO 80241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,894.00 |
|---|---|---|---|

**Paul Mayo**
5502 W Buena Vista Ave
Visalia, CA 93291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.296 6** | **Nonpriority creditor's name and mailing address** <br> **Paul Miller** <br> PO Box 24463 <br> Denver, CO 80224 | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.296 7** | **Nonpriority creditor's name and mailing address** <br> **Paul Puskar** <br> 707 Cottonwood Dr <br> Monroeville, PA 15146 | **$26,674.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.296 8** | **Nonpriority creditor's name and mailing address** <br> **Paul Reed** <br> 0N801 Friendship Way <br> Unit 1204 <br> Geneva, IL 60134 | **$3,845.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.296 9** | **Nonpriority creditor's name and mailing address** <br> **Paula and Courtney Torrey** <br> 14104 Reeves Road <br> Robbins, IL 60472 | **$4,400.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.297 0** | **Nonpriority creditor's name and mailing address** <br> **Paula And Larry Kendrick** <br> 206 Ivy Hill Court <br> Stephens City, VA 22655 | **$2,495.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.297 1** | **Nonpriority creditor's name and mailing address** <br> **Paula and Marilyn Schulze/Helpenstell** <br> 7042 S. Valdai St <br> Aurora, CO 80016 | **$5,250.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.297 2** | **Nonpriority creditor's name and mailing address** <br> **Paula and Michael Kotchian** <br> 5 Dooling Circle <br> Peabody, MA 01960 | **$10,038.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.297**<br>**3** | |

**Nonpriority creditor's name and mailing address**

**Paula and Ronald Shaffer**
**242 Frontier St.**
**Grand Junction, CO 81503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,213.00**

---

| | |
|---|---|
| **3.297**<br>**4** | |

**Nonpriority creditor's name and mailing address**

**Paula Clark-Martin**
**29951 E 163 Place**
**Brighton, CO 80603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

| | |
|---|---|
| **3.297**<br>**5** | |

**Nonpriority creditor's name and mailing address**

**Paula Haddock, LLC**
**744 Glencoe St.**
**Denver, CO 80220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.297**<br>**6** | |

**Nonpriority creditor's name and mailing address**

**Paula Hopkins-Routten**
**18413 Bent Pine Drive**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$11,309.49**

---

| | |
|---|---|
| **3.297**<br>**7** | |

**Nonpriority creditor's name and mailing address**

**Paula Potts and Patricia Colon**
**2116 South Clinton**
**Berwyn, IL 60402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,950.00**

---

| | |
|---|---|
| **3.297**<br>**8** | |

**Nonpriority creditor's name and mailing address**

**Paulina & Mike Fendel**
**(214) 228-5113 or mike.fendel@gmail.com**
**TX**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,498.00**

---

| | |
|---|---|
| **3.297**<br>**9** | |

**Nonpriority creditor's name and mailing address**

**Pauline & Moe Mercado**
**132 47th Ave Ct**
**Greeley, CO 80634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,183.25**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.298 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,255.00** |
|---|---|---|---|

**Pauline Jessica Dario and Adel Abou Alch**
**774 Broadway, Apt A**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.298 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Payment Depot**
**238 W Chapman Ave UNIT 201**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,520.00** |
|---|---|---|---|

**Peggy & Glen Thompson**
**1902 Concord St**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,920.00** |
|---|---|---|---|

**Peggy & Melvin (Deceased) Walker**
**319 7th St Pl SW**
**Conover, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,072.00** |
|---|---|---|---|

**Peggy & Ted Hockless**
**14503 Round Mountain Dr.**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,170.00** |
|---|---|---|---|

**Peggy & Thomas Lundberg**
**44408 348th Lane**
**Aitkin, MN 56431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,441.00** |
|---|---|---|---|

**Peggy Earnest, Stephanie and Traci Loud**
**270 Main St.**
**Newport, NJ 08345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                         Case number (if known)  _____
_____
Name

---

| 3.2987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pennsylvania Office of Attorney General**
**Strawberry Square**
**Harrisburg, PA 17120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Peppertree Resorts Limited**
**6277 SEA HARBOR DR**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Peregrine Home Owners Association Inc.**
**6015 Lehman Dr**
**Colorado Springs,, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Perennial Vacation Club**
**1775 River Ranch Drive**
**Bandera, TX 78003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,806.00 |

**Perry and Ruby Moore**
**16240 E Eldorado Pl**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |

**Perry Miller and Caroline Marvets**
**N8405 510th St**
**Spring Valley, WI 54767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,890.00 |

**Peter & Frances Reynolds**
**1116 Fidelity Dr.**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                  Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 3.299<br>4 | **Nonpriority creditor's name and mailing address**<br>**Peter & Maria Sciambia**<br>**4820 Bridle Path Way**<br>**Fort Worth, TX 76244**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,716.00** |
| 3.299<br>5 | **Nonpriority creditor's name and mailing address**<br>**Peter & Patricia Vukas**<br>**12006 Forestview Dr.**<br>**Orland Park, IL 60467**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.299<br>6 | **Nonpriority creditor's name and mailing address**<br>**Peter & Rose Marie Mast**<br>**3923 Westib Dr**<br>**Fulshear, TX 77441**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,520.00** |
| 3.299<br>7 | **Nonpriority creditor's name and mailing address**<br>**Peter and Grace Wang**<br>**13915 Rockingham Rd**<br>**Germantown, MD 20874**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.299<br>8 | **Nonpriority creditor's name and mailing address**<br>**Peter And Margaret Craney**<br>**Lincoln Dr.**<br>**Peshtigo, WI 54157**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.299<br>9 | **Nonpriority creditor's name and mailing address**<br>**Peter Battista and Citywide Building Mai**<br>**1555 Industrial Dr.**<br>**Itasca, IL 60143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,850.00** |
| 3.300<br>0 | **Nonpriority creditor's name and mailing address**<br>**Peter Catalano**<br>**244 California St**<br>**Apt B**<br>**Newton, MA 02458**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

Debtor  **Timeshare Termination Team, LLC**

Case number (if known) _____

Name

| 3.300 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Peter Kuhns**
**3495 Stockton Drive**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**Peter Ross**
**W305N7261 COUNTY RD E**
**Heartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,949.00 |
|---|---|---|---|

**Petrease & Omar Jefferson/Broussard**
**107 W Austin St**
**Dayton, TX 77535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,425.00 |
|---|---|---|---|

**Phil Abello**
**6420 Gilmore Grove**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|---|

**Phil and Chritine Egan**
**8420 E 160th Pl**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Philip & Christina Desautels**
**801 W Lucerene**
**Layfette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,320.00 |
|---|---|---|---|

**Philip & Eliza Villa**
**23881 W Desert Bloom St.**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3008**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Philip & Emily Brister** | ☐ Contingent | |
| **3105 11th St. NE** | ☐ Unliquidated | |
| **Watford City, ND 58854** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3009**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.00 |
|---|---|---|
| **Philip Earl** | ☐ Contingent | |
| **33 Pine Acres Road** | ☐ Unliquidated | |
| **Foxborow, MA 00025-7908** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3010**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|
| **Philip Feinstein** | ☐ Contingent | |
| **1100 Russell Blvd** | ☐ Unliquidated | |
| **Thornton, CO 80229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3011**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|
| **Phillip & Alma Josey** | ☐ Contingent | |
| **117 North Dale Rd** | ☐ Unliquidated | |
| **Glen Burnie, MD 21060** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3012**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|
| **Phillip & Heather Pollok** | ☐ Contingent | |
| **161 Cortez St** | ☐ Unliquidated | |
| **Sterling, CO 80751** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3013**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|
| **Phillip & Jennifer Wylie** | ☐ Contingent | |
| **265 Dumas City Rd** | ☐ Unliquidated | |
| **El Dorado, AR 71730** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3014**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|
| **Philomema and Funmilayo Olukemi** | ☐ Contingent | |
| **1962 S. Oswego** | ☐ Unliquidated | |
| **Aurora, CO 80014** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.301**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,599.00 |
|---|---|---|
| **Phyllis and Tom Gildenblatt** | ☐ Contingent | |
| **1208 Rothschild Blvd.** | ☐ Unliquidated | |
| **Southlake, TX 76092** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,394.65 |
|---|---|---|
| **Phyllis Shotkoski** | ☐ Contingent | |
| **6324 S Elati St** | ☐ Unliquidated | |
| **Littleton, CO 80120** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,957.75 |
|---|---|---|
| **Phyllis Wilson** | ☐ Contingent | |
| **118 Madison St SW** | ☐ Unliquidated | |
| **Washington DC, Washington DC 20011-0000** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pier 7 Condominium Trust** | ☐ Contingent | |
| **711 MA-28** | ☐ Unliquidated | |
| **South Yarmouth, MA 02664** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pine Meadows** | ☐ Contingent | |
| **120 Vischer Drive** | ☐ Unliquidated | |
| **Mountain Village, CO 81435** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.302**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pines Meadow Ridge/RCI** | ☐ Contingent | |
| **83 Meadow Ln** | ☐ Unliquidated | |
| **Fraser, CO 80442** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.302**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pinney Shores** | ☐ Contingent | |
| **8350 Piney Shores Dr** | ☐ Unliquidated | |
| **Conroe, TX 77304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Plantation Resort**
**1101 Platt Blvd.**
**Surfside Beach, SC 29575**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Playa Del Sol**
**444 Florida St SE**
**Albuquerque, NM 87108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Playa Grande - Mexico**
**Av. Playa Grande 1, Centro, 23450**
**, Cabo San Lucas, B.C. Mexico**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Players Club Owners Association**
**35 Deallyon Ave**
**Hilton Head Island, SC 29928**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Plaza Del Sol Club**
**Los Igualados, 83010 Hermosillo**
**, Sonora Mexico**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Plaza Pelicanos Grand Beach Resort**
**Ave. Jos  Clemente Orozco 131, Zona Hote**
**Las Glorias, 48330, Puerto Vallarta, Jal**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Plaza Resort Club**
**121 West St**
**Reno, NV 89501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
         Name

---

| 3.3029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Plaza Vacation Club**
**Jos  Clemente Orozco 131, Zona Hotelera**
**Puerto Vallarta, Jalisco Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Plusthis**
**2490 S Gilbert Rd #200-B**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poipu Point**
**1613 Pe'e Rd**
**Koloa, HI 96756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Polina Stolyarova**
**131 Delia Lane**
**Phildelphia, PA 19115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pollard Brook Resort**
**33 Brookline Rd**
**Lincoln, NH 03251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Polo Towers International**
**3745 S Las Vegas Blvd**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pono Kai**
**4-1250 Kuhio Hwy**
**Kapa?a, HI 96746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known)  _____
          _____
          Name

| | | |
|---|---|---|
| 3.303<br>6 | **Nonpriority creditor's name and mailing address**<br>**Porsia and Terry Carter**<br>**9340 E Girard Ave #6**<br>**DEnver, co 80231** | **$7,042.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.303<br>7 | **Nonpriority creditor's name and mailing address**<br>**Port O Call**<br>**13 Barcelona Rd**<br>**Hilton Head Island, SC 29928** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.303<br>8 | **Nonpriority creditor's name and mailing address**<br>**Portia Herron**<br>**1603 Mallard Ct.**<br>**Jonesboro, GA 30238** | **$7,930.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.303<br>9 | **Nonpriority creditor's name and mailing address**<br>**Prashant & Nisha Desai**<br>**3004 Highlands By The Lake Way**<br>**Lakeland, FL 33812** | **$4,833.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.304<br>0 | **Nonpriority creditor's name and mailing address**<br>**Preferred Villa group**<br>**6850 Bermuda Rd**<br>**Las Vegas, NV 89119** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.304<br>1 | **Nonpriority creditor's name and mailing address**<br>**Premier Vacation Club**<br>**Paseo Herencia Mall G-101**<br>**J.E. Yrausquin Blvd 382-A, Palm Beach Ar** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.304<br>2 | **Nonpriority creditor's name and mailing address**<br>**Premiere Iheart**<br>**15260 Ventura Blvd. Suite 400**<br>**Sherman Oaks, CA 91403** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                                                   Case number (if known) _____
     Name

| 3.304 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,850.00** |
|---|---|---|---|

**Premkumarie Singh and Shahab Mohamed**
**721 Center Meadow Lane**
**Danberry, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Presidential Resorts**
**9220 Plank Rd**
**Spotsylvania Courthouse, VA 22553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Principal Financial Group**
**711 High S**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |
|---|---|---|---|

**Priscilla and James Greene**
**2950 E Old Settlers Blvd, Unit# 65**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,300.00** |
|---|---|---|---|

**Priscilla Denetdeel-Yildir**
**16825 North 14th Street**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Productive Electric, LLC**
**2775 W Hampden Ave Suite 200**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Promotora sunset beach club**
**PMB 477- 444 Brickell Ave.**
**Miami, FL 33131-2492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Timeshare Termination Team, LLC_____     Case number (if known) _____
      Name

| 3.305 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.305 0**

**Nonpriority creditor's name and mailing address**
**Prosper Consulting, LLC**
**2628 S Flower CT**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.305 1**

**Nonpriority creditor's name and mailing address**
**Pueblo Bonito Resorts**
**2300 Boswell Court, Suite 225**
**Chula Vista, Cabo San Lucas, B.C. 91914-**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 2**

**Nonpriority creditor's name and mailing address**
**Puerto Rico Attorney General**
**Apartado 9020192**
**San Juan, PR 00902-0192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 3**

**Nonpriority creditor's name and mailing address**
**Pura Vida Club Lifestyle via Sunset Worl**
**Blvd. Kukulcan Km. 7**
**Zona Hotelera, 77500, Canc n, Q.R. Mexic**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 4**

**Nonpriority creditor's name and mailing address**
**Purely Makeup, LLC**
**929 Park View St.**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 5**

**Nonpriority creditor's name and mailing address**
**QM Resorts**
**515 Nichols Blvd**
**Sparks, NV 89431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 6**

**Nonpriority creditor's name and mailing address**
**Quadna Mountain Vacation Owners Associat**
**200 Quadna Mtn**
**Road Hill City, MN 55748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.305 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Quail Hollows - Crown Resorts** **1 Edge Rock Drive** **Drums, PA 18222** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.305 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Quickbooks - Intuit** **2600 Marine Wa** **Mountain View, CA 94043** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,514.00 |
|---|---|---|---|
| | **Quindora Thurmon** **18221 Idlewild** **Country Club Hills, IL 60478** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|
| | **Rachelle Fertig** **6401 S. Boston Street # L203** **Greenwood Village, CO 80111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,307.18 |
|---|---|---|---|
| | **Rachinda Smallwood** **9917 S. Union Ave.** **Chicago, IL 60628** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|
| | **Racquel Queensborough, Robert Fearon and** **63 Freshspring Drive** **Brampton, ON L6R 3H8** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Radisson Hotel** **3814, 11340 Blondo St** **Omaha, NE 68164** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.306 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,450.00** |
|---|---|---|---|

**Rafael & Carmen Alvarez**
**22058 W Solano Dr**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,376.00** |
|---|---|---|---|

**Rafaela Reyes and Sarah Velasquez**
**701 Cyprus Hill Drive**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,472.00** |
|---|---|---|---|

**Raiford and Leona Jenkins/Johnson**
**6500 Eastern Ave NE**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Raintree North America Resorts**
**10000 Memorial Drive Suite 480**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Raintree Resort**
**1000 Memorial Drive Suite 480**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,495.00** |
|---|---|---|---|

**Ralph and Mary Luna**
**19712 E. Villanova Place**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ralph Labrador**
**(785) 223-7423 or rala22pr@gmail.com**
**  89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.307 1 | **Nonpriority creditor's name and mailing address** <br> **Ramada** <br> **22 Sylvan Way,** <br> **Parsippany, NJ 07054** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.307 2 | **Nonpriority creditor's name and mailing address** <br> **Ramon And Marie Esguerra** <br> **231B Franklin Ave** <br> **Cliffside Park, NJ 07010** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$9,385.00** |
| 3.307 3 | **Nonpriority creditor's name and mailing address** <br> **Ramona & Timothy Jones** <br> **PO Box 1218** <br> **Cooleemee, NC 27014** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$4,117.00** |
| 3.307 4 | **Nonpriority creditor's name and mailing address** <br> **Ramsey and Faten Dahab** <br> **12000 N Bayshore Dr** <br> **Apt 212** <br> **North Miami, FL 33181** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
| 3.307 5 | **Nonpriority creditor's name and mailing address** <br> **Rancho Banderas** <br> **Carretera a, Playa Destiladeras km 8.3,** <br> **63729, Punta Mita, Nay Mexico** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.307 6 | **Nonpriority creditor's name and mailing address** <br> **Rancho San Lucas** <br> **Carretera a Todos Santos KM 120 S/N Ranc** <br> **San Lucas, 23473, IN Mexico** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.307 7 | **Nonpriority creditor's name and mailing address** <br> **Randal Parkhurst** <br> **3711 S Athol Rd** <br> **Athol, MA 01331** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$4,160.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.307 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,029.00** |
|---|---|---|---|

**Randall & Roberta Lawkin**
**7650 Holiday Drive**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Randy & Brenda Hunting**
**(702) 589-6128 or randylakeshore@aol.com**
**ID 83801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,100.00** |
|---|---|---|---|

**Randy & Jodie Hite**
**5705 80th St North Apt 411**
**St Petersburg, Fl 33709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,930.00** |
|---|---|---|---|

**Randy & Karen Greening**
**12194 Adams St**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,876.00** |
|---|---|---|---|

**Randy & Tiffany Lunow**
**2709 Goldenrod Road**
**North Newton, KS 67117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Randy And Tonja Walker**
**98 S. Eaton St**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Randy Austin**
**155 Riverview Drive**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (*if known*) _____
_____
Name

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Randy Hudson**
**2604 Gideon Ave**
**Zion, IL 60099**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.308 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Randy Scott**
**4401 W Jamison Pl**
**Littleton, CO 80128**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.308 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raquel Allen**
**5620 Johnson Street**
**Arvada, CO 80002**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.308 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,626.00 |
|---|---|---|---|

**Rashidah Burns**
**7409 Kwantre Park Ave**
**Richmond, VA 23237**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.308 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,170.00 |
|---|---|---|---|

**Rathel Walker**
**1608 Meyers Rd**
**Lombard, IL 60148**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.309 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**Raul And Henrietta Thomas**
**11103 Balata Court**
**Charlotte, NC 28269**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.309 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,419.67 |
|---|---|---|---|

**Raushanah & Lutfee Muhsin**
**806 Lower Ferry Road**
**Unit 4N**
**  NJ 08628**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.309 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Raven & Jacy Canada/Patt**
**4903 Chardon Rd**
**Richmond, VA 22231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,766.00** |
|---|---|---|---|

**Rawa Rasheed**
**7300 Pirates Cove**
**#2093**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,950.75** |
|---|---|---|---|

**Ray & Patty Gettel**
**4000 County Road 43**
**Bailey, CO 80421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,330.00** |
|---|---|---|---|

**Ray & Yulia Vallejos**
**7162 S. Newbern Ct**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,495.00** |
|---|---|---|---|

**Ray and Diane Buller**
**7557 Fairway Lane Apt A**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,176.00** |
|---|---|---|---|

**Rayburn Johnson**
**8515 Southmeadow Dr**
**Houston, TX 77071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,595.00** |
|---|---|---|---|

**Raymond & Mary Reed**
**490 Logansport Rd**
**Ford City, PA 16226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

---

| 3.309 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Raymond and Belinda Alaniz**
**228 Santa Barbara Ave**
**Sanger, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,501.00 |
|---|---|---|---|

**Raymond And Cora Kuykendall**
**1193 County Road**
**PO Box 656**
**Blessing, TX 77419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,045.00 |
|---|---|---|---|

**Raymond And Debra Davis**
**3501 West 85th Place**
**Chicago, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,666.00 |
|---|---|---|---|

**Raymond and Mary J Carlson**
**708 E Bluestem Lane**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,470.00 |
|---|---|---|---|

**Raymond Caldwell and Harold Guidroz**
**PO Box 12547**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,141.60 |
|---|---|---|---|

**Raymond Cox**
**3406 E 117th Place**
**Thornton, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,358.25 |
|---|---|---|---|

**Raymond T & Lucy Higgs**
**217 Motor Ave**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.310 6 | **Nonpriority creditor's name and mailing address**<br>**RCI**<br>**9998 N Michigan Rd**<br>**Carmel, IN 46032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes     **$0.00** |
| 3.310 7 | **Nonpriority creditor's name and mailing address**<br>**Rebecca & Curt Kekuna**<br>**800 Kiaala Place**<br>**Honolulu, HI 96825**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$7,000.00** |
| 3.310 8 | **Nonpriority creditor's name and mailing address**<br>**Rebecca and Daniel Galindo**<br>**4605 Grider Pass**<br>**Austin, TX 78749**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$3,250.00** |
| 3.310 9 | **Nonpriority creditor's name and mailing address**<br>**Rebecca And John Paul Perez**<br>**12526 Astoria Blvd.**<br>**Houston, TX 77089**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$2,995.00** |
| 3.311 0 | **Nonpriority creditor's name and mailing address**<br>**Rebecca And Richard Stoker**<br>**902 East 23rd Street**<br>**Newton, NC 28658**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$3,245.00** |
| 3.311 1 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Bleau**<br>**PO Box 32**<br>**New Bern, NC 28563**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$5,000.00** |
| 3.311 2 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Musumeci**<br>**248 East Side Drive**<br>**Concord, NH 03301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$4,700.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.311 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Rebekkah Fisher**
**1835 S Bannock Street Apt 102**
**Denver, Co 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.311 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Redwolf Lodge at Squaw Valley**
**2000 Squaw, Loop Rd**
**Olympic Valley, CA 96146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Regal Palms**
**2700 Sand Mine Rd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,008.00** |
|---|---|---|---|

**Regina and Virginia Jones**
**8645 Provident St**
**Philadelphia, PA 19150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,829.00** |
|---|---|---|---|

**Reginald Walker**
**109 Wave Rd, Unit #11**
**Kings Mountain, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Regus Management Group LLC**
**P.O. Box 842456**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,155.00** |
|---|---|---|---|

**Rejane & Demetrius Miller**
**19506 Meadow Lakes Dr.**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.312 0**

**Nonpriority creditor's name and mailing address**
**Rena Jackson**
**560 Dixon Road**
**Jonesboro, GA 30238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,469.76**

---

**3.312 1**

**Nonpriority creditor's name and mailing address**
**Rene & Ania Curbelo**
**1307 Windleaf Dr. Unit A**
**Reston, VA 20194**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,565.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**
**Rene Morse**
**7602 Parker Road**
**Houston, TX 77016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,450.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**
**Renee Bazinet and Todd Healy**
**17167 E Hawksbead Drive**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,499.00**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**
**Renee Enoch**
**183 E. 98th St. Apt. 3A**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**
**Renee Regnier**
**5434 Rome St**
**Aurora, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,450.00**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**
**Reno and Randy and Ryan Engel**
**4554 Marion Rd**
**Marion, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,957.00**

---

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.312<br>7 | **Nonpriority creditor's name and mailing address**<br>**Resort at World Golf Village**<br>**1 World Golf Pl**<br>**St. Augustine, FL 32092**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.312<br>8 | **Nonpriority creditor's name and mailing address**<br>**Resort Marketing Corp Hilton Head**<br>**20 Executive Park Road**<br>**Hilton Head Island, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.312<br>9 | **Nonpriority creditor's name and mailing address**<br>**Reuben H. and Deborah C. Hubbart JR**<br>**866 Promenade Ln**<br>**Bluffton, SC 29909**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.313<br>0 | **Nonpriority creditor's name and mailing address**<br>**Reyes and Rosalia Rodriguez Jr / Domingu**<br>**3020 Lavell**<br>**Wichita Falls, TX 76308**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,876.00** |
| 3.313<br>1 | **Nonpriority creditor's name and mailing address**<br>**Reynold (Dean) & Laura Meisegeier**<br>**100 WoodCrest Drive**<br>**Swartz Creek, MI 48473**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,295.00** |
| 3.313<br>2 | **Nonpriority creditor's name and mailing address**<br>**Rhoda Harper-Smith**<br>**12805 Richmond Ave**<br>**Grandveiw, MO 64030**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,389.00** |
| 3.313<br>3 | **Nonpriority creditor's name and mailing address**<br>**Rhode Island Office of the Attorney Gene**<br>**150 South Main Street**<br>**Providence, RI 02903**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.313 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,506.03 |
|---|---|---|---|

**Rhonda and James Jim Armbrester**
**4803 Jones Cove Road**
**Cosby, TN 37722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.313 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,250.00 |
|---|---|---|---|

**Rhonda Gunnels**
**47722 CRC**
**Center, CO 81125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Rhonda Newman and James Smith**
**8644 Adrienne PL**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,245.00 |
|---|---|---|---|

**Ricardo & Donna Canchola**
**5778 Beadmell Eay**
**Saramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,293.00 |
|---|---|---|---|

**Ricardo & Izabella Acosta/Milasinovich**
**6835 Huron St, Unit #207**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,402.00 |
|---|---|---|---|

**Ricardo Haro and Guadalupe De La Rosa**
**3302 S. 61 Ave.**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**Rich & Sheila Griffin**
**10973 Glengate Circle**
**Highlands Ranch, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,070.00** |
|---|---|---|---|

**Richard & Anne Presley**
**1019 Pecan Ridge Lane**
**Sealy, TX 77474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |
|---|---|---|---|

**Richard & Balbina Rosalez**
**175 Country Rd 228**
**Ganado, TX 77962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Richard & Beverly Schultz**
**P.O. Box 41705**
**St. Petersburg, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Richard & Cynthia Dushuttle/Devine**
**1511 Binney Dr**
**Fort Pierce, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Richard & Heidi Zomnir**
**800 Chapel Hill Court**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,800.00** |
|---|---|---|---|

**Richard & Janelle Reding**
**1937 W Carrizo Springs**
**Pueblo, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,050.00** |
|---|---|---|---|

**Richard & Kathy Lucero/Rojas**
**2895  S Vaughn Way**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.314<br>8 | **Nonpriority creditor's name and mailing address**<br>**Richard & Kristen Lorentzen**<br>**19 Concord Rd**<br>**Iselin, NJ 08830** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,995.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.314<br>9 | **Nonpriority creditor's name and mailing address**<br>**Richard & Latriece Connolly**<br>**2073 Graystone Hills Drive**<br>**Conroe, TX 77304** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,161.33** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.315<br>0 | **Nonpriority creditor's name and mailing address**<br>**Richard & Laura Gervais**<br>**5234 Carlingford**<br>**Riverside, CA 92504** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,010.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.315<br>1 | **Nonpriority creditor's name and mailing address**<br>**Richard & Maggie Abbott-Wills**<br>**648 W Park Avenue**<br>**Johnstown, CO 80534** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,900.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.315<br>2 | **Nonpriority creditor's name and mailing address**<br>**Richard & Teresa Galbraith**<br>**126487 N Bridge Road**<br>**Aberdeen, SD 57401** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,015.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.315<br>3 | **Nonpriority creditor's name and mailing address**<br>**Richard & Wanda Harrison**<br>**431 NE Plantation Rd**<br>**Stewart, FL 34996** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,617.75** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.315<br>4 | **Nonpriority creditor's name and mailing address**<br>**RICHARD ALAN RUSSELL** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.315 5 | **Nonpriority creditor's name and mailing address**<br>**Richard and Barbara Garti**<br>**11764 Casa Lago Ln**<br>**Tampa, FL 33626**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,995.00** |

| 3.315 6 | **Nonpriority creditor's name and mailing address**<br>**Richard and Cindy Thomas**<br>**353 RiverFront Dr**<br>**Hertford, NC 27944**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,620.00** |

| 3.315 7 | **Nonpriority creditor's name and mailing address**<br>**Richard and Emma Davis**<br>**7635 Great Bear Lake Drive**<br>**Micco, FL 32976**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,545.00** |

| 3.315 8 | **Nonpriority creditor's name and mailing address**<br>**Richard and Holly Rogers**<br>**27801 East Long Place**<br>**Aurora, CO 80016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,020.00** |

| 3.315 9 | **Nonpriority creditor's name and mailing address**<br>**Richard and Mary Jane Keller**<br>**1811 Educational DR**<br>**White Oak, PA 15131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,600.00** |

| 3.316 0 | **Nonpriority creditor's name and mailing address**<br>**Richard Capovilla and Willene Patton**<br>**308 Tartan Dr**<br>**Johnstown, CO 80534**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,050.00** |

| 3.316 1 | **Nonpriority creditor's name and mailing address**<br>**Richard Harvey**<br>**2957 Osceola St**<br>**Denver, CO 80212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,900.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.316 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,875.00** |
|---|---|---|---|

**Richard Howarth**
**361 Rue Huron**
**Pincourt, Quebec, Canada J7W 6G7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.316 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Richard Sandoval**
**3847 View Street**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |
|---|---|---|---|

**Richard Trivette**
**1039 Castle Rock Court**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Rick & Janet Santana**
**7791 18th Ave. North**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,545.00** |
|---|---|---|---|

**Rick & Sandy Fell**
**8587 Bluegrass Cir**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Rick And Barbara Cherry**
**377 Caprice**
**Lincolnton, NC 28092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ridge at Tahoe**
**400 Ridge Club Dr**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                        Case number (if known) _____
         Name

| 3.316 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ridge Crest Resort - Tahoe/Interval/Reso**
**26125 US-27**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ridge Sierra Lake Tahoe**
**265 Quaking Aspen Ln**
**Zephyr Cove, NV 89448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,888.00** |
|---|---|---|---|

**Rigoberto & Kristie Rodriguez/ Martinez**
**111 South Main Street**
**Yerington, NV 89447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rip Tide Beach Club**
**2806 N Ocean Blvd**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Rita (Joy) & Bryan Hundley**
**565 Easy St**
**North Vernon, IN 47265-6432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,762.50** |
|---|---|---|---|

**Rita Akanet**
**19 Meadowbrook Ct Apt D**
**Fayatteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,820.00** |
|---|---|---|---|

**Rita Bowles**
**8275 Circle Dr**
**Westeminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.317 6**

**Nonpriority creditor's name and mailing address**

**Rita Eckhart**
**1275 Mayfield Rd**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,635.00**

---

**3.317 7**

**Nonpriority creditor's name and mailing address**

**Rita Jones**
**1333 Clybourne Street**
**Batavia, IL 60510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,468.00**

---

**3.317 8**

**Nonpriority creditor's name and mailing address**

**Rita Melson**
**20 Lakemont Drive**
**Newnen, GA 30263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,820.82**

---

**3.317 9**

**Nonpriority creditor's name and mailing address**

**Rita Perkin**
**8 6527 113th Place SE**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,595.00**

---

**3.318 0**

**Nonpriority creditor's name and mailing address**

**Rita Sundermann**
**817 NE Sonora Valley Cir**
**Blue Springs, MO 64014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,283.25**

---

**3.318 1**

**Nonpriority creditor's name and mailing address**

**Ritz-Carlton Club**
**10400 FERNWOOD ROAD**
**BETHESDA, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 2**

**Nonpriority creditor's name and mailing address**

**Rob & Carolyn Sheppard**
**55 Spring Meadow Dr**
**Weatherly, PA 18255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

Debtor __Timeshare Termination Team, LLC__
Name

Case number (if known) _____

| 3.318 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,995.00 |
|---|---|---|---|

**Robb and Tracy Hart**
**5023 Fairfax E.**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**Robbin & Timothy Reynolds**
**4810 Bramble Way**
**Shreveport, LA 71118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Robert & Cynthia Pachello**
**2117 S Idalia St**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,223.00 |
|---|---|---|---|

**Robert & Debra Shuman**
**9210 Pine Cove Rd**
**Englewood, FL 34224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,013.70 |
|---|---|---|---|

**Robert & Dixie Sharp**
**3298 Hickory Fork Road**
**Gloucster, VA 23061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Robert & Donna Pembrooke**
**449 Tivoli Rd**
**Pittsburgh, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,545.00 |
|---|---|---|---|

**Robert & Elizabeth Bedi**
**1180 Chestershire Place**
**Pottstown, PA 19465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,269.00** |
|---|---|---|---|

**Robert & Joan Merritt**
**4222  CR 475**
**Bushnell, FL 33513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,358.00** |
|---|---|---|---|

**Robert & Kathleen Sembly**
**55 Southwell Court**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,757.00** |
|---|---|---|---|

**Robert & Kerry Vano**
**6107 E. Calle De Pompas**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,380.00** |
|---|---|---|---|

**Robert & Laura Casias**
**5126 La Randa Dr.**
**Pueblo, CO 81005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,373.02** |
|---|---|---|---|

**Robert & Linda Bolerjack**
**4427 Shady River**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,087.00** |
|---|---|---|---|

**Robert & Linda Campbell**
**3154 Ames Ave**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.319 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|

**Robert & Marcy Zavacky**
**415 Elmore Ave.**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.319 7 | **Nonpriority creditor's name and mailing address**<br>**Robert & Nancy Mockenhaupt**<br>**6749 W Fair Dr**<br>**Littleton, Co 80123**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,566.00** |

| | | |
|---|---|---|
| 3.319 8 | **Nonpriority creditor's name and mailing address**<br>**Robert & Sarita Darby**<br>**247 County Road 1073**<br>**Mountain Home, AR 72653**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,867.00** |

| | | |
|---|---|---|
| 3.319 9 | **Nonpriority creditor's name and mailing address**<br>**Robert & Saundra Glyer**<br>**5420 Highway 554**<br>**Calhoun, KY 42327**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,731.00** |

| | | |
|---|---|---|
| 3.320 0 | **Nonpriority creditor's name and mailing address**<br>**Robert & Susan Hollis**<br>**7020 W. 64th Ave**<br>**Arvada, CO 80003**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,700.00** |

| | | |
|---|---|---|
| 3.320 1 | **Nonpriority creditor's name and mailing address**<br>**Robert & Susan Saide**<br>**7051 W. Eugie Ave.**<br>**Peoria, AZ 85381**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,168.00** |

| | | |
|---|---|---|
| 3.320 2 | **Nonpriority creditor's name and mailing address**<br>**Robert & Terrie Schleiter**<br>**4018 Cattail Pond Circle W**<br>**Jacksonville, FL 32224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,457.75** |

| | | |
|---|---|---|
| 3.320 3 | **Nonpriority creditor's name and mailing address**<br>**Robert & Vickie Gilmore**<br>**689 Cielo Vista Dr.**<br>**Greenwood, IN 46143**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,180.00** |

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.320 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |

**Robert and Ana Coronado**
**96 Camelot Ridge Dr.**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |

**Robert and Angelita Kopec**
**2573 S Fundy Cir**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.00** |

**Robert and Ann Morehead**
**4505 S Yosemite St #35**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,846.00** |

**Robert and Celinda Miller**
**9401 Central Park Ave**
**Evanston, IL 60203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,650.00** |

**Robert and Cynthia Primera**
**14831 Hollydale Dr.**
**Houston, TX 77062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.320 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,800.00** |

**Robert and Jacqueline Komrek**
**964 Oakview Rd**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.321 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |

**Robert and Jamie McMichael**
**1220 Suncrest Lane**
**Pueblo, CO 81005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|
| 1 | **Robert and Kathryn Aliano**<br>**8067 S Newport Ct**<br>**Centennial, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,350.00 |
|---|---|---|---|
| 2 | **Robert And Linda Savage**<br>**23745 S. Jonathan Lane**<br>**Crete, IL 60417** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,691.00 |
|---|---|---|---|
| 3 | **Robert And Lucia (Lucy) Castro**<br>**14117 W 6th St**<br>**Santa Fe, TX 77517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,522.99 |
|---|---|---|---|
| 4 | **Robert and Lynn Bowman**<br>**130 36th Street**<br>**Sea Isle City, NJ 08243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,800.00 |
|---|---|---|---|
| 5 | **Robert And Mahaley Souza**<br>**1674 Hwy 581**<br>**Pikeville, NC 27863** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|
| 6 | **Robert And Margaret Parker**<br>**7762 Bloomfield Road**<br>**Easton, MD 21601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|
| 7 | **Robert and Marianne Dinges**<br>**7406 West 19th Street**<br>**Greeley, CO 80634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.321 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,411.05 |
|---|---|---|
| **Robert and Mary Andersen**<br>**61141 Colorado Road 35**<br>**Genoc, CO 80818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.321 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|
| **Robert and Rachel Munoz**<br>**3216 12th St**<br>**Bay City, TX 77414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|
| **Robert and Sarann Nolen**<br>**426 Tall Oaks Ln**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|
| **Robert and Shirley Ochsner**<br>**7141 South Coolidge Ct.**<br>**Aurora, CO 80016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,569.00 |
|---|---|---|
| **Robert Barrett**<br>**7057 Talon Bay Drive**<br>**North Port, FL 34287** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,298.00 |
|---|---|---|
| **Robert Barry Minor**<br>**6003 Wolf Creek Rd**<br>**Wasa, BC ZOB2KO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,022.50 |
|---|---|---|
| **Robert Bryant**<br>**304 Foxridge Road**<br>**Orange Park, FL 32065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.322 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,372.00** |
|---|---|---|---|

**Robert Gundel**
**5090 Richmond Ave #280**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,283.30** |
|---|---|---|---|

**Robert Holloway**
**11446 Jay St.**
**Westminster, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Robert Jackson**
**980 E. Main St.**
**Smyrna, SC 29743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,592.00** |
|---|---|---|---|

**Robert Lee**
**281 Ponderosa Drive**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Robert Mace**
**891 Dorchester Dr**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Robert Moore/Teri McMichael**
**6750 Falcon Springs Point**
**Peyton, CO 80831-7994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Robert Morales**
**1517 Lions Club Dr**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**

Name

Case number (if known) _____

---

| 3.323 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Robert Nelson**
**5446 Ashbrook Place**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,979.00 |
|---|---|---|---|

**Robert Pletcher**
**PO Box 1892**
**Fraser, CO 80442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Sauzek**
**158 Inverness Dr W, D215**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Robert Sayle**
**7562 Ellis Ave., Apt G3**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,445.00 |
|---|---|---|---|

**Robert Seaman**
**333 Caruso Court**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Robert Steapp and Sheila Karsh**
**3862 S. Xanthia St**
**Denver, Co 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Robert Sustak**
**745 Hunting View Pt NW**
**Sandy Springs, GA 30328-2784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.323 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Robert Talotta/Kathy Furgarino**
**416 Highland Ave.**
**Westville, NJ 08093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,420.00 |
|---|---|---|---|

**Roberta (Bobbi) J Wilson**
**2610 Park Hills Drive**
**Sacramento, CA 95821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,221.00 |
|---|---|---|---|

**Roberta and Charles Widiger**
**343 S Peoria Cr**
**Aurora, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Roberta And Robert Brew**
**8114 Ashley Cir Drive N**
**Houston, TX 77071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Roberta Haas**
**100 Sophia Abe Apt # 204**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,570.40 |
|---|---|---|---|

**Roberta Rello and  Al Casey**
**123 Gaslight Drive**
**Apt 1**
**South Weymouth, MA 02190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**Robin Wabel**
**770 West On the Greens Blvd**
**Cottonwood, AZ 86326-4597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.324<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robin Willis and Richard and Janet Green**<br>**6509 Meadows West Dr**<br>**Fort Worth, TX 76132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,450.00** |
| 3.324<br>7 | **Nonpriority creditor's name and mailing address**<br>**Robin Wright and Lots of Love Preschool**<br>**6052 Old Plank Blvd.**<br>**Mattson, IL 60443**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,071.57** |
| 3.324<br>8 | **Nonpriority creditor's name and mailing address**<br>**Robina Lee**<br>**4331 Gorman Ter SE**<br>**Washington, D.C. 20019-0000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
| 3.324<br>9 | **Nonpriority creditor's name and mailing address**<br>**Rodney & Donnetta Norris**<br>**611 Walnut Bend Drive**<br>**Mansfield, TX 76063**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
| 3.325<br>0 | **Nonpriority creditor's name and mailing address**<br>**Rodney & Lori Covington**<br>**10402 N Mcclellan Drive**<br>**Fredericksburg, VA 22408**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,517.00** |
| 3.325<br>1 | **Nonpriority creditor's name and mailing address**<br>**Rodney and Janice McElvaine**<br>**15713 W Almeria Rd**<br>**Goodyear, AZ 85395**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,690.00** |
| 3.325<br>2 | **Nonpriority creditor's name and mailing address**<br>**Roger & Carol Bolanda**<br>**7555 Anvil Horn**<br>**Littleton, CO 80127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,900.00** |

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known)  _____
_____
Name

| | | |
|---|---|---|
| 3.325 3 | **Nonpriority creditor's name and mailing address** **Roger & Donna Suro** **7 Great Circle Road** **Newark, DE 19711** | **$4,145.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 4 | **Nonpriority creditor's name and mailing address** **Roger & Rosalie Poole** **5034 Sand Rock Road** **Smithton, IL 62285** | **$4,957.75** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 5 | **Nonpriority creditor's name and mailing address** **Roger And Mitzi Mayfield** **115 Springfield Dr** **Cooper, TX 75432** | **$3,145.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 6 | **Nonpriority creditor's name and mailing address** **Roger And Sharon Vincent** **7106 Prairie Village Drive** **Cypress, TX 77433** | **$14,016.95** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 7 | **Nonpriority creditor's name and mailing address** **Romeo & Carol Lafond** **1435 Blue Sky Way** **Unit 8-107** **Erie, CO 80516** | **$7,286.20** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 8 | **Nonpriority creditor's name and mailing address** **Romona Kea** **653 Morgans Trace** **Ellenwood, GA 30294** | **$5,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.325 9 | **Nonpriority creditor's name and mailing address** **Ron & Donna Hutchins** **12002 Nova Dr** **Houston, TX 77077** | **$3,808.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Timeshare Termination Team, LLC**                    Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| 3.326 0 | **Nonpriority creditor's name and mailing address**<br>**Ron & Jackie Newlander**<br>**854 Sam Tennant Dr**<br>**Dundee, FL 33838**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$7,049.15** |

| | | |
|---|---|---|
| 3.326 1 | **Nonpriority creditor's name and mailing address**<br>**Ron & Kathryn Cline**<br>**PO Box 197**<br>**Ouray, CO 81427**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,773.00** |

| | | |
|---|---|---|
| 3.326 2 | **Nonpriority creditor's name and mailing address**<br>**Ron and Donna Shaver**<br>**318 Cheyenne St**<br>**Ft Morgan, CO 80701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,632.00** |

| | | |
|---|---|---|
| 3.326 3 | **Nonpriority creditor's name and mailing address**<br>**Ron and Elena Roberts**<br>**130 Scenic Trail**<br>**Warrior, AL 35830**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

| | | |
|---|---|---|
| 3.326 4 | **Nonpriority creditor's name and mailing address**<br>**Ron Griesenauer**<br>**3853 Marcia Dr.**<br>**St. Charles, MO 63304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,170.00** |

| | | |
|---|---|---|
| 3.326 5 | **Nonpriority creditor's name and mailing address**<br>**Ron Hyer**<br>**387 Jess-Mar Drive**<br>**Shawaee, CO 80475**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,750.00** |

| | | |
|---|---|---|
| 3.326 6 | **Nonpriority creditor's name and mailing address**<br>**Ronald & Brenda Adams**<br>**1229 Reedsport Place**<br>**Desoto, TX 75115**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,033.20** |

| Debtor | **Timeshare Termination Team, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.326 7**

**Nonpriority creditor's name and mailing address**

**Ronald & Carol Allen**
**1320 SE Ridgecrest Road**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,600.00**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**

**Ronald & Eloise White**
**208 Womble Ave**
**Savannah, GA 31406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,810.55**

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

**Ronald & June Burney**
**5004 Sugar Farm Rd**
**Hazlehurst, MS 39083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,395.00**

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

**Ronald & Mary Owen**
**1011 Winding River Lane**
**Phoenixville, PA 19460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,445.00**

---

**3.327 1**

**Nonpriority creditor's name and mailing address**

**Ronald & Vicki Scanlon**
**3614 Philmar Drive**
**Toledo, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,133.30**

---

**3.327 2**

**Nonpriority creditor's name and mailing address**

**Ronald and Barbara Saville**
**2449 Jessica Drive**
**Gilbertsville, PA 19525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,200.00**

---

**3.327 3**

**Nonpriority creditor's name and mailing address**

**Ronald And Cara Reish**
**839 Crestline Pl**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,795.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.327 4**

**Nonpriority creditor's name and mailing address**
**Ronald and Joyce Sampay**
**14615 Lourdes Drive**
**Houston, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,528.45**

---

**3.327 5**

**Nonpriority creditor's name and mailing address**
**Ronald and Maryanne Fasula**
**425 E. Carol Ann Way**
**Phoenix, AZ 85022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,738.00**

---

**3.327 6**

**Nonpriority creditor's name and mailing address**
**Ronald And Sally Boys**
**5 Rosehill Drive**
**Sandys, Bermuda MA01**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,700.00**

---

**3.327 7**

**Nonpriority creditor's name and mailing address**
**Ronald and Susan Glotzbach**
**2733 Alstone Manor Dr.**
**Fort Wayne, IN 46804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,295.00**

---

**3.327 8**

**Nonpriority creditor's name and mailing address**
**Ronald Ducroq**
**2415 Marshall Parkway**
**PO Box 8586**
**Waukegan, IL 60079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

**3.327 9**

**Nonpriority creditor's name and mailing address**
**Ronald Johnson**
**18981 100th Ave**
**Tustin, MI 49688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,310.00**

---

**3.328 0**

**Nonpriority creditor's name and mailing address**
**Ronald Lang**
**2819 Linden Street**
**Bethlehem, PA 18017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,587.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.328 1 | **Nonpriority creditor's name and mailing address**<br>**Ronald Mitchell**<br>**4015 W 93rd St Unit 2B**<br>**Oak Lawn, IL 60477**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,358.25** |

| 3.328 2 | **Nonpriority creditor's name and mailing address**<br>**Ronna and Rhett Buckley**<br>**7269 South Garland Court**<br>**Littleton, CO 80128**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,876.00** |

| 3.328 3 | **Nonpriority creditor's name and mailing address**<br>**Ronnie & Andrea Lynn Wyatt**<br>**4655 Lake View Drive West**<br>**Lakeland, FL 33813**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,085.00** |

| 3.328 4 | **Nonpriority creditor's name and mailing address**<br>**Ronnie & Judi Vaughn**<br>**1708 Camino Rio**<br>**Farmington, NM 87401**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |

| 3.328 5 | **Nonpriority creditor's name and mailing address**<br>**Rosa & Nichelle Bentley**<br>**130 E Juanita**<br>**Gilbert, AZ 85234**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,787.00** |

| 3.328 6 | **Nonpriority creditor's name and mailing address**<br>**Rosa & Yamil Widy**<br>**1424 Chatsworth TRCE**<br>**Lawrenceville, GA 30044**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,457.75** |

| 3.328 7 | **Nonpriority creditor's name and mailing address**<br>**Rosa And Victor Rodriguez/Alvarez**<br>**7829 41st Place**<br>**Lyons, IL 60534**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,126.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**

Case number (*if known*) _____

Name

| | | |
|---|---|---|
| 3.3288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,870.00** |

**Rosalind & Andrew Dunmore**
**111 Raleigh St SE**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,670.00** |

**Rosalind and Arthur Waller**
**100 Elizabeth Drive**
**Apt 1401**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,520.00** |

**Rosalind and Robert Ciencin**
**11440 W 78th Drive**
**Aurora, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,796.00** |

**Rosalyne Cameron**
**247 S. Pickett St Unit #301**
**Alexandria, VA 45787-1872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |

**Rosamari Isong**
**6648 Youngstown**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,061.00** |

**Rosanne and Calvin Moten**
**1605 Westchester Blvd.**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |

**Roscoe and Carol Dyal**
**7395 East Ponderosa Circle**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.329 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
| **Rose And Barry Roosevelt**<br>**3262 Canyon Glen Way**<br>**Dacua, GA 30019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.329 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,295.00** |
| **Rose Braswell**<br>**1117 Crescent Court**<br>**Round Lake Beach, IL 60073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,035.00** |
| **Roseann Farrow (Masterson)**<br>**PO Box 10065**<br>**Newburgh, NY 12552** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
| **Rosemarie Read**<br>**9201 E. Mississippi Ave.**<br>**Denver, CO 80247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,690.00** |
| **Rosemary, Michael and Patrick Walsh**<br>**1034 Fellsway**<br>**Medford, MA 02155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,664.00** |
| **Rosendo and Teresa Treto**<br>**771 Glenarbor Circle**<br>**Longmont, CO 80504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,056.00** |
| **Rosetta & Lacey Harper**<br>**501 Center Hill Ave NW**<br>**Atlanta, GA 30318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| | 3.330 2 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosie & Thomas Mitchell**
**920 South Lyman Ave**
**Oakpark, IL 60304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,995.00**

---

| | 3.330 3 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosita Redoux**
**2420 Morningview Lane**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,670.00**

---

| | 3.330 4 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ross & Jennifer Brady**
**208 Love Grass Court**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,670.00**

---

| | 3.330 5 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ross & Judith Landers**
**8702 49th Terrace E**
**Bradenton, FL 34211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,295.00**

---

| | 3.330 6 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roundhouse Resort in Pinetop**
**5829 Buck Springs Rd**
**Pinetop, AZ 85935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | 3.330 7 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roxanne Askins**
**5121 Mountain View Drive**
**Krum, TX 76249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,300.40**

---

| | 3.330 8 | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roxanne Carson and John Wiewel**
**6715 Rock Bridge Lane**
**Ellenton, FL 34222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

Debtor   **Timeshare Termination Team, LLC**                             Case number (*if known*) _____
         _____
         Name

| | | |
|---|---|---|
| **3.330 9** | **Nonpriority creditor's name and mailing address**<br>**Roy & Belinda Hopkins**<br>**19434 W. Whitton Ave.**<br>**Litchfield Park, AZ 85340**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,500.00** |

| | | |
|---|---|---|
| **3.331 0** | **Nonpriority creditor's name and mailing address**<br>**Roy & Yvonne Jackson**<br>**1037 South Adams Street**<br>**Hugoton, KS 67951**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,905.00** |

| | | |
|---|---|---|
| **3.331 1** | **Nonpriority creditor's name and mailing address**<br>**Roy and Mary Perez**<br>**231 Apache Place**<br>**Lochbuie, CO 80603**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,520.00** |

| | | |
|---|---|---|
| **3.331 2** | **Nonpriority creditor's name and mailing address**<br>**Roy and Sharon Johnson**<br>**3178 139th Ave NW**<br>**Andover, MN 55304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

| | | |
|---|---|---|
| **3.331 3** | **Nonpriority creditor's name and mailing address**<br>**Royal Aloha Vacation Club**<br>**2224 Aloha Drive**<br>**Honolulu, HI 96815**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.331 4** | **Nonpriority creditor's name and mailing address**<br>**Royal Beach and Tennis Club**<br>**400 Padre Blvd**<br>**South Padre Island, TX 78597**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.331 5** | **Nonpriority creditor's name and mailing address**<br>**Royal Elite Vacation Club**<br>**Carretera Puerto Juarez-Chetumal Km. 295**<br>**Calica, 77710, Playa del Carmen, Q. Mexi**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.331 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royal Hacienda**
**Km. 289+10, Carr. Canc n - Tulum, Centro**
**, Playa del Carmen, Q. Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royal Holiday Vacation Club**
**5727 NW 7th St - MMB # 281**
**Miami, FL 33126-3105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,630.00 |
|---|---|---|---|

**Rozita Sterling and Ernest Cusseaux**
**404 Concord Drive**
**Hurst, TX 76054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,251.36 |
|---|---|---|---|

**Rubin And Marie Mack**
**402 Fieldstone Drive**
**Monroeville, PA 15146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,380.00 |
|---|---|---|---|

**Ruby & Leroy Gordon**
**601 S Edgelawn Dr**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,395.00 |
|---|---|---|---|

**Ruby Armstrong-Bey**
**3541 S Telluride Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Rubye Bailey and Katie Autry**
**5952 W. Iowa St**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.332 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |
|---|---|---|---|

**Rudolph Fuys & Annemarie Behrendt**
**5038 E. Emelita Ave**
**Mesa, AZ 85206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,295.00** |
|---|---|---|---|

**Russell & Judith Rugani/Karbowski**
**154 Foxwood Rd**
**Coraopolis, PA 15108**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,534.00** |
|---|---|---|---|

**Russell & Tiffany Lind**
**527 South Oak Dr.**
**Vadnais, MN 55127**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,312.19** |
|---|---|---|---|

**Russell And Donna Sutherland**
**560 Buccaneer Drive**
**Winnie, TX 77665**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Ruth and Mark Stadtfeld**
**8022 Tamayo Dr**
**Houston, TX 77083**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,394.65** |
|---|---|---|---|

**Ruth Ann & David Hankins**
**3140 West 50th Street**
**Indianapolis, IN 46228**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruth Barron Berumen**
**2951 Alder St**
**Denver, CO 80260**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
 Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.333 0** | | **$5,182.00** |

**Nonpriority creditor's name and mailing address**
**Ruth Schmieden**
**9627 N Crystal Lake Drive**
**Littleton, CO 80125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 1** | | **$8,218.00** |

**Nonpriority creditor's name and mailing address**
**Ruthie And Adriane Brown**
**605. N 33rd St**
**Philadelphia, PA 19104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 2** | | **$6,250.00** |

**Nonpriority creditor's name and mailing address**
**Ryan & Angela King**
**5666 Waverley Rd.**
**Firestone, CO 80504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 3** | | **$7,024.00** |

**Nonpriority creditor's name and mailing address**
**Ryan & Carrie Taylor**
**13852 Farm Road 69 North**
**Sulphur Bluff, TX 75481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 4** | | **$5,626.00** |

**Nonpriority creditor's name and mailing address**
**Ryan & Claudia Dacoscos/Ibarra**
**1663 East G Street Apt 151**
**Ontario, CA 91764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 5** | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Ryan Brown**
**1827 S Ventura St**
**Aurora, CO 80017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.333 6** | | **$11,500.00** |

**Nonpriority creditor's name and mailing address**
**Saba Wolde and Dan Teferi**
**20347 Center Brook Square**
**Sterling, VA 20165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3337**

**Nonpriority creditor's name and mailing address**
**Sabrina and Alexander Cherry/Barking**
**2188 A Fulton Street**
**Brooklyn, NY 11233**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$3,950.00

---

**3.3338**

**Nonpriority creditor's name and mailing address**
**Sabrina Woods/Susette Baines**
**17927 Diamond Peak Court**
**Humble, TX 77346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,300.00

---

**3.3339**

**Nonpriority creditor's name and mailing address**
**Saeng Sayavong**
**7171 Ruth Way**
**Denver, CO 80221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,872.00

---

**3.3340**

**Nonpriority creditor's name and mailing address**
**Sally and Richard Giller**
**5300 Blue Heron Blvd**
**West Richland, WA 99353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,295.00

---

**3.3341**

**Nonpriority creditor's name and mailing address**
**Sally Cowell**
**17070 Gannon Way**
**Rosemont, MN 55068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,250.00

---

**3.3342**

**Nonpriority creditor's name and mailing address**
**Sally Merlock (Hampton)**
**2382 East Chestnut Ave**
**Vineland, NJ 08361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,950.00

---

**3.3343**

**Nonpriority creditor's name and mailing address**
**Salvador & Isabel Rivera**
**5299 S. Cody Street**
**Littleton, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,104.00

---

Debtor   **Timeshare Termination Team, LLC**                        Case number (if known)  _____
_____
Name

| 3.334 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**Salvador & Noregen Noble**
**2710 Middleborough Circle**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,034.00** |
|---|---|---|---|

**Salvador and Dora and Lizeth Barrera**
**10706 Indian Trail Drive**
**Tomball, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |
|---|---|---|---|

**Salvatore Russo/Josesa Tapiador**
**11014 Grass Finch Road**
**Weeki Wachee, FL 34613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,521.00** |
|---|---|---|---|

**Sam & Deborah Finney**
**9900 Covered Bridge Rd**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,737.00** |
|---|---|---|---|

**Sam & Helen Thielke**
**8146 E Medina Ave**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Sam & Sharon McCrickard**
**1845 Quebec Court**
**Middleburg, FL 32068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Sam and Karen Toney**
**4461 Shadow Lane**
**Spruce Creek, PA 16683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.335 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

**Sam McKenzie**
**6562 E Asbury Ave**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samantha Perez**
**14214 Petrel Dr**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,113.05 |
|---|---|---|---|

**Samantha Simpson**
**7553 Winchester Avenue**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,223.00 |
|---|---|---|---|

**Samuel & Patricia Van Houten**
**325 E Pierce St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,457.00 |
|---|---|---|---|

**Samuel and Linda Pullum**
**8555 S Rockwell St**
**Chicago, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Samuel and Vanessa Lucero**
**7506 Quay St**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,894.65 |
|---|---|---|---|

**Samuel E. & Valerie Dottin**
**55 Amark Rd**
**Brockton, MA 02302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
      Name

| | |
|---|---|
| **3.335 8** | **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*             **$0.00** |

**3.335 8**    **Nonpriority creditor's name and mailing address**

**Sand Beach Club**
**9400 Shore Dr**
**Myrtle Beach, SC 29572**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.335 9**    **Nonpriority creditor's name and mailing address**

**Sandcastle Cove**
**1141 Broad Creek Rd**
**New Bern, NC 28560**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336 0**    **Nonpriority creditor's name and mailing address**

**Sandi Mosser**
**16370 W 10th Ave**
**Golden, CO 80401**

As of the petition filing date, the claim is: *Check all that apply.*     **$5,355.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336 1**    **Nonpriority creditor's name and mailing address**

**Sandra & Donald Lunnon-Jenkins**
**8610 Josie St**
**Houston, TX 77029**

As of the petition filing date, the claim is: *Check all that apply.*     **$11,338.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336 2**    **Nonpriority creditor's name and mailing address**

**Sandra (Sandy) Bell**
**365 West Division Street**
**Coal City, IL 60416**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336 3**    **Nonpriority creditor's name and mailing address**

**Sandra and Geoffrey Pitts**
**4309 Mossy Top Court**
**Tallahassee, FL 32303**

As of the petition filing date, the claim is: *Check all that apply.*     **$7,538.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336 4**    **Nonpriority creditor's name and mailing address**

**Sandra and James Moore**
**26194 Trailwood Dr.**
**Warrenton, MO 63383**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,995.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.336.5**

**Nonpriority creditor's name and mailing address**

**Sandra and Paul Straube**
**156 West Drive**
**Northlake, IL 60164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.336.6**

**Nonpriority creditor's name and mailing address**

**Sandra and Richard Fox**
**593 South Macon Court**
**Aurora, CO 80012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,092.00**

---

**3.336.7**

**Nonpriority creditor's name and mailing address**

**Sandra and Victor Alaniz**
**755 Cameron Dr**
**Antioch, IL 60002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,245.00**

---

**3.336.8**

**Nonpriority creditor's name and mailing address**

**Sandra Goodrich**
**9559 W Coal Mine Ave**
**Apt G**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.336.9**

**Nonpriority creditor's name and mailing address**

**Sandra Green**
**7600 Stenton Avenue**
**Apt 3 i**
**Philadelphia, PA 19118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,674.50**

---

**3.337.0**

**Nonpriority creditor's name and mailing address**

**Sandra Hume**
**1655 S Hilock Terrace**
**Inverness, FL 34452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,140.00**

---

**3.337.1**

**Nonpriority creditor's name and mailing address**

**Sandra McFarland**
**4601 Evenstar Way**
**Plano, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

Debtor **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.337 2 | **Nonpriority creditor's name and mailing address**<br>**Sandra Messamishii**<br>**18611 Clark Street Apt 7**<br>**Tarzana, CA 91356**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$7,800.00** |

| | | |
|---|---|---|
| 3.337 3 | **Nonpriority creditor's name and mailing address**<br>**Sandra Runge**<br>**2286 E. 1000 Ave**<br>**Saint Peter, IL 62880**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,420.00** |

| | | |
|---|---|---|
| 3.337 4 | **Nonpriority creditor's name and mailing address**<br>**Sandra Wiltz**<br>**18522 Knob Hill Lake Lane**<br>**Humble, TX 77346**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,950.00** |

| | | |
|---|---|---|
| 3.337 5 | **Nonpriority creditor's name and mailing address**<br>**Sands at Kahana**<br>**4299 Lower Honoapiilani Rd**<br>**Lahaina, HI 96761**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.337 6 | **Nonpriority creditor's name and mailing address**<br>**Sands Ocean Club**<br>**9550 Shore Dr**<br>**Myrtle Beach,, SC 29572**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.337 7 | **Nonpriority creditor's name and mailing address**<br>**Sands of Kahana**<br>**P.O. Box 30270**<br>**Honolulu, HI 96820-0270**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.337 8 | **Nonpriority creditor's name and mailing address**<br>**Sands of Kahana Resorts resort**<br>**4299 Lower Honoapiilani Rd**<br>**Lahaina, HI 96761**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor   **Timeshare Termination Team, LLC**                                Case number (if known) _____
         _____
         Name

| 3.337 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Sandy Flynn** | ☐ Contingent | |
| | **9004 Excelsior Loop** | ☐ Unliquidated | |
| | **Venice, FL 34293** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sanstone Creek Club** | ☐ Contingent | |
| | **1020 Vail View Dr** | ☐ Unliquidated | |
| | **Vail, CO 81657** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sapphire Resorts** | ☐ Contingent | |
| | **3700 S Las Vegas Blvd** | ☐ Unliquidated | |
| | **Las Vegas, NV 89109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sapphire Resorts / Starpoint Resort Grou** | ☐ Contingent | |
| | **P.O. Box 93776** | ☐ Unliquidated | |
| | **Las Vegas, NV 89193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.00 |
|---|---|---|---|
| | **Sara And Tom Albright/Ann and Forrest Be** | ☐ Contingent | |
| | **8306 N Highland Ave** | ☐ Unliquidated | |
| | **Kansas city, MO 64118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sara McAtee** | ☐ Contingent | |
| | **411 Walnut St #17775** | ☐ Unliquidated | |
| | **Green Cove Springs, FL 32043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,545.00 |
|---|---|---|---|
| | **Sara Nuckols** | ☐ Contingent | |
| | **912 Wilshire Drive** | ☐ Unliquidated | |
| | **Berhoud, CO 80513** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.338 6**

**Nonpriority creditor's name and mailing address**
**Sara O'Donnell and Judith Williams**
**6943 Tulip St**
**Philadelphia, PA 19135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.338 7**

**Nonpriority creditor's name and mailing address**
**Sara Rapp**
**Po Box 61023**
**Phoenix, AZ 85082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,295.00**

---

**3.338 8**

**Nonpriority creditor's name and mailing address**
**Sarah & Alfred Ramos Kroeger**
**15 County Rd 18**
**Espanola, NM 87532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,995.00**

---

**3.338 9**

**Nonpriority creditor's name and mailing address**
**Sarah & Gabriel Ortega**
**4434 Raymond Ave**
**Brookfield, IL 60513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,332.52**

---

**3.339 0**

**Nonpriority creditor's name and mailing address**
**Sarah Holtzclaw**
**181 King Street**
**Clermont, GA 30527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.339 1**

**Nonpriority creditor's name and mailing address**
**Saundra Guyton**
**6807 Coolridge Rd**
**Temple Hills, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.339 2**

**Nonpriority creditor's name and mailing address**
**Scarlett And Carlos Romero**
**131 Evan Road**
**Wrawick, NY 10990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,405.09**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

| 3.339 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scenic Wolf Mountain Resort**
**578 Valley View Cir**
**Mars Hill, NC 28754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Schooner II Beach & Racquet Club**
**2108 N Ocean Blvd,**
**Myrtle Beach,, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,950.00** |
|---|---|---|---|

**Scott & Camille Barnhart**
**860 Bramblewood Dr**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,554.00** |
|---|---|---|---|

**Scott & Christina Klemann**
**810 Red Tail Rd**
**Yakima, WA 98908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,645.00** |
|---|---|---|---|

**Scott & Kimberly Williams/Popkey**
**4929 W. Marcus Dr**
**Phoenix, AZ 85083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,225.20** |
|---|---|---|---|

**Scott & Patricia (Tish) Kruzan**
**16033 W 4th Street**
**Hayward, WI 54843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,554.12** |
|---|---|---|---|

**Scott & Patricia Schneider**
**1802 Pine Village Drive**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.340 0** | |

**Nonpriority creditor's name and mailing address**
**Scott and Doreen Hendrix**
**10556 Ura Lane**
**Northglenn, CO 80234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$5,800.00**

---

| | |
|---|---|
| **3.340 1** | |

**Nonpriority creditor's name and mailing address**
**Scott And Kelly Evey**
**6006 Allendale Ridge Trail**
**Richmond, TX 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,372.00**

---

| | |
|---|---|
| **3.340 2** | |

**Nonpriority creditor's name and mailing address**
**Scott And Rachelle Lehman**
**3438 N. Valerie**
**Witchita, KS 67205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,608.00**

---

| | |
|---|---|
| **3.340 3** | |

**Nonpriority creditor's name and mailing address**
**Scott and Sheree Held**
**553 Hoover Dr.**
**Apollo, PA 15613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,170.00**

---

| | |
|---|---|
| **3.340 4** | |

**Nonpriority creditor's name and mailing address**
**Scott Anderson and Tammy Smallfoot**
**218 Spaulding Lane**
**Fort Collins, CO 80524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

| | |
|---|---|
| **3.340 5** | |

**Nonpriority creditor's name and mailing address**
**Scott Burkhart**
**6537 Trailhead Road**
**Highlands Ranch, CO 80130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,268.00**

---

| | |
|---|---|
| **3.340 6** | |

**Nonpriority creditor's name and mailing address**
**Scott Ohara & Laura Irwin**
**1651 W Canal Circle**
**Unit 626**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,632.50**

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
      Name

---

**3.340 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Scottsdale Pinnacle Owners Assoc**<br>**17700 North Hayden Road, Unit: 2002**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **scottsdale sonoran villas vacation owner**<br>**34305 N Scottsdale Rd,**<br>**Scottsdale, AZ 85266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,057.49 |
|---|---|---|
| **Scripps Media**<br>**312 Walnut St.**<br>**Cincinnati, OH 45202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2443** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.341 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,155.40 |
|---|---|---|
| **Scripps Media, Inc,  KGTV, KMGH,KNXV, KS**<br>**P.O. Box 204268**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3816** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.341 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sea Crest Surf & Raquet Club**<br>**3 Avocet Rd**<br>**Hilton Head Island, SC 29938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.341 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sea Mist Oceanfront Resort**<br>**305 13th Avenue**<br>**South Myrtle Beach, SC 29577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.341 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sea Palace**<br>**147 Voorstraat**<br>**Philipsburg, Sint Maarten** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.341 4**

**Nonpriority creditor's name and mailing address**

**Sea Scape Beach and Golf Club**
**4724 N Croatan Hwy**
**Kitty Hawk, NC 27949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341 5**

**Nonpriority creditor's name and mailing address**

**Sea Watch Inn at The Landing**
**215 Atlantic Ave**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341 6**

**Nonpriority creditor's name and mailing address**

**Sean & April Yarger**
**2856 E Sandy Ct**
**Gilbert, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.341 7**

**Nonpriority creditor's name and mailing address**

**Sean Hawkins and Donna Stammen**
**1740 N Avenue Apt G**
**National City, CA 91950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,207.45**

---

**3.341 8**

**Nonpriority creditor's name and mailing address**

**Sean Kelly**
**13703 Dexter Street**
**Thornton, CO 80602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.341 9**

**Nonpriority creditor's name and mailing address**

**Seasons at Greenwood Condominiums**
**1405 Olde Rd**
**Clymer, NY 14724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 0**

**Nonpriority creditor's name and mailing address**

**Seasons Holidays**
**Wynchgate House, Woodlands Lane**
**Bradley Stoke, Bristol BS32 4JT**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sedona Pines Resort**
**6701 AZ-89A**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.342 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sedona Summit**
**4055 Navoti Dr,**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sedona Vacation Club- Los Abrigados**
**160 Portal Lane**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,820.00 |
|---|---|---|---|

**Seline Braswell**
**6429 Cherokee St**
**Philadelphia, PA 19119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Serene Imlay**
**150 Dayton St, Apt. C201**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,350.00 |
|---|---|---|---|

**Sergio & Beatrice Olivas**
**3105 Granite Rock Trail**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Sergio & Luz Rios**
**4413 Archmere Ave.**
**Cleveland, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3428**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,409.60 |
|---|---|---|
| **Sergio Rios and Luz Ruiz**<br>**38446 N. Creek CT**<br>**Beach Park, IL 60087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.3429**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|
| **Seth & Inger Jackson**<br>**2330 Krameria St.**<br>**Denver, CO 80207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3430**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Shaina Trimboli**<br>**18089 E Dorado Ave**<br>**Centennial, CO 80015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3431**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,141.00 |
|---|---|---|
| **Shamecca Davis and Ebonique Alexander**<br>**3571 S Richfield ST**<br>**Aurora, CO 80013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3432**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,786.00 |
|---|---|---|
| **Shannan & Michael Pahe/Howard**<br>**4109 W Alicia Dr.**<br>**Laveen, AZ 85339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3433**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|
| **Shannon and Ben Sandoval**<br>**6355 Metrowest Blvd. Suite 180**<br>**Castle Rock, CO 80108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3434**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,645.00 |
|---|---|---|
| **Sharon & Anthony & Melessa Finley/Willia**<br>**5249 West Shore Drive SW**<br>**Conyers, GA 30094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|--------|-------------------------------------|------------------------|--|
| | Name | | |

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**Sharon & Chris Conway**
**16 Allen Lane**
**Lexington, TN 38351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,917.00**

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Sharon & Ronald Corntassel**
**9 Wellington Way SE**
**Rome, GA 30161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,245.00**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**Sharon & Timmy Smith**
**164 Chriswood Ln**
**Stafford, VA 22556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,006.00**

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**Sharon (Sherry) and Ken Beaty**
**6409 West Grovers Ave**
**Glendale, AZ 85308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,057.75**

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**Sharon and Kevin Brown**
**36 Luscombe Lane**
**Sandwich, MA 02563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**Sharon And Neil Meldgin**
**8215 Eynsford Dr**
**Orland, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,570.00**

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**Sharon And Tim Mcculloch**
**8527 Ashford Green Lane**
**Houston, TX 77072-5670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,890.80**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.344 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Sharon Archer**
**5022 36th Pl.**
**Hyattsville, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.344 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,376.00** |
|---|---|---|---|

**Sharon Blackman**
**6829 Camino Rio**
**Irving, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,367.75** |
|---|---|---|---|

**Sharon Callahan**
**19 Graystone Dr**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,295.00** |
|---|---|---|---|

**Sharon Condon- Hagel**
**12021 S Greenfield Lane**
**Medical Lake, WA 99022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,882.00** |
|---|---|---|---|

**Sharon Davis**
**1219 Summer Lane**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,876.00** |
|---|---|---|---|

**Sharon Kernan and Rebecca Olson**
**382 Quinton Hancock Bridge Road**
**Salom, NJ 08079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Sharon LaMacchia and Dawn Gutner**
**1214 Ballantrea Place**
**Unit A**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
             Name

---

| 3.344 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,295.00** |
|---|---|---|---|

**Sharon Peppers**
**5451 W. Jackson**
**IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,261.28** |
|---|---|---|---|

**Sharon Poisson**
**6711 W 11th Place**
**Westminster, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,700.00** |
|---|---|---|---|

**Sharon Ross**
**2820 Smooth Stone Trail**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,840.00** |
|---|---|---|---|

**Sharon Unkart**
**6371 S Lakeview St**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,281.00** |
|---|---|---|---|

**Sharon Wood**
**1601 Millers Ferry Rd**
**Trailer 208**
**Wilmer, TX 75172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,791.82** |
|---|---|---|---|

**Sharon Zias**
**5844 E Ithaca Pl**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.00** |
|---|---|---|---|

**Sharron Newble-Majors**
**2845 Paddle Wheel Drive**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.345 6**

**Nonpriority creditor's name and mailing address**

**Shaun & Eleanor O'Kinsella**
**10709 Ninth Dr SE**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,995.00**

---

**3.345 7**

**Nonpriority creditor's name and mailing address**

**Shaun Barnes**
**4371 W Bellewood Dr**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345 8**

**Nonpriority creditor's name and mailing address**

**Shaun Griffin**
**3927 Horseshoe Circle**
**Loomis, CA 95650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.345 9**

**Nonpriority creditor's name and mailing address**

**Shavonne Young/Alif Bey**
**110 Aidone Lane**
**New Castle, DE 19720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.346 0**

**Nonpriority creditor's name and mailing address**

**Shawn & Audrey Davis**
**25 Evangeline Street**
**Rochester, NY 14619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$13,269.00**

---

**3.346 1**

**Nonpriority creditor's name and mailing address**

**Shawn & Steven Ransom**
**472 Westtree Lane**
**Plantation, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.346 2**

**Nonpriority creditor's name and mailing address**

**Shawn Dixon**
**1716 Skyline Drive**
**Norfolk, VA 23518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.346 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,560.20 |
|---|---|---|
| **Shawne & Oda Gay**<br>**3608 Silver Oak Court**<br>**Lakewales, FL 33898** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SHAYNA G. SCHROEDER and Zetrouer**<br>**Pasifer**<br>**3135 1st Ave N #15549**<br>**St Petersburg, FL 33733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,173.00 |
|---|---|---|
| **Sheila & Arthur Braley III**<br>**PO Box 926**<br>**#5 Odyssis Drive**<br>**Onset, MA 02558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|
| **Sheila & James Spane**<br>**5552 Foxwoods Drive**<br>**Oak Lawn, IL 60453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,174.00 |
|---|---|---|
| **Sheila and Danny Laughlin**<br>**2487 S Evanston St**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|
| **Sheila and Lamont Pouncil**<br>**912 NW 112th Terrace**<br>**Kansas City, KS 64155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.346 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,880.00 |
|---|---|---|
| **Sheila Bourne and Denise Bridge**<br>**1655 Coolridge**<br>**Willow Grove, PA 19090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Timeshare Termination Team, LLC**                Case number (if known) _____

Name

| | |
|---|---|
| **3.347 0** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$7,221.76**

**Sheila Crawford**
**960 Blue Heron Drive**          ☐ Contingent
**Rio Vista, CA 94571**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.347 1** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$3,009.00**

**Sheila Lidberg**
**11611 S Spainhour Rd**          ☐ Contingent
**Lone Jack, MO 64070**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| **3.347 2** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Shelby Yaffe**
**1255 19th St, Apt 609**          ☐ Contingent
**Denver, CO 80202**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| **3.347 3** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Shell Vacation Club**
**6277 Sea Harbor Drive**          ☐ Contingent
**Orlando, FL 32821**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| **3.347 4** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Shenandoah Villas**
**1822 Resort Drive**          ☐ Contingent
**Massanutten, VA 22840**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| **3.347 5** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Sheraton Corporate Office Headquarters a**
**400 N Oxford Valley Rd**          ☐ Contingent
**Langhorne, PA 19047**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| **3.347 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Sheraton Flex Vacations,LLC and Vistana**
**9002 San Marco Ct**          ☐ Contingent
**Orlando, FL 32819-8600**          ☐ Unliquidated
          ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.347 7** | **Nonpriority creditor's name and mailing address**<br>**Sheraton Steamboat Resort Villas**<br>**2200 Village Inn Ct**<br>**Steamboat Springs, CO 80487**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.347 8** | **Nonpriority creditor's name and mailing address**<br>**Sheree and Luis Amaya**<br>**5028 Joplin Ct**<br>**Denver, CO 80239**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,782.00** |

| | | |
|---|---|---|
| **3.347 9** | **Nonpriority creditor's name and mailing address**<br>**Sheri and Gary Shipley**<br>**5107 NW High Drive Terrace**<br>**Riverside, MO 64150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,870.00** |

| | | |
|---|---|---|
| **3.348 0** | **Nonpriority creditor's name and mailing address**<br>**Sheri Luaders**<br>**12 Fawnwood Dr.**<br>**St. Louis, MO 63128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,889.00** |

| | | |
|---|---|---|
| **3.348 1** | **Nonpriority creditor's name and mailing address**<br>**Sheridan and Clarence Lewis**<br>**5110 Creekview Drive**<br>**Laporte, TX 77571**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,595.00** |

| | | |
|---|---|---|
| **3.348 2** | **Nonpriority creditor's name and mailing address**<br>**Sheridan Vista**<br>**12401 International Dr**<br>**Orlando, FL 32821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.348 3** | **Nonpriority creditor's name and mailing address**<br>**Sherman's Travel**<br>**112 West 34th Street Suite 2110**<br>**New York, NY 10120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**                    Case number (*if known*) _____

Name

| | | |
|---|---|---|
| 3.348 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,488.00** |

**Sherreiph Osun**
**(314) 440-2936 or nikkio-13@msn.com**
 **TX 77449**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.348 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |

**Sherri Nitta**
**6599 S. Walden St**
**Aurora, CO 80016**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.348 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,670.00** |

**Sherrie Alvarado**
**1998 S. Columbine St.**
**Apt. 1**
**Denver, CO 80210**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.348 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,626.00** |

**Sherry Meador**
**6386 Grace Lane**
**Arvada, CO 80004**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.348 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,536.00** |

**Sheryl Vanwey and Tom Baltzer**
**1210 E 130th Ave Unit A**
**Thorton, CO 80241**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.348 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |

**Shirlene Ladd**
**1621 E Villa Rita Dr**
**Phoenix, AZ 85022**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| | | |
|---|---|---|
| 3.349 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,727.91** |

**Shirley & Harvey Jr Jackson**
**3205 CR 289**
**Somerville, TX 77879**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.349 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|---|
| | **Shirley & John Mitchell-Valrie**<br>**9806 S Woodlawn Ave**<br>**Chicago, IL 60628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |
|---|---|---|---|
| | **Shirley & Kenneth Wood**<br>**231 Zara St**<br>**Pittsburgh, PA 15210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|
| | **Shirley and Brad Schmelzer**<br>**790 Appleby Pl**<br>**Castle Rock, CO 80104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|
| | **Shirley and Eric Gilbert**<br>**7639 South Indiana Ave**<br>**Chicago, IL 60619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Shirley Lytle**<br>**864 I Street**<br>**Burwell, NE 68823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,320.00 |
|---|---|---|---|
| | **Shirley Seay**<br>**575 Kenton**<br>**Aurora, CO 80010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,244.00 |
|---|---|---|---|
| | **Shirley Yost**<br>**16385 W Rimrock St**<br>**Surprise, AZ 85388** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3498 | **Nonpriority creditor's name and mailing address**<br>**SHUTTS & BOWEN LLP**<br>**300 South Orange Avenue, Suite 1600**<br>**Orlando, FL 32801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.3499 | **Nonpriority creditor's name and mailing address**<br>**Sid & Penny Revilla**<br>**2380 E. Nichols Pl**<br>**Centennial, CO 80122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,450.00** |

| 3.3500 | **Nonpriority creditor's name and mailing address**<br>**Sidney & Charlene Morris**<br>**PO Box 58**<br>**Lingle, WY 82223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |

| 3.3501 | **Nonpriority creditor's name and mailing address**<br>**Sidney, M Leon Munoz**<br>**13444 W Saratoga Dr**<br>**Morrison, CO 80465**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.3502 | **Nonpriority creditor's name and mailing address**<br>**Sieda Royal with Interval International**<br>**400 Padre Boulevard**<br>**South Padre Island, TX 78597**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.3503 | **Nonpriority creditor's name and mailing address**<br>**Signarama DTC Signs, LLC**<br>**7255 S Havana St STE 180**<br>**Centennial, CO 80112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.3504 | **Nonpriority creditor's name and mailing address**<br>**Silvarado Resorts, Napa Valley Resorts**<br>**1600 Atlas Peak Road**<br>**Napa Valley, CA 94558**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
         Name

| 3.350 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Silver Beach Club**
**1025 S Atlantic Ave**
**Daytona Beach, FL 32118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Silver Lake Resort**
**336 Crest Dr**
**Idaho Springs, CO 80452**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Silver Seas Resort**
**101 N Fort Lauderdale Beach Blvd,**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Silverado II**
**490 Kings Crossing Rd**
**Winter Park, CO 80482**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,900.00** |
|---|---|---|---|

**Silvia & Ramon Garcia/Ramirez**
**538 Julian St**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,120.00** |
|---|---|---|---|

**Silvia Pineda and Fidel Flores**
**5289 Dearborn St**
**Denver, CO 80239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sinclair Broadcast Group**
**10706 Beaver Dam Road**
**Hunt Valley, MD 21030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                    Case number (if known) _____
          _____
          Name

| 3.351 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$2,250.00**

**Sinclair Broadcast Group C/O (DSYX)**         ☐ Contingent
**P.O. Box 206270**                             ☐ Unliquidated
**Dallas, TX 75320**                            ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number **2692**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$2,250.00**

**Sinclair Broadcast Group c/o DSYX FOX 28**    ☐ Contingent
**PO Box 206270**                               ☐ Unliquidated
**Dallas, TX 75320**                            ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number **8497,2692**    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$7,800.00**

**Sir Byron Jefferson and Kathleen Gaines**     ☐ Contingent
**11111 Saathoff Drive Apt 301**                ☐ Unliquidated
**Syphers, TX 77429**                           ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number _                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sirius XM**                                    ☐ Contingent
**PO Box 71170**                                 ☐ Unliquidated
**Philadelphia, PA 19176**                       ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number _                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Smoke Tree Lodge**                             ☐ Contingent
**11914 NC-105**                                 ☐ Unliquidated
**Banner Elk, NC 28604**                         ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number _                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Smugglers' Notch Resort**                      ☐ Contingent
**4323 VT-108**                                  ☐ Unliquidated
**Jeffersonville, VT 05464**                     ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number _                Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Solaz Mexican Timeshare**                      ☐ Contingent
**410 ... CSL-SJC Access B Cabo Real**           ☐ Unliquidated
**San Jose del Cabo, 23405 Mexico**              ☐ Disputed

Date(s) debt was incurred _                      Basis for the claim: _

Last 4 digits of account number _                Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.351**
**9**

**Nonpriority creditor's name and mailing address**
**Soledad (Solie) & Agustin (Antonio) Carr**
**1621 North Ann**
**Texarkana, TX 75501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,917.00**

---

**3.352**
**0**

**Nonpriority creditor's name and mailing address**
**Soleil Management and Globe Quest**
**7200 S Las Vegas Blvd suite a**
**Las Vegas, NV 89119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.352**
**1**

**Nonpriority creditor's name and mailing address**
**SolMar Resorts**
**Av Solmar #1, Centro,**
**, Cabo San Lucas, B.C. Mexico**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.352**
**2**

**Nonpriority creditor's name and mailing address**
**Solvere HR Consulting  Reagan Freed**
**PO Box 508**
**Grand Lake, CO 80447**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,812.50**

---

**3.352**
**3**

**Nonpriority creditor's name and mailing address**
**Sondra and Gerald VanDeVenter**
**7041 E. 60th Ave**
**Commerce City, CO 80022**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,177.00**

---

**3.352**
**4**

**Nonpriority creditor's name and mailing address**
**Sonia Lopez**
**(956) 437-0505 or garzarvs77@hotmail.com**
** AZ 85326**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.352**
**5**

**Nonpriority creditor's name and mailing address**
**Sonya and Vance Stewart**
**822 Millspring Drive**
**Durham, NC 27705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,136.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**

Case number (*if known*)

Name

| | | |
|---|---|---|
| **3.352**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Sonya Caraway**<br>**4511 7th St NE**<br>**Washington DC, DC 20017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$4,000.00** |

| | | |
|---|---|---|
| **3.352**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Sonya Smith and Rainey Willie**<br>**2875 Dahlia St.**<br>**Denver, CO 80207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,126.00** |

| | | |
|---|---|---|
| **3.352**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**Sophia And Kenny Glover**<br>**4480 70th Street**<br>**La Mesa, CA 91942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,876.00** |

| | | |
|---|---|---|
| **3.352**<br>**9** | **Nonpriority creditor's name and mailing address**<br>**South Cape Resort & Club Condominiums**<br>**950 Falmouth Rd,**<br>**Mashpee, MA 02649**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.353**<br>**0** | **Nonpriority creditor's name and mailing address**<br>**South Carolina Attorney General The Hono**<br>**P.O. Box 11549**<br>**Columbia, SC 29211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.353**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**South Dakota Office of the Attorney Gene**<br>**1302 E Hwy 14, Suite 1**<br>**Pierre, SD 57501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.353**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**South Peters Plaza Owner's Association**<br>**C/O KYNDEL MCCURLEY, 620 S. PETERS**<br>**NEW ORLEANS, LA 70130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.353 3 | **Nonpriority creditor's name and mailing address**<br>**South Wind Management Corp**<br>**35 Deallyon Ave**<br>**Hilton Head Island, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 4 | **Nonpriority creditor's name and mailing address**<br>**Southern Journeys of Texas**<br>**115 N Loop 1604 E suite #1209**<br>**San Antonio, TX 78232**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 5 | **Nonpriority creditor's name and mailing address**<br>**Spinnaker Resorts**<br>**35 Deallyon Ave**<br>**Hilton Head Island, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 6 | **Nonpriority creditor's name and mailing address**<br>**Spinnaker Resorts**<br>**35 Deallyon Ave.**<br>**Hilton Head, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 7 | **Nonpriority creditor's name and mailing address**<br>**Spinnaker Resorts**<br>**35 Deallyon Ave.**<br>**Hilton Head, SC 29928**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 8 | **Nonpriority creditor's name and mailing address**<br>**Splitrock Resorts**<br>**428 Moseywood Road**<br>**Lake Harmony, PA 18624**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.353 9 | **Nonpriority creditor's name and mailing address**<br>**SPM Resorts**<br>**9654 N Kings Hwy STE 101**<br>**Myrtle Beach, SC 29572-4041**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Timeshare Termination Team, LLC**
       Name
                                                 Case number *(if known)*

| | | |
|---|---|---|
| **3.3540** | **Nonpriority creditor's name and mailing address** <br> **St. Augustine Beach & Tennis Resort** <br> **3942 A1A South** <br> **St. Augustine, FL 32080** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
| **3.3541** | **Nonpriority creditor's name and mailing address** <br> **St. George Pennant and Marisil Wright** <br> **3107 Craftsman Place** <br> **Houston, TX 77080** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| **3.3542** | **Nonpriority creditor's name and mailing address** <br> **Stacie And Kelvin Hampton** <br> **1631 Plumwood Drive** <br> **Houston, TX 77014** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4,420.00** |
| **3.3543** | **Nonpriority creditor's name and mailing address** <br> **Stacie Pham and Bao Tran** <br> **3072 Serpa Drive** <br> **San Jose, CA 95148** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,670.00** |
| **3.3544** | **Nonpriority creditor's name and mailing address** <br> **Stacy & Roy Gould** <br> **12856 W. Calle De Baca** <br> **Peoria, AZ 85383** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4,525.00** |
| **3.3545** | **Nonpriority creditor's name and mailing address** <br> **Stacy and Edward Leroux** <br> **13002 Steel Ct** <br> **Thornton, CO 80241** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,520.00** |
| **3.3546** | **Nonpriority creditor's name and mailing address** <br> **Stallion Springs** <br> **28681 Stallion Springs Drive** <br> **Tehachapi, CA 93561** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
     Name

| | |
|---|---|
| **3.354 7** | |

**Nonpriority creditor's name and mailing address**
**Stan & Anne Ferguson/Walter**
**2980 N. Syracuse St**
**Apt 409**
**Denver, CO 80238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,870.00**

---

| | |
|---|---|
| **3.354 8** | |

**Nonpriority creditor's name and mailing address**
**Standard Insurance Company RC**
**PO Box 5676**
**Portland, OR 97228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.354 9** | |

**Nonpriority creditor's name and mailing address**
**Stanley Callies and Mariah Chastan**
**116 N D Avenue**
**New Castle, CO 81647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,995.00**

---

| | |
|---|---|
| **3.355 0** | |

**Nonpriority creditor's name and mailing address**
**Stanley Jackson**
**52 Brandywine Street SW**
**Washington, DC 20032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,047.00**

---

| | |
|---|---|
| **3.355 1** | |

**Nonpriority creditor's name and mailing address**
**Stanley Jeanie Jean Michaud**
**544 Greenwich St.**
**Hempstead, NY 11550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,576.00**

---

| | |
|---|---|
| **3.355 2** | |

**Nonpriority creditor's name and mailing address**
**Stanley Norris & Jo D. Sears**
**13002 W Asbury Place**
**Lakewood, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,670.00**

---

| | |
|---|---|
| **3.355 3** | |

**Nonpriority creditor's name and mailing address**
**Stanton Roberts**
**216 Thunder Gulch Rd**
**Bakersfield, CA 93307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,500.00**

---

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 3.355 4 | **Nonpriority creditor's name and mailing address** <br> **Star Dust Resorts** <br> **000 South Las Vegas Boulevard** <br> **Las Vegas, NV 89109** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes  **$0.00** |
| 3.355 5 | **Nonpriority creditor's name and mailing address** <br> **Star Island Resort & Club** <br> **5000 Ave of the Stars** <br> **Kissimmee, FL 34746** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |
| 3.355 6 | **Nonpriority creditor's name and mailing address** <br> **Star Point Resort Group** <br> **3700 S Las Vegas Blvd #200** <br> **Las Vegas, NV 89109** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |
| 3.355 7 | **Nonpriority creditor's name and mailing address** <br> **Starwood Vacation Club** <br> **9002 San Marco Court** <br> **Orlando, FL 32819** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |
| 3.355 8 | **Nonpriority creditor's name and mailing address** <br> **StaySky Vacations** <br> **7055 S. Kirkman Road, Suite 100** <br> **Orlando, FL 32819** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |
| 3.355 9 | **Nonpriority creditor's name and mailing address** <br> **Steel hill in New Hampshire** <br> **516 Steele Hill Road** <br> **Sanbornton, NH 03269** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |
| 3.356 0 | **Nonpriority creditor's name and mailing address** <br> **Stefanie and Marc Bloemers** <br> **2026 Wedgewood Lane** <br> **Romeoville, IL 60446** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes  **$5,376.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.356<br>1 | **Nonpriority creditor's name and mailing address**<br>**Stephanie & Michael Griesinger**<br>**298 Sibley St**<br>**Carver, MN 55315**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$3,785.00** |
| 3.356<br>2 | **Nonpriority creditor's name and mailing address**<br>**Stephanie & Roberto Espinosa**<br>**3009 Lexington LN**<br>**Glenview, IL 60026**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,800.00** |
| 3.356<br>3 | **Nonpriority creditor's name and mailing address**<br>**Stephanie And Raymond Beckford**<br>**5431 Harper Forest Drive**<br>**Houston, TX 77088**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,863.69** |
| 3.356<br>4 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Corrente and Evelyn and James**<br>**221 Spring Street**<br>**East Greenwich, RI 02818**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,995.00** |
| 3.356<br>5 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Hancock**<br>**7593 E Technology Way, Apt 103**<br>**Denver, CO 80237**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.356<br>6 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Lukas and Greg Rickens**<br>**6 Peter Cooper Rd Apt 7C**<br>**New York, NY 10010-6720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,200.00** |
| 3.356<br>7 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Pucci**<br>**15787 E 107th Way**<br>**Commerce City, CO 80022**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.3568**

**Nonpriority creditor's name and mailing address**

**Stephen & Ann Breitigam**
**8611 Royal Cape Ct**
**Houston, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.3569**

**Nonpriority creditor's name and mailing address**

**Stephen & Diane Conlee**
**15635 N 184th Lane**
**Surprise, AZ 85388**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

**3.3570**

**Nonpriority creditor's name and mailing address**

**Stephen & Jeanee Burns**
**2153 W. Leland Ave.**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.3571**

**Nonpriority creditor's name and mailing address**

**Stephen & Josephine Wilkerson**
**7845 Zinnia St**
**Arvada, CO 80005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,620.00**

---

**3.3572**

**Nonpriority creditor's name and mailing address**

**Stephen & Kathryn Harryman**
**15315 Icet Creek Ave**
**Mont Belvieu, TX 77523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,400.00**

---

**3.3573**

**Nonpriority creditor's name and mailing address**

**Stephen & Rhonda Gugenheim**
**507 Cedar Ave**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,368.09**

---

**3.3574**

**Nonpriority creditor's name and mailing address**

**Stephen & Sandra Hurd**
**P.O. Box 81**
**Corinth, ME 04427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.357 5** | **Nonpriority creditor's name and mailing address**<br>**Stephen & Stella Bugay**<br>**1969 S Vivian St**<br>**Lakewood, CO 80228-4455** | **$3,583.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.357 6** | **Nonpriority creditor's name and mailing address**<br>**Stephen & Susan Dyer**<br>**PO Box 399**<br>**Saratoga, WY 82331** | **$5,450.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.357 7** | **Nonpriority creditor's name and mailing address**<br>**Stephen & Tammarelle Baxter**<br>**1553 Center Road**<br>**Kendal, NY 14476** | **$2,910.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.357 8** | **Nonpriority creditor's name and mailing address**<br>**Stephen And Cheryl Dilts**<br>**1481 Sawmill Road**<br>**Downingtown, PA 19335** | **$3,950.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.357 9** | **Nonpriority creditor's name and mailing address**<br>**Stephen and Delia Perez**<br>**4444 Alcott St.**<br>**Denver, CO 80211** | **$8,593.94** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.358 0** | **Nonpriority creditor's name and mailing address**<br>**Stephen and Ines Mander**<br>**7535 South West 164th St.**<br>**Palmetto Bay, FL 33157** | **$3,200.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.358 1** | **Nonpriority creditor's name and mailing address**<br>**Stephen and Maren Powless**<br>**6413 Biscayne Blvd**<br>**Edina, MN 55436** | **$4,820.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                          Case number *(if known)* _____
        _____
        Name

| | |
|---|---|
| 3.358 2 | **$22,953.00** |

**Nonpriority creditor's name and mailing address**

**Stephen And Peggy Crispin**
**21518 E 38th Place**
**Denver, CO 80249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 3 | **$4,367.75** |

**Nonpriority creditor's name and mailing address**

**Stephen Dale Cooper/Mary Pat**
**751 Sherman Ave apt 1 N**
**Evanston, IL 60202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 4 | **$8,690.00** |

**Nonpriority creditor's name and mailing address**

**Stephen Joyce**
**605 North Emerson St**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 5 | **$11,228.00** |

**Nonpriority creditor's name and mailing address**

**Stephen Paquin**
**139 High St**
**Medfield, MA 02052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 6 | **$3,670.00** |

**Nonpriority creditor's name and mailing address**

**Stephen Pramme & Tara Hudson**
**318 Elworthy Ranch Circle**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 7 | **$8,712.70** |

**Nonpriority creditor's name and mailing address**

**Stephen Yaniec/ Myli  Nguyen**
**7055 County Road 171**
**Alvin, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.358 8 | **$3,283.00** |

**Nonpriority creditor's name and mailing address**

**Steve & Carol Mattair**
**3902 S. Dennis St.**
**Kennewick, WA 99337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.358 9**

**Nonpriority creditor's name and mailing address**

**Steve & Carole Longhurst**
**5 Hugo Gardens**
**Rainham, Essex, England RM13 7LA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,245.00**

---

**3.359 0**

**Nonpriority creditor's name and mailing address**

**Steve & Paula Dunsmore**
**HC 65 Box 61**
**Bluebell, UT 84007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

**3.359 1**

**Nonpriority creditor's name and mailing address**

**Steve & Sandra Wood**
**2765 Jed RD**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.359 2**

**Nonpriority creditor's name and mailing address**

**Steve and Kimberly Martinez**
**2540 Saulsbury Street**
**Lakewood, CO 80214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,995.00**

---

**3.359 3**

**Nonpriority creditor's name and mailing address**

**Steve Dichesare & Sherri Fox**
**9108 49th Ave East**
**PalMetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,569.76**

---

**3.359 4**

**Nonpriority creditor's name and mailing address**

**Steve L and Ann Schefus**
**2925 Cobentry Lane**
**Waukesha, WI 53188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,533.00**

---

**3.359 5**

**Nonpriority creditor's name and mailing address**

**Steve Olszewski**
**4368 S Kalispell Circle**
**Aurora, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,895.00**

---

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.359 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,626.00 |
|---|---|---|---|

**Steve Rector and Myletia Wilkerson**
**7174 McHenry Ct.**
**Remington, VA 22734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Steve Tingley**
**51 Pollard Rd**
**Plaistow, NH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Steve/Glenda McFaddin**
**4874 Mt. Shavano St.**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Steven & Debbie Waggoner**
**22018 Cliff View Rd**
**Delta, CO 81416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,745.00 |
|---|---|---|---|

**Steven & Peggy Howell**
**PO Box 1514**
**St. Helens, OR 97051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,779.00 |
|---|---|---|---|

**Steven & Tania Young**
**13865 W Blossom Way**
**Litchfeild Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Steven and Brenda Blackwell**
**11245 SE Cherry Creek Rd.**
**Elbert, CO 80106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

---

| 3.360 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.00 |
|---|---|---|---|

**Steven and Jill Loria**
**569 Blackthorn Dr**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.360 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Steven and Linda Steele**
**16118 1st north**
**Lakeland, MN 55043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,046.00 |
|---|---|---|---|

**Steven and Michelle Braden**
**2930 Old Lynchburg Road**
**Charlottesville, VA 22903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Steven and Sharon O'Connor**
**541 Kansas Ave**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
|---|---|---|---|

**Steven and Sharon Roseman**
**9607 Bald Hill Road**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,108.25 |
|---|---|---|---|

**Steven Cashell**
**4314 Whippoorwill Place**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,850.00 |
|---|---|---|---|

**Steven Hill**
**1408 Barrier Island Dr**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
Name

| 3.361 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,873.19 |
|---|---|---|---|

**Steven Weaver**
**1337 Bosque Street**
**Broomfield, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 1 | Nonpriority creditor's name and mailing address | | $3,845.00 |
|---|---|---|---|

**Steven, Jennifer, Dalton, Koren Wright,**
**12432 Leaflet Drive**
**Fort Worth, TX 76244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | Nonpriority creditor's name and mailing address | | $2,500.00 |
|---|---|---|---|

**Stitcher**
**5 Bryant Park**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number  **1521**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 3 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Stitcher Media LLC**
**P.O. Box 22560**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 4 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Stone Bridge Village**
**1 Oak Lane**
**Reeds Springs, MO 65737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 5 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Stonebridge Resort - Branson, MO**
**50 Stonebridge Pkwy**
**Branson West, MO 65737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 6 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Stormy Point Village**
**3200 N. Gretna Rd., Ste 120**
**Branson, MO 65616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (*if known*)   _____

---

| 3.361 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stormy Point Village Capital Investments**
**132 Cape Cod Dr Capital Vacations**
**Branson, MO 65616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.361 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Streamside at Aspen**
**2244 S Frontage Rd W**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Streamside at Douglas**
**2284 S Frontage Rd W**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Streamside at Vail**
**2285 S Frontage Rd W**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,117.75** |
|---|---|---|---|

**Stuart & Anna Silberkraus**
**6803 Garlinghouse Ln**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Sue and Garold Carpenter**
**8307 West Nantucket**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Summer Bay Resort**
**126-200 Summer Bay Blvd**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

**3.362**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Summer Winds Resort**<br>**3179 Gretna Rd**<br>**Branson, MO 65616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.362**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Summit at the Four Seasons**<br>**974 White Oaks Road**<br>**Laconia, NH 03246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.362**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Summit Vacation Membership**<br>**177 Mentor Ave Laconia, NH**<br>**Laconia, NH 03246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.362**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sun Rise Bay Resort & Club Condominium A**<br>**10 Tampa Pl**<br>**Marco Island, FL 34145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.362**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunbeam Television Corp**<br>**1401 79th Street Causeway**<br>**North Bay Village, FL 33141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.362**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sundance Meadows Campground**<br>**43425 Sage Rd**<br>**Aguanga, CA 92536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Sunmin Jung**<br>**12409 Pretoria Dr**<br>**Silver Spring, MD 20904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.363**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|
| **Sunny & Jacob Erznoznik**<br>**14784 S. Chimney Pass Dr**<br>**Bluffdale, UT 84065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.363**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunrise Cove at Village West**<br>**20785 170th Street**<br>**Spirit Lake, IA 51360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunset Lagoon in Cancun**<br>**Boulevard Kukulc n KM 5.8 Zona Hotelera**<br>**, Canc n,  Quintana Ro Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunset Royale**<br>**Kukulcan Km 10 Zona Hotelera,; C.P. 7750**<br>**, Cancun,; Q. ROO Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunset World**<br>**lote 13-B, Blvd. Kukulcan Km. 10,**<br>**Zona Hotelera,, 77500 Canc n, Q.R. Mexic** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunset World Resorts & Vacations Experie**<br>**lote 13-B, Blvd. Kukulcan Km. 10, Hotel**<br>**Canc n, Quintana Roo, Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Sunterra Resorts nka Diamond**<br>**10600 W Charleston Blvd**<br>**Las Vegas, NV 89135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Surfside Resort through innSeason** | ☐ Contingent | |
| | **Save 134 Menauhant Rd** | ☐ Unliquidated | |
| | **Falmouth, MA 02536** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Surrey Grand Crowne Resort - Branson, MO** | ☐ Contingent | |
| | **300 Golf View Dr** | ☐ Unliquidated | |
| | **Branson, MO 65616** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,396.00** |
|---|---|---|---|
| | **Susan & Daniel Sellman** | ☐ Contingent | |
| | **3618 North Woodbury Lane** | ☐ Unliquidated | |
| | **Janesville, WI 53545** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,033.00** |
|---|---|---|---|
| | **Susan & James Brewer** | ☐ Contingent | |
| | **1354 Switchgrass Road** | ☐ Unliquidated | |
| | **MO 65652** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|
| | **Susan & Nazario Vidaurre** | ☐ Contingent | |
| | **7 S Redwing Street** | ☐ Unliquidated | |
| | **La Marque, TX 77568** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,479.00** |
|---|---|---|---|
| | **Susan And David Ekkela** | ☐ Contingent | |
| | **6234 92nd Place** | ☐ Unliquidated | |
| | **Pleasant Prairie, WI 53158** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,745.00** |
|---|---|---|---|
| | **Susan And Jaison Sokolow** | ☐ Contingent | |
| | **13386 N. 88th Pl.** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Timeshare Termination Team, LLC_____  Case number (if known) _____
        Name

| 3.364 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,892.45 |
|---|---|---|---|

**Susan and Jerry Cowgill**
**1827 Atlanta Ave**
**Oxford, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|

**Susan and Raul Vasquez**
**15702 Baldswelle Dr**
**Tomball, TX 77377**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,370.00 |
|---|---|---|---|

**Susan and Virgil Younger**
**16131 E Lake Dr**
**Centennial, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,796.00 |
|---|---|---|---|

**Susan Archer**
**7594 Route 66**
**Averill Park, NY 12018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|---|

**Susan Avila**
**21320 Williamette**
**Centennial, CO 80015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Susan Boer**
**1000 Cedar Ridge Ln**
**Apt #404**
**Richton Park, IL 60471**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**Susan Eborall**
**308 May Stree**
**Royse, TX 75189**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                          Case number (*if known*) _____

_____
        Name

---

| 3.365 2 | **Nonpriority creditor's name and mailing address**<br>**Susan Griggs**<br>**17342 E Quail Ridge Dr**<br>**Fountain Hills, AZ 85268**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,420.00** |
|---|---|---|---|

| 3.365 3 | **Nonpriority creditor's name and mailing address**<br>**Susan Kennedy**<br>**1235 Holly Lane**<br>**Deerfield, IL 60015**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,995.25** |
|---|---|---|---|

| 3.365 4 | **Nonpriority creditor's name and mailing address**<br>**Susan Lanzillo**<br>**14838 South 47th Way**<br>**Phoenix, AZ 85044**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,700.00** |
|---|---|---|---|

| 3.365 5 | **Nonpriority creditor's name and mailing address**<br>**Susan Lewis and Frances Beck**<br>**2800 Prince Dr.**<br>**Clarksville, TN 37043**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,586.00** |
|---|---|---|---|

| 3.365 6 | **Nonpriority creditor's name and mailing address**<br>**Susan Nastri**<br>**328 Sweet Bay Circle**<br>**Jupiter, FL 23458**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,578.00** |
|---|---|---|---|

| 3.365 7 | **Nonpriority creditor's name and mailing address**<br>**Susan Weinstein**<br>**2330 N. Leyden St**<br>**Denver, CO 80207**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,193.00** |
|---|---|---|---|

| 3.365 8 | **Nonpriority creditor's name and mailing address**<br>**Susana And Benjamin Manso (SPO)**<br>**429 Summersweet Lane**<br>**Bartlett, IL 60103**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,555.00** |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                        Case number (if known) _____
_____
Name

| 3.365 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.00 |
|---|---|---|---|

**Suzanne & Jean Pariseau**
**6490 Approach Rd**
**Sarasota, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,145.00 |
|---|---|---|---|

**Suzanne and Charles Baldree**
**16668 Vull Mesa Road**
**Cederedge, CO 81413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |
|---|---|---|---|

**Suzanne and Greg Kapulka**
**6480 Vern Lane**
**Evergreen, CO 80429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,002.00 |
|---|---|---|---|

**Suzanne Broussard**
**1526 Sherl ST**
**Leauge City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.00 |
|---|---|---|---|

**Suzette Simmons/Swift & Danny Simmons**
**1703 Royal Avenue**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Swallowtail**
**70 Lighthouse Rd**
**Hilton Head, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sweet water Jackson Hole**
**85 S King St**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.366 6** | **Nonpriority creditor's name and mailing address**<br>**Switch 10 Productions, LLC**<br>**7012 S Cherokee St**<br>**Littleton, CO 80120**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.366 7** | **Nonpriority creditor's name and mailing address**<br>**Sy & Linda McGloughlin**<br>**9300 Marilla Dr**<br>**Lakeside, CA 92040**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,198.00** |

| | | |
|---|---|---|
| **3.366 8** | **Nonpriority creditor's name and mailing address**<br>**Sylvia Andrews**<br>**8227 Temple Road**<br>**Philadelphia, PA 19150**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,370.00** |

| | | |
|---|---|---|
| **3.366 9** | **Nonpriority creditor's name and mailing address**<br>**Sylvia Munoz and Kenneth Kirk**<br>**300 Knox St**<br>**Houston, TX 77007**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,270.00** |

| | | |
|---|---|---|
| **3.367 0** | **Nonpriority creditor's name and mailing address**<br>**Sylvia Raye**<br>**5254 Cedar Rock Drive**<br>**Lithonia, GA 30038**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.367 1** | **Nonpriority creditor's name and mailing address**<br>**SYSTEMA MARKETING, INC.**<br>**1503 S Coast Dr**<br>**Costa Mesa, CA 92626**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.367 2** | **Nonpriority creditor's name and mailing address**<br>**SYSTEMA MARKETING, INC.**<br>**22305 Caminito Tecate**<br>**Laguna Hills, CA 92653**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.367<br>3 | Nonpriority creditor's name and mailing address<br>**SYSTEMA MARKETING, INC.**<br>**1433 Abelia**<br>**Irvine, CA 92606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.367<br>4 | Nonpriority creditor's name and mailing address<br>**Tabitha King**<br>**11438 Ebony Street**<br>**Firestone, CO 80504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,420.00** |
| 3.367<br>5 | Nonpriority creditor's name and mailing address<br>**Tad and Corla Harrison**<br>**PO Box 532**<br>**420 County Rd 860**<br>**CO 80478**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,420.00** |
| 3.367<br>6 | Nonpriority creditor's name and mailing address<br>**Tafer Residence Club**<br>**48390**<br>**Purto Vallarta, Jalisco Mexico**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.367<br>7 | Nonpriority creditor's name and mailing address<br>**Tahati Village Resorts**<br>**7200 S Las Vegas Blvd**<br>**Las Vegas, NV 89119**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.367<br>8 | Nonpriority creditor's name and mailing address<br>**Tahiti Vacation Club**<br>**5101 W Tropicana Ave**<br>**Las Vegas, NV 89103**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.367<br>9 | Nonpriority creditor's name and mailing address<br>**Tahiti Village**<br>**P.O. Box 29352**<br>**Phoenix, AZ 85038**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tahiti Village Resorts**
**7200 S Las Vegas Blvd**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tahoe Beach & Ski Club**
**3601 Lake Tahoe Blvd**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tahoe Sands**
**6610 N Lake Blvd**
**Tahoe Vista, CA 96148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tahoe Seasons Resort**
**3901 Saddle Rd**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Taisha Stevens, Walesha and April Duval**
**54 Maxwell St.**
**Dorchester, MA 02124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,240.00 |
|---|---|---|---|

**Takehiro and Chieri Yoshida**
**23954 Dorrington Estates Lane**
**Conroe, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Talaurie Heidemann**
**905 Alyse**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

**3.368**
**7**

**Nonpriority creditor's name and mailing address**
**Tamara & Brian Smith**
**6985 County RD 111 B**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,495.00

---

**3.368**
**8**

**Nonpriority creditor's name and mailing address**
**Tamara & James Lamm**
**1925 N 1250 W**
**Mapleton, UT 84664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,378.41

---

**3.368**
**9**

**Nonpriority creditor's name and mailing address**
**Tamarack Resort**
**311 Village Dr**
**Tamarack, ID 83615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.369**
**0**

**Nonpriority creditor's name and mailing address**
**Tamera Cottrell**
**6534 S Swadley Ct**
**Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.369**
**1**

**Nonpriority creditor's name and mailing address**
**Tami and David Gossett**
**1640  Kansas Ave**
**McPherson, KS 67460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,496.00

---

**3.369**
**2**

**Nonpriority creditor's name and mailing address**
**Tammy and Charles Vaiana**
**6875 Allison St**
**Arvada, CO 80004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,495.00

---

**3.369**
**3**

**Nonpriority creditor's name and mailing address**
**Tammy and Donald Fuller**
**411 Walnut St**
**PMB 14586**
**Green Cove Springs, FL 32043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,995.00

---

Debtor   **Timeshare Termination Team, LLC**                              Case number (*if known*) _____

Name

| 3.369 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Tammy and Mark Lyons**
**520 Lion Brooke Lane**
**Pine, CO 80470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,495.00 |
|---|---|---|---|

**Tana And Horace Murray**
**7533 NC Hwy 90 W**
**Collettsville, NC 28611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,692.18 |
|---|---|---|---|

**Taneea & Jermaine Pearson**
**8363 Millom CT**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanglewood**
**Junction of Route 6 & 507**
**Hawley, PA 18428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanglewood Vacation Villas Association**
**7900 MARTIN BLUFF RD**
**GAUTIER, MS 39553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanner Rosner**
**3910 Elati St, N289**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Tanya Berrios and Lawrence Smith**
**7942 Joshua Tree Lane**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.370 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,108.25 |
|---|---|---|---|

**Tara & Gabe Ornelas**
**19774 E Wagontrail Drive**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tara Adams**
**5006 S Malaya Way**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLER FRANCIS ZIRKLE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,258.00 |
|---|---|---|---|

**Taylor Nohelty**
**5 Stone Hill Dr Apt 1D**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TaylorWagner**
**10797 Cedar Brook Lane**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Team Logic**
**2000 S Colorado BLVD STE 760**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Team Player Productions**
**430 Indiana St**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| 3.370 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,745.75 |
|---|---|---|---|

**Ted & Gail Szklenski**
**1119 Sunset Dr**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Ted & Kathy Piunno**
**15033 E Crestridge Dr**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,670.00 |
|---|---|---|---|

**Ted Forsmann and Mary Martinez**
**2923 N Miller Road**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Ted Kimmes Jr.**
**6870 Olive Strret**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Teddy & Bernice Crafton**
**517 Oconee Circle**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254,024.67 |
|---|---|---|---|

**Tegna Media**
**PO Box 637386**
**Cincinnati, OH 00063-7386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,864.26 |
|---|---|---|---|

**Tegna Media**
**8350 Broad Street Suite 2000**
**Tysons, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2842**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.371 5 | **Nonpriority creditor's name and mailing address**<br>**Temakie & Zachary McNutt/Raymond**<br>**480 Casad Rd**<br>**Anthony, NM 88021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,183.25** |

| | | |
|---|---|---|
| 3.371 6 | **Nonpriority creditor's name and mailing address**<br>**Tennessee Attorney General**<br>**P.O. Box 20207**<br>**Nashville, TN 37202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.371 7 | **Nonpriority creditor's name and mailing address**<br>**Terence And Elizabeth Rhone**<br>**2905 Bearcreek Ct.**<br>**Fullerton, CA 92835**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,780.00** |

| | | |
|---|---|---|
| 3.371 8 | **Nonpriority creditor's name and mailing address**<br>**Teresa and Justus Allen**<br>**10606 Camino Ruiz # 8-173**<br>**San Diego, CA 92126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,250.00** |

| | | |
|---|---|---|
| 3.371 9 | **Nonpriority creditor's name and mailing address**<br>**Teresa And Perry Winters-Strong**<br>**397 Pheasant Hill Drive**<br>**North Aurora, IL 60542**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,448.65** |

| | | |
|---|---|---|
| 3.372 0 | **Nonpriority creditor's name and mailing address**<br>**Teresa Cox, Lisha Famrbo and David Cox**<br>**5810 West Ohio Street**<br>**Chicago, IL 60644**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,405.00** |

| | | |
|---|---|---|
| 3.372 1 | **Nonpriority creditor's name and mailing address**<br>**Teresa Jones**<br>**14883 E. 5th Circle Apt D**<br>**Aurora, CO 80011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,457.00** |

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.372 2 | | | $3,745.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa Schlarmann**
**10818 Cedar St**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.372 3 | | | $4,420.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teri & Gary Alexander**
**310 Independence Drive**
**Garland, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 4 | | | $3,246.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teri McMichael**
**439 Ranger Court**
**Boulder City, NV 89005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 5 | | | $3,764.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terrance (Terry) and Michelle Estrel**
**8028 Claude Court**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 6 | | | $3,275.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terrance (Terry) Nolan**
**3573 Still Knoll Lane**
**Sherrills Ford, NC 28673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | | | $10,694.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terre & Jerald Baldwin**
**12401 Maiden Lane**
**Oklahoma City, OK 73142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 8 | | | $17,500.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Terrence & Trina Jackson**
**12147 South Laflin Street**
**Chicago, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                              Case number (if known) _____

Name

---

| 3.372 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Terri and Jerry Flowers**
**29404 8th Ave E**
**Roy, WA 98580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Terri and Mark Roberts**
**19 E. Lavitt Lane**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

**Terry & Marcia Willmsen**
**1045 Yellow Brick Rd #216**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Terry and Lisa Beynon**
**9215 Sandy Lane**
**Conifer, Co 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Terry and Margaret McCoy**
**16710 Orchid Mist Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

**Terry Firkins (Cambra)**
**117 Kessler Lane**
**Fayepteville, NY 13066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Terry Stuive**
**14102 E Linvale Pl**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.373 6**

**Nonpriority creditor's name and mailing address**
**Tessa & Kristen McFunk/ Santos**
**14437 E. 1st Drive Apt A10**
**Aurora, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$11,500.00**

---

**3.373 7**

**Nonpriority creditor's name and mailing address**
**Texas Attorney General**
**PO Box 12548**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 8**

**Nonpriority creditor's name and mailing address**
**The Asny Company LLC.**
**801 S Rampart Blvd STE 200**
**Las Vegas, NV 89145-4898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 9**

**Nonpriority creditor's name and mailing address**
**The Atrium Owners Association**
**2829 Guardian Lane #220**
**Virginia Beach, VA 23452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 0**

**Nonpriority creditor's name and mailing address**
**The Beach House and Racket club**
**6800 N Ocean Blvd**
**Myrtle Beach, SC 29572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 1**

**Nonpriority creditor's name and mailing address**
**The Berkley Group**
**2626 E Oakland Park Blvd**
**Ft. Lauderdale, FL 33306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 2**

**Nonpriority creditor's name and mailing address**
**The Colonies at Williamsburg**
**5380 Olde Towne Rd**
**Williamsburg, VA 23188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

---

| 3.374 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Colonies at Williamsburg**
**P.O. Box 9610**
**Coral Springs, FL 33075-9610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.374 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Cove at Yarmounth Resort**
**183 Main St**
**West Yarmouth, MA 02673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.374 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The E.W. Scripps Company Attn: Mimi Dari**
**312 Walnut St.**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.374 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Flagship in Atlantic City**
**60 N Maine Ave**
**Atlantic City, NJ 08401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.374 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Grandview at Las Vegas**
**P.O. Box 9610**
**Coral Springs, FL 33075-9610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.374 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Imperial in waikiki**
**205 Lewers St**
**Honolulu,, HI 96815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.374 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Imperial Vacation Club**
**205 Lewers St**
**Honolulu,, HI 96815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Timeshare Termination Team, LLC**                    Case number (if known) _____
         Name

---

| 3.375<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Imperial, Hawaii**
**205 Lewers St**
**Honolulu, HI 96815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Inn and SilverCreek**
**62927 US-40,**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Inn at Mazetlan**
**Av Camar n S balo 6291**
**Zona Dorada,, Sin. Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Jockey Club**
**3700 S Las Vegas Blvd,**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Kimball in Salt Lake**
**150 N Main St,**
**Salt Lake City,, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,153.26** |
|---|---|---|---|

**The Leviton Law Firm LTD**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9126

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Links Myrtle Beach**
**917 Thomas Ave,**
**North Myrtle Beach,, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.375 7 | **Nonpriority creditor's name and mailing address**<br>**The Lion Media Group**<br>**1415 Park Ave. W**<br>**Denver, CO 80205**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.375 8 | **Nonpriority creditor's name and mailing address**<br>**The Manhattan Club**<br>**200 W 56th St,**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.375 9 | **Nonpriority creditor's name and mailing address**<br>**The Minerva Group**<br>**14501 W Amherst Place**<br>**Lakewood, CO 80228-4867**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376 0 | **Nonpriority creditor's name and mailing address**<br>**The Palms Country Club**<br>**1410 Laguna Heights Drive**<br>**Filinvest City, Alabang Muntinlupa**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376 1 | **Nonpriority creditor's name and mailing address**<br>**The Palms Country Club**<br>**57000 Palms Dr**<br>**La Quinta, CA 92253**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376 2 | **Nonpriority creditor's name and mailing address**<br>**The Pines at Meadow Creek**<br>**13438 Berry Hill Ln,**<br>**Pine,, CO 80470**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.376 3 | **Nonpriority creditor's name and mailing address**<br>**The Resort on Coco Beach**<br>**1600 N Atlantic Ave**<br>**Cocoa Beach,, FL 32931**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor   **Timeshare Termination Team, LLC**                                Case number (if known) _____
         Name

| 3.376 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**The Ridge at Tahoe**
**400 Ridge Club Dr,**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.376 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Royal Cancun (Club Internacional de**
**Paseo Kukulcan Km 4.5**
**Lote C2 Y C2A Zona Hotelera, Cancun, Q.R**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Royal Haciendas**
**Mza. 70 Lt. 2 Carr. Chetumal-Puerto Ju r**
**Km289+10, Centro Playa del Carmen, Solid**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Royal Islander**
**BLVD. Kukulcan Km 17**
**Lote 51 Zona Hotelera, Cancun, Q.Roo 775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Royal Sands**
**BLVD. Kukulcan KM 13.5 No. 32 Seccion A**
**Segunda Etapa, Zona Hotelera, Cancun, Q.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Shores At Lake Travis**
**1917 American Dr**
**Lago Vista, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Villa at Palm Springs**
**1650 S Calle Palo Fierro,**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
Name                                                                 Case number (if known)

---

| 3.377 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Villa Group (Puerto Vallarta)** | ☐ Contingent | |
| | **CDMX, Cam. Viejo a San Jose KM 0.5,** | ☐ Unliquidated | |
| | **El Medano,, 23450 San Lucas BCS Mexico** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Village at Izaty** | ☐ Contingent | |
| | **8478 Par 5 Dr** | ☐ Unliquidated | |
| | **Onamia,, MN 56359** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Village Palmeadow Dune** | ☐ Contingent | |
| | **10 Trent Jones Ln,** | ☐ Unliquidated | |
| | **Hilton Head Island, SC 29928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Village Vacation Club Resort** | ☐ Contingent | |
| | **2626 E. Oakland Park Blvd.** | ☐ Unliquidated | |
| | **Ft. Lauderdale,, FL 33306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Villages Resort By Silverleaf** | ☐ Contingent | |
| | **18270 Singing Wood Ln** | ☐ Unliquidated | |
| | **Flink, TX 75762** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Villas at Summer Bay** | ☐ Contingent | |
| | **126-200 Summer Bay Blvd,** | ☐ Unliquidated | |
| | **Clermont,, FL 34714** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.377 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **The Villas of Sadona** | ☐ Contingent | |
| | **55 Northview Rd** | ☐ Unliquidated | |
| | **Sedona, AZ 86336** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor     **Timeshare Termination Team, LLC**                                    Case number (if known) _____
           Name

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,275.00 |
| 8 | | | |

**The Walt Disney Compnay**
**190 N State St**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 9 | | | |

**The WIlliamsburg Plantation,**
**5380 Olde Towne Rd**
**Williamsburg, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 0 | | | |

**The Wren at Vail Run**
**500 South Frontage Road E**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| 1 | | | |

**The Wren- Vail**
**500 S Frontage Rd E,**
**Vail, CO 81657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,046.00 |
| 2 | | | |

**Theda Ray and Cindy Melson**
**1040 Hickory Lane**
**Indiana, PA 15701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
| 3 | | | |

**Thedford & Lillie Lowery**
**2300 Braunsroth Lane**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,245.00 |
| 4 | | | |

**Theodore (Ted) and Mary Sievert**
**8953 Birch Avenue**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.378 5** | **Nonpriority creditor's name and mailing address**<br>**Theresa & Earl Weldin**<br>**4157 Miladies LN**<br>**Doylestown, PA 18902**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$3,295.00** |

| | | | |
|---|---|---|---|
| **3.378 6** | **Nonpriority creditor's name and mailing address**<br>**Theresa & Warren Holloway**<br>**5441 Odessa Street**<br>**Denver, CO 80249**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,800.00** |

| | | | |
|---|---|---|---|
| **3.378 7** | **Nonpriority creditor's name and mailing address**<br>**Theresa And Herbert Jacobs III**<br>**9733 South Vanvlissingen Road**<br>**Chicago, IL 60617**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,035.00** |

| | | | |
|---|---|---|---|
| **3.378 8** | **Nonpriority creditor's name and mailing address**<br>**Theresa Dillard**<br>**10315 Colony Court**<br>**Houston, TX 77041**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,920.00** |

| | | | |
|---|---|---|---|
| **3.378 9** | **Nonpriority creditor's name and mailing address**<br>**Theresa Hearold**<br>**3639 New Haven Circle**<br>**Castle Rock, CO 80109**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,624.75** |

| | | | |
|---|---|---|---|
| **3.379 0** | **Nonpriority creditor's name and mailing address**<br>**Theresa Herbert**<br>**5226 Karl Pl.**<br>**Washington, DC 20019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,500.00** |

| | | | |
|---|---|---|---|
| **3.379 1** | **Nonpriority creditor's name and mailing address**<br>**Theresa Kollath**<br>**7400 West GrantRanch Blvd. #32**<br>**Littleton, CO 80123**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,495.00** |

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.379 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Theresa Lathrop**
**141 Boones Ridge Parkway SE**
**Acworth, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Therese (Teri) and Peter Wolfhagen**
**12966 Kingsbridge Lane**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**Thomas & Claire La Rosa**
**65 South Locust Ave**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Thomas & Gina Young**
**7213 Birchbark Ct**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,695.00** |
|---|---|---|---|

**Thomas & Jane Petrie**
**401 Jackson St**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,105.00** |
|---|---|---|---|

**Thomas & Joy Vincent**
**12620 Forest St**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,548.56** |
|---|---|---|---|

**Thomas & Kathryn Dale**
**15323 East Ritter Circle**
**Houston, TX 77071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3799**

**Nonpriority creditor's name and mailing address**

**Thomas & Linda Tabor**
**11924 London St NE Lane**
**Blaine, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.3800**

**Nonpriority creditor's name and mailing address**

**Thomas & Lynette Borman**
**40 Crystal Sky Drive**
**Sedona, AZ 89351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,446.00**

---

**3.3801**

**Nonpriority creditor's name and mailing address**

**Thomas & Margaret Mathues**
**737 Hilltop Drive**
**White Lake, MI 48386**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,614.00**

---

**3.3802**

**Nonpriority creditor's name and mailing address**

**Thomas & Mary Beachboard**
**5417 Thetford Pl**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.3803**

**Nonpriority creditor's name and mailing address**

**Thomas & Pamela Blake**
**905 Roble Ave**
**Modesto, CA 95354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,449.52**

---

**3.3804**

**Nonpriority creditor's name and mailing address**

**Thomas & Patricia Cormack**
**312 Kingstone Road**
**Knightdale, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,420.00**

---

**3.3805**

**Nonpriority creditor's name and mailing address**

**Thomas & Rose Chaidez**
**8571 S Springfield RD**
**Globe, AZ 85501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**
Name

Case number (if known) _____

---

| 3.380 6 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Una Fraser**<br>**8222 W Gelding Dr**<br>**Peoria, AZ 85381** | As of the petition filing date, the claim is: Check all that apply. | $3,295.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address**<br>**Thomas and Adriana Mathews**<br>**716 NE Seabrook Circle**<br>**Lee Summit, MO 64064** | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address**<br>**Thomas and Ann Ruhoff**<br>**105 center st**<br>**scandanavia, WI 54977** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address**<br>**Thomas and Barbara Schaub**<br>**741 Mason Drive**<br>**Warminster, PA 18974** | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 0 | **Nonpriority creditor's name and mailing address**<br>**Thomas And Linda Goossens**<br>**248 Eastpoint Court**<br>**SpringHill, FL 34606** | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 1 | **Nonpriority creditor's name and mailing address**<br>**Thomas and Michelle Slamin**<br>**8 Lookout Ave**<br>**Natick, MA 01760** | As of the petition filing date, the claim is: Check all that apply. | $3,995.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 2 | **Nonpriority creditor's name and mailing address**<br>**Thomas And Polly Lents**<br>**6014 Bur Lane**<br>**Silver Lake, IL 60014** | As of the petition filing date, the claim is: Check all that apply. | $3,670.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Timeshare Termination Team, LLC**
　　　　Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 3.381<br>3 | **Nonpriority creditor's name and mailing address**<br>**Thomas Bean**<br>**7340 e Harvard ave D208**<br>**denver, CO 80231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.381<br>4 | **Nonpriority creditor's name and mailing address**<br>**Thomas Billig**<br>**2002 Alexis Ct**<br>**Tarpon Springs, FL 34689**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,045.00** |

| | | | |
|---|---|---|---|
| 3.381<br>5 | **Nonpriority creditor's name and mailing address**<br>**Thomas House**<br>**16 WOODLAND DR.**<br>**WEST MONROE, NY 13167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,655.00** |

| | | | |
|---|---|---|---|
| 3.381<br>6 | **Nonpriority creditor's name and mailing address**<br>**Thomas Kilgallon**<br>**330 summit ave**<br>**Unit 105**<br>**Boston, MA 02135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,376.00** |

| | | | |
|---|---|---|---|
| 3.381<br>7 | **Nonpriority creditor's name and mailing address**<br>**Thousand Trails Campgrounds**<br>**Po Box 644093**<br>**Cincinnati, OH 45264**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.381<br>8 | **Nonpriority creditor's name and mailing address**<br>**Threesa & Dontaniel Kimbrough**<br>**202 Gates Creek Dr.**<br>**Oswego, IL 60543**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,070.00** |

| | | | |
|---|---|---|---|
| 3.381<br>9 | **Nonpriority creditor's name and mailing address**<br>**Thunderbird Resort Club**<br>**200 Nichols Blvd**<br>**Sparks, NV 89431**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.382 0**

**Nonpriority creditor's name and mailing address**

**Tierney & Haymon & Mae Gentry**
**4007 Weatherfield Court**
**Sugarland, TX 77479**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,764.30**

---

**3.382 1**

**Nonpriority creditor's name and mailing address**

**Tiffany & Sandra Cureth**
**1950 Logan St.**
**#302**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,700.00**

---

**3.382 2**

**Nonpriority creditor's name and mailing address**

**Tiffany Chipman (Bedford)**
**4800 S Springs Dr**
**Chandler, AZ 85249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,350.00**

---

**3.382 3**

**Nonpriority creditor's name and mailing address**

**Tiffany Roberts**
**1411 W 135th Dr**
**Westminster, CO 80234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,920.00**

---

**3.382 4**

**Nonpriority creditor's name and mailing address**

**Tim & Diana Fleck/White**
**17959  E Oxford Pl**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,606.00**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**

**Tim Motter**
**8394 Sand Dollar Drive**
**Windsor, CO 80528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,470.00**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**

**Timothy & Rebecca Cowell**
**208 Elizabeth Way**
**Homers City, PA 15748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.382 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,457.75 |
|---|---|---|
| **Timothy & Vickie Gantt**<br>**10303 S Herdic Place**<br>**Vail, AZ 85641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.382 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,445.00 |
|---|---|---|
| **Timothy and Ann Collum**<br>**6581 S Ames Ct**<br>**Littleton, CO 80123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.382 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|
| **Timothy And Patricia O'Grady**<br>**12414 Attlee Dr**<br>**Houston, TX 77077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|
| **Timothy and Ruth Ross**<br>**25 Cottonwood Rd**<br>**Wayne, NJ 07470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|
| **Timothy Harvin**<br>**13220 Fox Bow Drive Unit 206**<br>**Upper Marlboro, MD 20774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |
|---|---|---|
| **Timothy Houser & Shelly Rodgers**<br>**13009 S Parker Rd #369**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,420.00 |
|---|---|---|
| **Timothy R. & Michelle A. Bair**<br>**6 Kathleen Drive**<br>**Landenberg, PA 19350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.383 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Timothy Spencer**<br>**19063 Cottonwood Dr, 417**<br>**Parker, CO 80138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Timothy Wells and Willie Parham**<br>**3962 Fire Fox Drive**<br>**North Las Vegas, NV 89032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|
| **Tina & Marc Mcnair**<br>**109 Bala Road**<br>**Cherry Hill, NJ 08002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,968.00 |
|---|---|---|
| **Tina Goodman (Holland)**<br>**8425 Snow Goose Way**<br>**Ft Worth, TX 76118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,397.86 |
|---|---|---|
| **Titilola Lakeru-Rivers**<br>**4077 Hillside Road**<br>**Lafayette Hill, PA 19444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,541.17 |
|---|---|---|
| **TMACS Collections - WFAA**<br>**901 Main Street, Suite 3800**<br>**Dallas, TX 75202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **21In** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Tobias & Tiffany Williams/Jensen-William**<br>**88 Barnstable Rd**<br>**South Portland, ME 04106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.384**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Tobin and Dawn Ewing**<br>**19122 Camellia Bend Cir**<br>**Spring, TX 77379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.384**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|
| **Toby Waitt**<br>**#10 Fisherman Way**<br>**East Gloucester, MA 01930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,220.73 |
|---|---|---|
| **Todd & Debbie Brooks/Woolford**<br>**12100 Peabody Lane**<br>**Charlotte Lane, IL 20622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,473.16 |
|---|---|---|
| **Todd and Shalimar Price**<br>**194 Grand Mesa Dr**<br>**Ozark, MO 65721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|
| **Todd Hartley**<br>**299 N. Riverside Dr. Apt 203**<br>**Pompano Beach, FL 33062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,302.00 |
|---|---|---|
| **Todd Reynoldson**<br>**13960 Hemlock Ln North**<br>**Dayton, MN 55327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.384**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,053.00 |
|---|---|---|
| **Tom & Linda McAvey/Garvarino**<br>**109 Cutler Rd.**<br>**Greene, NY 13778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Timeshare Termination Team, LLC**                                  Case number (if known) _____
_____
Name

| 3.384 8 | **Nonpriority creditor's name and mailing address**<br>**Tom & Marta Wohrley**<br>**11432 E Regency Ct**<br>**Parker, CO 80138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,174.00** |
|---|---|---|---|

| 3.384 9 | **Nonpriority creditor's name and mailing address**<br>**Tom & Susan Bernhardt III/Gillespie**<br>**129 Spinney Road**<br>**East Quogue, NY 11942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,797.55** |
|---|---|---|---|

| 3.385 0 | **Nonpriority creditor's name and mailing address**<br>**Tom and Linda Parisi**<br>**6839 Lupine Way**<br>**Arvada, CO 80007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,500.00** |
|---|---|---|---|

| 3.385 1 | **Nonpriority creditor's name and mailing address**<br>**Tom Carllon**<br>**18591 East 53rd Avenue**<br>**Denver, CO 80249**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,495.00** |
|---|---|---|---|

| 3.385 2 | **Nonpriority creditor's name and mailing address**<br>**Tom Shaughnessy**<br>**11680 E Sahuaro Dr Unit 2032**<br>**Scottsdale, AZ 85259**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,997.27** |
|---|---|---|---|

| 3.385 3 | **Nonpriority creditor's name and mailing address**<br>**Tomas And Ana Lopez**<br>**3412 W 73rd Place**<br>**Chicago, IL 60629**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,108.00** |
|---|---|---|---|

| 3.385 4 | **Nonpriority creditor's name and mailing address**<br>**Tommy and Mary Biggs**<br>**948 Chestnut Ridge Road**<br>**Manchester, MO 63021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,995.00** |
|---|---|---|---|

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.385 5**

**Nonpriority creditor's name and mailing address**

**Toney Dvorak**
**16389 West Ellsworth Drive**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,335.00**

---

**3.385 6**

**Nonpriority creditor's name and mailing address**

**Toni Booker**
**3 Beacon Lane**
**Newark, DE 19711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,867.00**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**

**Toni H and Fred Young**
**15722 Pointer Ridge Drive**
**Bowie, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**

**Tonika Butler**
**1232 Plantation Pine Cir**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,358.00**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**

**Tony and Mona Brown**
**1170 Red Hawk Ridge Lane**
**O' Fallon, IL 62269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,683.00**

---

**3.386 0**

**Nonpriority creditor's name and mailing address**

**Tonya & Adebisi & Sonya Leeth/Ige/Teague**
**6842 S Loomis Blvd**
**Chicago, IL 60636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,170.00**

---

**3.386 1**

**Nonpriority creditor's name and mailing address**

**Tonya & Byron Welch**
**244 Lassiter Drive**
**Ellenwood, GA 30294**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,163.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                        Case number *(if known)* _____

Name

| 3.386 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,957.75 |
|---|---|---|---|

**Tonya Danielewicz and Judith Ann Heldt T**
**400 Hesburgh Dr**
**Manteno, IL 60950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.00 |
|---|---|---|---|

**Tonya Talley-Smith**
**4825 Sheriff RD. NE**
**Washington, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Topsider Resort**
**75500 Overseas Hwy**
**Islamorada, FL 33036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,295.00 |
|---|---|---|---|

**Torris & Leesha Johnson**
**121 Hillview Circle**
**Aiken, SC 29801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Townhouses @ St. Augustine Beach & Tenni**
**3960 A1A S**
**St. Augustine, FL 32080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,710.00 |
|---|---|---|---|

**Toyia Williams**
**401 East 60th Drive**
**Merillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,355.00 |
|---|---|---|---|

**Tracey & Starlet Ferguson/Robinson**
**10 Connecticut Court**
**Madison, WI 53719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.386 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |

**Tracie Little**
**1106 Barnaby Terrace SE**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**Tracy & Andre Hambrick**
**2731 Lauren Lake Drive**
**Belleville, IL 06221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,058.00** |

**Tracy & Christopher Kasperitis**
**14 Lilac Lane**
**Levittown, PA 19054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,190.00** |

**Tracy & Rob Manz**
**134 Sabre Rd**
**Springbook, Alberta T4S 2H7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,995.00** |

**Tracy & Theodore McLaughlin**
**P.O Box 5431**
**Cary, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |

**Tracy and John Landi**
**1610 Rd**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.387 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Tracy Burke**
**19303 E College Dr, Apt 109**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____

Name

---

| 3.387 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,625.00** |
|---|---|---|---|

**Tracy Caswell**
**2958 Piedmont Manor Drive**
**Orange Park, FL 32065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.387 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tracy Litzenberger**
**141 Grouse Place**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.387 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Trapp Family Lodge**
**700 Trapp Hill Rd**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.387 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Travel Advantage Network**
**PMB #311 672 Old Mill Rd**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.388 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Travel Advantage Network**
**672 Old Mill Road, #311**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.388 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Travel Resorts of America (Rocky Fort Re**
**74978 Broadhead Rd**
**Kimbolton, OH 43749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.388 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Travel Smart**
**8834 Jackwood St**
**Houston, TX 77036-7328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**                     Case number (if known) _____
_____
Name

| 3.388 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,035.00 |
|---|---|---|---|

**Travis & Courtney Madsen**
6221 W  Fremont Drive
Littleton, CO 80128

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Travis Thomas**
ttravisthomas69@yahoo.com or (229) 225-8
  AZ 85015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Treasure Lake Via Crown Resorts**
1372 Old State Highway 255
DuBois, PA 15801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trecia Lascor**
6502 Shea Place
Highlands Ranch, CO 80130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trecia Lascor**
6502 Shea Place
Highlands Ranch, CO 80130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tree Top Resort**
290 Sherman Clabo Rd
Gatlinburg, TN 37738

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Trevor & Sally Raghoo/Bernard**
3830 nw 23rd pl
Cocunut Creek, FL 33066

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **3.389 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Tribune Media**<br>**435 North Michigan Avenue**<br>**Chicago, IL 60611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Tropic Shores Resort**<br>**3111 S Atlantic Ave**<br>**Daytona Beach, FL 32118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,721.00** |
| | **Troy & Lesli Sambrano**<br>**2020 Lake Landing Dr.**<br>**League city, TX 77573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,732.00** |
| | **Troy Anderson and Lidia Valasquez**<br>**9655 Autumnwood Pl**<br>**Highlands Ranch, CO 80129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,443.59** |
| | **Troy Gray**<br>**1480 South Chase Ct.**<br>**Lakewood, CO 80232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00** |
| | **Troy Lybbert**<br>**4696 66th Place North**<br>**Pinellas, FL 33781** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.389 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,373.80** |
| | **Troy Wright**<br>**1001 W Willowick Dr**<br>**Grovetwon, GA 30813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Timeshare Termination Team, LLC**
_____          Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.389 7** | **Nonpriority creditor's name and mailing address**<br>**Tullymore Golf Resort**<br>**9940 St. Ives Drive**<br>**Stanwood, MI 49346**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.389 8** | **Nonpriority creditor's name and mailing address**<br>**Turi & Brian Mcilquham**<br>**10385 130th Ave**<br>**Bloomer, WI 54724**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,995.00** |
| **3.389 9** | **Nonpriority creditor's name and mailing address**<br>**Tuscany Village Vacations**<br>**8122 Arrezzo Way**<br>**Orlando, FL 32821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.390 0** | **Nonpriority creditor's name and mailing address**<br>**Twin Rivers Condominiums**<br>**300 Sterling Way**<br>**Fraser, CO 80442**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.390 1** | **Nonpriority creditor's name and mailing address**<br>**Two Residence Club Barbados aka O2 Beach**<br>**Dover Road St Lawrence Gap Bridgetown**<br>**Christ Churc, BB15020 Barbados**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.390 2** | **Nonpriority creditor's name and mailing address**<br>**Tyler & Rebekah Edwards**<br>**728 Squire St.**<br>**Colorado Springs, CO 80911**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,800.00** |
| **3.390 3** | **Nonpriority creditor's name and mailing address**<br>**Tyrone & Akira Alston**<br>**437 SunneyView Rd**<br>**Henderson, NC 27536**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,700.00** |

Debtor  **Timeshare Termination Team, LLC**                           Case number (if known)  _____
_____
Name

| | |
|---|---|
| 3.390 4 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$6,556.00**

**Tyrone and Elise Stowe**
**19609 S McQueen Rd**
**Chandler, AZ 85286**                    ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.390 5 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$4,415.00**

**Tyrone And Jasmin Woods**
**3905 Chain Bridge Road**
**Fairfax, VA 22030**                     ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.390 6 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$4,450.00**

**Tyrone Howze and Andondra Howze**
**5502 Howze Road**
**Catawba, SC 29704**                     ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.390 7 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$11,004.30**

**Uche & Melissa Ebokah**
**31640 Fairhill Dr**
**Wesley Chapel, FL 33543**               ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.390 8 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$8,000.00**

**Ukata Frank Thompson and Nneka**
**Joshua-An**
**11212 Westpark Dr. Apt 720**            ☐ Contingent
**Houston, TX 77042**                     ☐ Unliquidated
                                          ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.390 9 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$3,108.00**

**Ulla and Christopher Bingham/Bienko**
**8511 Canton Common Lane**
**Cypress, TX 77433**                     ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.391 0 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$5,611.02**

**United Chase Brian Business**
**P.O. Box 15298**
**Wilmington, DE 19850**                  ☐ Contingent
                                          ☐ Unliquidated
Date(s) debt was incurred _               ☐ Disputed

Last 4 digits of account number _         Basis for the claim: _

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____   Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.391 1 | **Nonpriority creditor's name and mailing address**<br>**United Healthcare**<br>**6465 Greenwood Plaza Blvd #300**<br>**Centennial, CO 80111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.391 2 | **Nonpriority creditor's name and mailing address**<br>**Universal Vacation Club Villa Del PalMar**<br>**6850 Bermuda Rd**<br>**Las Vegas, NV 89119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.391 3 | **Nonpriority creditor's name and mailing address**<br>**Unlimited Vacation Club**<br>**9450 Sunset Dr**<br>**Miami, FL 33173-3206**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.391 4 | **Nonpriority creditor's name and mailing address**<br>**Urvashi and Billy Joe Foster**<br>**40 Jacqueline Drive**<br>**PO BOx 760**<br>**Georgetown, GA 39854**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,600.00** |
| 3.391 5 | **Nonpriority creditor's name and mailing address**<br>**US Bank**<br>**PO Box 1950**<br>**St. Paul, MN 55101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.391 6 | **Nonpriority creditor's name and mailing address**<br>**US Bank, NA   Bankruptcy/Recovery Dept**<br>**PO Box 5229**<br>**Cincinnati, OH 45201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.391 7 | **Nonpriority creditor's name and mailing address**<br>**US Equal Employment Opportunity**<br>**303 E 17th Ave #410**<br>**Denver, CO 80203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  0376 | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.391<br>8 | **Nonpriority creditor's name and mailing address**<br><br>**US Recreation Properties Inc.**<br>**BOX 268**<br>**BANNING, CA 92220**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.391<br>9 | **Nonpriority creditor's name and mailing address**<br><br>**Utah Attorney General**<br>**PO Box 142320**<br>**SLC, UT 84114**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.392<br>0 | **Nonpriority creditor's name and mailing address**<br><br>**Uyen and Craig Adams**<br>**1154 Aspen St**<br>**Broomfield, CO 80020**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,900.00** |
| 3.392<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Vacation Internationale aka VI resorts**<br>**116th Ave. N.E.**<br>**Bellevue, WA 98004**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.392<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Vacation Network**<br>**3296 Summit Ridge Pkwy Ste 1900**<br>**Duluth, GA 30096-6302**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.392<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Vacation Resorts International**<br>**25510 Commercentre Dr #100**<br>**Lake Forest, CA 92630**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.392<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Vacation Village at Bonaventure Owner's**<br>**1775 Bonaventure Blvd., Ste. 1104**<br>**Weston, FL 33326-3131**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.392 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vacation Village Corporate Headquarters** **2626 E. Oakland Park Blvd.** **Ft. Lauderdale, FL 33306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.392 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vacation Village Corporate Headquarters** **2626 E. Oakland Park Blvd.** **Ft. Lauderdale, FL 33306** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vacation Villas** **3795 Vacation Villas Lane** **Titusville, FL 32780** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vail Resorts** **390 Interlocken Crescent** **Broomfield, CO 80021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vail Run** **1000 Lions Ridge Loop** **Vail, CO 81657** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Vail Run Resort** **1000 Lions Ridge Loop** **Vail, CO 81657** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,995.00** |
| | **Val (Valeslia) Spearman** **8669 S Addison Way** **Aurora, CO 80016** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| 3.393<br>2 | Nonpriority creditor's name and mailing address<br>**Valarie And Peter Simpson**<br>**100 Central Avenue**<br>**East Hartford, CT 06108**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,750.00 |
|---|---|---|---|

| 3.393<br>3 | Nonpriority creditor's name and mailing address<br>**Valarie Smith**<br>**7937 Telluride Dr**<br>**Houston, Tx 77040**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,945.00 |
|---|---|---|---|

| 3.393<br>4 | Nonpriority creditor's name and mailing address<br>**Valentin & Valerie Martinez/Ramos**<br>**6235 Saint Anne Forest Drive**<br>**Houston, TX 77088**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,615.65 |
|---|---|---|---|

| 3.393<br>5 | Nonpriority creditor's name and mailing address<br>**Valerie & Christian Cuevas**<br>**4517 Sunnyhill Dr**<br>**Colorado Springs, CO 80916**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,843.96 |
|---|---|---|---|

| 3.393<br>6 | Nonpriority creditor's name and mailing address<br>**Valerie & Ernest Hall**<br>**5451 Pine Forrest Circle**<br>**Gainsville, GA 30504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,295.00 |
|---|---|---|---|

| 3.393<br>7 | Nonpriority creditor's name and mailing address<br>**Valerie And Robert Amador**<br>**662 S 34th Avenue**<br>**Brighton, CO 80601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,995.00 |
|---|---|---|---|

| 3.393<br>8 | Nonpriority creditor's name and mailing address<br>**Valerie Serrall**<br>**2142 hollins st**<br>**Baltimore, MD 21223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,995.00 |
|---|---|---|---|

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.393**<br>**9** | **Nonpriority creditor's name and mailing address**<br>**Vallarta Gardens**<br>**Km 1.2 Road, Punta de Mita**<br>**63734 Cruz de Huanacaxtle, Nay. Mexico**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.394**<br>**0** | **Nonpriority creditor's name and mailing address**<br>**Van (Gerald) and Teresa Krause**<br>**66 Glenwood Street**<br>**Winston-Salem, NC 27106**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,801.39** |

| | | |
|---|---|---|
| **3.394**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Van Beasley**<br>**707 Happy Home Rd.**<br>**Tyner, NC 27980**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,295.00** |

| | | |
|---|---|---|
| **3.394**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Vanessa & Colton Hampton/Smith**<br>**8717 Greengrass Way**<br>**Parker, CO 80134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,079.00** |

| | | |
|---|---|---|
| **3.394**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Vanessa & Darielle & Constance & Diedra**<br>**210 Plymouth Lane**<br>**Bolingbrook, IL 60440**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,800.00** |

| | | |
|---|---|---|
| **3.394**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Vanessa & Vance Kendall/Pratt**<br>**10738 Shawnbrook St**<br>**Houston, TX 77071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,500.00** |

| | | |
|---|---|---|
| **3.394**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Vanessa Colletti and Susan Freund and Ca**<br>**721 N Lasalle St**<br>**Chicago, IL 60654**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,100.00** |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.394 6**

**Nonpriority creditor's name and mailing address**

**Vanessa Jones**
**16325 Winchester Ave**
**Markham, IL 60428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,957.00**

---

**3.394 7**

**Nonpriority creditor's name and mailing address**

**Vanester And Nadine Jones**
**1225 East River Drive**
**Margate, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,525.00**

---

**3.394 8**

**Nonpriority creditor's name and mailing address**

**Vanita And Robert Moore**
**1238 W 135th Ave**
**Westminster, CO 80234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,060.00**

---

**3.394 9**

**Nonpriority creditor's name and mailing address**

**Vashti & Marvin Hale**
**206 Oriole Rd**
**Matteson, IL 60443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,219.00**

---

**3.395 0**

**Nonpriority creditor's name and mailing address**

**Velas Vallarta**
**Av Paseo de la Marina Nte 585, Marina Va**
**48354, Puerto Vallarta, Jal Mexico**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 1**

**Nonpriority creditor's name and mailing address**

**Venture Out Campgrounds**
**5001 E. Main Street**
**Mesa, AZ 85205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 2**

**Nonpriority creditor's name and mailing address**

**Vermont Attorney General**
**109 State St**
**Montpelier, VT 05609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known) _____
_____
Name

| 3.395 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Vern & Pam Nelson**
**6015 county road 30**
**Silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,367.00 |
|---|---|---|---|

**Veronica & Lisa Watts**
**1830 Plymouth CT**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,434.32 |
|---|---|---|---|

**Veronica and Frank Allen Jr**
**3219 Castledale Drive**
**Houston, TX 77093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,995.00 |
|---|---|---|---|

**Veronica Sanchez**
**522 Lilac Terrance NE**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Veronica Veiga**
**872 Cresent St**
**Brockton, MA 02302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,101.00 |
|---|---|---|---|

**Vesta Schwartz**
**18305 Queen Elizabeth Dr**
**Olney, MD 20832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Vicente Gaan and Marie Epil-Gaan**
**2719 Lily Ln**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.396 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|
| | **Vickie & Hugo Duenas**<br>**4213 Sierra Redwood Drive**<br>**Bakersfield, CA 93313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,620.00** |
|---|---|---|---|
| | **Vickie Craver**<br>**6450 W 98th Ct**<br>**Westminster, CO 80021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|
| | **Vicky & Larry Zuckman**<br>**1721 Roberts Bend**<br>**Weatherford, TX 76086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Vicky And Raymond Reid**<br>**10 Cosmos Court West**<br>**Homosassa**<br>**  FL 34446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|
| | **Vicky Rocher**<br>**2813 Shadow Woods Court**<br>**Houston, TX 00077-0443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,295.75** |
|---|---|---|---|
| | **Vicky&Laurel(Laurie) Bohlmann/Dexter**<br>**9191 Lillian Lane**<br>**Thornton, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,183.56** |
|---|---|---|---|
| | **Victor & Yolanda Almendarez**<br>**2001 Foxglove Oaks CT**<br>**Pearland, TX 77581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Timeshare Termination Team, LLC**                      Case number *(if known)* _____
_____
            Name

| 3.396 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,795.00 |
|---|---|---|---|

**Victor And Iryna Queiros**
**76 Piermonth St**
**Quincy, MA 02170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.396 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |
|---|---|---|---|

**Victoria (Tori) Bebout**
**308 Spyglass Dr**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Victoria and James Mueller**
**7529 Donner Pass Vw.**
**Fountain, CO 80817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,950.00 |
|---|---|---|---|

**Victoria Angelica and Robin Lee**
**7689 Palmilla Drive Apt 1205**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,720.00 |
|---|---|---|---|

**Victoria Limas**
**268 Candy Street**
**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,144.65 |
|---|---|---|---|

**Victoria Wright**
**606 N. 78th Ave**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vida Vacations/Mayan Resorts**
**PO Box 911841**
**Dallas, TX 75391-1841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Timeshare Termination Team, LLC**
_____      Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.397 4** | **Nonpriority creditor's name and mailing address**<br>**Vidanta Resorts**<br>**Nuevo Vallarta. Boulevard Riviera Nayari**<br>**#254 Bahia de Banderas, Nayarit CP 63735** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.397 5** | **Nonpriority creditor's name and mailing address**<br>**Villa at Regal Palms**<br>**2700 Sand Mine Rd**<br>**Davenport, FL 33897** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.397 6** | **Nonpriority creditor's name and mailing address**<br>**Villa Cabo**<br>**Avenida Peatonal Pescadores in front of**<br>**Cabo San Lucas, B.C.S Mexico** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.397 7** | **Nonpriority creditor's name and mailing address**<br>**Villa del Arco**<br>**Cam. Viejo a San Jose Km 0.4, El Medano**<br>**Cabo San Lucas, B.C.S Mexico** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.397 8** | **Nonpriority creditor's name and mailing address**<br>**Villa del Mar**<br>**Bonaventure Crescent,**<br>**, TKCA 1ZZ Providenciales** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.397 9** | **Nonpriority creditor's name and mailing address**<br>**Villa Del Mar Cabo**<br>**fraccionamiento Portales, 23473**<br>**Cabo San Lucas, B.C.S Mexico** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.398 0** | **Nonpriority creditor's name and mailing address**<br>**Villa Del Palmar**<br>**Camino Viejo a San Jos  Km.0.5 El M dano**<br>**Cabo San Lucas, B.C.S Mexico** | **$0.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**
_____
 Name

Case number (if known) _____

---

| 3.398<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Villa of Fortune Place**
**1201 Simpson Rd**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Villa Roma Resort aka Sullivan Catskills**
**356 Villa Roma Rd**
**Callicoon, NY 12723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Villa Solarta aka Florida Vacation Homes**
**1751 Sawyer Palm Pl**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Village Lando Resort and Lando Resort Co**
**5405 Diplomat Cir # 106**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Village North Condominium Association**
**8702 CHAMPIONS WAY**
**PORT ST. LUCIE,, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Village of Winnipesaukee**
**233 Endicott St N # 316**
**Laconia, NH 03246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Village Palmeadow Dunes**
**10 Trent Jones Ln**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
         Name

Case number (*if known*) _____

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Village West Resort**
**16010 IA-86**
**Spirit Lake, IA 51360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Village West Resort**
**20785 120th St.**
**Spirite Lake, IA 51360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villas at Cave Creek**
**38001 N School House Rd**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villas at Fortune Place**
**1201 Simpson Rd**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villas at Fortune Place**
**PO Box 730119**
**Ormond Beach, FL 32173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villas at Regal Palm Vacations Club**
**2700 Sand Mine Rd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villas at Sedona**
**55 Northview Rd**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Timeshare Termination Team, LLC_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.3995 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Villas at Southgate and Velas** | |
| | **280 W 2025 S** | |
| | **St. George, UT 84770** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3996 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Villas at Summer Bay** | |
| | **126-200 Summer Bay Blvd** | |
| | **Clermont, FL 34714** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3997 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Villas at Treetop - PA** | |
| | **Greystone Ct** | |
| | **East Stroudsburg, PA 18302** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3998 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Villas on the Lake at Lake Conroe** | |
| | **17578 TX-105** | |
| | **Conroe, TX 77306** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.3999 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Villas Vallarta Resort** | |
| | **Av Paseo de la Marina Nte 585, Marina Va** | |
| | **Puerto Vallarta, , Jal. Mexico** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4000 | **Nonpriority creditor's name and mailing address** | **$4,450.00** |
| | **Vincent & Felicia & Peach & Vincia Dixon** | |
| | **316 Sion Hill** | |
| | **Christiansted, St. Croix, USVI 00820-000** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4001 | **Nonpriority creditor's name and mailing address** | **$4,367.75** |
| | **Vincent Ortiz** | |
| | **15263 W Gelding Drive** | |
| | **Surprise, AZ 85379** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                     Case number (*if known*) _____
         _____
         Name

| 3.400<br>2 | **Nonpriority creditor's name and mailing address**<br>**Vintage Landing POA**<br>**179 Vintage Dr**<br>**Village of Four Seasons, MO 65049** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>3 | **Nonpriority creditor's name and mailing address**<br>**Violet Nettles**<br>**2190 Aurora Ct**<br>**Oak Harbor, WA 98277** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,450.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>4 | **Nonpriority creditor's name and mailing address**<br>**Virgil & Patricia Leih/Sandberg-Leih**<br>**7100 Metro Blvd**<br>**#422**<br>**Edina, MN 55439** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,122.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>5 | **Nonpriority creditor's name and mailing address**<br>**Virginia and Clarence Barrs**<br>**956 Silver Spring Ct.**<br>**St. Augustine, FL 32092** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>6 | **Nonpriority creditor's name and mailing address**<br>**Virginia And James Mickitsch/Beaumont**<br>**3 Hahn Rd West**<br>**Canonsburg, PA 15317** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,223.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>7 | **Nonpriority creditor's name and mailing address**<br>**Virginia and Jerry Johnson**<br>**3650 Vance St # 306**<br>**Wheatridge, CO 80033** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,329.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400<br>8 | **Nonpriority creditor's name and mailing address**<br>**Virginia and Leonard Berwick**<br>**1215 Club House Rd**<br>**Gladwyne, PA 19035** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,644.65** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4009**

**Nonpriority creditor's name and mailing address**

**Virginia and Paul Jensen**
**PO Box 381**
**San Luis, CO 81152**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$20,463.00

---

**3.4010**

**Nonpriority creditor's name and mailing address**

**Virginia Attorney General**
**202 North Ninth Street**
**Richmond, VA 23219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4011**

**Nonpriority creditor's name and mailing address**

**Vista Mirage Resort**
**400 S Hermosa Dr**
**Palm Springs, CA 92262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4012**

**Nonpriority creditor's name and mailing address**

**Vista Sheraton resort**
**160 W Beaver Creek Blvd**
**Avon, CO 81620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4013**

**Nonpriority creditor's name and mailing address**

**Vistana**
**6649 Westwood Blvd., Suite 300**
**Orlando, FL 32821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4014**

**Nonpriority creditor's name and mailing address**

**Vita Lifestyle**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4015**

**Nonpriority creditor's name and mailing address**

**Vivia Tucker and Ashley**
**13 north 2nd St**
**Darby, PA 19023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$10,537.20

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**   Case number (if known) _____
_____
Name

---

**3.401 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $3,250.00 |
| **Vivian and Rosalino Manila** | |
| **210 Pomo Trail** | |
| **Harker Heights, TX 76548** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $4,739.00 |
| **Vivian Kovacs** | |
| **8150 S Valdai Ct** | |
| **Aurora, CO 80016** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |
| **Voyager Beach Club** | |
| **11860 Gulf Blvd** | |
| **Treasure Island, FL 33706** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |
| **VRI - Villas of Sedona** | |
| **55 Northview Rd** | |
| **Sedona, AZ 86336** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |
| **VSA Resorts** | |
| **2829 Guardian Ln, Ste 220** | |
| **Virginia Beach, VA 23452** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $14,000.00 |
| **W Thomas and Joyce Buck** | |
| **5005 Heritage Dr** | |
| **Durham, NC 27712** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $1,995.00 |
| **W. Esther Bright** | |
| **15555 E 40th Ave Unit 11** | |
| **Denver, CO 80239** | |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Timeshare Termination Team, LLC**
_____          Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.402<br>3 | **Nonpriority creditor's name and mailing address**<br>**Walt Disney Company**<br>**1180 Celebration Blvd., Ste 201**<br>**Celebration, FL 03478**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$91,139.97** |

| | | |
|---|---|---|
| 3.402<br>4 | **Nonpriority creditor's name and mailing address**<br>**Walt Laycock**<br>**3615 W Kings Ave**<br>**Phoenix, AZ 85053**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,227.00** |

| | | |
|---|---|---|
| 3.402<br>5 | **Nonpriority creditor's name and mailing address**<br>**Walter And Anita Jo Golding**<br>**7313 164th Street East**<br>**Puyallup, WA 98375**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,245.00** |

| | | |
|---|---|---|
| 3.402<br>6 | **Nonpriority creditor's name and mailing address**<br>**Walter and Becky Scherer**<br>**4121 FM563 South**<br>**PO Box 172**<br>**Anahuac, TX 77514**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,388.22** |

| | | |
|---|---|---|
| 3.402<br>7 | **Nonpriority creditor's name and mailing address**<br>**Walter and Wanda Fountain**<br>**877 Private Road 1050**<br>**Halletsville, TX 77964**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,365.00** |

| | | |
|---|---|---|
| 3.402<br>8 | **Nonpriority creditor's name and mailing address**<br>**Walter Cuby**<br>**11626 Sagewillow Lane**<br>**Houston, TX 77089**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,250.00** |

| | | |
|---|---|---|
| 3.402<br>9 | **Nonpriority creditor's name and mailing address**<br>**Walter, Toni, Evans, Kerbey, Bennett Fin**<br>**3403 Banbury Place**<br>**Houston, TX 77027**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,745.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.403 0**

**Nonpriority creditor's name and mailing address**

**Wanda and Allen Fogo**
**512 Deframe Court**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.403 1**

**Nonpriority creditor's name and mailing address**

**Wanda Diane & Vincent Hayes**
**737 Carefree Drive**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.403 2**

**Nonpriority creditor's name and mailing address**

**Wanda Williams and Daniel Clayton**
**2508 Lancaster Rd NW**
**Wilson, NC 27896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.403 3**

**Nonpriority creditor's name and mailing address**

**Wapato Point**
**1 Wapato Point Pkwy**
**Manson, WA 98831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 4**

**Nonpriority creditor's name and mailing address**

**Warren & Jean Wegener**
**13304 Oakland DR**
**Brunsville, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,146.00**

---

**3.403 5**

**Nonpriority creditor's name and mailing address**

**Washington Attorney General**
**1125 Washington St SE PO Box 40100**
**Olympia, WA 98504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 6**

**Nonpriority creditor's name and mailing address**

**Wataha East Plantation**
**911 Riverwood Dr**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Timeshare Termination Team, LLC**
_____        Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.403 7** | **Nonpriority creditor's name and mailing address**<br>**WaveCrest (San Diego)**<br>**1400 Ocean Ave**<br>**Del Mar, CA 92014**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.403 8** | **Nonpriority creditor's name and mailing address**<br>**Way-Fm Colorado**<br>**4820 Centennial Blvd. Suite 115**<br>**Colorado Springs, CO 80919**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.403 9** | **Nonpriority creditor's name and mailing address**<br>**Wayne & Beverly Meaders**<br>**114 Highland Park Trail**<br>**Sandy Springs, GA 30350**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,457.10** |

| | | |
|---|---|---|
| **3.404 0** | **Nonpriority creditor's name and mailing address**<br>**Wayne & Erma/Kenneth Faulk/Goodson**<br>**1877 Miramonte Way**<br>**Lawrenceville, GA 30045**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,008.00** |

| | | |
|---|---|---|
| **3.404 1** | **Nonpriority creditor's name and mailing address**<br>**Wayne & Walteria Joseph**<br>**3622 Summerow RD**<br>**Lincolnton, NC 00020-8112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |

| | | |
|---|---|---|
| **3.404 2** | **Nonpriority creditor's name and mailing address**<br>**Wayne And Carol Speedling**<br>**35306 N. Star Lane**<br>**Grand Rapid, MN 55744**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,340.00** |

| | | |
|---|---|---|
| **3.404 3** | **Nonpriority creditor's name and mailing address**<br>**Wayne And Deborah Craft**<br>**750 High View Drive**<br>**Anchorage, AK 99515**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,732.50** |

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (if known) _____

---

**3.404**
**4**

**Nonpriority creditor's name and mailing address**
**Wayne Ducote**
**377 Big Beaver Creek Rd**
**Trout Creek, MT 59784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,845.00

---

**3.404**
**5**

**Nonpriority creditor's name and mailing address**
**WCNC**
**P.O. Box 637386**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number  893A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,462.50

---

**3.404**
**6**

**Nonpriority creditor's name and mailing address**
**Webolutions**
**6300 S Syracuse Way #100**
**Centennial, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404**
**7**

**Nonpriority creditor's name and mailing address**
**Welk Resort**
**300 Rancheros Dr., Suite 450**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404**
**8**

**Nonpriority creditor's name and mailing address**
**Welk Resort Group**
**300 Rancheros Drive, Ste 450**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404**
**9**

**Nonpriority creditor's name and mailing address**
**Wellington Stanford**
**3609 5th Avenue**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,052.00

---

**3.405**
**0**

**Nonpriority creditor's name and mailing address**
**Wendie and Matthew Knowles**
**8822 W Arbor Ave**
**Littleton, CO 80123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,837.50

---

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.405 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,002.00** |

**Wendy and Alan Liljekrans**
**1491 Northcrest Drive**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,140.00** |

**Wendy Clark-Dillard**
**7625 S. Chappel Ave**
**Chicago, IL 60649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,575.00** |

**Wendy Forbes**
**11051 W Rowland Dr**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,295.00** |

**Wendye King**
**858 Mercury Circle**
**Lone Tree, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |

**Wesley Mason**
**12 Fox Crescent**
**Red Deer, Alberta T4N4X9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**West Gate**
**5601 Windhover Dr**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.405 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**West Oaks**
**25 Lakeshore Dr**
**Arnolds Park, IA 51331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.405 8**

**Nonpriority creditor's name and mailing address**

**West Virginia Attorney General**
**State Capitol Complex, Bldg. 1, Room E-2**
**Charleston, WV 25305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.405 9**

**Nonpriority creditor's name and mailing address**

**Westgate Las Vegas Resort**
**3000 Paradise road**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.406 0**

**Nonpriority creditor's name and mailing address**

**Westgate Resorts**
**2801 Old Winter Garden Road**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.406 1**

**Nonpriority creditor's name and mailing address**

**Westin**
**417 Fifth Ave, 9th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.406 2**

**Nonpriority creditor's name and mailing address**

**Westin Hotels Corporate Office Headquart**
**417 Fifth Avenue, 9th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.406 3**

**Nonpriority creditor's name and mailing address**

**Westlake Resort**
**4785 Laurel Ave**
**Westlake, OR 97493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.406 4**

**Nonpriority creditor's name and mailing address**

**Westwood Condominium Association**
**Holly Forest Rd**
**Lake Harmony, PA 18624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Timeshare Termination Team, LLC**
_____
Name                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.406 5 | **Nonpriority creditor's name and mailing address**<br>**Westwood One**<br>**3011 W. Grand Blvd Suite 700**<br>**Detroit, MI 48202**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 6 | **Nonpriority creditor's name and mailing address**<br>**WFAA**<br>**P.O. Box 637386 Cincinnati**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **21In** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,541.17** |

| | | |
|---|---|---|
| 3.406 7 | **Nonpriority creditor's name and mailing address**<br>**WFOX-TV**<br>**PO BOX 809238**<br>**Chicago, IL 60680-9238**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 8 | **Nonpriority creditor's name and mailing address**<br>**WFTS**<br>**P.O. Box 864913**<br>**Orlando, FL 32886**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **3816** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,155.40** |

| | | |
|---|---|---|
| 3.406 9 | **Nonpriority creditor's name and mailing address**<br>**WFTS ABC**<br>**4045 N Himes Ave**<br>**Tampa, FL 33607**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.407 0 | **Nonpriority creditor's name and mailing address**<br>**WFXT**<br>**6205 Peachtree Dunwoody Rd**<br>**Atlanta, GA 30328**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.407 1 | **Nonpriority creditor's name and mailing address**<br>**Wheelsburg Plantation**<br>**404 Center St**<br>**Wheelersburg, OH 45694**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Timeshare Termination Team, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| 2 | **Whiskey Jack-Whistler** | ☐ Contingent | |
| | **2011 Innsbruck Dr #107** | ☐ Unliquidated | |
| | **Whistler, BC V8E0N3** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,870.00** |
|---|---|---|---|
| 3 | **Whitney Catchings and Whitney Saunders** | ☐ Contingent | |
| | **8721 S. Essex Ave** | ☐ Unliquidated | |
| | **Chicago, IL 60617** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,160.00** |
|---|---|---|---|
| 4 | **Wilberto Algarin - Lopez** | ☐ Contingent | |
| | **11456 Jersey Drive** | ☐ Unliquidated | |
| | **Thornton, CO 80233** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| 5 | **Wild Oak Ranch** | ☐ Contingent | |
| | **9700 Military Dr W** | ☐ Unliquidated | |
| | **San Antonio, TX 78251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,935.55** |
|---|---|---|---|
| 6 | **Wilfred Benitez-Aulet** | ☐ Contingent | |
| | **4080 71st Ave North** | ☐ Unliquidated | |
| | **Pinellas Park, FL 33781** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,119.70** |
|---|---|---|---|
| 7 | **Wilfredo & Lilia Rosario-Coreano** | ☐ Contingent | |
| | **16 Brown Ave** | ☐ Unliquidated | |
| | **Apt #1** | ☐ Disputed | |
| | **Prospect Park, NJ 07508** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,626.00** |
|---|---|---|---|
| 8 | **Wilio Pelico amd Zulma Ramos** | ☐ Contingent | |
| | **211 William Street** | ☐ Unliquidated | |
| | **Portchester, NY 10573** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Timeshare Termination Team, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4079**

**Nonpriority creditor's name and mailing address**

**William & Barbara Weis**
**61039 Latham Rd**
**California, MO 65018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,622.00**

---

**3.4080**

**Nonpriority creditor's name and mailing address**

**William & Brittany Payton**
**7862 Hill Crest Dr.**
**Louviers, CO 80131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,700.00**

---

**3.4081**

**Nonpriority creditor's name and mailing address**

**William & Fritza Ewens**
**25275 E Country Rd 1700**
**Elmore City, OK 73433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.4082**

**Nonpriority creditor's name and mailing address**

**William & Gloria Mitchell**
**213 Marsh Place South**
**St Augustine, FL 32080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,280.00**

---

**3.4083**

**Nonpriority creditor's name and mailing address**

**William & Joanne Daniels**
**12023 George Farm Dr.**
**Lovettsville, VA 20180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,995.00**

---

**3.4084**

**Nonpriority creditor's name and mailing address**

**William & Kelli Clark**
**1040 32nd Ave**
**Bellwood, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,807.00**

---

**3.4085**

**Nonpriority creditor's name and mailing address**

**William & Linda Culver**
**17825 NW DeerCreek Ct**
**Portland, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

Debtor **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.408 6 | **Nonpriority creditor's name and mailing address** **William & Linda Popowick** **2292 Richard Lee Street** **Orange Park, FL 32073** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,450.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.408 7 | **Nonpriority creditor's name and mailing address** **William & Mary Roberts** **14 Memorial Drive** **Tewksbury, MA 01876** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,995.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.408 8 | **Nonpriority creditor's name and mailing address** **William & Patience Gaskill** **2 North St** **Brookeville, MD 20833** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,995.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.408 9 | **Nonpriority creditor's name and mailing address** **William & Patricia Grego** **938 Wayne Dr** **Winchester, VA 22601** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,295.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.409 0 | **Nonpriority creditor's name and mailing address** **William & Rena Burrow** **2001 Campbell Parkway** **Richardson, TX 75082** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,673.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.409 1 | **Nonpriority creditor's name and mailing address** **William & Ruth Spencer** **125 York Rd** **Cranberry Twp, PA 16066** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,170.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.409 2 | **Nonpriority creditor's name and mailing address** **William & Sue Waldroop** **8400 Champions Gate Blvd** **Apt 1312** **Champions Gate, FL 33896** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,450.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.409 3**

**Nonpriority creditor's name and mailing address**

**William & Vedia Carmichael**
**18025 Woods View Drive**
**Dumfries, VA 22026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,137.37**

---

**3.409 4**

**Nonpriority creditor's name and mailing address**

**William (Bill) & Jeanne Kingsbury**
**25 E. Jackson Street**
**Villa Park, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,356.28**

---

**3.409 5**

**Nonpriority creditor's name and mailing address**

**William (Bill) & Linda Schaefer**
**517 Fresh Pond Rd**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,450.00**

---

**3.409 6**

**Nonpriority creditor's name and mailing address**

**William (Brett) & Kimberly (Kim) Barbe**
**209 South Hess**
**Hesston, KS 67062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,920.00**

---

**3.409 7**

**Nonpriority creditor's name and mailing address**

**William (Mark) & Nancy Robertson**
**4635 St. Kevin Court**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.409 8**

**Nonpriority creditor's name and mailing address**

**William (Rodney) & Letitia Lawson**
**3703 Clairton Drive**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,845.00**

---

**3.409 9**

**Nonpriority creditor's name and mailing address**

**William and April Dillow**
**1876 Current St.**
**Liberty, MO 64068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,376.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                                    Case number (if known) _____
_____
Name

| 3.410 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
| **William and Barbara Hanna** | ☐ Contingent | |
| **7219 Ballinger Ave.** | ☐ Unliquidated | |
| **San Diego, CA 92119** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.410 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00** |
| **William and Deborah Bommer** | ☐ Contingent | |
| **5565 Stevenson Road** | ☐ Unliquidated | |
| **Oxford, OH 45056** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
| **William and Denise Murray** | ☐ Contingent | |
| **227 Belaire Ter** | ☐ Unliquidated | |
| **Mount Laurel, NJ 08054** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
| **William and Jacqline Groeneveld** | ☐ Contingent | |
| **6317 W 22nd Ct** | ☐ Unliquidated | |
| **Lawrence, KS 66049** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,749.13** |
| **William And Mary Tibbetts** | ☐ Contingent | |
| **6227 Westcroft Avenue** | ☐ Unliquidated | |
| **Castle Rock, CO 80104** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,220.00** |
| **William and Nancy Walser** | ☐ Contingent | |
| **8318 Quay Dr** | ☐ Unliquidated | |
| **Arvada, CO 80003** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.410 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,316.00** |
| **William And Zelda Blocker** | ☐ Contingent | |
| **13719 Cottrell Court** | ☐ Unliquidated | |
| **Houston, TX 77077** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,270.00 |
|---|---|---|
| **William Burch**<br>**563 Barclay**<br>**Craig, CO 81625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |
|---|---|---|
| **William Chain**<br>**2205 10th St NW**<br>**Washington DC, D.C 20001-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,295.00 |
|---|---|---|
| **William Luther**<br>**237 Perriwinkle Drive**<br>**Sebastian, FL 32958** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILLIAM S. SALIBA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |
|---|---|---|
| **William Scott and Yuriko Hoen**<br>**2689 Danielle Dr**<br>**Carson City, NV 89706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,457.75 |
|---|---|---|
| **William Watson**<br>**6211 Pioneer Way E**<br>**Puyallup, WA 98371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Williamsburg Plantation Resort**<br>**5380 Olde Town Rd**<br>**Williamsburg, VA 23188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Timeshare Termination Team, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.411 4 | **Nonpriority creditor's name and mailing address** | **$2,995.00** |

**Willie & Mary Crawford**
**811 Stone Mountain Dr**
**Conroe, TX 77302**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.411 5 | **Nonpriority creditor's name and mailing address** | **$3,595.00** |

**Willie Eastland and Patricia Craft**
**6011 Haight St**
**Houston, TX 77028**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.411 6 | **Nonpriority creditor's name and mailing address** | **$4,881.78** |

**Willie Jr, Constance and Carmaine Means**
**2935 Chelsea Circle**
**Olympia Fields, IL 60461**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.411 7 | **Nonpriority creditor's name and mailing address** | **$2,992.00** |

**Willie Mae Cooper**
**336 Crimson Drive**
**Albion, NY 14411**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.411 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Willow Valley**
**354 Bairds Creek Rd**
**Vilas, NC 28692**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.411 9 | **Nonpriority creditor's name and mailing address** | **$10,720.00** |

**Willy Tsang and Victoria Elaine Aldrich-**
**10616 Southeast Deer Fern Street**
**Happy Valley, OR 97086**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.412 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Wilson Resorts Finance**
**9271 S John Young Pkwy**
**Orlando, FL 32819-8607**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Timeshare Termination Team, LLC**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.412 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Windward Passage**
**418 Estero Blvd**
**Fort Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Winner Circle Resort**
**550 Via De La Valle**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Wisconsin Attorney General**
**PO Box 7857**
**Madison, WI 53707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**WJLA**
**1100 Wilson Blvd.**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,925.00** |

**WKMG - Altus Receivables Management**
**2400 Veterans Memorial Blvd., Ste 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1561**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,175.00** |

**WKRN**
**PO Box 743299 Atlanta**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3173**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**WLS-TV/ABC 7 Chicago**
**190 North State Street**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Timeshare Termination Team, LLC** |
| | Name |

Case number (*if known*) _____

---

**3.412 8**

**Nonpriority creditor's name and mailing address**
**WM. Bryan Wright**
**1958 East 7800**
**South Weber, UT 84405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,995.00**

---

**3.412 9**

**Nonpriority creditor's name and mailing address**
**WMYD**
**20777 West 10 Mile Rd.**
**Southfield, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 0**

**Nonpriority creditor's name and mailing address**
**WNCN**
**1205 Front St**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 1**

**Nonpriority creditor's name and mailing address**
**WOAI**
**4335 NW Loop 410**
**San Antonio, TX 78229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 2**

**Nonpriority creditor's name and mailing address**
**Wolf Run - Crown Resorts**
**Wolf Run Ct**
**DuBois, PA 15801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 3**

**Nonpriority creditor's name and mailing address**
**Woodson And Jana Burr**
**PO Box 1710**
**Show Low, AZ 85902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,554.00**

---

**3.413 4**

**Nonpriority creditor's name and mailing address**
**Woodstone Meadows**
**1822 Resort Dr**
**Massanutten, VA 22840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.413 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **World International Vacation Club** | |
| | **Pok-ta-pok, Kukulcan Boulevard, Zona Hot** | |
| | **Canc n, Q.R Mexico** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.413 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Worldmark** | |
| | **6277 Sea Harbor Drive** | |
| | **Orlando, FL 32821** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.413 7** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Worldmark by Wyndham** | |
| | **6277 Sea Harbor Drive** | |
| | **Orlando, FL 32821** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.413 8** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **WPLG - Miami** | |
| | **3401 West Hallandale Beach Boulevard** | |
| | **Pembroke Park, FL 33023** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.413 9** | **Nonpriority creditor's name and mailing address** | **$46,800.00** |
| | **WPVI Attn: WPVI-606** | |
| | **P.O. Box 732384** | |
| | **Dallas, TX 75373** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  0301

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.414 0** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **WRAZ** | |
| | **2619 Western Blvd** | |
| | **Raleigh, NC 27606** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.414 1** | **Nonpriority creditor's name and mailing address** | **$2,040.00** |
| | **WSMV Digital** | |
| | **29824 Network Place Chicago** | |
| | **Chicago, IL 60673** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  3253

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Timeshare Termination Team, LLC**                              Case number (if known) _____
      Name

| 3.414 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00** |
|---|---|---|---|
| | **WSMV Digital** | ☐ Contingent | |
| | **29824 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  3253** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.414 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,270.00** |
|---|---|---|---|
| | **WTLV and WTSP - TMACS Collections** | ☐ Contingent | |
| | **901 Main Street, Suite 3800** | ☐ Unliquidated | |
| | **Dallas, TX 75202** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  5311** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WTTE-TV** | ☐ Contingent | |
| | **1261 Dublin Rd** | ☐ Unliquidated | |
| | **Columbus, OH 43215** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WUSA-TV and WUSA9.com** | ☐ Contingent | |
| | **4100 Wisconsin Ave NW** | ☐ Unliquidated | |
| | **Washington, DC 20016** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **WXIA-TV** | ☐ Contingent | |
| | **1 Monroe Pl NE** | ☐ Unliquidated | |
| | **Atlanta, GA 30324** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | **Wyco Equities** | ☐ Contingent | |
| | **12835 E Arapahoe Road Tower II STE100** | ☐ Unliquidated | |
| | **Centennial, CO 80112** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.414 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Wyndham Vacation Resorts ( Wyndham / Wor** | ☐ Contingent | |
| | **10750 W. Charleston Blvd., Suite 130** | ☐ Unliquidated | |
| | **Las Vegas, NV 89135** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Timeshare Termination Team, LLC**                                Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.414 9** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Wyndham Worldwide aka Club Wyndham, Dolc**
**22 Sylvan Way**
**Parsippany, NJ 07054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 0** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Wyoming Attorney General**
**109 State Capitol**
**Cheyenne, WY 82002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 1** | **$5,937.81** |

**Nonpriority creditor's name and mailing address**
**Xan & Rose Noland/Dallen**
**20403 Orchard Lane**
**St. Joseph, MO 64505**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 2** | **$3,900.00** |

**Nonpriority creditor's name and mailing address**
**Yasmin Murray/Granison Shines**
**2665 E Gillcrest Rd**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 3** | **$4,295.00** |

**Nonpriority creditor's name and mailing address**
**Yolanda and Jose Rodriguez**
**9719 Youngcrest Dr.**
**Stafford, TX 77477**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 4** | **$3,420.00** |

**Nonpriority creditor's name and mailing address**
**Yolanda and Toby Dugan**
**30 North Park Street**
**Porterville, CA 93257**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.415 5** | **$11,000.00** |

**Nonpriority creditor's name and mailing address**
**Yolanda Austin**
**7429 Pipers Way APT #4**
**Downers Grove, IL 60516**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
Basis for the claim: _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.415 6**

Nonpriority creditor's name and mailing address
**Zach & Sarah Howser**
**4617 S Kittredge St**
**Aurora, CO 80015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$2,995.00

---

**3.415 7**

Nonpriority creditor's name and mailing address
**Zachary & Andrea Blass**
**2148 E 4300 N**
**Filer, ID 83328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,160.00

---

**3.415 8**

Nonpriority creditor's name and mailing address
**Zachary and Theresa Eby**
**1910 Sweetstem Dr**
**Kingwood, TX 77345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,995.00

---

**3.415 9**

Nonpriority creditor's name and mailing address
**Zackery & Taylor Fritts**
**1020 Runnion Ave**
**Fort Wayne, IN 46808**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,085.00

---

**3.416 0**

Nonpriority creditor's name and mailing address
**Zebulon (Zeb) & Rebecka Lemley/Seyferth**
**8901 Cloverleaf Circle**
**Parker, CO 80134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,421.48

---

**3.416 1**

Nonpriority creditor's name and mailing address
**Zenaida Bendicio**
**8936 Parkside Dr.**
**Des Plaines, IL 60016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,617.75

---

**3.416 2**

Nonpriority creditor's name and mailing address
**Zieshan and Anna Khan**
**16708 E Mansfiled Cir.**
**Aurora, Co 80013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Timeshare Termination Team, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.416 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Zoho Corporation** | ☐ Contingent | |
| | **4141 Hacienda Drive** | ☐ Unliquidated | |
| | **Pleasanton, CA 94588** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Zoom** | ☐ Contingent | |
| | **55 Almaden Boulevard, Suite 600** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,617.00** |
|---|---|---|---|
| | **Zoraida Vazquez Colon** | ☐ Contingent | |
| | **16011 Keystone Ridge Lane** | ☐ Unliquidated | |
| | **Houston, TX 77070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,645.25** |
|---|---|---|---|
| | **Zorina Mendoza** | ☐ Contingent | |
| | **23151 Rio Lobos Road** | ☐ Unliquidated | |
| | **Diamond Bar, CA 91765** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |
|---|---|---|---|
| | **Zulema Espinoza** | ☐ Contingent | |
| | **207 Colony Creek Drive** | ☐ Unliquidated | |
| | **Dickinson, TX 77539** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 25,388,526.81 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 25,388,526.81 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Timeshare Termination Team, LLC**                          Case number (if known)
         Name

**Fill in this information to identify the case:**

Debtor name **Timeshare Termination Team, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Real property lease** | |
| State the term remaining | **E Maplewood Denver LLC** |
| List the contract number of any government contract | **c/o Harbor Associates** |
| | **200 Pine Avenue, Suite 502** |
| | **Long Beach, CA 90802** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Real property lease** | |
| State the term remaining | **Wyco Equities, Inc.** |
| List the contract number of any government contract | **c/o Miller & Steiert, P.C.** |
| | **1901 W. Littleton Blvd.** |
| | **Littleton, CO 80120** |

**Fill in this information to identify the case:**

Debtor name     **Timeshare Termination Team, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Wyco Equities | ☐ D _____ <br> ■ E/F   3.4147 <br> ☐ G _____ |
| 2.2 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Payment Depot | ☐ D _____ <br> ■ E/F   3.2981 <br> ☐ G _____ |
| 2.3 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Fiserv Attn: Legal Papers | ☐ D _____ <br> ■ E/F   3.1245 <br> ☐ G _____ |
| 2.4 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | US Equal Employment Opportunity | ☐ D _____ <br> ■ E/F   3.3917 <br> ☐ G _____ |
| 2.5 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | US Bank, NA Bankruptcy/Recovery Dept | ☐ D _____ <br> ■ E/F   3.3916 <br> ☐ G _____ |

Debtor   **Timeshare Termination Team, LLC**                    Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Colorado Civil Rights Commission | ☐ D _____ ■ E/F __3.674__ ☐ G _____ |
| 2.7 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Colorado Dept of Labor | ☐ D _____ ■ E/F __3.675__ ☐ G _____ |
| 2.8 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | United Chase Brian Business | ☐ D _____ ■ E/F __3.3910__ ☐ G _____ |
| 2.9 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Business Capital One Spark Visa Holly | ☐ D _____ ■ E/F __3.391__ ☐ G _____ |
| 2.10 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Hogan Lovells US LLP | ☐ D _____ ■ E/F __3.1552__ ☐ G _____ |
| 2.11 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Hogan Lovells US LLP | ☐ D _____ ■ E/F __3.1553__ ☐ G _____ |
| 2.12 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | Merchant Services | ☐ D _____ ■ E/F __3.2614__ ☐ G _____ |
| 2.13 | Holly and Brian Wilbur | 6511 Village Road Parker, CO 80134 | US Bank | ☐ D _____ ■ E/F __3.3915__ ☐ G _____ |

Debtor   **Timeshare Termination Team, LLC**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **Holly and Brian Wilbur** | **6511 Village Road Parker, CO 80134** | **Canvas Bank** |

☐ D _____
■ E/F   **3.405**
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **Holly and Brian Wilbur** | **6511 Village Road Parker, CO 80134** | **Chase Bank** |

☐ D _____
■ E/F   **3.542**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **Holly and Brian Wilbur** | **6511 Village Road Parker, CO 80134** | **Fiserv Mercant Services - Bankrupsy Dept** |

☐ D _____
■ E/F   **3.1246**
☐ G _____

| | | | |
|---|---|---|---|
| 2.17 | **Holly and Brian Wilbur** | **6511 Village Road Parker, CO 80134** | **Libertas Funding** |

☐ D _____
■ E/F   **3.2295**
☐ G _____

| | | | |
|---|---|---|---|
| 2.18 | **Brian Wilbur** | **6511 Village Road Parker, CO 80134** | **Wyco Equities, Inc.** |

☐ D _____
☐ E/F _____
■ G   **2.2**

| | | | |
|---|---|---|---|
| 2.19 | **Holly Wilbur** | **6511 Village Road Parker, CO 80134** | **Wyco Equities, Inc.** |

☐ D _____
☐ E/F _____
■ G   **2.2**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __**Timeshare Termination Team, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,244,779.22** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$586,143.06** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$462,869.15** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Timeshare Termination Team, LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Chase Bank** | **ACH Charge Back**<br>Last 4 digits of account number: _____ | **July 30, 2021** | **$184.00** |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Diamond Resorts U.S. Collection Development, LLC et al v. Timeshare Termination, LLC et al 6:20-CV-1668-PGB-LRH** | **Diamond Resorts** | **Middle District of Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Bluegreen Vacations Unlimited, Inc. v. Timeshare Termination Team, LLC 1:20-CV-25318-BLOOM** | **Buegreen Resort** | **Southern District of Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Wyco Equities, Inc. v. Timeshare Termination Team, LLC, et al 21CV31299** | **Civil Suit** | **Arapahoe County District Court<br>7325 S Potomac St #100<br>Aurora, CO 80012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Libertas Funding LLC v. Timeshare Termination Team, LLC Unknown** | **Civil** | **New York County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor      **Timeshare Termination Team, LLC**                                           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Valencia v. Timeshare Termination Team, LLC Charge No. E2100010205** | **Probable Cause Determination - DORA** | **Colorado Department of Regulatory Agenci** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Alternatives Pregnancy Center**<br>**23 Inverness Way East**<br>**Suite 101**<br>**Englewood, CO 80211** | **Recurring gifts** | **Each Month** | **$90,456.36** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Church of the Front Range**<br>**11798 Oswego Street**<br>**Englewood, CO 80112** | **Charitable donation of certain used furniture** | **August 2021** | **Unknown** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Michelle Valencia brought an employment claim with DORA. Timeshare Termination has an insurance policy with CNA which might cover a portion of the loss** | | | **$0.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11.   **Payments related to bankruptcy**

| Debtor | __Timeshare Termination Team, LLC__ | Case number *(if known)* _____ |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley, P.C.** **1660 Lincoln Street** **Suite 1720** **Denver, CO 80264** | | **August 2, 2021: $10,000** **August 20, 2021: $10,000** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Brian and Holly Wilbur** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Domingo Soto Lopez c/o Joseph Dovino 5241 Brisata Circle Suite E Boynton Beach, FL 33437** | **Funds refunded to former client of Timeshare Termination pursuant to Agreement** | **August 27, 2021** | **$30,000.00** |
| | Relationship to debtor **Former Client** | | | |
| 13.2. | **E Maplewood Denver LLC c/o Harbor Associates 200 Pine Avenue, Suite 502 Long Beach, CA 90802** | **Certain desks and furniture abandoned to landlord** | **July 31, 2021** | **Unknown** |
| | Relationship to debtor **Former Landlord** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Timeshare Termination Team, LLC**                    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **3190 South Vaughn Way<br>Suite 550<br>Aurora, CO 80014** | **February 2017 to February 2019** |
| 14.2. | **12835 East Arapahoe Road<br>Tower 2, Suite 200<br>Centennial, CO 80112** | **March 2019 to August 2019** |
| 14.3. | **12835 East Arapahoe Road<br>Tower 1, Suite 500<br>Centennial, CO 80112** | **August 2019-December 2020** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Name, Address, Timeshare Ownership Information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal Financial Group** | EIN: |

        Has the plan been terminated?
        ☐ No
        ■ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Timeshare Termination Team, LLC**                              Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Canvas Credit Union**<br>**P.O. Box 5238**<br>**Englewood, CO 80155-5238** | **XXXX-1830** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/21/21** | **$5.93** |
| 18.2. | **Canvas Credit Union**<br>**P.O. Box 5238**<br>**Englewood, CO 80155-5238** | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/21/21** | **$5.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Wilbur Home**<br>**6511 Village Road**<br>**Parker, CO 80134** | **Brian and Holly Wilbur** | **Desks**<br>**Computers**<br>**Screens** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Debtor     **Timeshare Termination Team, LLC**                                    Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| | Name and address | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Brian Rathburn** | **May 2021 to June 2021** |
| 26a.2. | **Andrew Nelson** | **January 2021 to May 2021** |
| 26a.3. | **Brittany S. Lanphier, CPA<br>2000 S. Colorado Blvd., Tower 1<br>Suite 10800<br>Denver, CO 80222** | **All relevant times** |

Debtor   **Timeshare Termination Team, LLC**                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.   **Elizabeth Caveny** **14583 Haley Ave** **Parker, CO 80134** | **September 2019-December 2020** |
| 26a.5.   **April Perez** **864 Diamond Rim Dr** **Colorado Springs, CO 80921** | **December 2020-January 2021** |
| 26a.6.   **Holly Wilbur** **6511 Village Road** **Parker, CO 80134** | **June 2021-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Brittany S. Lanphier, CPA** **621 17th Street** **Unit 2400** **Denver, CO 80202** | **2019 to 2021** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Muggs Consulting** **Peter Muggli** **3911 24th Avenue** **Evans, CO 80620** | **July 2021 to August 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Muggs Consulting, LLC** **Peter Muggli** **3911 24th Avenuue** **Evans, CO 80620** | |
| 26c.2.   **Brittany S. Lanphier, CPA** **621 - 17th Street** **Unit 2400** **Denver, CO 80202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **East Maplewood Denver, LLC** **8300 East Maplewood Avenue** **Greenwood Village, CO 80111** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Timeshare Termination Team, LLC**                    Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Wilbur | 6511 Village Road Parker, CO 80134 | Co Founder | 95% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Holly Wilbur | 6511 Village Road Parker, CO 80134 | Co Founder | 5% |

29. Within 1 year before the filing this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joanna Brown | 909 Bannock Street, #1201 Denver, CO 80204 | CEO | Terminated June 28, 2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brian and Holly Wilbur 6511 Village Road Parker, CO 80134 | 413,610.69 | Owner Draws every two weeks | Salary/Draw |
| | Relationship to debtor Owners | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor      **Timeshare Termination Team, LLC**                          Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 30, 2021**

**/s/ Holly Wilbur**                                    **Holly Wilbur**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Co-owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re    **Timeshare Termination Team, LLC** _____

                                  Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 30, 2021** _____

                     **/s/ Holly Wilbur** _____

                     **Holly Wilbur**/**Co-owner**
                     Signer/Title